## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>               Plaintiffs,<br><br>        - against -<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>               Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

      Address of Clerk:

               United States Bankruptcy Court for the District of Delaware
               824 Market Street, 3rd Floor
               Wilmington, Delaware 19801

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (admitted *pro hac vice*)
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: holleys@sullcrom.com
      wheelers@sullcrom.com
      gluecksteinb@sullcrom.com
      dunnec@sullcrom.com
      crokej@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address: United States Bankruptcy Court**
          **824 Market Street**
          **Wilmington, DE 19801**

**Room:**
**5th Floor, Courtroom No. 5**

**Date and Time:**
**September 13, 2023 at 1:00 p.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Dated: July 25, 2023

*/s/ Una O'Boyle*
*Clerk of the Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

---

1   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: July 25, 2023                    */s/ Una O'Boyle*_____
                                        Clerk of Court



# Affidavit of Service

Firm: _Landis Rath & Cobb_    Reference No. _FTX_

I, _Brittany Hambleton_ , declare as follows:

**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), _Summons, ADR Notice, and Complaint_ , in the following case, _FTX Trading Ltd.; 23-50444_ , was/were delivered by the following method(s):

*Quantity Sent (Check any that apply):*

| | | |
|---|---|---|
| ☐ | _____ | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☑ | _1_ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Email |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on _July 25, 2023_ in Wilmington, DE.

_Brittany Hambleton_ Parcels, Inc., Representative.

*(Employee Signature)*

**Latona Biosciences Group**
**c/o Clement T. Maynard & Company**
**The G.K. Symonette Building**
**Shirley Street, P.O. Box N-7525**
**Nassau, The Bahamas**



# Parcels

# **Affidavit of Service**

Firm: _____ Landis Rath & Cobb _____   Reference No. _____ FTX _____

I, _____ Rafael Collazo _____, declare as follows:
**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. **(Production Center)**, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), _____ FTX - Latona Summons and ADR _____, in the following case, _____ Adv. Pro. No. 23-50444 _____, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ☐ | _____ | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☒ | ___1___ | Express Mail |
| ☐ | _____ | International Mail |
| ☐ | _____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on _____ July 26, 2023 _____ in Wilmington, DE.

_____ /s/ Rafael Collazo _____ Parcels, Inc., Representative.
**(Employee Signature)**

**Latona Biosciences Group**
**c/o Clement T. Maynard & Company**
**The G.K. Symonette Building**
**Shirley Street, P.O. Box N-7525**
**Nassau, The Bahamas**

**CERTIFICATE OF SERVICE**

I, Seabury Ferguson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on August 1st, 2023, service of this summons and a copy of the complaint was made by:

☐    Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

☒    Personal Service: By leaving the process with defendant or with an officer or **agent** of defendant at:

> Latona Biosciences Group
> c/o Clement T. Maynard & Company
> The G.K. Symonette Building
> Shirley Street, P.O. Box N-7525
> Nassau, The Bahamas

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follow: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the **Commonwealth of the Bahamas** as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>August 1st, 2023</u>

                                   Signature

| Print Name: Seabury Ferguson | | |
|---|---|---|
| Business Address: P.O.Box N10445 | | |
| City: Nassau | State: Bahamas | Zip: |