# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD, ET AL.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |
| ALAMEDA RESEARCH LTD AND FTX TRADING LTD.,<br><br>                Plaintiffs,<br><br>v.<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                Defendants. | Adv. Proc. No. 23-50444 (JTD) |

## SPECIAL LIMITED NOTICE OF APPEARANCE

Please take notice that Defendant Lumen Bioscience Inc. ("Lumen"), hereby makes this special limited appearance through counsel, Stephanie J. Slater, and Fox Rothschild LLP. Defendant hereby requests that notices and pleadings, **except original process**, be addressed to its attorneys as follows:

| | |
|---|---|
| Stephanie Slater<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899<br>Telephone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>Email: sslater@foxrothschild.com | Maria A. Milano (*Pro Hac Vice* to be filed)<br>Fox Rothschild LLP<br>1001 4th Ave. Suite 4500<br>Seattle, WA  98154<br>Telephone: (206) 389-1752<br>Facsimile: (206) 389-1708<br>Email: mamilano@foxrothschild.com |

148509917.2

Lumen does **not** waive service of process, as was purported to be made per Certificate of Service (Docket No. 4).

Dated: August 18, 2023  FOX ROTHSCHILD LLP

*/s/ Stephanie J. Slater*
Stephanie Slater (DE Bar No. 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sslater@foxrothschild.com

-and-

Maria A. Milano (*Pro Hac Vice* to be filed)
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: mamilano@foxrothschild.com

148509917.2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 18, 2023, a true and correct copy of the foregoing Special Limited Notice of Appearance was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware to all parties registered to receive such notice.

      */s/ Stephanie J. Slater*
      Stephanie J. Slater (DE Bar No. 6922)

148509917.2