**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>Defendants. | Adv. Pro. No. 23-50444 (JTD) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Michael J. Joyce, Esq. and the law firm of Joyce, LLC, and Scott D. Simon, Esq. and the law firm of Goetz Fitzpatrick LLP hereby enter their appearance as counsel on behalf of Latona Biosciences Group and Ross Rheingans-Yoo (together, the "Defendants") in the above-captioned adversary proceeding and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the

addresses listed below.  In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael J. Joyce, Esq.
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 388-1944
mjoyce@mjlawoffices.com

Scott D. Simon, Esq.
**GOETZ FITZPATRICK LLP**
One Penn Plaza
Suite 3100
New York, NY 10119
Telephone: (212) 695-8100
ssimon@goetzfitz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Defendants to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited-service lists are used in these proceedings, the undersigned requests inclusion thereon.

[*Signature Page to Follow*]

Dated: September 5, 2023
Wilmington, DE

        */s/ Michael J. Joyce*
        Michael J. Joyce (No. 4563)
        **JOYCE, LLC**
        1225 King Street
        Suite 800
        Wilmington, DE 19801
        Telephone: (302)-388-1944
        mjoyce@mjlawoffices.com

        -and-

        Scott D. Simon (*pro hac forthcoming*)
        **GOETZ FITZPATRICK LLP**
        One Penn Plaza
        Suite 3100
        NY, NY 10119
        Telephone: (212) 695-8100
        ssimon@goetzfitz.com

        *Counsel to Latona Biosciences Group and Ross Rheingans-Yoo*