# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
FTX Trading Ltd.
    Debtor

_____

Bankruptcy Case No.: 22–11068–JTD

Bankruptcy Chapter:  11

Alameda Research Ltd.

    Plaintiff

    vs.

Genetic Networks LLC

    Defendant(s)

Adv. Proc. No.:  23–50444–JTD

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

| |
|---|
| Defendant's Name: Genetic Networks LLC |

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 9/7/23

By:  Ian Willoughby, Deputy Clerk

(VAN–431)