# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 22−11068−JTD
FTX Trading Ltd.
　　Debtor　　　　　　　　　　　　　　　　　　Bankruptcy Chapter:  11
_____

Alameda Research Ltd.

　　Plaintiff　　　　　　　　　　　　　　　　　Adv. Proc. No.:  23−50444−JTD

　　vs.

Platform Life Sciences Inc., Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Rioscience LLc, Genetic Networks LLC, 4J Therapeutics Inc., Latona Biosciences Group, FTX Foundation, Samuel Bankman−Fried, Ross Rheingans−Yoo, Nicholas Beckstead,

　　Defendant(s)

## ENTRY OF DEFAULT

　It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

| Defendant's Name: |
| --- |
| FTX FOUNDATION |

　Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

　　　　　　　　　　　　　　　　　　　　　　　*Una O'Boyle*
　　　　　　　　　　　　　　　　　　　　　　　Una O'Boyle, Clerk of Court

Date: 9/7/23　　　　　　　　　　　　　　　　By:  Kimberly Ross, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Alameda Research Ltd.,
    Plaintiff

Adv. Proc. No. 23-50444-JTD

Platform Life Sciences Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Sep 07, 2023      Form ID: van431      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th FLOOR, Los Angeles, CA 90067-4114 |
| aty | + | Debra I Grassgreen, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Kenneth N Thayer, CONN KAVANAUGH ROSENTHAL PEISCH & FORD,, One Federal Street, 15th Floor, Boston, MA 02110-2003 |
| aty | + | Scott D. Simon, Goetz Fitzpatrick LLP, One Penn Plaza, Suite 3100, New York, NY 10119-0196 |
| aty | + | Tavi C. Flanagan, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |
| pla | | FTX Trading Ltd., 10-11 Mandolin Place, Friars Hill Road, St. John's, AG AG-04, ANTIGUA AND BARBUDA |
| dft2 | + | Lumen Bioscience, Inc., Fox Rothschild LLP, c/o Maria A Milano, 1001 4th Ave., Suite 4400 Seattle, WA 98154-1192 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 07 2023 19:54:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 07 2023 19:54:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | 4J Therapeutics Inc. |
| pla | | Alameda Research Ltd., Tortolla Pier Park, Building 1, Second Floor,, Wickhams Cay 1, Roadtown, VG1110, TORTOLA |
| dft | | FTX Foundation |
| dft | | Genetic Networks LLC |
| dft | | Lumen Bioscience, Inc. |
| dft | | Nicholas Beckstead |
| dft | | Riboscience LLC |
| dft | | Samuel Bankman-Fried |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 07, 2023 | Form ID: van431 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Aaron H. Stulman
on behalf of Defendant GreenLight Biosciences Holdings PBC astulman@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com;kmccloskey@potteranderson.com;mromano@potteranderson.com

Gillian N. Brown
on behalf of Defendant Platform Life Sciences Inc. gbrown@pszjlaw.com

James E O'Neill
on behalf of Defendant Platform Life Sciences Inc. joneill@pszjlaw.com efile1@pszjlaw.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Matthew B. McGuire
on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Michael Joseph Joyce
on behalf of Defendant Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Defendant Latona Biosciences Group mjoyce@mjlawoffices.com

Stephanie Joanne Slater
on behalf of Defendant Lumen Bioscience Inc. sslater@foxrothschild.com

TOTAL: 9