# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## NOTICE OF PROPOSED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**PLEASE TAKE NOTICE** that the pretrial conference (the "Pretrial Conference") for the above captioned adversary proceeding (the "Adversary Proceeding") is scheduled to occur on September 13, 2023 at 1:00 p.m. (ET) before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs, Alameda Research Ltd. and FTX Trading Ltd. (collectively, the "Plaintiffs") and Defendants Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Rioscience LLC, 4J Therapeutics Inc., Ross Rheingans-

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

-2-

Yoo, Samuel Bankman Fried, Nicholas Beckstead, and Latona Biosciences Group (collectively, the "Defendants") have agreed to a proposed form of case management plan and scheduling order.

**PLEASE TAKE FURTHER NOTICE** that Defendant Platform Life Sciences, Inc. has not moved for a stay but refused to sign onto the form of case management plan and scheduling order because it purportedly intends to file a motion to dismiss for lack of personal jurisdiction and does not want to take any action in this Adversary Proceeding despite language in paragraph 1(c) of the form of case management plan and scheduling order expressly preserving any jurisdictional defenses.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7016-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Plaintiffs hereby file the Proposed Scheduling Order, a copy of which is attached hereto as **Exhibit A**, and intend to request the Court's entry of the Proposed Scheduling Order in the Adversary Proceeding at the Pretrial Conference scheduled for **September 13, 2023 at 1:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7016-1(d), the Defendants may file a proposed scheduling order in the Adversary Proceeding no later than September 12, 2023.

| | |
|---|---|
| Dated: September 10, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>E-mail: landis@lrclaw.com<br>    mcguire@lrclaw.com<br>    brown@lrclaw.com<br>    pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Steven L. Holley (admitted pro hac vice)<br>Stephanie G. Wheeler (admitted pro hac vice)<br>Brian D. Glueckstein (admitted pro hac vice)<br>Christopher J. Dunne (admitted pro hac vice)<br>Jacob M. Croke (admitted pro hac vice)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>E-mail: holleys@sullcrom.com<br>    wheelers@sullcrom.com<br>    glueckstein@sullcrom.com<br>    dunnec@sullcrom.com<br>    crokej@sullcrom.com<br><br>*Counsel to the Plaintiffs* |