# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Adv. Pro. No. 23-50444 (JTD) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| -against- | |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rioscience LLC and 4J Therapeutics Inc., hereby appears through its co-counsel, Vorys, Sater, Seymour and Pease, LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), hereby requests that copies of all notices given or required to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{01938545;v1 }

be given in the above-captioned adversary proceeding and copies of all papers served or required to be served in the adversary proceeding be provided to the following (email notice is acceptable):

**ASHBY & GEDDES, P.A.**
Michael D. DeBaecke, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Email: MDeBaecke@ashbygeddes.com

-and-

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Tiffany Strelow Cobb, Esq.
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
E-mail: tscobb@vorys.com

**PLEASE TAKE FURTHER NOTICE** that this request includes copies of all filings, including, but not limited to, notices, reports, pleadings, motions, applications, objections, briefs, and other papers.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any other filing by Rioscience LLC and/or 4J Therapeutics Inc. is intended to waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, remedies, setoffs, or recoupments to which Rioscience LLC and 4J Therapeutics Inc. are or may be entitled at law or in equity, all of which are expressly preserved.

| | |
|---|---|
| Dated: September 12, 2023 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Michael D. DeBaecke*<br>Michael D. DeBaecke (Bar No. 3186)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Email: MDeBaecke@ashbygeddes.com<br><br>-and-<br><br>**VORYS, SATER, SEYMOUR AND PEASE LLP**<br>Tiffany Strelow Cobb, Esq.<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, Ohio 43216-1008<br>Telephone: (614) 464-6400<br>Facsimile: (614) 464-6350<br>E-mail: tscobb@vorys.com<br><br>*Counsel to Riboscience LLC and 4J Therapeutics Inc.* |