# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 9/13/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Examiner |
| Mark Hancock | " | " |
| Therese Scheuer | SEC | SEC |
| Andrew Brown | Potter | Greenlight |
| Andy Dietderich | Sullivan - Cromwell LLP | Debtors |
| Brian Glueckstein | " | " |
| Alexa Kranzley | " | " |
| Kim Brown | Ladis Right Colls | " " |
| Matthew Harvey | MNAT | Ad Hoc Committee |
| Matthew Lunn | YCS | UCC |
| Ken Pasquale | Paul Hastings | " |
| Erez Gilad | " | " |
| Marc Phillips | Montgomery McCracken | Samuel Bankman-Fried |
| Michael DeBaecke | Ashby Geddes | Riboscience and 4J Therapeutics |
| Juliet Sarkessian | U.S. Trustee | |
| | | |

# SIGN-IN SHEET

**JUDGE**: Dorsey    **COURTROOM**: 5

**CASE NUMBER(S)**: 22-11068   **CASE NAME**: FTX Trading Ltd.   **DATE**: 9/13/2023 (1:00 PM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Benjamin Hackman | | U.S. Trustee |
| Jonathan Lipshie | | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | O'Neill | Platform Life Science | Pachulski Stang Ziehl & Jones LLP |
| Alan | Kornfeld | Platform Life Science | Pachulski Stang Ziehl & Jones LLP |
| Tavi | Flanagan | Platform Life Science | Pachulski Stang Ziehl & Jones LLP |
| Jason | Rosell | The Moskowitz Law Firm | Pachulski Stang Ziehl & Jones LLP |
| Therese | Scheuer | SEC | |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Michael | Morris | Wisconsin Department of Financial Instutions | Wisconsin Deparment of Justice |
| Chad | Flick | n/a | |
| Daniel | Carrigan | FBH/FSB | Baker Donelson,  et al. PC |
| Adam | Swingle | Interested Party | |
| Sarah | Wynn | The Block | |
| Tiffany | Cobb | Riboscience LLC and 4J Therapeutics Inc. | Vorys,  Sater,  Seymour and Pease LLP |
| Mr. | Purple | Creditors | |
| Drew | Sveen | UCC | |
| Gabriela | Urias | observing | |
| Rajiv | Patel-O'Connor | personal | |
| Jasmine | Ball | Observer | |
| Howard | Michaels | Self | |
| Michael | Godbe | Observer | |
| Maximiliano Serafín | Larriba Herranz | Customer | |
| Jack | Schickler | Media | CoinDesk |
| Spencer | Payne | Silver Point Capital,  L.P. | |
| Amanda | Lindner | Interested Party | Cooley LLP |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition LLC | Cherokee Debt Acquisition LLC |
| Becky | Yerak | Wall Street Journal | News Corp |
| Aman | S | Self | |
| Philip | Brendel | self | Bloomberg Intelligence |
| Evelyn | Meltzer | Paradigm | Troutman Pepper |
| Peter | Sprofera | Self | |
| Austin | Viny | VonWin Capital | PrimeShares |
| Kaitlyn | Sundt | Debtors | AlixPartners,  LLP |

| | | | |
|---|---|---|---|
| Daniel | O'Brien | Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. | Venable LLP |
| William | Uptegrove | U.S. Securities and Exchange Commission | |
| Ruth | Ramjit | Observer | |
| Max | Dawson | UCC | FTI Consulting |
| Kathryn | Schultea | FTX | RLKS Executive Solutions |
| Helene | Braun | Media | |
| Kenneth | Thayer | GreenLight Biosciences Holdings,  PBC | Conn Kavanaugh Rosenthal Peisch & Ford, LLP |
| Ryan | Chen | Individual | |
| Mike | Kim | n/a | |
| Andrew | Glantz | Xclaim Inc. | Xclaim Inc. |
| Scott | Cousins | Evolve Bank | Cousins Law LLC |
| Alexander | Saeedy | The Wall Street Journal | |
| Meghana | Vunnamadala | Interested Party | |
| Natalie | Rowles | N/A | |
| Victoria | Glass | N/A | |
| Douglass | Wilson | Coinbase Asset Management | Coinbase Asset Management |
| Jason | Lu | Creditor | |
| Cathy | Ta | Reorg | Reorg |
| Sarah | Schrag | Jefferies LLC | Dentons US LLP |
| Mark | Hurford | Celsius | A.M. Saccullo Legal,  LLC |
| Francois | Lamy | FL | |
| Stanton | McManus | United States of America | |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards,  Layton & Finger,  P.A. |
| Berat | Ataseven | Nickel Digital Asset Management Limited | |
| Dawn | Giel | CNBC | CNBC |
| Mat | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |

| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
|---|---|---|---|
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Jack | Amed | unsecured creditor | |
| Craig | Rasile | Interested Party | Winston & Strawn |
| Flavio | Lippi | PD | |
| Pat | Rabbitte | Myself | n/a |
| Arush | Sehgal | Self | |
| Lauren | Sisson | BlockFi | Haynes and Boone |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Alejandro | Martín | CRYPTONIZATE.COM | CRYPTONIZATE.COM |
| Caroline | Salls | BankruptcyData | |
| Philip | Dalgarno | FC Cayman A LLC | Willkie Farr & Gallagher LLP |
| Sadiki | Wiltshire | N/A | |
| Matt | Englehardt | Olympus Peak | Olympus Peak |
| Richard | Archer | Law360 | |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan,  Lewis & Bockius LLP |
| Ryan | Beil | FTX DM | White & Case LLP |
| Taylor | Harrison | Debtwire | |
| randall | chase | associated press | associated press |
| Ryan | Fink | Bullish Global | |
| Jasmine | Armand | Party in Interest | White & Case LLP |
| Ramnik | Arora | Self | Individual |
| Alexander | Steiger | Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation) | Richards,  Layton & Finger,  P.A. |
| Dan | Steefel | Nexxus Holdings | |
| Antonello | Sartini | Customer | Antonello |
| John | Adams | Discordbe | |
| Max | Kowa | None | |
| Jorn | Walthaus | Jorn Walthaus | |
| Kate | Hris | Creditor | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |

| Eric | Meyer | Newton AC/DC Fund LP | ESM Management LLC |
|---|---|---|---|
| Steven | Church | non party | Bloomberg News |
| GUILHERME | Henrique | Guilherme Henrique | |
| John | Gallego | party in interest | Togut Segal & Segal |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers | Morris,  Nichols,  Arsht & Tunnell LLP |
| Jonathan | Weyand | Ad Hoc Committee of Non-US Customers | Morris,  Nichols,  Arsht & Tunnell LLP |
| Paul | Yablon | n/a | |
| Caitlin | Ostroff | The Wall Street Journal | |
| Miles | Trevelyan | Nexxus Holdings | |
| vikram | mechanda | Myself | |
| Gregory | Donilon | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| John | Mallon | Self | |
| Travis | Kling | Ikigai | |
| Sascha | Rand | FTX Trading Ltd. | Quinn Emanuel Urquhart & Sullivan,  LLP |
| Laura | Haney | Court | |
| Mathieu | Loiselle | myself | |
| Charles | Katz | Joele Frank | Joele Frank |
| David | Queroli | Bahamas JPLs | |
| Samy | Soliman | Customer | |
| Mia | Cooper | n/a | |
| Sam | customer | Ftx Customers | |
| Michele | Wan | Pulsar | Pulsar |
| Alejandro | Caffaro | Myself | |
| Ezra | Serrur | Self | Serrur & Co. LLC |
| Gihoon | Jung | Creditor | HoonLabs |
| Tom | S | Tom s | |
| Hans | Kung | Pulsar | Pulsar |
| Brett | Bakemeyer | JPLs of FTX Digital Markets | White & Case LLP |