**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCE INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Maria A. Milano to represent Lumen Bioscience, Inc. in this action.

Dated: September 13, 2023
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater*
Stephanie Slater (DE Bar No. 6922)
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE  19801
Tel.: (302) 654-7444
Fax: (302) 656-8920
Email: sward@foxrothschild.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

**FOX ROTHSCHILD LLP**

*/s/ Maria A. Milano*
Maria A. Milano, WSBA #29499
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel:  206.624.3600
Fax:  206.389.1708
Email: mamilano@foxrothschild.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: September 13th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**