# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>　　　　　　　　Debtors.<br><br>ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Adv. Proc. Case No. 23-50444 (JTD) |

**Hearing Date: October 19, 2023 at 10:00 A.M. (ET)**
**Objections Due: September 29, 2023 at 4:00 P.M. (ET)**
**Reply Deadline: October 6, 2023 at 4:00 P.M. (ET)**

**NOTICE OF HEARING ON MOTION OF PLATFORM LIFE SCIENCES, INC., A CANADIAN CORPORATION, TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)**

**PLEASE TAKE NOTICE THAT** on September 15, 2023, Platform Life Sciences Inc., a Canadian corporation ("PLS Canada"), filed the attached *Motion of Platform Life Sciences, Inc.,*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*a Canadian Corporation, to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2)* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to entry of the relief requested in the Motion are due on or before **September 29, 2023 at 4:00 p.m. (prevailing Eastern Time)** and must be filed with the Court and served on the below counsel for PLS Canada.

**PLEASE TAKE FURTHER NOTICE** that any reply to any objection to entry of the relief requested in the Motion is due on or before **October 6, 2023 at 4:00 p.m. (prevailing Eastern Time)** and must be filed with the Court and served on the objecting party.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held by zoom video conference[2] before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **October 19, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[2] Any party who wishes to attend the video conference is required to register at the following link: https://protect-us.mimecast.com/s/MaMQC9r2PrSYE6zMhoCUEi.

Dated: September 15, 2023   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Alan J. Kornfeld (CA Bar No. 130063) *(admitted pro hac)*
Debra I. Grassgreen (CA Bar No. 169978) (*admitted pro hac*)
Tavi C. Flanagan (CA Bar No. 169156) *(admitted pro hac)*
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  joneill@pszjlaw.com
           akornfeld@pszjlaw.com
           dgrassgreen@pszjlaw.com
           tflanagan@pszjlaw.com

*Counsel to Defendant Platform Life Sciences, Inc., a Canadian corporation, now known as Purpose Life Sciences, Inc., a Canadian corporation*