# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                    Defendants. | Adv. Proc. Case No. 23-50444 (JTD)<br><br>**Ref. Docket No.** \_\_\_ |

### ORDER DISMISSING COMPLAINT AGAINST PLATFORM LIFE SCIENCES, INC., A CANADIAN CORPORATION, FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)

Upon consideration of the motion (the "Motion")[2] of Platform Life Sciences Inc.,[3] a Canadian corporation ("PLS Canada"), to dismiss the claims in this adversary proceeding asserted

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

[3] Platform Life Sciences, Inc., a Canadian corporation, is now known as Purpose Life Sciences, Inc., a Canadian corporation.

against PLS Canada by Plaintiffs Alameda Research Ltd. ("Alameda") and FTX Trading Ltd. ("FTX Trading" and, together with Alameda, the "Plaintiffs") pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and the Mills Declaration; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided, and that no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Complaint against PLS Canada is hereby dismissed for lack of personal jurisdiction.

3. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.