# EXHIBIT 1

DUPLICATE



Number: BC1286974

# CERTIFICATE

# OF

# INCORPORATION

*BUSINESS CORPORATIONS ACT*

I Hereby Certify that PLATFORM LIFESCIENCES INC. was incorporated under the Business Corporations Act on February 1, 2021 at 05:52 PM Pacific Time.



*Issued under my hand at Victoria, British Columbia*
*On February 1, 2021*



**CAROL PREST**
*Registrar of Companies*
Province of British Columbia
Canada