# EXHIBIT 4

```
         DR   3,249,985.00 USD  F/AMT:  3,249,985.00  R/SRCE:DIR   C/NUM:N/A         C/RATE:N/A              CNTR:1.0000000   AUTOPOST
              3,249,985.00 CAD       CHARGES :   N/A
                                  SOURCE   :            COMM:
                                  REMITTER: FTX TRADING LIMITED               FRIARS HILL ROAD, MANDOLIN PL
                                            SAINT JOHNS                        ANTIGUA AND BARBUDA AG-04
                           ACCT   :
                           BENEF  : PLATFORM LIFESCIENCES INC.                 4245 NAUTILUS CLOSE
                                    VANCOUVER, BRITISH COLUMBIA                CANADA
                           DETAILS : INVOICE 01 - PHILANTHROPIC GIFT
                           INSTRUCT: /TIME/09.06                               ///FEDR
                         CURR/AMT/RATE: USD    3,250,000.00
                      SENDERS CHARGES:  USD        0.00        USD      15.00
               DETAILS OF CHARGES: SHARED
                           SND TRAN:          /INTERNATIONAL DEPARTMENT
                           DTE RECD: 04FEB/22       TIME RECD: 09:08:02
                           ICN      :

         DR   3,249,985.00 USD VALUE DATE : 04FEB/22                                                                          AUTOPOST
SETTLED      3,249,985.00 CAD ENTRY DATE : 04FEB/22

         CR   3,249,985.00 USD F/AMT:  3,249,985.00  R/SRCE:OFF   C/NUM:N/A         C/RATE:N/A              CNTR:1.0000000   SYSTEM
BR DIR       3,249,985.00 CAD
```