# EXHIBIT 7

```
███      DR  34,999,985.00 USD F/AMT: 34,999,985.00  R/SRCE:DIR   C/NUM:N/A      C/RATE:N/A        CNTR:1.0000000   AUTOPOST
             34,999,985.00 CAD      CHARGES :   N/A
                            SOURCE :  ████    COMM:
                            REMITTER: ALAMEDA RESEARCH LTD               TORTOLA PIER PARK, BLDG. 1 SECOND F
                                      LOOR                                WICKHAM CAY I, ROAD TOWN TORTOLA
                            ACCT    : ████
                            BENEF   : PLATFORM LIFESCIENCES INC          506-1505 W 2ND AVE VANCOUVER
                                      BC  V6H 3Y4 CANADA
                            DETAILS : LAYONA BIOSCIENCE GROUP             REF ████
                            INSTRUCT:
                            CURR/AMT/RATE: USD  35,000,000.00
                SENDERS CHARGES:  USD       0.00       USD        15.00
             DETAILS OF CHARGES: SHARED
                            SND TRAN: ██ /INTERNATIONAL DEPARTMENT
                            DTE RECD: 26MAY/22      TIME RECD: 18:50:04
                            ICN     : ████

███          DR  34,999,985.00 USD VALUE DATE : 26MAY/22                                                              AUTOPOST
SETTLED          34,999,985.00 CAD ENTRY DATE : 26MAY/22

███          CR  34,999,985.00 USD F/AMT: 34,999,985.00  R/SRCE:OFF   C/NUM:N/A      C/RATE:N/A        CNTR:1.0000000   SYSTEM
BR DIR           34,999,985.00 CAD
```