# EXHIBIT 9



# CIBC Account Statement

PLATFORM LIFESCIENCES INC.

For Jun 1 to Jun 30, 2022

**Account number**
█████

The names shown are based on our current records, as of August 24, 2023. This statement does not reflect any changes in account holders and account holder names that may have occurred prior to this date.

**Branch transit number**
█████

## Account summary

█████████████████████████

## Contact information

☎ **1 800 465 CIBC (2422)**
Contact us by phone for questions on this update, change of personal information, and general inquiries, 24 hours a day, 7 days a week.

**TTY hearing impaired**
1 800 465 7401

**Outside Canada and the U.S.**
1 902 420 CIBC (2422)

🌐 www.cibc.com

## Transaction details

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|------|-------------|-----------------|--------------|-------------|

███████████████████████████████████████

(continued on next page)

## CIBC Account Statement

Jun 1 to Jun 30, 2022
Account number: 
Branch transit number:

### Transaction details (continued)

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|
| | WIRE TSF<br>ALAMEDA RESEARCH LTD<br>RFB | | 14,999,985.00 | |

