# EXHIBIT 10

```
         DR  14,999,985.00 USD  F/AMT: 14,999,985.00  R/SRCE:DIR   C/NUM:N/A    C/RATE:N/A         CNTR:1.0000000   AUTOPOST
             14,999,985.00 CAD       CHARGES :   N/A
                               SOURCE   :    ███/███       COMM:
                               REMITTER: ALAMEDA RESEARCH LTD         TORTOLA PIER PARK, BLDG. 1 SECOND F
                                         LOOR                         WICKHAM CAY I  ROAD TOWN TORTOLA
                               ACCT    :  ███████
                               BENEF   :  PLATFORM LIFESCIENCES INC   4245 NAUTILUS CLOSE VANCOUVER
                                          BRITISH COLUMBIA, CANADA
                               DETAILS : REB ███████
                               INSTRUCT:
                               CURR/AMT/RATE: USD   15,000,000.00
                               SENDERS CHARGES: USD      0.00    USD      15.00
                               DETAILS OF CHARGES: SHARED
                               SND TRAN: ███/INTERNATIONAL DEPARTMENT
                               DTE RECD: 21JUN/22    TIME RECD: 12:15:57
                               ICN     :  ███████

         DR  14,999,985.00 USD  VALUE DATE : 21JUN/22                                                               AUTOPOST
SETTLED      14,999,985.00 CAD  ENTRY DATE : 21JUN/22

         CR  14,999,985.00 USD  F/AMT: 14,999,985.00  R/SRCE:OFF   C/NUM:N/A    C/RATE:N/A         CNTR:1.0000000   SYSTEM
BR DIR       14,999,985.00 CAD
```