# EXHIBIT B

```
         DR   3,249,985.00 USD  F/AMT:  3,249,985.00  R/SRCE:DIR   C/NUM:N/A      C/RATE:N/A            CNTR:1.0000000   AUTOPOST
              3,249,985.00 CAD      CHARGES :   N/A
                                SOURCE   :          COMM-
                                REMITTER: FTX TRADING LIMITED                 FRIARS HILL ROAD, MANDOLIN PL
                                          SAINT JOHNS                         ANTIGUA AND BARBUDA AG-04
                           ACCT       :
                                BENEF    : PLATFORM LIFESCIENCES INC.         4245 NAUTILUS CLOSE
                                          VANCOUVER, BRITISH COLUMBIA         CANADA
                                DETAILS  : INVOICE 01 - PHILANTHROPIC GIFT
                                INSTRUCT : /TIME/09.06                        ///FEDR
                           CURR/AMT/RATE: USD    3,250,000.00
                           SENDERS CHARGES:  USD         0.00        USD        15.00
                       DETAILS OF CHARGES: SHARED
                                SND TRAN :        /INTERNATIONAL DEPARTMENT
                                DTE RECD : 04FEB/22       TIME RECD: 09:08:02
                                ICN      :

         DR   3,249,985.00 USD  VALUE DATE : 04FEB/22                                                                    AUTOPOST
SETTLED       3,249,985.00 CAD  ENTRY DATE : 04FEB/22

         CR   3,249,985.00 USD  F/AMT:  3,249,985.00  R/SRCE:OFF   C/NUM:N/A      C/RATE:N/A            CNTR:1.0000000   SYSTEM
BR DIR        3,249,985.00 CAD
```