# EXHIBIT D



# CIBC Account Statement

PLATFORM LIFESCIENCES INC.

The names shown are based on our current records, as of August 24, 2023. This statement does not reflect any changes in account holders and account holder names that may have occurred prior to this date.

For May 1 to May 31, 2022

**Account number**


**Branch transit number**


## Account summary

## Contact information

☎ 1 800 465 CIBC (2422)
Contact us by phone for questions on this update, change of personal information, and general inquiries, 24 hours a day, 7 days a week.

**TTY hearing impaired**
1 800 465 7401

**Outside Canada and the U.S.**
1 902 420 CIBC (2422)

🖱 www.cibc.com

## Transaction details

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|------|-------------|-----------------|--------------|-------------|

(continued on next page)

**CIBC Account Statement**

May 1 to May 31, 2022
Account number: ▮
Branch transit number: ▮

**Transaction details** (continued)

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|
| May 26 | WIRE ALAMEDA RESEARCH LTD LATONA BIOSCIENCE GROUP | | 34,999,985.00 | |

**Important:** This statement will be considered correct if you do not report errors, omissions or irregularities in entries and balances to CIBC in writing within 30 days from last date of the statement period covered by a previously issued regular statement where such period included the date the entry was, or should have been, posted.

This rule does not apply to improper credits to your account. Your rights under your business account operation agreement to verify and notify CIBC of account errors, omissions or irregularities do not apply to this statement which is for information or replacement purposes only.

**\*Foreign Currency Conversion Fee:**
If you withdraw foreign currency from a bank machine located outside Canada, you are charged the same conversion rate CIBC is required to pay plus an administration fee, which is disclosed in the CIBC's current *Business Account Service Fees* brochure, a copy of which is available at any CIBC branch in Canada (this is in addition to any transaction fee applicable to the withdrawal and the network fee).

™ Trademark of CIBC
® Registered trademark of CIBC
® *Interac* is a registered trademark of Interac Inc./CIBC Licensee