# EXHIBIT E

```
         DR  34,999,985.00 USD F/AMT: 34,999,985.00  R/SRCE:DIR   C/NUM:N/A       C/RATE:N/A        CNTR:1.0000000    AUTOPOST
             34,999,985.00 CAD    CHARGES :   N/A
                              SOURCE :              COMM:
                              REMITTER: ALAMEDA RESEARCH LTD              TORTOLA PIER PARK, BLDG. I SECOND F
                                        LOOR                              WICKHAM CAY I. ROAD TOWN TORTOLA
                              ACCT   :
                              BENEF  : PLATFORM LIFESCIENCES INC          506 - 1505 W 2ND AVE VANCOUVER
                                        BC  V6H 3Y4 CANADA
                              DETAILS : LATONA BIOSCIENCE GROUP           REF:
                              INSTRUCT:
                              CURR/AMT/RATE: USD   35,000,000.00
                        SENDERS CHARGES: USD      0.00       USD      15.00
             DETAILS OF CHARGES: SHARED
                              SND TRAN:      / INTERNATIONAL DEPARTMENT
                              DTE RECD: 26MAY/22       TIME RECD: 18:50:04
                              ICN    :

         DR  34,999,985.00 USD VALUE DATE : 26MAY/22                                                                 AUTOPOST
SETTLED      34,999,985.00 CAD ENTRY DATE : 26MAY/22

         CR  34,999,985.00 USD F/AMT: 34,999,985.00  R/SRCE:OFF   C/NUM:N/A       C/RATE:N/A        CNTR:1.0000000    SYSTEM
BR DIR       34,999,985.00 CAD
```