# EXHIBIT H

```
         DR  14,999,985.00 USD  F/AMT: 14,999,985.00  R/SRCE:DIR   C/NUM:N/A      C/RATE:N/A         CNTR:1.0000000    AUTOPOST
             14,999,985.00 CAD        CHARGES :    N/A
                                SOURCE   :         /              COMM:
                                REMITTER: ALAMEDA RESEARCH LTD         TORTOLA PIER PARK, BLDG. 1 SECOND F
                                                                       LOOR
                                                                       WICKHAM CAY I  ROAD TOWN TORTOLA
                                ACCT     :
                                BENEF    : PLATFORM LIFESCIENCES INC   4245 NAUTILUS CLOSE VANCOUVER
                                           BRITISH COLUMBIA, CANADA
                                DETAILS : REB
                                INSTRUCT:
                                CURR/AMT/RATE: USD  15,000,000.00
                                SENDERS CHARGES: USD    0.00    USD    15.00
                                DETAILS OF CHARGES: SHARED
                                SND TRAN:        /INTERNATIONAL DEPARTMENT
                                DTE RECD: 21JUN/22    TIME RECD: 12:16:57
                                ICN     :

         DR  14,999,985.00 USD VALUE DATE : 21JUN/22                                                                   AUTOPOST
SETTLED      14,999,985.00 CAD ENTRY DATE : 21JUN/22

         CR  14,999,985.00 USD  F/AMT: 14,999,985.00  R/SRCE:OFF   C/NUM:N/A      C/RATE:N/A         CNTR:1.0000000    SYSTEM
BR DIR       14,999,985.00 CAD
```