IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>    Plaintiffs,<br><br>-against-<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>    Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## AFFIDAVIT OF SERVICE

    I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

At my direction and under my supervision, employees of Kroll caused the following document to be served by the date and method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Proposed Case Management Plan and Scheduling Order [Docket No. 28]

Dated: September 27, 2023

                                                              */s/ Liz Santodomingo*
                                                              Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 27, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE | 500 DELAWARE AVENUE 8TH FLOOR | WILMINGTON | DE | 19801 | MDEBAECKE@ASHBYGEDDES.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| CONN KAVANAUGH ROSENTHAL PEISCH & FORD | ATTN: KENNETH N THAYER | ONE FEDERAL STREET, 15TH FLOOR | BOSTON | MA | 02110 | KTHAYER@CONNKAVANAUGH.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| FOX ROTHSCHILD LLP | STEPHANIE JOANNE SLATER | 919 NORTH MARKET STREET SUITE 300 | WILMINGTON | DE | 19899-2323 | | FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| FOX ROTHSCHILD LLP | MARIA A. MILANO | 1001 4TH AVE. SUITE 4500 | SEATTLE | WA | 98154 | MAMILANO@FOXROTHSCHILD.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON | ONE PENN PLAZA, SUITE 3100 | NEW YORK | NY | 10119 | SSIMON@GOETZFITZ.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| KELLER BENVENUTTI KIM LLP | ATTN: JANE KIM, DARA LEVINSON SILVEIRA | 650 CALIFORNIA STREET, SUITE 1900 | SAN FRANCISCO | CA | 94108 | JKIM@KBKLLP.COM; DSILVEIRA@KBKLLP.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: JEREMY D. MISHKIN, GREGORY T. DONILON, MARC PHILLIPS | 1735 MARKET STREET | PHILADELPHIA | PA | 19103 | MPHILLIPS@MMWR.COM; GDONILON@MMWR.COM; JMISHKIN@MMWR.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: GILLIAN N. BROWN, TAVI C. FLANAGAN, ALAN J. KORNFELD | 10100 SANTA MONICA BOULEVARD | LOS ANGELES | CA | 90067 | GBROWN@PSZJLAW.COM; TFLANAGAN@PSZJLAW.COM; AKORNFELD@PSZJLAW.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | JAMES E O'NEILL | 919 NORTH MARKET STREET, 17TH FLOOR | WILMINGTON | DE | 19801 | JONEILL@PSZJLAW.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | DEBRA I GRASSGREEN | 150 CALIFORNIA STREET | SAN FRANCISCO | CA | 94111 | DGRASSGREEN@PSZJLAW.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| POTTER ANDERSON & CORROON LLP | ATTN: AARON H. STULMAN | 1313 N. MARKET STREET, 6TH FLOOR | WILMINGTON | DE | 19801 | ASTULMAN@POTTERANDERSON.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB | 52 EAST GAY STREET | COLUMBUS | OH | 43215 | TSCOBB@VORYS.COM | EMAIL ON SEPTEMBER 10, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 11, 2023 |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)
Page 1 of 1