## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| - against - | |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | Adv. Pro. No. 23-50444 (JTD) |
| Defendants. | |

## DECLARATION OF MATTHEW B. MCGUIRE
## IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PLATFORM LIFE SCIENCES. INC.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION

I, Matthew B. McGuire, hereby declare that the following is true and correct to the best

of my knowledge, information and belief:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1.      I am a member in good standing of the Bar of the State of Delaware and have been admitted to practice before this Court.  I am a partner of Landis Rath & Cobb LLP and am one of the attorneys representing FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), including Alameda Research Ltd. in the above-captioned cases.  I submit this declaration in connection with *Plaintiffs' Opposition to Defendant Platform Life Sciences, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction* ("Opposition Brief"), filed concurrently herewith, to place before the Court certain documents and information referred to in the Opposition Brief.[2]

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Platform Life Sciences Inc.'s ("PLS") Investment Proposal for the FTX Foundation, dated March 28, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a Notice of Change of Directors from British Columbia Canada's Registry Services filed on July 22, 2022, reflecting PLS's current directors.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a PLS presentation that Ed Mills, the CEO of PLS, emailed to Debtors' counsel and their advisors on June 1, 2023.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the "About Us" page of PLS's website, last accessed Sept. 26, 2023.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the biography of Mark Dybul, PLS's Executive Chairperson, on PLS's website.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a property record, which has been redacted to protect personal identifying information, collected from the Maryland State

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Opposition Brief.

Department of Assessments and Taxation's online real property database that reflects Dybul's current ownership of a home in Chestertown, Maryland.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the LinkedIn profile of Bob Battista, the Chief Commercial and Strategy Officer of PLS.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the LinkedIn profile of Twanna Davis, the Head of Clinical Trial Solutions of PLS.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a property record, which has been redacted to protect personal identifying information, collected from the Alamance County Government Tax Administration's online real property database that reflects Davis's current ownership of a residence in Mebane, North Carolina.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the LinkedIn profile of Katie Winter, the Vice President of Product Lifecycle Innovations of PLS.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a property record, which has been redacted for personal identifying information, collected from the Commonwealth of Massachusetts' online real property database that reflects Winter's current ownership of a condominium in Ashland, Maryland.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the LinkedIn profile of Melissa Bomben, the Chief Operating Officer of PLS.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a property record, which has been redacted for personal identifying information, collected from the Whatcom County, Washington Assessor & Treasurer's online real property database that reflects Bomben's current ownership of a residence in Blaine, Washington.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of a post on PLS's LinkedIn page from October 2022 publicizing then-CEO of PLS Michael Zimmerman's attendance of the Veeva Summit in Boston.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of the LinkedIn profile of Ed Mills, the current CEO of PLS.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of the "Publications" page of PLS's website, reflecting various "Purpose Life Sciences Published Works," last accessed Sept. 27, 2023.

18.     Attached hereto as **Exhibits 17–21** are true and correct copies of articles published in U.S. medical journals featured on the "Publications Page" of PLS's website: "Global HIV Control: Is the Glass Half Empty or Half Full?" published in The Lancet (**Exhibit 17**); "Pegylated Interferon Lambda for Covid-19" published in the New England Journal of Medicine (**Exhibit 18**); "Early Treatment with Pegylated Interferon Lambda for Covid-19" published in the New England Journal of Medicine (**Exhibit 19**); "Advancing Detection and Response Capacities for Emerging and Re-Emerging Pathogens in Africa" published in The Lancet (**Exhibit 20**); and the "Effect of Early Treatment with Ivermectin among Patients with Covid-19" published in the New England Journal of Medicine (**Exhibit 21**).

19.     Attached hereto as **Exhibit 22** is a true and correct copy of the LinkedIn profile of Michael Zimmerman, the former CEO of PLS and a current director of PLS.

20.     Attached hereto as **Exhibit 23** is a true and correct copy of a property record, which has been redacted for personal identifying information, collected from the City and County of San Francisco that reflects Zimmerman's current ownership of a residential property in San Francisco.

21.     Attached hereto as **Exhibit 24** is a true and correct copy of a May 20, 2022 email from Ross Rheingans-Yoo to Mills and Zimmerman relating to the investment by Latona Bioscience Group ("Latona") in PLS.

22.     Attached hereto as **Exhibit 25** is a true and correct copy of a Client Information Form that Rheingans-Yoo submitted in connection with the incorporation of Latona, on January 14, 2022; it has been redacted to protect personal identifying information.

23.     Attached hereto as **Exhibit 26** is a true and correct copy of Rheingans-Yoo's U.S. Passport submitted in connection with the Client Information Form attached as Exhibit 25; it has been redacted to protect personal identifying information.

24.     Attached hereto as **Exhibit 27** is a true and correct copy of Rheingans-Yoo's U.S. driver's license submitted in connection with the Client Information Form attached as Exhibit 24; it has been redacted to protect personal identifying information.

25.     Attached hereto as **Exhibit 28** is a true and correct copy of a current driving report for Rheingans-Yoo collected from Denspri LLC.

26.     Attached hereto as **Exhibits 29–31** are true and correct copies of emails from Zimmerman to Mills, Rheingans-Yoo and PLS's U.S. counsel, Pearl Cohen Zedek Latzer Baratz LLP, reflecting PLS board meetings that were held virtually using Microsoft Teams.

27.     Attached hereto as **Exhibit 32** is a true and correct copy of PLS's LinkedIn profile that reflects PLS's current employees.

28.     Attached hereto as **Exhibit 33** is a true and correct copy of the LinkedIn profile of Inna Roitman, a PLS employee in the U.S.

29.     Attached hereto as **Exhibit 34** is a true and correct copy of the LinkedIn profile of Amy Ghelardi, a PLS employee in the U.S.

30.     Attached hereto as **Exhibit 35** is a true and correct copy of the LinkedIn profile of Lauren Panco, a PLS employee in the U.S.

31.     Attached hereto as **Exhibit 36** is a true and correct copy of a January 26, 2023 post on PLS's LinkedIn page, advertising a Sr. Director of Business Development position at PLS in Boston, Massachusetts.

32.     Attached hereto as **Exhibit 37** is a true and correct copy of the "Careers" page of PLS's website, advertising two available "Remote USA" positions at PLS.

33.     Attached hereto as **Exhibit 38** is a true and correct copy of job openings for a Clinical Project Manager and Clinical Team Manager on PLS's Bamboo HR page.

34.     Attached hereto as **Exhibit 39** is a true and correct copy of press release from CVS Health concerning CVS Health's Clinical Trial Services, dated May 20, 2021.

35.     Attached hereto as **Exhibit 40** is a true and correct copy of a post on PLS's LinkedIn page from January 2023, publicizing PLS employee Erica Figueroa's attendance at the JP Morgan Healthcare Conference in San Francisco.

36.     Attached hereto as **Exhibit 41** is a true and correct copy of a post on PLS's LinkedIn page from February 2023, publicizing Figueroa's attendance at the Outsourcing Clinical Trials West Coast conference in San Francisco.

37.     Attached hereto as **Exhibit 42** is a true and correct copy of a post on PLS's LinkedIn page from June 2023, publicizing PLS employees Battista's and Winter's attendance of the biotechnology convention BIO 2023 in Boston.

38.     Attached hereto as **Exhibit 43** is a true and correct copy of a post on PLS's LinkedIn page from June 2023, publicizing PLS employee Katie Winter's attendance at a clinical trial design meeting hosted by the Drug Information Association in Boston.

39.     Attached hereto as **Exhibit 44** is a true and correct copy of an excerpt of the transcript of the testimony of Dr. Mark Dybul, who was introduced as PLS's Executive Chairperson, before the United States Senate Committee on Foreign Relations on April 19, 2023.

40.     Attached hereto as **Exhibit 45** is a true and correct copy of the "Our Approach" page of PLS's website.

41.     Attached hereto as **Exhibit 46** is a true and correct copy of a May 13, 2022 email from Mills to Rheingans-Yoo discussing Mills's intention to accept the 2022 David Sackett Trial of the Year Award in San Diego.

42.     Attached hereto as **Exhibit 47** is true and correct copy of a press release by the Society for Clinical Trials dated May 2, 2022 announcing the TOGETHER Trial as the recipient of the 2022 David Sackett Trial of the Year Award in San Diego.

43.     Attached hereto as **Exhibit 48** is a true and correct copy of the archived homepage of the TOGETHER Trial website as it existed on September 13, 2021, which was obtained from the WayBack Machine.  It lists Fast Grants, the Rainwater Charitable Foundation, and the Bill & Melinda Gates Foundation as sponsors of the TOGETHER Trial.

44.     Attached hereto as **Exhibit 49** is a true and correct copy of the homepage of Fast Grants website, excerpted for length, that shows that Fast Grants is based in the United States.

45.     Attached hereto as **Exhibit 50** is a true and correct copy of the homepage of the Rainwater Charitable Foundation that shows that the Rainwater Charitable Foundation is based in the United States.

46.     Attached hereto as **Exhibit 51** is a true and correct copy of the "Contact Us" page of the Bill & Melinda Gates Foundation website that shows that the Bill & Melinda Gates Foundation is headquartered in the United States.

47.     Attached hereto as **Exhibit 52** is a true and correct copy of a press release from PLS titled "Rwanda FDA approves Platform Life Sciences and GreenLight Biosciences to launch a Phase I clinical trial in Rwanda for mRNA COVID-19 vaccine," dated February 2, 2023.

48.     Attached hereto as **Exhibit 53** is a true and correct copy of a March 28, 2022 email from Can Sun (General Counsel of FTX Trading) to Rheingans-Yoo and Ashley Sturrup (Counsel for FTX Digital Markets Ltd.) discussing and attaching a revised draft term sheet for a $50 million investment by Latona in PLS.  It has been redacted for privilege.

49.     Attached hereto as **Exhibit 54** is a true and correct copy of an April 4, 2022 email between Rheingans-Yoo to Mills discussing PLS's incorporation of a Delaware entity.

50.     Attached hereto as **Exhibit 55** is a true and correct copy of the Services Agreement between Latona and PLS, dated June 7, 2022, pursuant to which Latona agreed to invest $15 million in PLS for future services.

51.     Attached hereto as **Exhibit 56** is a true and correct copy of an email thread between Sun and PLS's U.S. counsel Pearl Cohen, among others, regarding negotiations between Latona and PLS in connection with Latona's investment.

52.     Attached hereto as **Exhibit 57** is a true and correct copy of the Simple Agreement for Future Equity between Latona and PLS, dated May 2, 2022, pursuant to which Latona agreed to invest $35 million in PLS.

53.     Attached hereto as **Exhibit 58** is a true and correct copy of a May 15, 2022 email from Zimmerman to Rheingans-Yoo and Josephine Chan (FTX Group), cc-ing Mills, attaching PLS's wire transfer instructions.

54.    Attached hereto as **Exhibit 59** is a true and correct copy of wire instructions for Alameda's bank account #4464 at Silvergate Bank in La Jolla, California.  It has been redacted to protect confidential business information.

55.    Attached hereto as **Exhibit 60** is a true and correct copy of a statement summary for Alameda's bank account #4464 at Silvergate Bank in La Jolla, California, dated April 29, 2022. It has been redacted to protect confidential business information.

56.    Attached hereto as **Exhibit 61** is a true and correct copy of a statement summary for Alameda's bank account #4464 at Silvergate Bank in La Jolla, California, dated May 31, 2022, reflecting Alameda's $35 million transfer to PLS on May 26, 2022.  It has been redacted to protect confidential business information.

57.    Attached hereto as **Exhibit 62** is a true and correct copy of a June 18, 2022 email from Zimmerman to Chan, providing wire transfer instructions for Alameda's $15 million transfer to PLS.

58.    Attached hereto as **Exhibit 63** is a true and correct copy of a statement summary for Alameda's bank account #4464 at Silvergate Bank in La Jolla, California, dated June 30, 2022, reflecting Alameda's $15 million transfer to PLS on June 21, 2022.  It has been redacted to protect confidential business information.

59.    Attached hereto as **Exhibit 64** is a true and correct copy of a January 31, 2022 email from Mills to Chan attaching PLS's wire transfer instructions for FTX Trading's $3.25 million "Philanthropic Gift" to PLS.

60.    Attached hereto as **Exhibit 65** is a true and correct copy of a February 3, 2022 email from Mills to Chan concerning the $3.25 million wire transfer.

61.     Attached hereto as **Exhibit 66** is a true and correct copy of a statement summary for FTX Trading's bank account #9018 at Signature Bank in New York, New York dated February 28, 2022, reflecting FTX Trading's $3.25 million transfer to PLS on February 4, 2022.  It has been redacted to protect confidential business information.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing in true and correct to the best of my knowledge, information, and belief.

Executed in Wilmington, Delaware on this 29th day of September 2023

/s/ Matthew B. McGuire
Matthew B. McGuire (No. 4366)