# EXHIBIT 1



# Investment Proposal

Version: 2.0

Prepared by:

Platform Life Sciences Inc.

For:

**The FTX Foundation**

Written by

Edward Mills, Chief Scientific Officer
emills@platformlifesciences.com
Jamie Forrest, Chief Operating Officer
jforrest@platformlifesciences.com
Michael Zimmerman, Chief Executive Officer
mzimmerman@platformlifesciences.com

Investment Proposal | Platform Life Sciences Inc.

# Executive Summary

Platform Life Sciences was founded in 2021 in response to a need in the global clinical trials marketplace to deliver results for more rapid and efficient clinical trials of candidate COVID-19 therapeutics. The company has shown demonstrative success in the implementation of the TOGETHER Trial in Brazil, enrolling more than 6500 participants to date and reporting evaluations of 11 therapeutic candidates. In early 2022, our team was connected to the leadership at the FTX Foundation, with shared vision for our growth strategy.

In March 2022, Platform Life Sciences convened a meeting of leaders from our global network in the Bahamas with the support of the FTX Foundation. The results of this meeting led to a framework for strategic company growth from drug discovery through, evaluation, and evidence translation as well as the discussion of the funding framework. We Propose a $35,000,000 investment from the FTX Foundation, which will represent 35% equity of PLS. As part of the investment FTX will be offered a board seat. In addition, we propose a $15,000,000 convertible note.

1. Strengthen connections to drug development opportunities
2. Expand our clinical trial infrastructure model in Brazil to 5+ countries
3. Expand our capacity to serve diverse populations and disease areas of interest
4. Improve technical capacity and provide a pipeline of trained human resources from the countries in which we partner
5. Develop a program for translational clinical science that will support meaningful local and policy change and action.

Section 3.0 describes this strategy for each of these priorities for growth in further detail.

Section 3.1 describes the status of Phase I of engagement by Platform Life Sciences with the FTX Foundation a summary of progress on our goals and allocation of the $3,000,000 seed funding.

Section 3.2 provides more detail on the business plan for a proposed investment of $35,000,000 from the FTX Foundation for a 35% stake and a $15,000,000 convertible loan.  The loan can be applied to FTX initiated trials. This includes our proposed structure for human resource expansion and our proposed framework for revenue generation over the next 7 quarters to the end of 2023.

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

# Table of Contents

EXECUTIVE SUMMARY..................................................................................................1

1. BACKGROUND............................................................................................... 3

2. PRIORITIES FOR STRATEGIC GROWTH............................................................ 3

    2.1. SUPPORT PARTNER AGENCIES IN A DRUG DISCOVERY PIPELINE................................. 4

    2.2. GLOBAL EXPANSION OF THE BRAZIL-MODEL OF SUCCESS....................................... 5

    2.3. EXPANSION OF PATIENT POPULATIONS AND DISEASE AREAS.................................... 6

    2.4. TECHNICAL CAPACITY BUILDING.................................................................... 7

    2.5. EVIDENCE TRANSLATION: FROM DATA TO POLICY ACTION........................................ 7

3. BUDGETS, TIMELINES, AND KEY PERFORMANCE INDICATORS......................... 7

    3.1. PHASE 1: FEBRUARY 2022 – MAY 2022 [IN EXECUTION]....................................... 8

    3.2. PHASE 2: BUILDING PLATFORM LIFE SCIENCES GLOBAL OPERATIONS.......................... 9

        3.2.1. Scaling-up Human Resources................................................................ 9

        3.2.2. Scaling-up Revenue........................................................................... 10

        3.2.3. Revenue Generation Strategy............................................................... 10

4. KEY PERSONNEL........................................................................................... 11

March 28, 2022

# 1.   Background

Platform Life Sciences was founded in February of 2021 in response to an unmet need for global clinical research partnerships that could rapidly and effectively generate clinical evidence for COVID-19. In response to this, we designed and implemented the TOGETHER Trial, the largest placebo-controlled clinical trial for the evaluation of COVID-19 therapeutics in the world. In implementing the TOGETHER Trial, we have developed the core principles of our company, based on our observations of how the COVID-19 pandemic has fundamentally reshaped how clinical research is conducted. We believe in delivering efficient clinical results, using novel research methods, and through engaging a network of equitable partnership in academia and industry. Our company leaders have lived and worked in all the global regions we serve. With our growing team of expert clinicians, methodologists, statisticians, and trial logisticians, we offer a new approach to contract research in the post COVID-19 era, providing end-to-end services for our clients, that span the spectrum of clinical trial design, protocol implementation, data analytics, communications, and knowledge translation for meaningful regulatory and policy action.

In January of 2022, Platform Life Sciences was introduced to the FTX Foundation. Version 1.0 of this proposal was submitted to the FTX Foundation and awarded $3,000,000 in grant funding. With the support of this seed funding, our team has made remarkable progress in delivering on the outcomes proposed in Version 1.0.  We have used these funds to establish formal agreements with partners from the countries indicated in our Version 1.0 proposal.

In March 2022, Platform Life Sciences and our partners were invited to The Bahamas to convene a meeting with our leaders from our global partner institutions to map a strategy for growth and development. This discussion Version 2.0 of this proposal presented here. Section 3.1 describes the work to date and allocation of the seed $3,00,000 investment from the FTX Foundation and Section 3.2 describes our strategy for growth and revenue generation for a $50,000,000 investment by the FTX Foundation.

# 2.   Priorities for Strategic Growth

Platform Life Sciences growth strategy is a vision for an end-to-end service that will support clients from the early stages of drug discovery, through clinical evaluation, to evidence translation and effective policy-change. Our company's strategy for growth builds on the success of the TOGETHER Trial in the Brazil with the overall aim of expanding our clinical network model of success in Brazil and strengthening capacity to deliver and end-to-end service model for our clients. These include the following priorities for strategic growth described in detail below.

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

From March 15-27th, 2022 Platform Life Sciences convened a meeting with the support of the FTX Foundation and identified the following priorities for a strategic growth of the company.

1. Strengthen connections to drug development opportunities
2. Expand our clinical trial infrastructure model in Brazil to 5+ countries
3. Expand our capacity to serve diverse populations and disease areas of interest
4. Improve technical capacity and provide a pipeline of trained human resources from the countries in which we partner
5. Develop a program for translational clinical science that will support meaningful local and policy change and action.



Support Partner Agencies for a Drug Discovery Pipeline



Expand Globally the Brazil-model of Success



Expand Patient Populations and Disease Areas for Clinical Evaluation



Strengthen Technical Capacity Among Partners



Effectively Translate Evdience to Policy Action

## 2.1.    Support Partner Agencies in a Drug Discovery Pipeline

We recognize that establishing formal connections with drug development partners will help secure Platform Life Sciences a pipeline for a perpetual evaluation model of candidate therapeutics. We have developed formal agreements with two FTX supported organizations that will support this strategic growth priority. A partnership with ViRex@Stanford led by Dr. Jeffrey Glenn is a pipeline for therapeutics in gastroenterology and hepatology, including

March 28, 2022

candidate therapeutics for fatty liver disease. Our partnership with Enochian Biosciences led by Dr. Mark Dybul is a pipeline for therapeutics in COVID-19 and other respiratory infectious diseases.

Furthermore, in coordination with the FTX Foundation and their network of investments in the biotechnology and drug development companies, we welcome partnership of any connection to facilitate an efficient drug development to evaluation pipeline.

## 2.2.    Global Expansion of the Brazil-model of Success

By expanding the global clinical network of Platform Life Sciences, we will be able to provide more reliable clinical data collected from diverse geographic locations and populations and sustain a perpetual trial infrastructure that can support business development for clients with diverse needs. Our strategy for multi-country expansion leverages existing professional relationships from our network to establish clinical research hubs in Brazil, South Africa, Pakistan, Rwanda, The Democratic Republic of Congo, and the Bahamas. Once we establish the first priority hubs, and refine the operational streamlining and efficiencies, we will further grow to additional geographies (such as Indonesia, Vietnam, Mongolia, Israel and more). Institutional partners and lead personnel for each of these countries are shown below.

| Country | Institutional Partner | Lead |
|---|---|---|
| Brazil | CardResearch / Pontifical Catholic University of Minis Gerais | Dr. Gilmar Reis |
| South Africa | Ezintsha / University of Witwatersrand | Dr. Francois Venter |
| Rwanda | University of Teaching Hospital of Butare / University of Rwanda | Dr. Sabin Nsanzimana |
| Democratic Republic of the Congo | Medical Education Partnerships Initiative of Africa | Dr. Jean Nachega |
| Pakistan | Aga Khan University / Hospital for Sick Children Toronto | Dr. Zulfiqar Bhutta |
| Asia (Vietnam, China, Mongolia) | TBD | TBD (Connection through Dr. Jeffrey Glenn) |
| Bahamas | Partners Medical Centre, University of Bahamas, University of West Indies | Dr. Conville Brown |

Implementation of the expansion of our clinical network in Brazil will be led by our current Brazilian lead investigator, Dr. Gilmar Reis. Currently our clinical sites operate only within the Brazilian state of Minas Gerais (the third most populous state of Brazil). Leveraged by the successful implementation of the TOGETHER Trial in the Minas Gerais state, Dr. Reis has

March 28, 2022

engaged senior federal leaders in the Ministry of Health of Brazil to expand our clinical network to other Brazilian states, including the two more populous states of Sao Paulo and Rio de Janeiro. 1.

Implementation of the expansion of our clinical network into South Africa will be led by Dr. François Venter, Professor and divisional director of clinical research at the University of Witwatersrand in Johannesburg, South Africa. For more than 20 years, Dr. Venter has earned a reputation as one of South Africa's most influential scientists in HIV clinical research, including trial design, implementation, and analytics. In the COVID-19 era, Dr. Venter is a respected voice in the South African national response to COVID-19. Our team has a proven track-record of successful collaborations with Dr. Venter and his team in HIV clinical research to leverage for a successful partnership.

Implementation of the expansion of our clinical network into Pakistan will be led by Dr. Zulfiqar Bhutta. Professor Bhutta is the Founding Director of the Center of Excellence in Women and Child Health & Institute for Global Child Health & Development, at the Aga Khan University South-Central Asia, East Africa & United Kingdom. He is the current national Director of the Pakistan Institutes of Health. Professor Bhutta leads a network for expansion in Pakistan with the ability to recruit a substantial numbers of participants.

Implementation of the expansion of our clinical network into Rwanda will be led by Dr. Sabin Nsanzimana. Dr. Nsanzimana is the Director-General of the University Teaching Hospital of Butare, one of two national medical teaching hospitals in Rwanda. He is formerly the Director-General of the Rwanda Biomedical Centre, the country's public health implementation arm of the Ministry of Health. Dr. Nsanzimana also has a close relationship with another colleague, Dr. Jean Nachega, who leads many initiatives across the continent of Africa, well-positioned to develop the pathogen tracking and emergency clinical trial response priorities of Platform Life Sciences.

Implementation of the expansion of our clinical network into The Bahamas will be led by Dr. Conville Brown and his team at the Medical Pavilion. He will work in partnership with Dr. Robin Roberts and Dr. Corrine Sin Quee-Brown who work in the government-sector. Technical capacity building in country and region will also be supported through connections with Dr. William Fielding, Professor at the University of the Bahamas, as well as clinical faculty connections at the University of the West Indies.

Implementation of our expansion strategy to Asian countries (Vietnam, Mongolia, and China) are in preliminary discussions facilitated by our partnership with Dr. Jeffrey Glenn at ViRex@Stanford.

## 2.3.    Expansion of Patient Populations and Disease Areas

March 28, 2022

The TOGETHER Trial was developed as an outpatient platform trial to evaluate candidate therapeutics for the early treatment of COVID-19. We have recognized an opportunity to expand our clinical research consortia to also include the evaluation of candidate therapeutics for prevention of SARS-COV-2, hospitalized patients with serious COVID-19 complications, and patients with long COVID-19 symptoms.

The RELIEF Study protocol is currently in development and will add a second clinical trial protocol to the Platform Life Sciences clinical trial network. This protocol aims to evaluate candidate therapeutics for the treatment of generalized flu-like symptoms that will conduct diagnostics on the patient to determine their cause of illness after they are randomized.

In addition to these two protocols, TOGETHER and RELIEF, that will form the backbone of our network, this strategy will also include developing capacity to accommodate clients who have developed a protocol that may not fit directly into the TOGETHER or RELIEF platform trial structures, such as inpatient or vaccine trials. Finally, to complement TOGETHER and RELIEF as Phase II/III protocols, it is critical that we develop capacity to support clients with Phase I needs. We have initiated conversations with partners in the US and Israel to develop this capacity.

## 2.4.    Technical Capacity Building

We have a proven track record of building capacity in the countries we work by investing in local universities to train future technical experts in clinical trials. Our growth strategy includes the development of Office of Science and Research with partners in each country in which we operate. Our technical capacity building model will be based on our successful implementation in Rwanda where we work alongside both institutional policy-making agencies and academic institutions for the meaningful exchange of knowledge that trains a future generation of clinical researchers and supports an evidence generation network to influence national and global policy-change.

## 2.5.    Evidence Translation: From data to policy action

We will build capacity within Platform Life Sciences to effectively translate clinical findings from our network into policy. For this strategy, we have formalized partnerships with Dr. Steve Pearson who heads the Institute for Clinical and Economic Review (ICER) and Dr. Nathan Ford, who heads the clinical guidelines committee at the World Health Organization (WHO). These partners will enable Platform Life Sciences to support our clients with data on an effective therapeutic, to navigate the independent scientific bodies and global pollical landscape that govern the issuance of clinical guidance. This team will be responsible for ensuring our compliance to regulatory standards within our trial network and will also develop technical capacity to assist our clients in processing regulatory submissions to regulators such as the FDA, European Medicines Agency (EMA), African Medicines Agency (AMA), and Health Canada.

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

# 3. Budgets, Timelines, and Key Performance Indicators

This proposal presents a two-stage process for investment by the FTX Foundation. Phase I is supported by a $3 million grant from the FTX Foundation, while Phase II is supported by a $50 million investment. A progress summary of the funds supporting Phase I is described in Section 4.1 and budgets, timelines and key performance indicators for the execution of Phase II are described in Section 4.2.

## 3.1.    Phase 1: February 2022 – May 2022 [in execution]

| Strategy and Objectives | Budget USD | Progress Update |
|---|---|---|
| **Patient Populations and Disease Areas** | | |
| Development of the RELIEF Study Protocol | $500,000 | Protocol in development in coordination between Platform Life Sciences staff and CardResearch in Brazil |
| **Multi-country Reach** | | |
| Brazil expansion and continuing support of TOGETHER Trial activities | $750,000 | Expansion of sites from 16 to 21 and the addition of 3 more arms to the TOGETHER platform trial |
| South Africa expansion | $400,000 | Onboarding of country lead, Signed agreement with Ezintsha, Submitting TOGETHER Trial protocol for review by research ethics committees |
| The Bahamas expansion | $250,000 | Onboarding of country lead, Signed agreement with Medical Pavilion, Submitting TOGETHER Trial protocol for review by research ethics committees |
| Rwanda and DRC expansion | $300,000 | Onboarding of country leads, Signed agreement with University of Rwanda, Submitting TOGETHER Trial protocol for review by research ethics committees, Engagement on strategy for pathogen tracking and sentinel surveillance |
| Pakistan expansion | $300,000 | Onboarding of country lead, MOU in progress |
| Asia expansion | $230,000 | Initial contacts made, funds in reserve for support of partner institutions as they are formally established |
| **Technical Capacity Building** | | |
| Center for Clinical Research Excellence in South America | $150,000 | Connections established with academic networks in Brazil and Canada, Dr. Reis securing faculty position at McMaster University, building academic infrastructure to support fellowship opportunities |

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

| | | |
|---|---|---|
| Center for Clinical Research Excellence in Africa | $150,000 | Connections established with the University of Rwanda (Drs Mills and Forrest), and the Medical Education Partnership Initiative (MEPI) across the continent |
| **Evidence Translation and Policy Action** | | |
| Needs assessment and partnership development | $150,000 | Onboarding of Head of Regulatory Affairs for Platform Life Sciences, Partnership agreements made between PLS and ICER and WHO, Strategy in development for expanding service provision |
| **TOTAL** | **$3,000,000** | |

## 3.2.    Phase 2: Building Platform Life Sciences Global Operations

Based on the success of our Phase-1, and the multiple datapoints showing viability and traction to PLS clinical trial traction execution, we propose a fast growth strategy. It will allow us to scale up aggressively the number of partners we collaborate with, the number of concurrent clinical trials we can execute and the industry education and impact of our innovative platform. We consider both our mission to change medicine and creating a valuable enterprise that is well-positioned to disrupt the current landscape of clinical evaluation and translational science.

### 3.2.1.  Scaling-up Human Resources

Based on TOGETHER Trial and our lessons learned, we have designed an organization architecture which will allow us to pursue our mission statement. Over the next 7 quarters we aim to build the organizational structure for human resources shown below:



The organization core is the clinical trial division, which oversees trial execution and works with expanding list of partners. The Tools and Data/IT team will progressively develop and adopt best of breed tools to increasingly improve efficiency and pave the way to innovative data analytics and sharing tools. Over time we see our ability to gather, analyze and gain insights to data as core capability which will offer another step function for clinical trials execution.

### 3.2.2.  Scaling-up Revenue

Platform Life Sciences initial budget profile is presented below (reflecting the organization build in 4.2.1, and the revenue plan presented in 4.2.3 below)

| | Q2-2022 | Q3-2022 | Q4-2022 | Q1-2023 | Q2-2023 | Q3-2023 | Q4-2023 |
|---|---|---|---|---|---|---|---|
| Headcount (including partners geo) | 20 | 48 | 87 | 101 | 118 | 126 | 128 |
| Payroll (including partners geo) | $592,000 | $1,886,000 | $3,368,000 | $4,338,000 | $5,098,000 | $5,519,000 | $5,705,000 |
| G&A outsource (legal, finance, other) | $110,000 | $270,000 | $390,000 | $510,000 | $540,000 | $570,000 | $600,000 |
| Office space and IT | $64,900 | $235,600 | $406,700 | $596,100 | $687,000 | $731,400 | $751,700 |
| Platform Opex & Consultants/Contractors | $56,000 | $153,664 | $421,654 | $728,618 | $1,259,052 | $2,175,642 | $3,222,437 |
| *Total:* | **$822,900** | **$2,545,264** | **$4,586,354** | **$6,172,718** | **$7,584,052** | **$8,996,042** | **$10,279,137** |

Although there are few unknowns that we are providing rough estimate as of now, we believe that this budget foundation is solid, and based on field experience, as well as best practices of leading technology and bioscience companies.

### 3.2.3.  Revenue Generation Strategy

The core element of our revenue will be execution of clinical trials at global scale. Although in the future we see multiple options to generate other revenue streams from distributed data analytics, insights and gaining intelligence on global basis, these are not factored yet to the revenue plan. Today we are offering trials based on the TOGETHER Trial template with our Brazil based partner. We see the need to offer a more enhanced version of the trial, in multiple geographies which will enhance the trial scope and credibility. Hence, we plan to tier (including tier pricing) our services, with the former TOGETHER Trial template offered as 'Bronze' package and the more advance offered as 'Silver' package. As we build further capabilities in 2022, we will be positioned to offer a comprehensive Phase-I/I/III trials with regulatory submission. We will aim to price these trial as 'Gold' package. A summary of the service packages for each of the tiers is presented below:

| Service Package Tier | Description |
|---|---|
| Bronze | • Can be implemented as an amendment to the academic-sponsored TOGETHER Trial protocol |

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

| | |
|---|---|
| | • Services include recruitment, trial monitoring, analytics, and reporting |
| Silver | • Can be implemented as an amendment to the academic-sponsored TOGETHER or RELIEF Trial protocols |
| | • Engagement of multiple sites from more than one country |
| | • Services include recruitment, trial monitoring, analytics, and reporting |
| | • May include additional service support for evidence translation and policy |
| Gold | • A new protocol in a different patient population or disease area from either the TOGETHER or RELIEF protocols |
| | • Requires engagement of one site or multiple sites in additional training/capacity development |
| | • May include the engagement of network sites in implementing a Phase I protocol |
| | • End-to-end service option available to client from Phase I evaluation through to technical support for evidence translation and regulatory agency submission to support commercialization and global drug access initiatives |

The layout of the trials that we will execute for each tier, and the revenue being generated is presented below:

| | Q2-2022 | Q3-2022 | Q4-2022 | Q1-2023 | Q2-2023 | Q3-2023 | Q4-2023 |
|---|---|---|---|---|---|---|---|
| New Bronze Trials | 2 | 2 | 2 | 2 | 2 | 3 | 4 |
| New Silver Trials | | | 1 | 1 | 1 | 2 | 2 |
| New Gold Trials | | | | | 1 | 1 | 1 |
| New Bronze contract value | $10,428,571 | $10,428,571 | $10,428,571 | $10,428,571 | $10,428,571 | $15,642,857 | $20,857,143 |
| New Silver contract value | $0 | $0 | $16,916,667 | $16,916,667 | $16,916,667 | $33,833,333 | $33,833,333 |
| New Gold contract value | $0 | $0 | $0 | $0 | $35,750,000 | $35,750,000 | $35,750,000 |
| Total contracts value (AGGRESSIVE) | $10,428,571 | $10,428,571 | $27,345,238 | $27,345,238 | $63,095,238 | $85,226,190 | $90,440,476 |
| Total contracts value (CONSERVATIVE) | $7,300,000 | $7,404,286 | $19,688,571 | $19,962,024 | $46,690,476 | $63,919,643 | $68,734,762 |
| Total revenues (AGGRESSIVE) | $6,778,571 | $7,300,000 | $20,508,929 | $21,876,190 | $53,630,952 | $76,703,571 | $85,918,452 |
| Total revenues (CONSERVATIVE) | $4,745,000 | $5,183,000 | $14,766,429 | $15,969,619 | $39,686,905 | $57,527,679 | $65,298,024 |

March 28, 2022

11

We made several rough estimates to derive this revenue build-up, which represents an average of expected clinical trial price, as well the velocity of PLS winning new clinical trials. While those goals are achievable based on the evidence we have, there can be some variability in the estimates, that will be refined as we develop our global operations and gain experience within the new geographies. Revenues recognition for formal financial reports might need to adjust income based on best practices (e.g. amortizing the contract value across execution time).

Our proposals and service agreements with prospective industry sector clients are based on a schedule of deliverable milestones with corresponding payment. These milestones include establishing trial infrastructure, obtaining ethical and regulatory approval for the study, as well as recruitment and monitoring of the study arm. For investigational products evaluated within the TOGETHER Protocol, a pre-defined statistical analysis plan guides the rules for interim analyses of trial data. The revenue estimates presented assume the investigational product is given a green at interim analysis by a review of the Drug Safety and Monitoring Committee and complete recruitment and data collection of a full sample for final analysis. While some contracts will not advance beyond the first interim analysis stage, this work represents on average 60% on the total value of a contract and for clients whose drug is shown to be safe and effective, we can engage that client in an add-on Time & Materials (T&M) contract for technical services that assist the clients in bring their drug to market.

In addition to business wins from prospective clients in the biotech marketplace, an estimated additional $13 M in revenue that we predict will be secured in the form of grants from global health philanthropic agencies, such as the Bill & Melinda Gates Foundation, Unitaid, and the Welcome Trust.

# 4. Key Personnel

**Edward Mills PhD, FRCP, Founder and Chief Scientific Officer**

Dr. Edward Mills is the Chief Scientist at Platform Life Sciences and the Principal Investigator of the TOGETHER adaptive platform trial for the evaluation of repurposed therapies for COVID-19.

**Jamie Forrest PhD MPH, Chief Operating Officer**

Dr. Jamie Forrest is the Chief Operating Officer of Platform Life Sciences and the Executive Director of the TOGETHER platform clinical trial for the evaluation of repurposed therapies to treat early-onset COVID-19. Jamie coordinates all aspects of the TOGETHER Trial execution from Jamie has more than 10 years of experience as a global health researcher, program implementer in low- and middle-income countries, with particular topical expertise in HIV.

**Michael Zimmerman MSc, MBA, Chief Executive Officer**

March 28, 2022

Investment Proposal | Platform Life Sciences Inc.

Michael Zimmerman joined Platform Life Sciences on Feb-2022 as a CEO. Michael brings large scale platform and infrastructure management skills at a global footprint, with a successful track record of growing and operating technology companies centered around data, analytics, and machine learning. As of recent Michael was the CEO of DeepCube, machine learning workflow optimization, acquired by Nano Dimension in 2021. Before that, Michael was the CEO of Bitfusion, a machine learning and analytics workloads virtualization company acquired by VMware in 2018. Prior to that, Michael was a General Manager and Executive of Marvell networking and compute division (650 engineers and $700M annual revenues) which operates in several geographies (China, Taiwan, Israel, India, Eastern Europe and US).

March 28, 2022

EXHIBIT 2

Date and Time: September 11, 2023 08:39 AM Pacific Time



| | | |
|---|---|---|
| Mailing Address:<br>PO Box 9431 Stn Prov Govt<br>Victoria BC V8W 9V3<br>www.corporateonline.gov.bc.ca | Location:<br>2nd Floor - 940 Blanshard Street<br>Victoria BC<br>1 877 526-1526 | |

# Notice of Change of Directors

FORM 10
*BUSINESS CORPORATIONS ACT*
*Section 127*

| | |
|---|---|
| *Filed Date and Time:* | **July 22, 2022 10:21 AM Pacific Time** |

**Incorporation Number:**

BC1286974

**Name of Company:**

PLATFORM LIFESCIENCES INC.

## Date of Change of Directors

June 6, 2022

**New Director(s)**

**Last Name, First Name, Middle Name:**
Rheingans-Yoo, Ross

| **Mailing Address:** | **Delivery Address:** |
|---|---|
| 25 VERIDIAN CORPORATE CENTER<br>WESTERN ROAD<br>NASSAU<br>BAHAMAS | 25 VERIDIAN CORPORATE CENTER<br>WESTERN ROAD<br>NASSAU<br>BAHAMAS |

**Director(s) as at June 6, 2022**

**Last Name, First Name, Middle Name:**
MILLS, EDWARD  JOSEPH

| **Mailing Address:** | **Delivery Address:** |
|---|---|
| 4245 NAUTILUS CLOSE<br>VANCOUVER  BC  V6R 4L1<br>CANADA | 4245 NAUTILUS CLOSE<br>VANCOUVER  BC  V6R 4L1<br>CANADA |

**Last Name, First Name, Middle Name:**
Rheingans-Yoo, Ross

**Mailing Address:**
25 VERIDIAN CORPORATE CENTER
WESTERN ROAD
NASSAU
BAHAMAS

**Delivery Address:**
25 VERIDIAN CORPORATE CENTER
WESTERN ROAD
NASSAU
BAHAMAS

**Last Name, First Name, Middle Name:**
Zimmerman, Michael

**Mailing Address:**
1347 47TH AVE
SAN FRANCISCO  CA  94122
UNITED STATES

**Delivery Address:**
1347 47TH AVE
SAN FRANCISCO  CA  94122
UNITED STATES

# EXHIBIT 3



Platform Life Sciences is an **Impact Research Organization** that helps sponsors and partners redefine clinical trials with speed, adaptability, and global partnerships to evaluate life-saving therapeutics

**Vision** | A world free from *treatable* disease

**Mission** | Accelerate access to global clinical trials for life saving drugs



**2022 David Sackett Trial of the Year Award**
COVID-19 TOGETHER trial

Bob Battista, MBA, FRCP Edin

**Chief Strategy & Commercial Officer**
bbattista@platformlifesciences.com
**+1 310-922-0359**





# We help sponsors innovate while advancing global health

## Value for sponsors

**Access to diverse patient populations** with unique disease burdens

**Faster site selection, improved patient enrollment & retention** through pre-qualified sites and local partner model

**Build capacity** to enable investigation of novel modalities in emerging markets

**Streamlined commercialization avenues** in emerging markets

## Global health impact

**Advancing clinical research** in multiple geographies

**Increasing** global socio-economic and geographic **diversity** in clinical research

Improving **access to novel therapies** for emerging markets

Building health systems infrastructure to enable life-saving capabilities

## Innovative approaches are needed to address long-standing challenges

 Traditional trial structures are plagued by **slow enrollment, poor retention and long / costly timelines**

 **Limited depth, breadth, and quality of RWD[1],** including lack of diversity data and access to source data (FDA requirement)

 Existing **RWD** sources are **fragmented, incomplete** and **not standardized**

 CRO-sponsor interface strained by **transactional relationships** among major players

 **Budget constraints** due to macroeconomic climate compound challenges that clinical development teams face

1  RWD = Real world data

2



## Addressing challenges can unlock significant value

**Challenges have inhibited clinical development efficiency…**

**90%** of drug candidates aren't approved due to lack of procedural efficiency, participant diversity & targeted patient populations[1]

**31%** drop in clinical trial productivity[2]

**20%** increase in clinical trial duration[3]

**… while an increase in activity has magnified their impact**

**68%** increase in active developed drugs[4]

**14%** increase in number of Phase II/III trials[5]

**28%** increase in molecular entity approvals including an RWE study[6]





Reimagining clinical trials with our unique set of capabilities

**Direct access to experts & unburdened sites**

Leverage our long, durable relationships with investigators in 20+ countries across LMICs and North America with diverse, untapped patient populations

**Leading statistical methodologists**

Novel Bayesian statistics and modeling that reduce time to insight

**Innovative trial design**

Award-winning pioneers in design and execution of adaptive designs that significantly accelerate trial development

**RWD discovery platform**

Access to evidence gap data for RWD assets, and ability to clean and harmonize for internal analysis to inform critical strategic trial protocols



4

Platform
Life Sciences

Experts and s te access

## PLS is building capacity and increasing access to clinical trial sites worldwide



Perpetua  access to 4M+
commun ty-based tr a  part c pants

Treatment-naïve pat ents that
represent d sease popu at ons

D verse popu at ons to support
regu atory subm ss on requ rements

Enro  ment and retent on dr ven by
Commun ty-of-Pract ce mode

Deep know edge of
regu atory env ronments

Ear y access to rap d y
emerg ng growth markets

5



 Platform
Life Sciences

Experts and S te access

## We have the expertise to address your clinical development plans

### Expertise



2000+ — Publications across TAs and advanced trial design

200k+ — Citations by scholarly publications



450+ — Adaptive / conventional / platform clinical trials run

### Disease-specific knowledge

MODULAR –
Please ask for our DISEASE
TEAR SHEETS AS RELEVANT
PER AREA OF FOCUS
*(see page 37 and 38 as examples)*

7

Platform
Life Sciences

Innovat ve tr a  des gn

## Trial design is at the heart of innovating clinical development

**Master protocols** refer to a single, overarching design developed to evaluate multiple hypotheses to **improve trial efficiency**

Usually classified into 3 categories: **Basket trials**, **Umbrella trials**, and **Platform trials**

Platform trials use a common control to **reduce the number of patients assigned to placebo** or standard-of-care

**Platform trial**



8

Platform
Life Sciences

Innovat ve tr a  des gn

# We know how to put innovative trial design methods into practice

## Industry leaders



Our leaders wrote the book on innovative clinical trial design…

…and have published over 25 influential trial design papers in top-tier scientific journals, including The Lancet, JAMA, and NEJM

## Risks of not adopting

 Increased R&D spend and lost revenue due to extended trial execution time

 Being beaten to market by competitors due to elongated trials

 Not failing fast, and burning time and resources in the process

 Not being an innovative force within your company

9



## Our leading statistical methodologists reduce time to insight

Example





Hierarchical Bayesian adaptive basket trial to identify histology-agnostic, biomarker-based therapies



Leverage RWE to mitigate risks for clinical development

10

 RWD d scovery p atform

# We can meet you at your point of need with RWD/E back services

*Examples*

| Portfolio Strategy | Trial design & execution | Post-Approval/Commercial |
|---|---|---|
| **Hypotheses generation & biomarker identification** | **Protocol and study design** | **Safety monitoring & post-approval pharmacovigilance** |
| **Identify new unmet needs** | **Patient recruitment & site identification** | **HEOR / treatment value validation** |
| **Understand burden of disease** | **Non-registry synthetic controls & virtual trials** | **Label extension & treatment regime optimization** |
| | | **Patient / HCP targeting** |

11



## We accelerate delivery by quickly leveraging and combining critical datasets



### Internal Data

Standardize existing trial and RW data to supplement prospective data and enable identification of unmet needs & populations

### Prospective RW Data

Source data/documents for regulatory standards, if needed, for health learning systems

### External Data

Combine aggregate-level published data from competitors and other external RW datasets

12



Working hand-in-hand with you at any point in your clinical trial journey

Redefining clinical trials with speed, adaptability, and global partnerships to evaluate life-saving therapeutics

**EXAMPLES**

Prioritizing molecule development based on RWD/RWE backed analysis

Fit-for-purpose and efficient trial designs and protocols that maximize assets

**Global trial execution**

**Post-approval**

**Portfolio strategy**

**Innovative study design**

Quickly selecting sites where the patients are; Executing efficient designs and analyses at speed

Leveraging RWD to close evidence gaps (e.g., label expansion, efficacy-safety optimization, pharmacovigilance)

Learn ngs from each step feed nto the rest; hav ng a cons stent partner across your journey can cap ta ze on these synerg es





## PLS's trial design and global site network produce significant time & cost savings throughout clinical trial execution



## Trial design and site network deliver estimated per patient costs significantly below industry averages

**Industry vs. Estimated** Platform Life Sciences Per Patient Cost Averages
Infectious diseases trials – per patient cost



16



In addition to cost and time savings, PLS can increase revenue capture of your product portfolio through trial timeline compression

- Compression of clinical trial timelines creates a revenue boost for the product across lifetime, primarily attributed to early product launch

- Additional value realized when in-house resources freed up to work on additional company priorities



17





# RWD Discovery Platform



## Our Real-World Discovery Platform

Envisioned as a perpetual learning system that can maximize the value of real-world data regarding therapeutic efficacy

With advancements and increased use of real-world data by global regulatory agencies, now is the time to re-cast the dogmas of clinical trials and real-world evidence into one

19



## Real-World Discovery Platform for Model-Informed Development: Conceptual Framework

| Establishment of Real-World Discovery Platform Data Infrastructure | System Engineering with Harmonize Data Standards for Analysis Ready Datasets | Prospective Real-World Data Collection | Retrospective Real-World Data Augmentation |
| Advanced Real-World Analyses and Simulations | Model-Informed Drug Development | Prospective Real-World Data Statistical Simulations for Clinical Trials Collection | External and Internal Benchmarking |
| Application of Real-World Discovery Evidence | Exploratory + Confirmatory Knowledge Generation: Biomarkers, Endpoints, and Patient Selection | Improved Clinical Development: Make Go/No-Go Decision within a Therapeutic Area | Improved Reimbursement: Supportive Comparative Effectiveness Dossier |

20



# Real-World Discovery Platform data infrastructure established with the highest system engineering standards



Global clinical data from partner sites

Regulatory grade prospective data collection with rigorous standards and quality checks

Data tabulation and analysis mapping for clinical trials and HTA submissions

Integration of retrospective real-world data: Publications, chart reviews, and internal IPD studies

Fit-for-purpose RW evidence: Biomarkers, patients, outcome data

Harmonization of bespoke prospective and retrospective real-world data for analysis-ready datasets

21



## We have access to real-time, regulatory grade, clinical data, by leveraging regulatory changes in US HIPAA and HIE infrastructure

Real-time, Regulatory Grade, Clinical data (RRC)

**CDS**

**RWD**

**DCT**

 **CLINICAL DATA**

- Retrospective to time of diagnosis, prospective until final outcome
- Actionable via AI/ML tools

 **REAL TIME**

- Patient identity verification and geolocation from consumer data
- Full patient medical records from consented patients accessed within minutes via health information exchanges
- Perpetual longitudinal follow up

 **REGULATORY GRADE**

- Full records include pathology, radiology (including raw DICOMs) to allow for all types of outcomes assessment (e.g., RECIST, PFS, OS)
- Structured in 21 CFR 11 compliant EDC
- Source data verified

22



## Actionable Alerts: Recognizer Technology



**Real-time clinical data**

Recognizers

Normalized data catalogue

**Patients & Providers**

⭐ Alerts

Pharma Commercial, Medical Affairs, and R&D

**Patients/Providers**
- Treatment options to consider
- Supporting clinical evidence
- Educational content on specific treatments

⬍ **Aligned Alerts**: xCures alerts patient, provider, and pharma simultaneously

**Pharma Commercial/MedAffairs**
- Which patients might need our drug next month?
- Which patients responded to our drug in the last month?
- Which patients stopped taking our drug in the last month and why?
- Know when a patient is progressing or about to progress(Time to treatment failure model)

# Right patient, Right drug, **Right time**

23





 Platform Life Sciences

Return to RWD/E capab t es v ew

## Example | Application of Real-World Discovery Platform for Go / No-Go decisions

### Go/No Go Criteria for Clinical Development



**Go Decision Criteria**

- High probability of superiority against external competitors
- Well characterized dose response curve and tolerability with low toxicity profile
- Within feasible budgetary and practical constraints



**No-Go Decision Criteria**

- Low probability of success compared to external competitors (benchmark)
- Poor tolerability
- High cost and slow recruitment



**Internal study 1**
+
**Prospective RW Data Collection**
+
**External study**

**Portfolio Management**

Step 1: Standard ze a ava ab e sources of ev dence
Step 2: Synthes ze us ng advanced stat st ca methods for r sk m t gat on dur ng p ann ng
Step 3: Compare aga nst go/no go cr ter a and nform the nvestment of future study

Internal (Existing) rial and RW Data

Prospective Fit-For-Purpose RW Data

External Aggregate Data

**Future study**

26

Platform Life Sciences

Return to RWD/E capab t es v ew

## Example | Application of Real-World Discovery Evidence for HTA Submissions

Improved indirect treatment comparison with higher precision catalyzed by high-quality data
- *Application area*: Advanced survival analyses for oncology HTA submissions

Incorporate several novel IPD analyses, such as 'Network Meta-Interpolation (NMI)' methods to handle missing sub-group published data from external competitors



F gure A. Network Meta Interpo at on (NMI) to Hand e M ss ng Sub Group Pub shed Data



F gure B. Procedures to Se ect Surv va Ana ys s for Ind rect Comparat ve Effect veness

Source  Harari O et al  Network meta-interpolation  E ect modi ication adjustment in network meta-analysis using subgroup analyses  Research Synthesis Methods  2022 Oct 25

27



**Example |** Model-informed development based on high-quality evidence generated from our real-world discovery platform



## Dose Selection & Optimization

- Model-based meta-analysis
- Dose finding and response designs for dose optimization



## Informing Clinical Trial Design

- Complex innovative trial designs
- Master protocols:
  - Umbrella/platform/basket trials
- Adaptive trial designs
- External control designs
- Hybrid control designs

28









# Appendix –
# Disease specific templates

30



## Malaria | Patient access & deep expertise to meet your needs

### Patient access

Malaria prevalence in PLS partner site countries



### Expertise

**50+** — Publications on malaria in top journals, e.g., The Lancet

**30k+** — Citations of our malaria work by scholarly publications

**20+** — PLS clinical trials sites for malaria

1  ncludes Spain  Poland  Hungary  Bulgaria  Romania 2  ncludes Pakistan  ndia  Vietnam  Australia  3  ncludes Brazil 4  ncludes Rwanda  South A rica  DRC  Uganda  Kenya  Nigeria  vory Coast  Ghana  Senegal  srael
Source  HME   he Lens

31



# HIV | Patient access & deep expertise to meet your needs

## Patient access

HIV prevalence in PLS partner site countries



## Expertise

**350+** — Publications on HIV in top journals, e.g., The Lancet, JAMA

**50k+** — Citations of our malaria work by scholarly publications

**30+** — Clinical trials run for HIV

1  ncludes Spain  Poland  Hungary  Bulgaria  Romania  2  ncludes Pakistan  ndia  Vietnam  Australia  3  ncludes Brazil  4  ncludes Rwanda  South A rica  DRC  Uganda  Kenya  Nigeria  vory Coast  Ghana  Senegal  srael
Source  HME  he Lens

32





# Appendix –
# Expert team and networks



# Leadership team



**DR. MARK DYBUL**

**Executive Chairperson**

Pro essor  Department o  Medicine  Georgetown University  Senior Advisor at the Center  or  Global Health Practice and  mpact



**DR. ED MILLS**

**Chief Executive/Scientific Officer**

Pro essor at McMaster University  past  ounder o  scienti ic centered  adaptive clinical trials service  companies



**MELISSA BOMBEN**

**Chief Operating Officer**

30 years experience in corporate  management  strategic resourcing  and clients solution



**TWANNA L DAVIS**

**Chief Clinical Operations**

Past global clinical operations in  leading CROs  and sta   academic  member in health sciences



**MICHAEL ZIMMERMAN**

**Chief Technology Officer**

Past CEO o  ML/Data analytics  companies  experienced in building  large scale global in rastructure



**BOB BATTISTA**

**Chief Strategy and Commercial Officer**

Serial healthcare entrepreneur  Launched  irst specialty pharmacy in  the U S  commercialized  HME to industry



**ARANKA ANEMA**

**VP Global Health**

Adjunct Pro  University o  British  Columbia  20 years leading impact  evaluations  or global  health investments



**DR. GHAYATH JANOUDI**

**VP Regulatory**

Comprehensive experience in  conducting and evaluating clinical  research  or regulatory purposes in  North and Latin America  Europe  A rica  and  he Middle East



**MICHAEL E. LAMBERT**

**VP Business Development**

Extensive experience in building  large scale clinical trials business  and customer base  Recently CBO  with  FH  Clinical

34



## Scientific Leadership









Professor Edward M s
McMaster Un vers ty

Sen or Sc ent st,
Stanford Un vers ty

Sen or Sc ent st,
G oba  Burden of D sease

Over 850 top t er Journa
Art c es

Professor Kr st an Thor und
McMaster Un vers ty

3rd Most c ted stat st c an n the
wor d

Professor Mark Dybu
Georgetown Un vers ty

Led the  argest  fe sav ng RWE
project  n h story, resu t ng  n 70
m  on  ves saved.

Professor Gordon Guyatt
McMaster Un vers ty

Deve oped the concept of
Ev dence Based Med c ne

11th most c ted sc ent st n the
wor d

35



## From grassroots to treetops

**Community-of-Practice:** PLS has built a Community-of-Practice that connects villages to providers at sub-national, national and cross-national Ministry of Health officials at technical, policymaking ministerial and state/national cabinets. It enables
- Authentic country ownership and engagement
- Surge capacity with local footprint
- Continuous quality improvement
- Access to national databases through trusted relationships

**National and Global Network of Impact Organizations:** PLS has deep relationships with Civil Society/Community-based organizations engaged in delivery and/or advocacy organizations, including government at all levels nationally and sub-nationally up to Heads-of-State, Pan-African and global health agencies.



36





The African Forum for Research and Education in Health (AFREhealth) is an interdisciplinary health professional grouping that seeks to work with Ministries of Health, training institutions and other stakeholders to improve the quality of health care in Africa through research, education and capacity building. It is a conglomerate of individuals, institutions, associations and networks from all the geographic and linguistic regions of Africa namely Anglophone, Francophone, Lusophone and Arabophone.

Membership is open to African and external stakeholders committed to an Africa with strong, self-sustaining and robust health systems. It was launched by the joint leadership of MEPI (Medical Education Partnership Initiative) and NEPI (Nursing Education Partnership Initiative) in 2016.



Platform
Life Sciences

Return to map v ew



Spotlight
RWANDA



| Partner sites | 2 Partners w th 1 S te each |
| --- | --- |
| | Popu at on/Pat ent Access 4m+ |
| | Rwanda Eth cs Comm ttee and RFDA Approved S tes |
| | Laborator es CAP Cert f ed and ISO Cert f ed |

| Clinical trial history | S tes 7+ years of C n ca  Tr a  Exper ence |
| --- | --- |
| | 12+ Comp eted and Ongo ng C n ca  Tr a s |
| | 216 624 Pat ents Recru ted |
| | Recru tment from 2 Prov nc a  and 12 D str ct Hosp ta s |
| | Academ a Capac ty Bu d ng Program |

| Dr. Leon Mutesa and Dr. Etienne Karita | +20 years of C n ca  Tr a  Exper ence, |
| --- | --- |
| | 18+ Comp eted and Ongo ng Tr a  Exper ence |
| | Dr. Mutesa: Founder—Rwanda Hea th Research Comm ttee |
| | Current Tr a : GLB 003 Vacc ne |

38



Platform
Life Sciences

Return to map v ew



Spotlight
## DRC



**Partner sites**
2 Partner w th 35+ Recru tment Centers
Popu at on/Pat ent Access 55M+
D-ACOREP Approved S tes
Laborator es CAP Cert f ed and ISO Cert f ed

**Clinical trial history**
S tes 5+ years of C n ca Tr a Exper ence
4 Comp eted and Ongo ng C n ca Tr a s
1200+ Pat ents Recru ted
Emerg ng and Re-Emerg ng Pathogens, Infect ous, Expert se

**Dr. Jean Jacques Muyembe**
Co-D scoverer of the Ebo a V rus
Founder and D rector Nat ona Inst tute of B omed ca Research
25+ years of C n ca Tr a Exper ence, T mes 100 Most Inf uent a Peop e 2020
2019 Dav d Sackett Award

39



Return to map view

 Spotlight
SOUTH AFRICA

**Partner sites**

1 Partner w th 2 S tes

Popu at on/Pat ent Access 16m+

SA Hea th Products Regu atory Author ty (SAHPRA) Approved S tes

Laborator es CAP Cert f ed and ISO Cert f ed



**Clinical trial history**

S tes 10+ years of C n ca Tr a Exper ence

30+ Comp eted and Ongo ng C n ca Tr a s

8 950 Pat ents Recru ted

HIV and Obes ty Areas of Expert se

**Dr. Francois Venter**

20 years of C n ca Tr a Exper ence,

40+ Comp eted and Ongo ng Tr a Exper ence

Internat ona Assoc at on of Prov ders of AIDS Care

Top Inf uent a Leaders - RSA Inst tute of Hea th Care

40



Platform
Life Sciences

Return to map v ew

### Spotlight
### BRAZIL





**Partner sites**
1 Partner w th 22 S tes
Popu at on/Pat ent Access 8m+
P atform Braz  and CONEP Approved S tes
Laborator es CAP Cert f ed and ISO Cert f ed

**Clinical trial history**
S tes 10+ years of C n ca  Tr a  Exper ence
22 Comp eted and Ongo ng C n ca  Tr a s
8 000 Pat ents Recru ted
Card o-Vascu ar and Cov d Area of Expert se

**Dr. Gilmar Reis**
20 years of C n ca  Tr a  Exper ence,
Invo ved  n 100 Comp eted and Ongo ng Tr a s
Award W nn ng Cov d-19 Together Tr a

41


Platform
Life Sciences

Return to map v ew


Spotlight
PAKISTAN

**Partner sites**
1 Partner w th 12 S tes, 4 Integrat ng onto the Network
Popu at on/Pat ent Access 200m+
Drug Regu atory Author ty Pak stan (DRAP) Approved S tes
Laborator es CAP Cert f ed and ISO Cert f ed

**Clinical trial history**
S tes w th 15+ years of C n ca Tr a Exper ence
180 Comp eted and Ongo ng C n ca Tr a s
432 712 Pat ents Recru ted
Phase1 5%, Phase2 10%, Phase3 55%, Phase4 30%

**Dr. Zulfiqar A Bhutta**
40 years of C n ca Tr a Exper ence,
50+ Comp eted and Ongo ng Tr a Exper ence
Grants Fund ng $12.500.000+
Ranked Top 100 G oba Med ca Sc ent sts 2022



42

# EXHIBIT 4

 (/)

**ABOUT US**

# Transforming global health one clinical trial at a time



Purpose Life Sciences aims to continually modernize clinical trials through its global network while supporting local economies. We want to create a future where drug approvals and clinical trials are modernized, accessible, and equitable.

**Talk With Us**
**(https://www.purposelifesciences.com/talk-to-us/)**

We have founded Purpose Life Sciences to scale adaptive trials and establish revolutionary new methodologies.

We believe that by creating a platform centred around populations in emerging economies (more than 50% of world population) and perpetually recruiting patients, Purpose Life Sciences can jump start clinical trials, modernizing the industry and changing global health dynamics. We are heavily leveraging technology and data infrastructure, so our global network will have high-tech tough and efficiencies not typically observed.

Creating a platform across geographies with diverse patient populations, through deeply funded partners allows us to also create a meshed data network for health information. We are in a position to access and create a free flow of health data that can assist researchers and biopharma companies in developing drugs and treatments on a global scale.

**MISSION**

# Bring Innovation To Global Clinical Trials By Achieving Maximum Efficiency

**VISION**

# A World Free From Diseases

**OUR TEAM**

# Spearheading the change

---



### Ed Mills, PhD, FRCP (Lond, Edin)

**Chief Executive Officer**

Professor McMaster university, past founder of scientific centered adaptive clinical trials service companies.

**Read Bio**

 (https://www.linkedin.com/in/edward-mills-80b1a473/)

---



### The Hon. Mark Dybul, MD

**Executive Chairperson**

Professor, Department of Medicine at Georgetown University Medical Center

**Read Bio**

---



(/)

## Melissa Bomben, M.Sc

### Chief Operating Officer

Develops and implements high-growth strategies focused on quality, efficiency, and trust.

**Read Bio**



(https://www.linkedin.com/in/melissa-bomben/)

## Bob Battista, MBA, FRCP Edin

### Chief Commercial & Strategy Officer

Entrepreneurial innovator focused on business transformation.

**Read Bio**



(https://www.linkedin.com/in/bob-battista-ceo/)



 (/)



## Twanna L. Davis, MBA

### Head, Clinical Trial Solutions

Clinical Operations professional with over 20 years experience developing and overseeing multiple functional areas, and an Adjunct Professor in the Pharmaceutical Science department at Campbell University.

**Read Bio**

(in) (https://www.linkedin.com/in/twanna-l-davis-mpm-mba-21920936/)



## Katie Winter, RN

### Vice President, Lifecycle Innovation

Trusted clinical trial management leader with a client-first approach

**Read Bio**



(in) (https://www.linkedin.com/in/katie-winter-rn-8a4a489/)

# Let's make tomorrow healthier today



(/)

**Talk With Us**

**(https://www.purposelifesciences.com/talk-to-us/)**

(/)

Platform

Global Platform (https://www.purposelifesciences.com/global-platform/)

Our Approach (https://www.purposelifesciences.com/our-approach/)

About

About Us (https://www.purposelifesciences.com/about-us/)

Careers (https://www.purposelifesciences.com/careers/)

Talk To Us (https://www.purposelifesciences.com/talk-to-us/)

Scientific Evidence

TOGETHER Trial (https://www.purposelifesciences.com/together-trial/)

Publications (https://www.purposelifesciences.com/scientific-evidence/publications/)

News (https://www.purposelifesciences.com/scientific-evidence/news/)

 info@purposelifesciences.com(mailto:info@purposelifesciences.com)

 +1 604 731 0688(tel:+16047310688)

506 - 1505 (https://www.google.com/maps/place/1505+W+2nd+Ave,+Vancouver,+BC
W 2nd Ave  +V6J+1H2,+Canada/@49.2659389,-123.1537767,13z/data=!4m5!3m4!1s0
Vancouver,  x548673ced1cf1367:0xc96d451174ad2612!8m2!3d49.2698875!4d-
BC          123.1379953)
V6H 3Y4

(http://linkedin.com/company/80209770)

(https://twitter.com/PlatformLifeSc1)

©2023 Purpose Life Sciences

Privacy Policy(https://www.purposelifesciences.com/privacy-policy/)

Terms & Conditions(https://www.purposelifesciences.com/terms-and-conditions/)

# EXHIBIT 5



# The Hon. Mark Dybul, MD

**Executive Chairperson**

Professor, Department of Medicine at Georgetown University Medical Center

San Francisco, CA

---

The Honorable Mark Dybul, MD, served in leading roles of multiple life sciences companies including a CEO and advisor roles. Dr. Dybul is a Professor of Medicine, Georgetown University. From July 2017 to July 2021, he was the Co-Director of the Center for Global Health Practice and Impact at Georgetown University Medical Center.

Dr. Dybul has worked on HIV and public health for more than 25 years as a clinician, scientist, teacher, and administrator. He served as the Executive Director of the Global Fund to Fight AIDS, Tuberculosis, and Malaria and the US Global Coordinator and Ambassador leading the President's Emergency Plan for AIDS Relief (PEPFAR).

After graduating from Georgetown Medical School in Washington D.C., Dr. Dybul joined the National Institute of Allergy and Infectious Diseases, as a research fellow under director Dr. Anthony Fauci, where he conducted basic and clinical studies on HIV virology, immunology, and treatment optimization, including the first randomized, controlled trial with combination antiretroviral therapy in Africa.

Mark was one of the founding architects in the formation of PEPFAR. After serving as Chief Medical officer, Assistant, Deputy and Acting Director, he was appointed as its leader in 2006, becoming U.S. Global AIDS Coordinator, with the rank of Ambassador at the level of an Assistant Secretary of State. He served until early 2009.

Mark has written extensively in scientific and policy literature, he is a member of the National Academy of Medicine, and has received several Honorary Degrees and awards, including a Doctor of Science, Honoris Causa, from Georgetown University.

# EXHIBIT 6



**Transfer Information**

| | | |
|---|---|---|
| Seller: DYBUL MARK & JASON CLAIRE | Date: 10/07/2015 | Price |
| Type: NON-ARMS LENGTH OTHER | Deed1: /00843/ 00177 | Deed |
| | Date: 07/26/2006 | Price |
| | Deed1: MLM /00483/ 00047 | Deed |
| | | Price |
| | | Deed |

**Exemption Information**

| Partial Exempt Assessments: | Class | 07/01/2023 | 07/01/2024 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0.00 |

Special Tax Recapture: None

**Homestead Application Information**

Homestead Application Status: Approved  11/08/2014

**Homeowners' Tax Credit Application Information**

Homeowners' Tax Credit Application Status: No Application                    Date:







## Human Trafficking GET HELP

National Human Trafficking Hotline - 24/7 Confidential

📞 1-888-373-7888

📱 233733

More Information

## Customer Service Promise

*The State of Maryland pledges to provide constituents, businesses, customers, and stakeholders with friendly and courteous, timely and responsive, accurate and consistent, accessible and convenient, and truthful and transparent services.*

Take Our Survey

## Help Stop Fraud in State Government

*The Maryland General Assembly's Office of Legislative Audits operates a toll-free fraud hotline to receive allegations of fraud and/or abuse of State government resources. Information reported to the hotline in the past has helped to eliminate certain fraudulent activities and protect State resources.*

More Information

Wes Moore
Governor

Aruna Miller
Lt. Governor

© Copyright Maryland.gov. All rights reserved.        Contact Us    Privacy & Security    Accessibility

301 W. Preston St., Baltimore, MD 21201-2395

# EXHIBIT 7



**Bob Battista**

Board Member, Executive, Founder, Advisor, Innovator, Strategy MBA, FRSPH, FRCP Edin

Purpose Life Sciences

Northwestern University - Kellogg School of Management

Santa Monica, California, United States · Contact info

500+ connections

Connect    Message    More

## About

Bob is a seasoned executive, advisor and entrepreneur. Bob has worked with top strategy consulting firms, leading private equity and venture funds as well as having run mid to large size corporations. Today, he enjoys key Board positions and building large ecosystem programs for Public Private Partnerships as well as helping companies in revenue acceleration and strategic growth. Bob is also a skillful innovator for tech enabled business transformation solutions.

## Featured

Post

Few times in my life have I been so honored to be a part of something great. This morning, watching Mark...

**Integrated Senate Video Player**
senate.gov

Post

Effective post-pandemic governance must focus on shared...

**Key proposals to improve global governance of health**

## Activity
3,642 followers

Posts    Comments    Articles

Bob Battista reposted this • 5mo

Few times in my life have I been so honored to be a part of something great. This morning, watching Mark Dybul, our Executive Chair in front of the Senate was one of them. Mark, you are an inspiration. So humble, smart and... ...show more



**Integrated Senate Video Player**
senate.gov

Show all posts →

### See who's hiring on LinkedIn.



### People also viewed

**David Dornstreich** · 3rd+
Chief Commercial Officer, General Manager US at...

Connect

**Grant W Mitchell, MD, MBA**
· 3rd+
Entrepreneur | investor | focus in biotech

Connect

**Michael L.** · 3rd+
Data Management and Clinical Programming Professional

Connect

**Jean Schutte** · 3rd+
Partner Relations Manager/ Purpose Life Sciences

Connect

**Keri Collette** · 3rd+
VP, Life Science RWE/RWD Solutions

+ Follow

Show all

### You might like
Courses for you

**Implementing the Metaverse**
Skills: IT Strategy, Metaverse
1h 16min

Save

**Managing Resources Across Project Teams**
Skills: Project Management
1h 22min

Messaging

Document title: (1) Bob Battista | LinkedIn
Capture URL: https://www.linkedin.com/in/bob-battista-ceo/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:58:50 GMT



Document title: (1) Bob Battista | LinkedIn
Capture URL: https://www.linkedin.com/in/bob-battista-ceo/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:58:50 GMT



**Bob Battista**
Board Member, Executive, Founder, Advisor, Innovator, Strategy MBA, FRSPH, FRCP Edin

More    Message    Connect

Royal College of Physicians of Edinburgh

**Royal Society for Public Health**
Royal Society for Public Health

See who's hiring on LinkedIn.

## Skills

**Life Sciences**

Business Advisory Board at PrimeVax Immuno-Oncology

**Business Strategy**

Endorsed by 12 colleagues at Dr.Evidence

Endorsed by 1 people in the last 6 months

38 endorsements

**Sales Management**

Endorsed by 2 colleagues at Dr.Evidence

9 endorsements

Show all 19 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Bob receives will appear here.

## Publications

**IBM Watson mega analytical database supports healthcare solutions for personal and Population health**
Academy Health · Dec 11, 2015

Show publication ↗

Other authors

## Organizations

G-I-N, Guidelines International Network

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Marie-France Tschudin** in
Purpose-driven healthcare leader, passionate about improving access to healthcare and building trust
61,166 followers

**Vas Narasimhan** in
Reimagining medicine as CEO of Novartis
335,442 followers

+ Follow

Messaging



Bob Battista
Board Member, Executive, Founder, Advisor, Innovator, Strategy MBA, FRSPH, FRCP Edin

More    Message    Connect

Endorsed by 1 people in the last 6 months
38 endorsements

Sales Management
Endorsed by 2 colleagues at Dr.Evidence
9 endorsements

Show all 19 skills →

See who's hiring on LinkedIn.

## Recommendations

**Received**    Given

Nothing to see for now
Recommendations that Bob receives will appear here.

## Publications

IBM Watson mega analytical database supports healthcare solutions for personal and Population health
Academy Health · Dec 11, 2015

Show publication 🔗

Other authors

## Organizations

G-I-N, Guidelines International Network

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

Marie-France Tschudin 🔗
Purpose-driven healthcare leader, passionate about improving access to healthcare and building trust
61,166 followers
+ Follow

Vas Narasimhan 🔗
Reimagining medicine as CEO of Novartis
335,442 followers
+ Follow

Show all Top Voices →

About
Community Guidelines
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English) ▾

LinkedIn Corporation © 2023

Messaging

# EXHIBIT 8





### Twanna L Davis, MPM, MBA
Clinical Research Professional

Raleigh-Durham-Chapel Hill Area · Contact info

500+ connections

**Campbell University, College of Pharmacy & Health Sciences**

[Connect]  [Message]  [More]

## Activity

6,867 followers

[Posts]  [Comments]

Twanna L Davis, MPM, MBA reposted this · 1d

We've been committed to the Alzheimer's community for over four decades.

Today, on World Alzheimer's Day, we show our commitment to serving people living with this de ...show more

190                                                                    30 reposts

Twanna L Davis, MPM, MBA reposted this · 1d

Great leaders aren't know-it-alls who constantly try to outshine everyone. Instead, they admit when they're wrong and genuinely want to learn from others. At the end of the day, it's not about being the smartest person in the room. It's about building a team with the smartest people you can find.... ...show more

19,788                                                                  293 comments

Twanna L Davis, MPM, MBA reposted this · 4d

Africa is making strides in developing its Pandemic Prevention, Preparedness and response #PPPR architecture. A crucial pillar is our ability to manufacture life-saving health products and technologies, reinforcing Africa's role in Global Health Security. #NewPublicHealthOrder... ...show more

337                                                                     8 comments

Show all posts →

## Experience

**Course Director, Adjunct Faculty**
Campbell University, College of Pharmacy & Health Sciences
Aug 2011 - Present · 12 yrs 2 mos
Buies Creek, North Carolina

Responsible for the preparation and delivery of coursework for the CLN365 and CLN465. Managing and Monitoring Clinical Trials Part I and II. Duties included the presentation of lectures, grading of assignm ...see more

Skills: Team Motivation

**Platform Life Sciences**
Full-time · 1 yr
Vancouver, British Columbia, Canada

• **Clinical Trial Solution Services - Head**
Jun 2023 - Aug 2023 · 3 mos
Hybrid

**See who's hiring on LinkedIn.**

**People also viewed**

Penda Ndao · 3rd+
Clinical Research Associate at
FHI Clinical Inc.
[Connect]

Latrina Watkins, MSHS
· 3rd+
Senior Director, Clinical Team
Management - FSP Solutions
[Connect]

Anita Chaudhary · 3rd+
Pharmacovigilance Associate
[Connect]

Paige Queen · 3rd+
Vice President, Clinical
Operations at Biorasi
[Connect]

Nancy Newark · 3rd+
Vice President Project
Management at Biorasi
[Connect]

Show all

**People you may know**
From Twanna L's school

Parth Patel
Co- Founder: Garbnoire | Co-
Founder TableTales | Building...
[Connect]

Filmon M Habtu
Automation Test Engineer
[Connect]

Joseph Wale
Cloud DevOps Engineer/SRE at
S...

Messaging



Full-time · 1 yr
Vancouver, British Columbia, Canada

**Clinical Trial Solution Services - Head**
Jun 2023 - Aug 2023 · 3 mos
Hybrid

Responsible for overseeing all functions and solutions necessary to execute Global Clinical Trials.

**Chief Clinical Operations Officer**
Sep 2022 - Jun 2023 · 10 mos

Responsible for the Executive Oversight and execution of Global Clinical Operations.

**Skills:** Team Motivation · CRO · Clinical Operations · Clinical Monitoring · Leadership

**Global Head, Clinical Operations - Site Management**
FHI Clinical Inc. · Full-time
Sep 2021 - Sep 2022 · 1 yr 1 mo
Durham, North Carolina, United States

**Skills:** Team Motivation

**Vice President, Clinical Operations**
Biorasi · Full-time
May 2021 - Aug 2021 · 4 mos
United States

**Skills:** Team Motivation

**FHI Clinical Inc.**
2 yrs 2 mos
Raleigh-Durham, North Carolina Area

**Senior Director, Global Clinical Operations**
Full-time
Dec 2019 - May 2021 · 1 yr 6 mos

**Skills:** Team Motivation

**Director, Global Site Management**
Apr 2019 - Dec 2019 · 9 mos

Responsible for setting the overall direction, strategy and performance standards for Clinical Research activities (including the planning, execution, monitoring, and reporting of international clinical trials) within Glo  ...see more

**Skills:** Team Motivation

Show all 14 experiences →

## Education

**Keller Graduate School of Management of DeVry University**
Master of Business Administration (M.B.A.), Health Professions and Related Clinical Sciences, Other
2009 - 2011

**Keller Graduate School of Management of DeVry University**
Master of Project Management, Project Management
2009 - 2011

**University of North Carolina Wilmington**
Bachelor of Science (BS)
1992 - 1997

Show all 4 education →

## Projects

**PRActice Internship (Providing a Resourceful Academic Curriculum to Teach and Initiate Career Experiences**

Joseph Wale
Cloud DevOps Engineer/SRE at Strategy Corps LLC
Connect

Aliyyah Simmons
Director, Human Resources
Connect

Robert Maddox , MBA
Doctoral Candidate at North Central University
Connect

Show all

You might like
Courses for you

Exam Tips: Google Cloud Professional (GCP) Professional Cloud Developer
Skills: Google Cloud Platform (GCP)
1h 11min
Save

Spring Cloud Load Balancing
Skills: Load Balancing, Spring Cloud
32min
Save

Show all



**Twanna L Davis, MPM, MBA**
Clinical Research Professional

More    Message    Connect

**PRActice Internship (Providing a Resourceful Academic Curriculum to Teach and Initiate Career Experiences**
Jan 2010 - Oct 2011

Associated with PRA Health Sciences

## Volunteering

**President**
Delivering Opportunities for Love and Laughter (DOLL)
Jan 2021 - Present · 2 yrs 9 mos
Children

Delivering Opportunities for Love and Laughter (DOLL), is a not for profit organization dedicated to providing care packages for children that have fallen victim to Domestic Violence.

**Volunteer**
Domestic Violence Shelter and Services, Inc.

## Skills

**Research Skills**

**U.S. Food and Drug Administration (FDA)**

**Team Motivation**

10 experiences across Campbell University, College of Pharmacy & Health Sciences and 6 other companies

Show all 50 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Twanna L receives will appear here.

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Oprah Winfrey** 🔗
CEO, Producer, Publisher, Actress and Innovator
1,218,230 followers
+ Follow

**Gary Vaynerchuk** 🔗
Chairman - VaynerX, CEO - VaynerMedia & Veefriends , Co-Founder VaynerSports, VCR Group and VaynerWatt
5,317,654 followers
+ Follow

Show all Top Voices →

## Causes

Children • Education • Disaster and Humanitarian Relief • Science and Technology • Social Services



Messaging

Document title: (1) Twanna L Davis, MPM, MBA | LinkedIn
Capture URL: https://www.linkedin.com/in/twanna-l-davis-mpm-mba-21920936/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:53:24 GMT



**President**
Delivering Opportunities for Love and Laughter (DOLL)
Jan 2021 - Present · 2 yrs 9 mos
Children

Delivering Opportunities for Love and Laughter (DOLL), is a not for profit organization dedicated to providing care packages for children that have fallen victim to Domestic Violence.

**Volunteer**
Domestic Violence Shelter and Services, Inc.

## Skills

Research Skills

U.S. Food and Drug Administration (FDA)

Team Motivation

10 experiences across Campbell University, College of Pharmacy & Health Sciences and 6 other companies

Show all 50 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Twanna L receives will appear here.

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Oprah Winfrey** in
CEO, Producer, Publisher, Actress and Innovator
1,218,230 followers

+ Follow

**Gary Vaynerchuk** in
Chairman - VaynerX, CEO - VaynerMedia & Veefriends , Co-Founder VaynerSports, VCR Group and VaynerWatt
5,317,654 followers

+ Follow

Show all Top Voices →

## Causes

Children • Education • Disaster and Humanitarian Relief • Science and Technology • Social Services

About
Community Guidelines
Privacy & Terms ˅
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2023

Messaging

Document title: (1) Twanna L Davis, MPM, MBA | LinkedIn
Capture URL: https://www.linkedin.com/in/twanna-l-davis-mpm-mba-21920936/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:53:24 GMT

# EXHIBIT 9



**Alamance County Government**
TAX ADMINISTRATION RECORD SEARCH

LOOKING FOR SALES TRANSFERS AFTER JULY 7, 2023? PLEASE CALL 336-570-4136.

| Account | Buildings | Land | Sketch | Tax Card | Deeds | Sales | Tax Bill | Map |

Account Details for **DAVIS TWANNA L DAVIS SHERMAN J JR**    🔍 New Search

| Property Owner | Owner's Mailing Address | Property Location Address |
|---|---|---|
| DAVIS TWANNA L<br>DAVIS SHERMAN J JR | ▪▪ AVALON DRIVE<br>MEBANE , NC 27302 | ▪▪ AVALON DR |

| Administrative Data | | Administrative Data | | Valuation Information | |
|---|---|---|---|---|---|
| Parcel ID No. | 171590 | Legal Desc | ARROWHEAD SUBD PH 1B | Tax Value $ | |
| GPIN | 9824282317 | | LOT 139 | | |
| OLD Tax Map ID | 10-23-274 | Plat Bk/Pg | 75 / 211 | | |
| Tax District | 14 - CITY OF MEBANE | | | Tax Value - Land and all permanent improvements, if any, effective valuation date January 1, 2023, date of County's most recent General Reappraisal | |
| Land Use Code | 10 | | | Assessed Value $ | |
| Land Use Desc | SINGLE FAMILY | | | | |
| Exemption Code | | | | If Assessed Value does not equal Market Value, then the parcel may be in a tax deferment program, be split by the county line, or be overridden to match an alternative valuation approach. | |
| Neighborhood | 10069 | | | | |

| Sales History - 2 Previous Sales Found for Parcel number 171590 | | | LOOKING FOR SALES TRANSFERS AFTER JULY 7, 2023? PLEASE CALL 336-570-4136. | | | |
|---|---|---|---|---|---|---|
| Parcel ID No | Date | Name | | Owner ID | Book / Page | Sale Price |
| 1 | 03/30/2017 | DAVIS TWANNA L & SHERMAN J DAVIS JR | | 0665960 | 3645 / 0097 | |
| 2 | 09/02/2016 | ▪▪▪▪▪▪▪ | | 0640185 | 3580 / 0282 | |

🔵 Back to Results     Print This Property Record Card    🔍 New Search

Data Disclaimer: All data shown here is from other primary data sources and is public information. Users of this data are hereby notified that the aforementioned public information sources should be consulted for verification of the information contained on this website. While efforts have been made to use the most current and accurate data, Alamance County, NC and Data Providers assume no legal responsibility for the use of the information contained herein.

Please direct any questions or comments about the data displayed here to tax.help@alamance-nc.com

This application was developed for Alamance County by NexGen Digital Document Solutions
www.ustaxdata.com

**ustaxdata** *OneSEARCH*

---

Document title: Alamance County Tax Record Application - Account Information
Capture URL: https://alamance.ustaxdata.com/account.cfm?ownerID=665960&parcelID=171590&groupParcel=9824282317
Capture timestamp (UTC): Tue, 26 Sep 2023 02:37:48 GMT    Page 1 of 1

# EXHIBIT 10



Mar 2023 - Present · 7 mos
Vancouver, British Columbia, Canada · Remote

Purpose Life Sciences is the leading impact Contract Research Organization (CRO) modernizing clinical trials and helping biotechnology, mid and large pharmas bring innovative drug treatments to patients with fast ...see more

**Skills:** Business Planning · Networking · Team Building · Business Innovation

**Senior Director, Business Development for New England**
Emmes · Full-time
Mar 2022 - Mar 2023 · 1 yr 1 mo
Rockville, Maryland, United States · Remote

Emmes is a global, full-service CRO with a commitment to scientific excellence, collaboration and problem solving with biotech and pharma clients to navigate complex research problems, generate higher quality data ...see more

**Skills:** Negotiation · Teamwork · Mentoring

**Senior Director Business Development**
OncoBay Clinical · Full-time
Dec 2020 - Mar 2022 · 1 yr 4 mos
United States

As Senior Director in Business Development for OncoBay Clinical, my focus was solely on biotech clients specializing in immuno-oncology trials and in cell therapies. As a wholly-owned subsidiary of Moffitt C ...see more

**Director Of Business Development, Regionally Located in Massachusetts**
Pharm-Olam International
Dec 2017 - Dec 2020 · 3 yrs 1 mo
Greater Boston Area

As Director of Business Development for Pharm-Olam International, my responsibilities focused on identifying new opportunities with the biotech and emerging pharma client segment for CRO services and regula ...see more

**Consultant for Business Development**
Consultant
Sep 2017 - Dec 2017 · 4 mos
Greater Boston Area

As an independent Business Development Consultant, I focused on the identification and validation of new biotech and small pharma lead generation for a boutique CRO. Therapeutic areas included CV, oncolo ...see more

Show all 13 experiences →

## Education

**National Louis University**
BS, Management
1993 - 1994
Activities and societies: Deans List

**Newport Hospital School of Nursing**
RN, Cardiac, Oncology, Metabolic, ID
Aug 1984 - Jun 1986

## Skills

**Business Planning**

Vice President of Product Lifecycle Innovation at Purpose Life Sciences

**Networking**

Vice President of Product Lifecycle Innovation at Purpose Life Sciences

**Team Building**

Vice President of Product Lifecycle Innovation at Purpose Life Sciences

Show all 36 skills →

31,601,832 followers
+ Follow
Show all



in   Q Search

Katie Winter, RN
Vice President of Product Lifecycle Innovations, Purpose Life Sciences

More    ✈ Message    + Connect

Vice President of Product Lifecycle Innovation at Purpose Life Sciences

Show all 36 skills →

## Recommendations

**Received**    Given

**Samina Pietryka**
Associate Director, Patient Recruitment and Retention at Takeda Pharmaceuticals
October 21, 2020, Samina worked with Katie but on different teams

Working with Katie is an absolute joy! Katie's compassion for patients and their journey is evident in the thoughtful and well-designed strategies for her proposals and bid defenses. Her clinical background is an invaluable asset when defining and designing these strategies. Katie treats colleagues with respect, values their input and provides well thought-out feedback on their contributions to the proposal or bid defense. In addition to all of these great qualities, Katie also has a fantastic sense of humor so she's an absolute pleasure to be around!

**Shannon Hambridge**
Translational Medicine, Gastroenterology Drug Discovery
September 25, 2020, Shannon worked with Katie but on different teams

Katie is really amazing in business development! She knows the biotechnology space like no other in Boston. She is genuine, compassionate, and has a true passion for connecting biotech with the services that will allow them to get their product to the patients who need it. I loved working with Katie and I hope to work with her again!

## Organizations

**Society for Clinical Trials**
Member · Mar 2022 - Present

Associated with Purpose Life Sciences

Platform Life Sciences brings expertise in adaptive trial design and established LMIC networks to address two common study challenges found in today's research: trial design and patient/site availability.

**RAPS**
Chapter Member NJ and MA · Nov 2015 - Present

**Mass Biotech Organization**

Show all 4 organizations →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Alexander Hardy** in
Chief Executive Officer at Genentech
60,389 followers
+ Follow

**Paul Hudson** in
Chief Executive Officer at Sanofi
152,324 followers
+ Follow

Show all Top Voices →



About
Community Guidelines
Privacy & Terms ▾
Sales Solutions

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

Recommendation transparency

Select Language
English (English)  ▾

Messaging



 **Katie Winter, RN**
Vice President of Product Lifecycle Innovations, Purpose Life Sciences

More    Message    + Connect

## Recommendations

**Received**    Given

**Samina Pietryka**
Associate Director, Patient Recruitment and Retention at Takeda Pharmaceuticals
October 21, 2020, Samina worked with Katie but on different teams

Working with Katie is an absolute joy! Katie's compassion for patients and their journey is evident in the thoughtful and well-designed strategies for her proposals and bid defenses. Her clinical background is an invaluable asset when defining and designing these strategies. Katie treats colleagues with respect, values their input and provides well thought-out feedback on their contributions to the proposal or bid defense. In addition to all of these great qualities, Katie also has a fantastic sense of humor so she's an absolute pleasure to be around!

**Shannon Hambridge**
Translational Medicine, Gastroenterology Drug Discovery
September 25, 2020, Shannon worked with Katie but on different teams

Katie is really amazing in business development! She knows the biotechnology space like no other in Boston. She is genuine, compassionate, and has a true passion for connecting biotech with the services that will allow them to get their product to the patients who need it. I loved working with Katie and I hope to work with her again!



## Organizations

**Society for Clinical Trials**
Member · Mar 2022 - Present

Associated with Purpose Life Sciences

Platform Life Sciences brings expertise in adaptive trial design and established LMIC networks to address two common study challenges found in today's research: trial design and patient/site availability.

**RAPS**
Chapter Member NJ and MA · Nov 2015 - Present

**Mass Biotech Organization**

Show all 4 organizations →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Alexander Hardy** 
Chief Executive Officer at Genentech
60,389 followers

+ Follow

**Paul Hudson**
Chief Executive Officer at Sanofi
152,324 followers

+ Follow

Show all Top Voices →

About    Accessibility    Talent Solutions    Questions?    Select Language
Visit our Help Center.

Community Guidelines    Careers    Marketing Solutions    English (English)

Privacy & Terms    Ad Choices    Advertising    Manage your account and privacy
Go to your Settings.

Sales Solutions    Mobile    Small Business

Safety Center    Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023



 Messaging

# EXHIBIT 11

PROPERTY SEARCH▼   CONTACT US 



| Profile | PARID: 0140210018617003 | MUNICIPALITY: ASHLAND | LUC: 102 |
| Sales | WINTER WILLIAM R | | PARCEL YEAR: 2024 |

1 of 1
Return to Search Results

**Property Information**

Property Location:

| Class: | R-RESIDENTIAL |
| Use Code (LUC): | 102-RESIDENTIAL CONDOMINIUM |
| District: | MA014 · ASHLAND |
| Deeded Acres: | |
| Square Feet: | |

**Actions**
🖶 Printable Summary
🖶 Printable Version

**Reports**
CSV Export
Mailing List
Res PRC
COM PRC

Go

Menu items: Profile, Sales, Owner History, Land, Residential, Commercial, OBY-Detached Structure, Entrances, Permits, Values, Map, Sketch, Photos, Pictometry

**Owner**

| Owner | Co-Owner | City | Address | State | Zip Code | Deed Book/Page |
|---|---|---|---|---|---|---|
| WINTER WILLIAM R | KATHERINE A WINTER | ASHLAND | | MA | 01721 | 42129/0267 |

**Disclaimer**

The municipalities make no representations or warranties as to the suitability of this information for your particular purpose,
and that to the extent you use or implement this information in your own setting, you do so at your own risk.
The information provided herewith is solely for your own use and cannot be sold.
In no event will the Commonwealth of Massachusetts be liable for any damages whatsoever, whether direct, consequential, incidental, special,
or claim for attorney fees, arising out of the use of or inability to use the information provided herewith.

Copyright 2021    Powered by IasWorld Public Access

PROPERTY SEARCH ▼   CONTACT US                                    



| Profile | PARID: 0140210018617003 | MUNICIPALITY: ASHLAND | LUC: 102 |
|---|---|---|---|
| Sales | WINTER WILLIAM R | 242 CAPTAIN EAMES CIRCLE | PARCEL YEAR: 2024 |

**1 of 1**
Return to Search Results

**Profile**

**Property Information**

Property Location:

| Class: | R-RESIDENTIAL |
|---|---|
| Use Code (LUC): | 102-RESIDENTIAL CONDOMINIUM |
| District: | MA014 - ASHLAND |
| Deeded Acres: | |
| Square Feet: | |

**Owner**

| Owner | Co-Owner | City | Address | State | Zip Code | Deed Book/Page |
|---|---|---|---|---|---|---|
| WINTER WILLIAM R KATHERINE A WINTER | | ASHLAND | | MA | 01721 | 42129/0267 |

Menu items: Owner History, Land, Residential, Commercial, OBY-Detached Structure, Entrances, Permits, Values, Map, Sketch, Photos, Pictometry

**Actions**
- Printable Summary
- Printable Version

**Reports**

CSV Export
Mailing List
Res PRC
COM PRC

**Go**

**Disclaimer**

The municipalities make no representations or warranties as to the suitability of this information for your particular purpose,
and that to the extent you use or implement this information in your own setting, you do so at your own risk.
The information provided herewith is solely for your own use and cannot be sold.
In no event will the Commonwealth of Massachusetts be liable for any damages whatsoever, whether direct, consequential, incidental, special,
or claim for attorney fees, arising out of the use of or inability to use the information provided herewith.

Copyright 2021     Powered by iasWorld Public Access

EXHIBIT 12





Apr 2023 - Present · 6 mos

Platform Life Sciences aims to continually modernize clinical trials through its global network while supporting local economies. We want to create a future where drug approvals and clinical trials are modernized, a ...see more

**Senior Vice President, Clinical Solutions & Strategic Partnering**
WIRB-Copernicus Group · Full-time
Sep 2020 - Feb 2023 · 2 yrs 6 mos

**Syneos Health**
3 yrs 5 mos

• **Vice President, Global Client Solutions**
Jan 2019 - May 2020 · 1 yr 5 mos

• **Vice President, Strategic Resourcing**
Jan 2017 - Dec 2018 · 2 yrs

**Senior Director, Clinical Operations - Early Clinical Development**
Covance
Jan 2012 - Dec 2016 · 5 yrs

**PRA Health Sciences**
6 yrs 3 mos

• **Director of Clinical Operations**
Jun 2007 - Jan 2012 · 4 yrs 8 mos

• **Sr. Manager of Clinical Operations**
Nov 2005 - Jun 2007 · 1 yr 8 mos

Show all 9 experiences →

## Education

**The University of British Columbia**
PhD coursework, Health Care & Epidemiology

Skills: Health Sciences · Clinical Trials

**Staffordshire University**
Master of Science, Health Psychology

Skills: Health Sciences · Clinical Trials

**Simon Fraser University**
Bachelor of Arts, Psychology

Skills: Health Sciences

Show all 5 education →

## Volunteering

**Development Coordinator | Management Team Member**
Lions Gate Chorus
Sep 2022 - Present · 1 yr 1 mo
Arts and Culture

**Founder & Musical Director**
Philadelphia Freedom Chorus
Jan 2010 - Jan 2016 · 6 yrs
Arts and Culture

**Various committee & board member roles**
The NAMES Project - Canada | AIDS Memorial Quilt
Jan 1993 - Jan 1998 · 5 yrs

---



Melissa Bomben (She/Her)
Life Sciences Executive

More | Message | Connect

Lions Gate Chorus
Sep 2022 - Present · 1 yr 1 mo
Arts and Culture

Founder & Musical Director
Philadelphia Freedom Chorus
Jan 2010 - Jan 2016 · 6 yrs
Arts and Culture

Various committee & board member roles
The NAMES Project - Canada | AIDS Memorial Quilt
Jan 1993 - Jan 1998 · 5 yrs

Show all 6 volunteer experiences →

## Skills

**Executive Leadership**

Endorsed by 1 people in the last 6 months

1 endorsement

**Strategic Consulting**

Endorsed by 1 people in the last 6 months

1 endorsement

**Expert Advisor**

Show all 22 skills →

## Recommendations

**Received**   Given

### Nothing to see for now
Recommendations that Melissa receives will appear here.

## Interests

**Companies**   Groups   Newsletters   Schools

**Accenture**
11,380,302 followers
+ Follow

**Deloitte**
13,658,460 followers
+ Follow

Show all companies →

---

**Messaging**

Search messages

**Focused**   Other

### No messages yet

Reach out and start a conversation
to advance your career

Send a message

---

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select Langua

LinkedIn Corporation © 2023

---

EXHIBIT 13





(+) Improvement Homesite Value:          +
(+) Improvement Non-Homesite Value:      +
(+) Land Homesite Value:                 +
(+) Land Non-Homesite Value:             +
(+) Curr Use (HS):                       +
(+) Curr Use (NHS):                      +

(=) Market Value:                        =
(−) Productivity Loss:                   −

(=) Subtotal:                            =
(+) Senior Appraised Value:              +
(+) Non-Senior Appraised Value:          +

(=) Total Appraised Value:               =
(−) Senior Exemption Loss:               −
(−) Exemption Loss:                      −

(=) Taxable Value:                       =

## ▾ Map List

| Map No. | Map Area |
| --- | --- |
| 1 | Whole section |
| 2 | NE Quarter |
| 3 | NW Quarter |
| 4 | SW Quarter |
| 5 | SE Quarter |

## ▾ Taxing Jurisdiction

Owner:         MELISSA & HEATHER BOMBEN
% Ownership:   100.0000000000%
Total Value:
Tax Area:      3025 - 503 R L F21 BBBPR

| Levy Code | Description | Levy Rate | Appraised Value | Taxable Value | Estimated Tax | |
| --- | --- | --- | --- | --- | --- | --- |
| CFL | CONSERVATION FUTURES | | | | | |
| FCZDL | FLOOD CONTROL ZONE | | | | | |
| FD021AX13 | FIRE #21 LTGO2012 | | | | | |
| FD021EXP | FIRE #21 EXPENSE FUND | | | | | |
| PRD002 | BLAINE-BIRCH BAY PARK & REC EXPENSE | | | | | |
| PRD002CI | BLAINE-BIRCH BAY PARK & REC CAP IMP | | | | | |
| PRD002RF | BLAINE-BIRCH BAY PARK & REC RESERVE FUND | | | | | |
| PTBOND | PORT OF BELLINGHAM GO BOND | | | | | |
| PTGEN | PORT OF BELLINGHAM GENERAL FUND | | | | | |
| PTRDA | PORT OF BELLINGHAM RDA | | | | | |
| RDDIV | COUNTY ROAD DIVERSION | | | | | |
| RDGEN | COUNTY ROAD FUND | | | | | |
| RLIBGEN | RURAL LIBRARY | | | | | |
| SD503B | BLAINE SCHOOL #503 BOND | | | | | |
| SD503CP | BLAINE SCHOOL TECH & CAPITAL PROJECTS | | | | | |
| SD503MO | BLAINE SCHOOL #503 ENRICHMENT | | | | | |
| WA1 | STATE SCHOOL PART 1 | | | | | |
| WA2 | STATE SCHOOL PART 2 | | | | | |
| WCCE | COUNTY CURRENT EXPENSE | | | | | |
| WCCI | CHILDRENS INITIATIVE | | | | | |
| WCCT | COUNTY MENTAL HEALTH | | | | | |
| WCDD | COUNTY DEVELOPMENTAL DISABILITY | | | | | |
| WCER | COUNTY ELECTION RESERVE | | | | | |
| WCVR | COUNTY VETERANS RELIEF | | | | | |
| WCEMS | WHATCOM COUNTY EMS | | | | | |
| | Total Tax Rate: | | | | | |

| WCCT | COUNTY MENTAL HEALTH |
| WCDD | COUNTY DEVELOPMENTAL DISABILITIES |
| WCER | COUNTY ELECTION RESERVE |
| WCVR | COUNTY VETERANS RELIEF |
| WCEMS | WHATCOM COUNTY EMS |
| | Total Tax Rate: |

## Improvement / Building

**Improvement #1:** 2 STORY    **State Code:** 1113 2984.0 sqft    **Value:** $651,103

| | | | |
|---|---|---|---|
| **Exterior Wall:** | SI/ST | **Fireplace:** | SIN 1-AVG |
| **Floor Cov Adj:** | Base Allowance | **Foundation:** | CONPR |
| **Full Baths:** | 2 | **Half Baths:** | 1 |
| **Heating/Cooling:** | F/A | **Number of Bedrooms:** | 3 |
| **Roof Covering:** | COMP | | |

| Type | Description | Class CD | Sub Class CD | Year Built | Area |
|---|---|---|---|---|---|
| BLTIN | Built-in Garage | GOOD | * | 2007 | 506.0 |
| Balcony | Balcony | GOOD | * | 2007 | 144.0 |
| MA | Main Area 1 | GOOD | * | 2007 | 1603.0 |
| MA2 | Main Area 2 | GOOD | * | 2007 | 1381.0 |
| Porch CvrC | Porch Covered Concrete | GOOD | * | 2007 | 304.0 |
| Porch Wood | Porch Wood | GOOD | * | 2007 | 48.0 |
| Deck | Deck | GOOD | | 2007 | 156.0 |

## Sketch



## Property Image

This property contains TIFF images. Click on the button(s) to download the full image (which may contain multiple pages).

This property contains TIFF images. Click on the button(s) to download the full image (which may contain multiple pages).



Download TIFF











Download TIFF







### Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | # Lots | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------|--------------|-------------|
| 1 | 1113 | RES 3 BDRM | 0.0000 | 0.00 | 70.00 | 0.00 | 0.00 | $448,000 | $0 |
| 2 | 1113 | RES 3 BDRM | 0.0000 | 0.00 | 30.00 | 0.00 | 0.00 | $120,000 | $0 |

### Roll Value History

| Year | Improvements | Land Market | Current Use | Total Appraised | Taxable Value |
|------|--------------|-------------|-------------|-----------------|---------------|
| 2023 | | | | | |
| 2022 | | | | | |
| 2021 | | | | | |
| 2020 | | | | | |
| 2019 | | | | | |
| 2018 | | | | | |
| 2017 | | | | | |
| 2016 | | | | | |
| 2015 | | | | | |
| 2014 | | | | | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |

### Deed and Sales History

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Sale Price | Excise Number | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|------------|---------------|-------------|
| 1 | 10/25/2021 | SWD | STATUTORY WARRANTY DEED | KENNETH J MILNE & MAUREEN SULLIVAN | MELISSA & HEATHER BOMBEN | | | | 254912 | 2021-1100276 |
| 2 | 08/03/2018 | SWD | STATUTORY WARRANTY DEED | | | | | | 223703 | 2018-0800414 |
| 3 | 05/18/2011 | SWD | STATUTORY WARRANTY DEED | | | | | | 163382 | 2110600345 |
| 4 | 04/07/2003 | WARRANTY | WARRANTY DEED | | | 0 | | | 200380765 | 2030403917 |



## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | # Lots | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------|--------------|-------------|
| 1 | 1113 | RES 3 BDRM | 0.0000 | 0.00 | 70.00 | 0.00 | 0.00 | | |
| 2 | 1113 | RES 3 BDRM | 0.0000 | 0.00 | 30.00 | 0.00 | 0.00 | | |

## Roll Value History

| Year | Improvements | Land Market | Current Use | Total Appraised | Taxable Value |
|------|--------------|-------------|-------------|-----------------|---------------|
| 2023 | | | | | |
| 2022 | | | | | |
| 2021 | | | | | |
| 2020 | | | | | |
| 2019 | | | | | |
| 2018 | | | | | |
| 2017 | | | | | |
| 2016 | | | | | |
| 2015 | | | | | |
| 2014 | | | | | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |

## Deed and Sales History

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Sale Price | Excise Number | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|------------|---------------|-------------|
| 1 | 10/25/2021 | SWD | STATUTORY WARRANTY DEED | KENNETH J MILNE & MAUREEN SULLIVAN | MELISSA & HEATHER BOMBEN | | | | 254912 | 2021-1100276 |
| 2 | 08/03/2018 | SWD | STATUTORY WARRANTY DEED | | | | | | 223703 | 2018-0800414 |
| 3 | 05/18/2011 | SWD | STATUTORY WARRANTY DEED | | | | | | 163382 | 2110600345 |
| 4 | 04/07/2003 | WARRANTY D | WARRANTY DEED | | | 0 | | | 200380765 | 2030403917 |
| 5 | 05/29/1991 | DEED | DEED | | | 196 | | | 199100000 | 910529040 |
| 6 | 06/21/1988 | WARRANTY D | WARRANTY DEED | | | 73 | | | 198803760 | 1881606236 |

## Payout Agreement

No payout information available..

Document title: Whatcom County Assessor &amp; Treasurer - Property Details - 114792 MELISSA &amp; HEATHER BOMBEN for Year 2022 - 2023
Capture URL: https://property.whatcomcounty.us/propertyaccess/Property.aspx?cid=0&amp;prop_id=114792&amp;year=2022
Capture timestamp (UTC): Tue, 26 Sep 2023 02:40:53 GMT

# EXHIBIT 14

 Join now Sign in

# Purpose Life Sciences' Post

 **Purpose Life Sciences**
2,239 followers
11mo

•••

Stop by this session at the Veeva Summit next week in Boston, MA. Listen to Michael Zimmerman, Platform Life Science's CEO, contribute his expertise to the topic of data management in the future. This will be a lively and fascinating panel!

#datamanagement #veevasummit #biotechnology

 **Veeva SUMMIT**
R&D AND QUALITY

Ascendis Pharma, Agenus and Platform Life Sciences:
**Creating Data Management of the Future**
Boston: Wednesday, October 19, 3:00 PM PT

 **Michael Zimmerman**
Platform Life Sciences
CEO

 Platform Life Sciences

 18 · 2 Comments

👍 Like    💬 Comment    ↗ Share

 **Michael L.**    11mo   ⋮
Data Management and Clinical Programming Professional

Exciting!  Looking forward to this event **Michael Zimmerman**

👍 Like · 💬 Reply | 1 Reaction

To view or add a comment, **sign in**

# EXHIBIT 15





**Professor**
McMaster University
Sep 2007 - Present · 16 yrs 1 mo

**Adjunct Associate Professor**
National University of Rwanda
Jan 2013 - Present · 10 yrs 9 mos

**Scientist**
Cytel
Jan 2020 - Aug 2022 · 2 yrs 8 mos
Vancouver, Canada Area

Show all 9 experiences →

## Education

**McMaster University**
Doctor of Philosophy (PhD), Clinical Epidemiology
2003 - 2006

**University of Oxford**
Master of International Human Rights Law, Law
2005 - 2007

**University of Oxford**
Master of Science (MS), Evidence-based health care
2001 - 2003

Show all 5 education →

## Skills

**Research**
Endorsed by Mohammad Karamouzian and 1 other who is highly skilled at this
Endorsed by 3 colleagues at Redwood Outcomes
26 endorsements

**University Teaching**
Endorsed by 3 colleagues at Redwood Outcomes
11 endorsements

**Teaching**
Endorsed by 2 colleagues at Redwood Outcomes
12 endorsements

Show all 5 skills →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Robert Herjavec**
CEO of Global Cybersecurity Firm Cyderes | Shark on ABC's Shark Tank | Bestselling Author
2,221,512 followers
+ Follow

**Albert Bourla**
Chairman and Chief Executive Officer, Pfizer
202,589 followers
+ Follow

See my recommendations

See who's hiring on LinkedIn.

Messaging

Document title: (1) Edward Mills | LinkedIn
Capture URL: https://www.linkedin.com/in/edward-mills-80b1a473/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:02:59 GMT

LinkedIn

Edward Mills
Clinical Trials.

More   Message   Connect

## Education

**McMaster University**
Doctor of Philosophy (PhD), Clinical Epidemiology
2003 - 2006

**University of Oxford**
Master of International Human Rights Law, Law
2005 - 2007

**University of Oxford**
Master of Science (MS), Evidence-based health care
2001 - 2003

Show all 5 education →

## Skills

**Research**

Endorsed by Mohammad Karamouzian and 1 other who is highly skilled at this

Endorsed by 3 colleagues at Redwood Outcomes

26 endorsements

**University Teaching**

Endorsed by 3 colleagues at Redwood Outcomes

11 endorsements

**Teaching**

Endorsed by 2 colleagues at Redwood Outcomes

12 endorsements

Show all 5 skills →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Robert Herjavec**
CEO of Global Cybersecurity Firm Cyderes | Shark on ABC's Shark Tank | Bestselling Author
2,221,512 followers

+ Follow

**Albert Bourla**
Chairman and Chief Executive Officer, Pfizer
202,589 followers

+ Follow

Show all Top Voices →

About
Community Guidelines
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2023

Messaging

Document title: (1) Edward Mills | LinkedIn
Capture URL: https://www.linkedin.com/in/edward-mills-80b1a473/
Capture timestamp (UTC): Fri, 22 Sep 2023 16:02:59 GMT

EXHIBIT 16


(/)

≡

SCIENTIFIC EVIDENCE    PUBLICATIONS

# Purpose Life Sciences Published Works

Know more about the specifics of the work we do.



( / )

All Years

FILTER

All Months

# Global HIV control: is the glass half empty or half full?

The massive scale-up of HIV treatment and prevention over the past two decades has resulted in important reductions in new infections and mortality globally. Reduction in HIV incidence, however, has been unequal, with worsening epidemics in regions where the reach and scale of HIV control programmes have been insufficient, especially in eastern Europe, central Asia, the Middle East, north Africa, and Latin America where HIV epidemics are concentrated among key populations, including people who inject drugs, men who have sex with men, transgender people, and some minority racial and ethnic groups.

**August 2, 2023**

Read More                                                                              ➔

(https://www.purposelifesciences.com/publications/global-hiv-control-is-the-glass-half-empty-or-half-full/)


(/)



# THE LANCET

## PEPFAR at 20 – A Game-Changing Impact on HIV in Africa

Jean B. Nachega, M.D., Ph.D., M.P.H., David Serwadda, M.B., Ch.B., M.P.H., Alash'le Abimiku, Ph.D., Izukanji Sikazwe, M.B., Ch.B., M.P.H., and Quarraisha Abdool Karim, Ph.D.

**July 7, 2023**

Read More →
(https://www.purposelifesciences.com/publications/pepfar-at-20-a-game-changing-impact-on-hiv-in-africa/)

 (/)                                                ☰



# Pegylated Interferon Lambda for Covid-19. Reply. (https://pubmed.ncbi.nlm.nih.gov/37256990/)

Gilmar Reis, Edward J Mills , Jeffrey S Glenn

**June 1, 2023**

**Read More                                                                    →
(https://www.purposelifesciences.com/publications/pegylated-interferon-lambda-for-
covid-19-reply/)**

  (/)                                                                            ≡



## Oral Fluvoxamine With Inhaled Budesonide for Treatment of Early-Onset COVID-19 : A Randomized Platform Trial

Previous trials have demonstrated the effects of fluvoxamine alone and inhaled budesonide alone for prevention of disease progression among outpatients with COVID-19.

**May 23, 2023**

**Read More                                                                →
(https://www.purposelifesciences.com/publications/oral-fluvoxamine-with-inhaled-budesonide-for-treatment-of-early-onset-covid-19/)**





# Annals of Internal Medicine®

## Long-acting antiretrovirals and HIV treatment adherence

Intramuscular injection of long-acting cabotegravir and rilpivirine is a novel, long-acting antiretroviral therapy (ART) combination approved for use as a fully suppressive regimen for people living with HIV. Long-acting cabotegravir with rilpivirine ART has reduced required dosing frequency from once daily to once every month or every 2 months injections. This new era of long-acting ART, which includes other antiretrovirals and formulations in various stages of clinical development, holds tremendous promise to change the standard of HIV treatment.

**May 2, 2023**

**Read More**      ➔
**(https://www.purposelifesciences.com/publications/long-acting-antiretrovirals-and-hiv-treatment-adherence/)**



(/)



# THE LANCET

## The importance of appropriate selection of clinical endpoints in outpatient COVID-19 clinical trials

Clinical trial endpoints must be carefully and intentionally selected so that the results of the trial can be used to inform policy- and decision-making. The relative importance of potential endpoints often depends on the stakeholder, with patients having different preferences to policymakers and regulators. . Here we discuss the evolution of the COVID-19 landscape and the effect this is having on the selection of consistent and measurable clinical trial endpoints.

**April 17, 2023**

**Read More**                                                                 →
(https://www.purposelifesciences.com/publications/the-importance-of-appropriate-
selection-of-clinical-endpoints-in-outpatient-covid-19-clinical-trials/)



## The effect of group support psychotherapy on adherence to anti-retroviral therapy and viral suppression among HIV positive young people: Study protocol for a pilot randomized controlled trial

Several studies have demonstrated an association between psychological risk factors and HIV disease progression. However, there is limited information on the use of psychological interventions to improve HIV treatment outcomes in young people living with HIV.

**April 5, 2023**

**Read More**                                    →
**(https://www.purposelifesciences.com/publications/the-effect-of-group-support-**
**psychotherapy-on-adherence-to-anti-retroviral-therapy-and-viral-suppression-among-**
**hiv-positive-young-people/)**



[/]

## Early Treatment with Pegylated Interferon Lambda for Covid-19

The efficacy of a single dose of pegylated interferon lambda in preventing clinical events among outpatients with acute symptomatic coronavirus disease 2019 (Covid-19) is unclear.

**February 10, 2023**

**Read More    →**

**(https://www.purposelifesciences.com/publications/early-treatment-with-pegylated-interferon-lambda-for-covid-19/)**

 (/)





## Advancing Pathogen Detection and Tracking in Africa

A major paradigm shift is required to establish an effective infrastructure and common frameworks for preparedness and to prompt national and regional public health responses to mitigate the effects of future pandemics in Africa.

**December 20, 2022**

**Read More                                                                    →**
**(https://www.purposelifesciences.com/publications/advancing-pathogen-detection-and-**
**tracking-in-africa/)**





# THE LANCET

## Resilient clinical trial infrastructure in response to the COVID-19 pandemic

In 2020, clinical trial researchers developed protocols to evaluate the safety and effectiveness of potential treatments for COVID-19. Despite more than 3,000 trials registered , few have generated findings, with the exception of smaller randomized controlled trials.A clinical trial infrastructure (defined as the human, material, and knowledge networks that form a responsive implementation of productive trial protocols) must be resilient to threats (e.g., COVID-19), and is essential when barriers to sustainable funding are common.

**September 22, 2022**

Read More                                    →

(https://www.purposelifesciences.com/publications/resilient-clinical-trial-infrastructure-in-response-to-the-covid-19-pandemic-lessons-learned-from-the-together-randomized-platform-clinical-trial/)

 (/)

☰



# Interferon treatments for SARS-CoV-2: Challenges and opportunities

Interferon (IFN) therapies are used to treat a variety of infections and diseases and could be used to treat SARS-CoV-2. However, optimal use and timing of IFN therapy to treat SARS-CoV-2 is not well documented. We aimed to synthesize available evidence to understand whether interferon therapy should be recommended for treatment compared to a placebo or standard of care in adult patients. While IFN therapy has the potential to be a viable treatment for SARS-CoV-2, especially when combined with antivirals and early administration, the lack of comparable of study outcomes prevents evidence synthesis and uptake.

**April 21, 2022**

**Read More** ➔

(https://www.purposelifesciences.com/publications/interferon-treatments-for-sars-cov-2-challenges-and-opportunities/)



## Ivermectin

The efficacy of ivermectin in preventing hospitalization or extended observation in an emergency setting among outpatients with acutely symptomatic coronavirus disease 2019 (Covid-19), the disease caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), is unclear.

**March 30, 2022**

**Read More                            →**
**(https://www.purposelifesciences.com/publications/ivermectin/)**







## Evaluating COVID vaccines in the real world

The effectiveness of the mRNA vaccines in preventing COVID-19 disease progression in 2021 set new expectations about the role of prevention interventions for the disease. Efficacy observed in the trials was more than 90%.1, 2 The efficacy of other vaccines evaluated in large randomised trials, such as the Oxford–AstraZeneca (70%) and Sputnik V (91%) vaccines, have been criticised for elements of the trial conduct and concerns about safety.3, 4 For that reason, mRNA vaccines have been most widely distributed in wealthier settings while other vaccines, such as Sinopharm and Sinovac, with some exceptions,3 have been provided in low-income and middle-income countries. The opportunity for head-to-head clinical trials evaluating vaccine comparative effectiveness no longer exists because so many people have received at least one dose of a vaccine. What happens in a clinical trial might also differ from the experiences of actual vaccine programmes and roll-outs. Until now, the real-world effectiveness of these lower profile vaccines has not been well established.

**March 15, 2022**

Read More ➔
(https://www.purposelifesciences.com/publications/evaluating-covid-vaccines-in-the-real-world/)





# THE LANCET

## Metformin

In this randomized trial, metformin did not provide any clinical benefit to ambulatory patients with COVID-19 compared to placebo, with respect to reducing the need for retention in an emergency setting or hospitalization due to worsening COVID-19. There were also no differences between metformin and placebo observed for other secondary clinical outcomes.

**December 13, 2021**



**Read More                                    ➔**
**(https://www.purposelifesciences.com/publications/metformin/)**

 (/)



# THE LANCET

## Fluvoxamine

Effect of early treatment with fluvoxamine on risk of emergency care and hospitalisation among patients with COVID-19: the TOGETHER randomised, platform clinical trial

**October 27, 2021**

**Read More** ➔
**(https://www.purposelifesciences.com/publications/fluvoxamine/)**



Fluvoxamine:
Effect Of Early Treatment
On Risk Of Emergency Care
And Hospitalisation

⌄ Load More

**THOUGHT LEADERSHIP**

# Shaping the future of clinical trials

 (/)

See TOGETHER Trial

Read The Latest News

# Let's make tomorrow healthier today

**Talk With Us
(https://www.purposelifesciences.com/talk-to-us/)**

---

(/)

Platform

Global Platform (https://www.purposelifesciences.com/global-platform/)

Our Approach (https://www.purposelifesciences.com/our-approach/)



About (/)

About Us (https://www.purposelifesciences.com/about-us/)

Careers (https://www.purposelifesciences.com/careers/)

Talk To Us (https://www.purposelifesciences.com/talk-to-us/)

Scientific Evidence

TOGETHER Trial (https://www.purposelifesciences.com/together-trial/)

Publications (https://www.purposelifesciences.com/scientific-evidence/publications/)

News (https://www.purposelifesciences.com/scientific-evidence/news/)

---


info@purposelifesciences.com (mailto:info@purposelifesciences.com)


+1 604 731 0688 (tel:+16047310688)


506 - 1505 W 2nd Ave Vancouver, BC V6H 3Y4
(https://www.google.com/maps/place/1505+W+2nd+Ave,+Vancouver,+BC+V6J+1H2,+Canada/@49.2659389,-123.1537767,13z/data=!4m5!3m4!1s0x548673ced1cf1367:0xc96d451174ad2612!8m2!3d49.2698875!4d-123.1379953)

(http://linkedin.com/company/80209770)

(https://twitter.com/PlatformLifeSc1)

---

©2023 Purpose Life Sciences



(/)

Privacy Policy(https://www.purposelifesciences.com/privacy-policy/)

Terms & Conditions(https://www.purposelifesciences.com/terms-and-conditions/)

# EXHIBIT 17



ScienceDirect

## The Lancet HIV

Volume 10, Issue 9, September 2023, Pages e617-e622

Viewpoint

# Global HIV control: is the glass half empty or half full?

Prof Jean B Nachega PhD [a] [b] [c] ✉, Prof Philippa Musoke PhD [d], Peter H Kilmarx MD [e], Monica Gandhi MD [f],
Prof Beatriz Grinsztejn MD [g], Prof Anton Pozniak MD [h] [i], Angeli Rawat PhD [j], Lindsay Wilson MSc [k],
Prof Edward J Mills PhD [k] [l], Prof Frederick L Altice MD [m], Prof John W Mellors MD [n], Prof Thomas C Quinn MD [o] [p]

- [a] Department of Epidemiology, Department of Infectious Diseases, Department of Microbiology, and Center for Global Health, University of Pittsburgh School of Public Health, Pittsburgh, PA, USA
- [b] Department of Epidemiology and Department of International Health, Johns Hopkins Bloomberg School of Public Health, Johns Hopkins University of Baltimore, MD, USA
- [c] Department of Medicine, Division of Infectious Diseases, Stellenbosch University Faculty of Medicine and Health Sciences, Cape Town, South Africa
- [d] Makerere University-Johns Hopkins University (MUJHU) Research Collaboration, Kampala, Uganda
- [e] Fogarty International Center, US National Institutes of Health, Bethesda, MD, USA
- [f] Department of Medicine, Division of HIV, Infectious Diseases and Global Medicine, University of California, San Francisco (UCSF), San Francisco, CA, USA
- [g] Instituto National de Infectologia Evandro Chagas-Fiocruz, Rio de Janeiro, Brazil
- [h] Chelsea and Westminster Hospital National Health Service Foundation Trust, London, UK
- [i] Department of Clinical Research, London School of Hygiene & Tropical Medicine, London, UK
- [j] School of Population and Public Health, University of British Columbia, Vancouver, BC, Canada
- [k] Platform Life Sciences, Vancouver, BC, Canada
- [l] Department of Health Research Methods, Evidence and Impact, Faculty of Health Sciences, McMaster University, Hamilton, ON, Canada
- [m] Department of Medicine, Section of Infectious Diseases, Yale School of Medicine, New Haven, CT, USA
- [n] Division of Infectious Diseases, University of Pittsburgh School of Medicine, Pittsburgh, PA, USA
- [o] Division of Infectious Diseases, Johns Hopkins School of Medicine; and Center for Global Health, Johns Hopkins University, Baltimore, MD, USA
- [p] Division of Intramural Research, National Institute of Allergy and Infectious Diseases, National Institutes of Health, Bethesda, MD, USA

Available online 25 July 2023, Version of Record 31 August 2023.



Show less ∧

⋯ Share    " Cite

https://doi.org/10.1016/S2352-3018(23)00150-9 ↗

Get rights and content ↗

## Summary

The massive scale-up of HIV treatment and prevention over the past two decades has resulted in important reductions in new infections and mortality globally. Reduction in HIV incidence, however, has been unequal, with worsening epidemics in regions where the reach and scale of HIV control programmes have been insufficient, especially in eastern Europe, central Asia, the Middle East, north Africa, and Latin America where HIV epidemics are concentrated among key populations, including people who inject drugs, men who have sex with men, transgender people, and some minority racial and ethnic groups. The global state of the HIV pandemic highlights disparities in HIV control efforts and provides a roadmap for what should be done, including investment to better implement the effective HIV prevention and treatment tools that are available, but whose adoption and scale-up are not yet sufficient to get us close to an AIDS-free generation. To achieve the full potential of global HIV control, we call for urgent, evidence-informed implementation at scale of our existing and novel HIV prevention and treatment strategies in ways that are better, faster, more efficient, and cost-effective, especially in key populations and regions where the HIV pandemic continues to expand.

## Introduction

The HIV pandemic and its consequences have caused over 40 million deaths since it was first recognised over 40 years ago. Despite the many successes in HIV prevention and treatment, global efforts to control the pandemic are in jeopardy. In 2021, an estimated 1·5 million adults and 160 000 children became infected with HIV and 552 000 adults and 98 000 children died.1, 2 38 million adults and 1·7 million children younger than 15 years have HIV. The negative effects of HIV on individuals, health-care systems, communities, economics, and politics, are felt in nearly every society globally. The early optimism for controlling the HIV pandemic that arose from advances in diagnostics, treatment, and prevention of HIV has been tempered by the continued spread of the virus and the challenge of providing lifelong antiretroviral therapy (ART) and supportive care to a very large number people with HIV. Global ART service scale-up increased from coverage of under 1·0 million people with HIV in 2000 to 7·5 million in 2010; due to concerted effort, commitment, and funding from multilateral, bilateral, and domestic sources, the number of people with HIV on ART increased to 28·7 million in 2021. Consequently, a staggering 16·5 million HIV-related deaths were averted between 2001 and 2021.1, 2 In 2022, over US$18 billion was allocated for HIV treatment and prevention, mostly in low-income and middle-income countries (LMICs), from the United States President's Emergency Plan for AIDS Relief (PEPFAR) and the Global Fund Against AIDS, Tuberculosis and Malaria (GFATM).3, 4 To control the HIV pandemic, the 2030 UNAIDS 95-95-95 targets specify that 95% of all people with HIV should know their HIV status, 95% of all people with diagnosed HIV infection should

be on ART, and 95% of all people receiving ART should have viral suppression. These 2030 UNAIDS targets note that there is considerable room for improvement to achieve these goals.[1]

Some countries have responded to these goals more effectively than others. The good news is that massive ART scaleup worldwide has resulted in effective HIV treatment as prevention causing a 45% decline in mortality since 2010 and a large reduction in HIV transmission.1, 2 Globally, the estimated number of new HIV infections in 2021 was 54% lower than in 2001. The greatest effect of ART scale-up was observed in sub-Saharan Africa, which has the largest number of people with HIV worldwide (roughly 60% of the world's total). From 2010 to 2021, the number of new HIV infections in sub-Saharan Africa decreased by about 40%. However, the number of new infections increased alarmingly by 33% in eastern Europe and central Asia, where the epidemic is concentrated in people who inject drugs. During the same period, new HIV infections increased by 27% in the Middle East and north Africa and by 11% in Latin America (figure 1).1, 2 In western and central Europe, although there have been declines in new diagnoses over the past decade, incident cases of AIDS more than halved, with an estimated one in eight people with HIV remaining undiagnosed. In the UK, 20% of people with HIV have a transmissible viral load and an estimated 25% of these people are undiagnosed.[1] Meanwhile, new HIV infections have decreased by 16% in the USA since 2010 (but only 3% since 2016).

## Section snippets

### Global disparities in response

Sub-Saharan Africa has been substantially more successful in achieving HIV treatment targets among adults than eastern Europe and central Asia (figure 2A–C),1, 2 due to successful HIV prevention and treatment programmes among people with HIV and their sexual partners. As of 2022, several GFATM or PEPFAR-supported countries in sub-Saharan Africa (eg, Burundi, Botswana, Eswatini, Malawi, Namibia, Rwanda, and Zimbabwe) have neared or achieved the UNAIDS 95-95-95 treatment targets. Botswana was the …

### HIV prevention gap

Globally, there is an urgent need to address the HIV prevention gap arising from underuse of PrEP and the challenges associated with long-term adherence to both PrEP and ART. Intramuscular injections of long-acting cabotegravir and long-acting rilpivirine are a novel ART combination approved for use as a fully suppressive regimen for people with HIV (table) by the US Food and Drug Administration and other regulatory agencies in high-income countries and a few LMICs.16, 17, 18, 19 Long-acting…

### Conclusion

In summary, the early successes in scale-up of HIV treatment and prevention, which changed the global inflection point on HIV-related mortality and transmission, have slowed in the past 10 years, with unequal progress depending on the geographic setting, at-risk population, or demographic groups. Although current projections and the absence of an effective HIV vaccine and cure do not support the possibility of complete HIV eradication in the near future,29, 30 new HIV infections can be reduced…

## Search strategy and selection criteria

We searched PubMed using MeSH. We focused on HIV-related terms (MeSH terms "HIV infections" and "HIV"). We used a person keywords search to capture specific populations that included "adolescent", "adult", "children", and "pregnant women" AND "global epidemiology". The term AND was used to combine the HIV and persons search. We sorted results by region. We added terms about key populations, health equity, and health disparities with a focus on HIV prevention, testing, and antiretroviral…

…

## Declaration of interests

AP has research grants from Gilead, ViiV, Merck, and Janssen, paid to European treatment network for HIV, Hepatitis and Global Infectious Diseases Foundation, and has received speaker fees from Gilead, ViiV, Merck, and Janssen. FLA has received speaker fees from Gilead Sciences. JWM is employed by the University of Pittsburgh; is a consultant to AlloVir, Infectious Disease Connect, and Gilead Sciences; has received grant funding from Gilead Sciences to the University of Pittsburgh; receives…

## References (31)

T Gaolathe *et al.*
Botswana's progress toward achieving the 2020 UNAIDS 90-90-90 antiretroviral therapy and virological suppression goals: a population-based survey
Lancet HIV (2016)

J Dorward *et al.*
The impact of the COVID-19 lockdown on HIV care in 65 South African primary care clinics: an interrupted time series analysis
Lancet HIV (2021)

J Tan *et al.*
Effect of expanding opioid agonist therapies on the HIV epidemic and mortality in Ukraine: a modelling study
Lancet HIV (2020)

FL Altice *et al.*
Extending a lifeline to people with HIV and opioid use disorder during the war in Ukraine
Lancet Public Health (2022)

SL Hodder *et al.*
The opioid crisis and HIV in the USA: deadly synergies
Lancet (2021)

C Orkin *et al.*

Initiation of long-acting cabotegravir plus rilpivirine as direct-to-injection or with an oral lead-in in adults with HIV-1 infection: week 124 results of the open-label phase 3 FLAIR study

Lancet HIV (2021)

JB Nachega *et al.*

Long-acting antiretrovirals and HIV treatment adherence

Lancet HIV (2023)

S Delany-Moretlwe *et al.*

Cabotegravir for the prevention of HIV-1 in women: results from HPTN 084, a phase 3, randomised clinical trial

Lancet (2022)

AN Phillips *et al.*

The potential role of long-acting injectable cabotegravir–rilpivirine in the treatment of HIV in sub-Saharan Africa: a modelling analysis

Lancet Glob Health (2021)

In danger: UNAIDS global AIDS update 2022

 View more references

---

## Cited by (0)

---

## Recommended articles (6)

Research article

Defining principles for a choice-based approach to HIV prevention

The Lancet HIV, Volume 10, Issue 4, 2023, pp. e269-e272

Show abstract ∨

Research article

Bridging accessibility gaps in HIV prevention

The Lancet HIV, Volume 10, Issue 8, 2023, p. e485

Research article

Barriers and facilitators to HIV pre-exposure prophylaxis for cisgender and transgender women in the UK

The Lancet HIV, Volume 10, Issue 7, 2023, pp. e472-e481

Show abstract ⌄

Research article

Prioritising the values of potential users to promote uptake of HIV pre-exposure prophylaxis

The Lancet HIV, 2023

Show abstract ⌄

Research article

PEPFAR reauthorisation hangs in the balance

The Lancet HIV, Volume 10, Issue 9, 2023, p. e557

Research article

Efficacy, safety, and tolerability of switching to long-acting cabotegravir plus rilpivirine versus continuing fixed-dose bictegravir, emtricitabine, and tenofovir alafenamide in virologically suppressed adults with HIV, 12-month results (SOLAR): a randomised, open-label, phase 3b, non-inferiority trial

The Lancet HIV, Volume 10, Issue 9, 2023, pp. e566-e577

Show abstract ⌄

View full text

© 2023 Elsevier Ltd. All rights reserved.



All content on this site: Copyright © 2023 Elsevier B.V., its licensors, and contributors. All rights reserved, including those for text and data mining, AI training, and similar technologies. For all open access content, the Creative Commons licensing terms apply.



EXHIBIT 18

regard to sleep. It would also appear unlikely that the absence of blinding in the trial design would meaningfully affect the most pertinent primary outcome, premature atrial contractions, or other heart-rhythm disturbances (such as premature ventricular contractions) that were neither under direct control of the participants nor something they could be certain were occurring. We agree that this commonly consumed substance is worthy of additional research.

Gregory M. Marcus, M.D.

University of California, San Francisco
San Francisco, CA
greg.marcus@ucsf.edu

Since publication of his article, the author reports no further potential conflict of interest.

DOI: 10.1056/NEJMc2304803

# Pegylated Interferon Lambda for Covid-19

**TO THE EDITOR:** Severe Covid-19 is characterized by interferon-λ deficiency.[1] In the TOGETHER trial, Reis et al. (Feb. 9 issue)[2] found notable efficacy of a single subcutaneous administration of pegylated interferon lambda in persons with SARS-CoV-2 infection. By contrast, in previous trials, type I interferon–based treatments have failed.[3] The reasons for this difference can be multiple, including the trial design and population targeted. However, we believe that it relates to the biology of interferon lambda, which fundamentally differs from that of type I interferons. Although all interferons activate the antiviral response, which involves the induction of interferon-stimulated genes, type I interferons also activate the proinflammatory response, whereas interferon lambda is often antiinflammatory.[4] This functional difference is due to a distinct heterodimeric receptor complex that interferon lambda uses. Thus, depending on the time of administration and disease stage, type I interferons can be host-damaging and exacerbate inflammation and symptoms, limiting treatment efficacy. Treatment with interferon lambda seems, therefore, to be an attractive approach not just for reducing viral load but also for reducing hyperinflammation,[5] an important aspect that was not addressed in this trial but that certainly deserves evaluation in future studies.

Evangelos Andreakos, Ph.D.

Biomedical Research Foundation of the Academy of Athens
Athens, Greece
vandreakos@bioacademy.gr

Sotirios Tsiodras, M.D., Ph.D.

University of Athens Medical School
Athens, Greece

Dr. Andreakos reports holding a patent (International Application no., PCT/EP2018/056712) on interferon lambdas. No other potential conflict of interest relevant to this letter was reported.

1. Galani I-E, Rovina N, Lampropoulou V, et al. Untuned antiviral immunity in COVID-19 revealed by temporal type I/III interferon patterns and flu comparison. Nat Immunol 2021;22: 32-40.
2. Reis G, Moreira Silva EAS, Medeiros Silva DC, et al. Early treatment with pegylated interferon lambda for Covid-19. N Engl J Med 2023;388:518-28.
3. WHO Solidarity Trial Consortium. Remdesivir and three other drugs for hospitalised patients with COVID-19: final results of the WHO Solidarity randomised trial and updated meta-analyses. Lancet 2022;399:1941-53.
4. Galani IE, Triantafyllia V, Eleminiadou EE, et al. Interferon-λ mediates non-redundant front-line antiviral protection against influenza virus infection without compromising host fitness. Immunity 2017;46(5):875-890.e6.
5. Andreakos E, Tsiodras S. COVID-19: lambda interferon against viral load and hyperinflammation. EMBO Mol Med 2020;12(6):e12465.

DOI: 10.1056/NEJMc2303519

**TO THE EDITOR:** Reis et al. conducted a rigorously designed, multicenter, randomized, placebo-controlled trial in which they found that treatment with pegylated interferon lambda led to a lower incidence of hospitalization or death among persons with Covid-19. Here, we propose two hypotheses. First, in the subgroup analysis of this trial, the protective effects of interferon lambda appeared to vary among patients infected with different SARS-CoV-2 variants. Epithelial cells in the upper

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

and lower respiratory tract may respond differently to interferon lambda. When stimulated with interferon lambda, epithelial cells in the upper respiratory tract exert more potent antiviral effects than those in the lower respiratory tract.[1] The B.1.1.529 (omicron) variant tends to replicate in the upper respiratory tract,[2] which may be the reason why patients with omicron infection were more likely than patients infected with other SARS-CoV-2 variants to benefit from treatment with interferon lambda. Second, the success of this clinical trial suggests that selective tyrosine kinase 2 (TYK2) inhibition, which blocks the inflammatory response while having less of an effect on the interferon lambda pathway,[3] may be a better choice than baricitinib for treating Covid-19 in the future.

Mingqiang Wang, M.D.

Zhengzhou University People's Hospital
Zhengzhou, China

Lingling Tang, M.D.

Shulan Hospital
Hangzhou, China

Lingtong Huang, M.D.

First Affiliated Hospital of Zhejiang University
Hangzhou, China
lingtonghuang@zju.edu.cn

No potential conflict of interest relevant to this letter was reported.

1. Sposito B, Broggi A, Pandolfi L, et al. The interferon landscape along the respiratory tract impacts the severity of COVID-19. Cell 2021;184(19):4953-4968.e16.
2. Meng B, Abdullahi A, Ferreira IATM, et al. Altered TMPRSS2 usage by SARS-CoV-2 omicron impacts infectivity and fusogenicity. Nature 2022;603:706-14.
3. Schnepf D, Crotta S, Thamamongood T, et al. Selective Janus kinase inhibition preserves interferon-λ-mediated antiviral responses. Sci Immunol 2021;6(59):eabd5318.

DOI: 10.1056/NEJMc2303519

THE AUTHORS REPLY: We agree with Andreakos and Tsiodras about the unique mechanistic aspects and clinical benefits of interferon lambda as a broad-spectrum antiviral agent for treating infections with SARS-CoV-2 and other viruses of pandemic potential, including influenza virus and other respiratory viruses. An important finding of our trial was that the adverse events observed in the interferon lambda group were similar to those observed in the placebo group, which is consistent with previous investigations of interferon lambda that have shown its superior side-effect profile as compared with traditional type I interferons.

Wang et al. hypothesize that treatment effects differed according to variant. However, we found the treatment effects were consistent across variants.[1] The finding that TYK2 is not required for the antiviral activity of interferon lambda[2] suggests that selective TYK2 inhibitors may preserve the antiviral function of the drug. However, the potential of such inhibitors to help counteract the cytokine storm phase of Covid-19 and provide clinical benefit in hospitalized patients should be ascertained first. The population that may receive baricitinib (i.e., inpatients) differs from our trial population. Moreover, the most common side effects that were observed in a recent clinical trial of a selective TYK2 inhibitor[3] were nasopharyngitis, upper respiratory tract infection, sinusitis, bronchitis, rash, headache, and diarrhea. Some of these effects could be of concern when treatment for Covid-19 is contemplated, although it is possible that cotreatment with interferon lambda could augment the antiviral response and decrease the incidence of these infections.

Gilmar Reis, M.D., Ph.D.
Edward J. Mills, Ph.D., F.R.C.P.

McMaster University
Hamilton, ON, Canada

Jeffrey S. Glenn, M.D., Ph.D.

Stanford Biosecurity and Pandemic Preparedness Initiative
Palo Alto, CA

Since publication of their article, the authors report no further potential conflict of interest.

1. Sun X, Ioannidis JPA, Agoritsas T, Alba AC, Guyatt G. How to use a subgroup analysis: users' guide to the medical literature. JAMA 2014;311:405-11.
2. Schnepf D, Crotta S, Thamamongood T, et al. Selective Janus kinase inhibition preserves interferon-λ-mediated antiviral responses. Sci Immunol 2021;6(59):eabd5318.
3. Mease PJ, Deodhar AA, van der Heijde D, et al. Efficacy and safety of selective TYK2 inhibitor, deucravacitinib, in a phase II trial in psoriatic arthritis. Ann Rheum Dis 2022;81:815-22.

DOI: 10.1056/NEJMc2303519

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 19

ORIGINAL ARTICLE

# Early Treatment with Pegylated Interferon Lambda for Covid-19

G. Reis, E.A.S. Moreira Silva, D.C. Medeiros Silva, L. Thabane, V.H.S. Campos,
T.S. Ferreira, C.V.Q. Santos, A.M.R. Nogueira, A.P.F.G. Almeida, L.C.M. Savassi,
A.D. Figueiredo-Neto, A.C.F. Dias, A.M. Freire Júnior, C. Bitarães, A. C. Milagres,
E.D. Callegari, M.I.C. Simplicio, L.B. Ribeiro, R. Oliveira, O. Harari, L.A. Wilson,
J.I. Forrest, H. Ruton, S. Sprague, P. McKay, C.M. Guo, E.H. Limbrick-Oldfield,
S. Kanters, G.H. Guyatt, C.R. Rayner, C. Kandel, M.J. Biondi, R. Kozak, B. Hansen,
M.A. Zahoor, P. Arora, C. Hislop, I. Choong, J.J. Feld, E.J. Mills, and J.S. Glenn,
for the TOGETHER Investigators*

The authors' full names, academic degrees, and affiliations are listed in the Appendix. Dr. Reis can be contacted at reisg1@mcmaster.ca or at the Department of Health Research Methods, Evidence, and Impact, McMaster University Medical Centre, 1280 Main St. West, 2C Area, Hamilton, ON L8S4K1, Canada. Dr. Glenn can be contacted at jeffrey.glenn@stanford.edu or at the Department of Medicine, 269 Campus Dr., Stanford, CA 94305-5171.

*The TOGETHER Investigators are listed in the Supplementary Appendix, available at NEJM.org.

N Engl J Med 2023;388:518-28.
DOI: 10.1056/NEJMoa2209760
Copyright © 2023 Massachusetts Medical Society.

## ABSTRACT

**BACKGROUND**

The efficacy of a single dose of pegylated interferon lambda in preventing clinical events among outpatients with acute symptomatic coronavirus disease 2019 (Covid-19) is unclear.

**METHODS**

We conducted a randomized, controlled, adaptive platform trial involving predominantly vaccinated adults with severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection in Brazil and Canada. Outpatients who presented with an acute clinical condition consistent with Covid-19 within 7 days after the onset of symptoms received either pegylated interferon lambda (single subcutaneous injection, 180 $\mu$g) or placebo (single injection or oral). The primary composite outcome was hospitalization (or transfer to a tertiary hospital) or an emergency department visit (observation for >6 hours) due to Covid-19 within 28 days after randomization.

**RESULTS**

A total of 933 patients were assigned to receive pegylated interferon lambda (2 were subsequently excluded owing to protocol deviations) and 1018 were assigned to receive placebo. Overall, 83% of the patients had been vaccinated, and during the trial, multiple SARS-CoV-2 variants had emerged. A total of 25 of 931 patients (2.7%) in the interferon group had a primary-outcome event, as compared with 57 of 1018 (5.6%) in the placebo group, a difference of 51% (relative risk, 0.49; 95% Bayesian credible interval, 0.30 to 0.76; posterior probability of superiority to placebo, >99.9%). Results were generally consistent in analyses of secondary outcomes, including time to hospitalization for Covid-19 (hazard ratio, 0.57; 95% Bayesian credible interval, 0.33 to 0.95) and Covid-19–related hospitalization or death (hazard ratio, 0.59; 95% Bayesian credible interval, 0.35 to 0.97). The effects were consistent across dominant variants and independent of vaccination status. Among patients with a high viral load at baseline, those who received pegylated interferon lambda had lower viral loads by day 7 than those who received placebo. The incidence of adverse events was similar in the two groups.

**CONCLUSIONS**

Among predominantly vaccinated outpatients with Covid-19, the incidence of hospitalization or an emergency department visit (observation for >6 hours) was significantly lower among those who received a single dose of pegylated interferon lambda than among those who received placebo. (Funded by FastGrants and others; TOGETHER ClinicalTrials.gov number, NCT04727424.)

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

THE IDENTIFICATION OF CONVENIENT, widely available, and effective antiviral therapies against coronavirus disease 2019 (Covid-19) for outpatients is of great importance. In infected cells, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) induces weak expression of naturally produced type III interferons, which are an early line of defense in upper respiratory tract infections.[1] Treatment with an exogenous source of interferon lambda such as pegylated interferon lambda could stimulate antiviral immunity and treat early SARS-CoV-2 infection.[2]

In more than 20 clinical trials, the administration of pegylated interferon lambda to more than 4000 patients for a variety of conditions (including hepatitis B, C, and D, and Covid-19) has provided a well-understood safety and side-effect profile.[3,4] Pegylated interferon lambda has broad-spectrum antiviral activity in numerous cell cultures, animal models, and clinical settings.[3-8] With respect to SARS-CoV-2, pegylated interferon lambda has potent in vitro and in vivo activity.[3,9] The results of two phase 2 studies characterizing the effect of pegylated interferon lambda on SARS-CoV-2 viral load have been published.[10,11] To further evaluate the effect of this agent on clinical outcomes, we used the TOGETHER trial master protocol[12] to conduct a large, phase 3, randomized, placebo-controlled adaptive platform trial involving outpatients with Covid-19 in Brazil and Canada.

## METHODS

### TRIAL DESIGN AND OVERSIGHT

The TOGETHER platform trial began recruitment for its first investigational groups in June 2020. This trial has evaluated 12 different therapeutic interventions. Here, we report the evaluation of patients who were randomly assigned to receive either pegylated interferon lambda (the interferon group) or placebo (the placebo group) between June 24, 2021, and February 7, 2022. The protocol was approved by local and national research ethics boards in Brazil and by the Hamilton Integrated Research Ethics Board and Clinical Trials Ontario, with the University Health Network as the board of record in Canada. The full protocol and statistical analysis plan have been published previously[12] and are available with the full text of this article at NEJM.org. The CONSORT (Consolidated Standards of Reporting Trials) extension statement for adaptive design trials guided this trial report.[13] All the patients provided written informed consent.



*A Quick Take is available at NEJM.org*

The trial was coordinated by Platform Life Sciences, and Cardresearch conducted the trial and collected the data. MMS Holdings, a clinical research organization, created the electronic data capture system. The first and next-to-last authors had full access to all the trial data and vouch for the accuracy and completeness of the data and for the fidelity of the trial to the protocol. The initial draft of the manuscript was written by the first author and the last three authors, and all the authors approved the final version of the manuscript and decided to submit it for publication. The funders had no role in the design and conduct of the trial; the collection, management, analysis, and interpretation of the data; or the preparation and submission of the manuscript for publication. Pegylated interferon lambda was provided at no cost by Eiger BioPharmaceuticals, which was not made aware of any trial results before the completion of the trial.

### PATIENTS

On presentation to one of the trial outpatient care clinics, potential participants were screened to identify those meeting eligibility criteria. Inclusion criteria were an age of 18 years or older, presentation to an outpatient care setting with an acute clinical condition consistent with Covid-19 within 7 days after the onset of symptoms, a positive rapid antigen test for SARS-CoV-2, and at least one high-risk criterion for progression of Covid-19. These high-risk criteria included the following: an age of 50 years or older, diabetes mellitus, hypertension leading to the use of medication, cardiovascular disease, lung disease, smoking, obesity (defined as a body-mass index [the weight in kilograms divided by the square of the height in meters] of >30), organ transplantation, chronic kidney disease (stage IV) or receipt of dialysis, immunosuppressive therapy (receipt of ≥10 mg of prednisone or equivalent daily), a diagnosis of cancer within the previous 6 months, and receipt of chemotherapy for cancer. Up to 25% of the participants were permitted to be enrolled with no high-risk criteria as long as they had severe or debilitating symptoms of Covid-19. Further inclusion and exclusion criteria are listed in the trial protocol.[12]

If a patient met these eligibility criteria, trial

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

personnel obtained written in-person informed consent and performed a rapid antigen test for SARS-CoV-2 (Panbio, Abbott Laboratories). Before randomization, trial personnel obtained data on the patients' demographic characteristics, medical history, coexisting conditions, concomitant medications, and previous exposure to a person with Covid-19, as well as the score on the World Health Organization clinical progression scale.[14]

### SETTING

The Supplementary Appendix, available at NEJM.org, lists the cities and investigators of the 12 participating clinical sites in Brazil and the 5 participating clinical sites in Canada. Participants were recruited by local investigators, in partnership with local public health authorities, at emergency departments and Covid-19–specific emergency settings. Recruitment was supplemented by social media outreach. The representativeness of the trial population is described in the Supplementary Appendix.

### RANDOMIZATION AND INTERVENTIONS

An independent pharmacist conducted the randomization at a central trial facility, from which the trial sites requested randomization by means of text message. Patients underwent randomization by means of a block randomization procedure for each participating site, with stratification according to age (<50 years or ≥50 years). To maintain blinding, no other team members were present during administration of pegylated interferon lambda or placebo. The trial personnel who were involved in screening or randomization were not involved with any trial-related activities after randomization. The treating physicians, trial staff involved in the conduct of the trial, and patients were unaware of the randomized assignments.

Pegylated interferon lambda (also called lambda PEG-rIL-29) is supplied in mannitol, L-histidine, polysorbate 80, hydrochloric acid, and water for subcutaneous injection as a single-use, prefilled syringe with a rigid needle shield. It is labeled with a dose indicator used to administer 0.45 ml containing 180 $\mu$g of pegylated interferon lambda. Because this was a platform trial, most of the control patients received a saline placebo injection or another form of placebo (capsule or tablet) that was identical in appearance to that in a comparable active-treatment group in the trial.

### OUTCOME MEASURES

The primary composite outcome was Covid-19–related hospitalization (or transfer from an emergency department to a tertiary hospital) owing to the progression of Covid-19 within 28 days after randomization, or an emergency department visit (defined as observation for >6 hours) within 28 days after randomization. Details of the composite outcome are provided in the Supplementary Appendix. The event-adjudication committee, whose members were unaware of the randomized assignments, judged the reason for hospitalization as being related or not related to the progression of Covid-19. Guidance for the validity of composite outcomes indicates that outcomes should have a similar level of patient importance.[15]

Secondary outcomes included clearance of SARS-CoV-2, the time from randomization to hospitalization for any cause or due to progression of Covid-19, the time from randomization to death from Covid-19, the number of days in the hospital and days with mechanical ventilation, adverse events, and adverse reactions to interferon or placebo. We added an outcome that allowed comparison with previously authorized therapies for Covid-19 as outpatient treatment. This addition was made on the basis of external clinical trials and according to the CONSERVE (CONSORT and SPIRIT [Standard Protocol Items: Recommendations for Interventional Trials] Extension for RCTs [Randomized Clinical Trials] Revised in Extenuating Circumstances) 2021 statement reflecting modifications to Covid-19 trials.[16] This composite outcome was Covid-19–related hospitalization or death in patients who had undergone randomization. We assessed all the secondary outcomes through 28 days after randomization.

### TRIAL PROCEDURES

Trial personnel obtained outcome data by means of in-person, telephone, or WhatsApp (a smartphone app for video-teleconferencing) contact on days 1, 2, 3, 4, 5, 7, 10, 14, and 28. All the trial procedures are listed in the protocol. Adverse events were recorded at the time they occurred. All serious and nonserious adverse events were reported to trial personnel according to

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

local regulatory requirements. Reportable adverse events included serious adverse events and adverse events that were assessed by the investigators as being possibly related to interferon or placebo.

### VIROLOGIC ASSESSMENTS

On day 3 and day 7 after randomization, assessments of symptoms and events were performed virtually. Mid-turbinate nasal swabs were obtained from the patients at the sites in Brazil on days 0, 3, and 7 to allow for viral kinetic data; at the sites in Canada, swabs were obtained from the patients daily up to 14 days.

### DATA AND SAFETY MONITORING COMMITTEE OVERSIGHT

The data and safety monitoring committee met four times after the enrollment of the first patient to assess the safety and efficacy status of pegylated interferon lambda as compared with placebo with regard to the primary outcome, on the basis of prespecified thresholds in the statistical analysis plan. On February 6, 2022, the data and safety monitoring committee recommended stopping the enrollment of patients into the interferon group because the prespecified threshold for efficacy had been met.

### STATISTICAL ANALYSIS

We applied a Bayesian framework to all analyses and report the posterior probabilities of superiority of interferon to placebo with regard to the primary outcome and the safety outcomes. The adaptive design protocol and the master statistical analysis plan (available with the protocol) provide details of the sample-size calculation and statistical analysis (Supplementary Appendix), including reassessment of the sample size. In planning for the trial, we assumed a minimum clinical utility of 37.5% of interferon (relative risk difference vs. placebo) in order for the trial to have 80% power, at a two-sided type I error of 0.05, for a pairwise comparison with placebo, assuming that 15% of the patients in the placebo group would have a primary-outcome event. This calculation resulted in a planned minimum recruitment of 681 participants in each group.

Interim analyses were planned to occur after approximately 25%, 50%, and 75% of the maximum number of patient outcomes had been observed, as well as at the trial completion. The posterior efficacy threshold was set at 97.6% and the futility thresholds at 20%, 40%, and 60%. If the intervention group showed a posterior probability of efficacy by crossing a boundary, the data and safety monitoring board could consider recommending stopping the trial. These superiority and futility thresholds were determined on the basis of 200,000 simulation runs in which different values of the relative risk difference were considered (0, 20, and 37.5 percentage points).

The characteristics of the patients at baseline are reported as counts and percentages or, for continuous variables, as medians with interquartile ranges. Posterior probability for the efficacy of pegylated interferon lambda with regard to the primary outcome was calculated with the use of a Bayesian Cox proportional-hazards model. The modified intention-to-treat population included all the patients who had received interferon or placebo for at least 24 hours before a primary-outcome event (i.e., if events occurred before 24 hours after randomization, the patient was not counted in this analysis). The matched-placebo population included only the patients who had received injectable placebo. Exploratory subgroup effects were assessed in accordance with the prespecified statistical analysis plan. We assessed time-to-event outcomes using a Bayesian Cox proportional-hazards model, binary outcomes using logistic regression, and continuous outcomes using linear regression. We determined subgroups a priori, as in previous drug evaluations in our trial. We applied the Instrument to Assess the Credibility of Effect Modification Analyses (ICEMAN) tool for subgroup credibility.[17] A frequentist approach to the analysis is also described in Table S10 in the Supplementary Appendix.

Statistical analyses were conducted by personnel at RainCity Analytics. Analyses were performed with the use of R software, version 4.1.0. Details regarding the Bayesian analysis are provided in the Supplementary Appendix.

## RESULTS

### TRIAL POPULATION

A total of 13,396 potential participants were screened for inclusion in the trial. Of these patients, 2617 were recruited, of whom 933 were randomly assigned to receive pegylated interferon

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.



**Figure 1. Randomization and Follow-up of the Patients.**

Only the results in the interferon group as compared with the placebo group are reported in this article.

lambda and 1018 to receive concurrent placebo (Fig. 1); observations from 2 of the 933 patients in the interferon group were excluded from the analysis owing to protocol deviations. Only the results in the interferon group as compared with the placebo group are reported in this article. The remaining 666 patients were randomly assigned to other intervention groups. Of the 1018 patients assigned to receive placebo, 825 received a single subcutaneous injection and 193 received oral placebo. The median age of the patients was 43 years (range, 18 to 92), and 1113 (57.1%) were women. Most of the patients identified as being of mixed race (1853 [95.1%]), with 58 patients (3.0%) identifying as White and 28 (1.4%) as Black. With respect to covariates, the data in Table 1 suggest that the groups were well balanced. The mean (±SD) number of days with Covid-19 symptoms before randomization was 3.3±1.6.

### PRIMARY OUTCOME

In the intention-to-treat population, a primary-outcome event occurred in 25 of 931 patients (2.7%) in the interferon group, as compared with 57 of 1018 patients (5.6%) in the placebo group (relative risk, 0.49; 95% Bayesian credible interval, 0.30 to 0.76; posterior probability of superiority to placebo, >99.9%) (Table 2), a difference that represented a 51% decrease. Figure 2A shows the absolute reduction in the risk of a primary-outcome event in the two groups. Similar results were observed in the modified intention-to-treat population (23 of 929 patients in the interferon group, as compared with 55 of 1018 patients in the placebo group, had a primary-outcome event; relative risk, 0.47; 95% Bayesian credible interval, 0.29 to 0.73) and in the matched-placebo analysis that included only the 825 patients who received a saline placebo injection (25 of 931 patients in the interferon group,

The New England Journal of Medicine

Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.

Copyright © 2023 Massachusetts Medical Society. All rights reserved.

**Table 1. Demographic and Clinical Characteristics of the Patients at Baseline.\***

| Characteristic | Pegylated Interferon Lambda (N=931) | Placebo (N=1018) | Total (N=1949) |
|---|---|---|---|
| Median age (range) — yr | 43 (18–92) | 43 (18–88) | 43 (18–92) |
| Sex — no. (%) | | | |
| Female | 531 (57.0) | 582 (57.2) | 1113 (57.1) |
| Male | 400 (43.0) | 436 (42.8) | 836 (42.9) |
| Country — no. (%) | | | |
| Brazil | 916 (98.4) | 1003 (98.5) | 1919 (98.5) |
| Canada | 15 (1.6) | 15 (1.5) | 30 (1.5) |
| Race or ethnic group — no. (%)† | | | |
| Mixed race | 876 (94.1) | 977 (96.0) | 1853 (95.1) |
| White | 31 (3.3) | 27 (2.7) | 58 (3.0) |
| Black | 18 (1.9) | 10 (1.0) | 28 (1.4) |
| Pacific Islander | 1 (0.1) | 0 | 1 (0.1) |
| Other | 2 (0.2) | 2 (0.2) | 4 (0.2) |
| Time since onset of symptoms — no. (%) | | | |
| 0–3 days | 567 (60.9) | 591 (58.1) | 1158 (59.4) |
| 4–7 days | 364 (39.1) | 426 (41.8) | 790 (40.5) |
| Missing data | 0 | 1 (0.1) | 1 (0.1) |
| Risk factors for severe illness from Covid-19 — no. (%)‡ | | | |
| Age ≥50 yr | 349 (37.5) | 403 (39.6) | 752 (38.6) |
| Obesity | 321 (34.5) | 398 (39.1) | 719 (36.9) |
| Hypertension | 261 (28.0) | 320 (31.4) | 581 (29.8) |
| Chronic cardiac disease | 18 (1.9) | 29 (2.8) | 47 (2.4) |
| Asthma diagnosed by physician | 91 (9.8) | 101 (9.9) | 192 (9.9) |
| Chronic pulmonary disease | 21 (2.3) | 26 (2.6) | 47 (2.4) |
| Type 2 diabetes mellitus | 88 (9.5) | 93 (9.1) | 181 (9.3) |
| Cancer | 13 (1.4) | 12 (1.2) | 25 (1.3) |
| Multiple coexisting conditions | 517 (55.5) | 607 (59.6) | 1124 (57.7) |
| Doses of Covid-19 vaccine >14 days before randomization — no./total no. (%) | | | |
| None | 142/931 (15.3) | 177/1018 (17.4) | 319/1949 (16.4) |
| 1 dose | 223/911 (24.5) | 258/996 (25.9) | 481/1907 (25.2) |
| 2 doses | 458/911 (50.3) | 483/996 (48.5) | 941/1907 (49.3) |
| 3 doses | 88/911 (9.7) | 78/996 (7.8) | 166/1907 (8.7) |
| Missing data | 20/931 (2.1) | 22/1018 (2.2) | 42/1949 (2.2) |
| SARS-CoV-2 variant — no./total no. (%) | | | |
| Alpha | 6/602 (1.0) | 3/600 (0.5) | 9/1125 (0.8) |
| Delta | 266/602 (44.2) | 261/554 (47.1) | 527/1158 (45.5) |
| Gamma | 88/602 (14.6) | 57/570 (10.1) | 145/1160 (12.5) |
| Omicron, BA.1 | 241/602 (40.0) | 233/553 (42.1) | 474/1156 (41.0) |
| Zeta | 1/602 (0.2) | 1/500 (0.2) | 2/1000 (0.2) |
| Missing data | 329/931 (35.3) | 463/1018 (45.5) | 792/1949 (40.6) |
| SARS-CoV-2 status — no./total no. (%) | | | |
| Positive | 812/931 (87.2) | 719/1018 (70.6) | 1531/11949 (78.6) |
| Negative | 34/931 (3.7) | 13/1018 (1.3) | 47/1949 (2.4) |
| Missing data | 85/931 (9.1) | 286/1018 (28.1) | 371/1949 (19.0) |

\* Percentages may not total 100 because of rounding. Covid-19 denotes coronavirus disease 2019, and SARS-CoV-2 severe acute respiratory syndrome coronavirus 2.

† Race or ethnic group was reported by the patient.

‡ The list of risk factors was not inclusive of all risk factors used for trial eligibility.

The New England Journal of Medicine

Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.

Copyright © 2023 Massachusetts Medical Society. All rights reserved.

**Table 2. Primary and Secondary Outcomes.\***

| Outcome | Pegylated Interferon Lambda (N = 931) | Placebo (N = 1018) | Estimated Treatment Effect (95% Bayesian Credible Interval)† | Posterior Probability of Superiority to Placebo |
|---|---|---|---|---|
| | | | | *percent* |
| **Primary outcome** | | | | |
| Hospitalization or emergency department visit >6 hr for Covid-19 — no. (%) | 25 (2.7) | 57 (5.6) | 0.49 (0.30 to 0.76) | >99.9 |
| **Secondary outcomes** | | | | |
| Time from randomization to hospitalization or emergency department visit >6 hr for Covid-19 | — | — | 0.47 (0.29 to 0.73)‡ | >99.9 |
| Hospitalization for Covid-19 — no. (%) | 21 (2.3) | 40 (3.9) | 0.58 (0.34 to 0.96) | |
| Time from randomization to hospitalization for Covid-19 | — | — | 0.57 (0.33 to 0.95)‡ | |
| Death or hospitalization due to Covid-19 — no. (%) | 22 (2.4) | 40 (3.9) | 0.61 (0.36 to 0.99) | |
| Time from randomization to death or hospitalization due to Covid-19 | — | — | 0.59 (0.35 to 0.97)‡ | |
| Death due to Covid-19 — no. (%) | 1 (0.1) | 4 (0.4) | 0.39 (0.05 to 1.95) | |
| Time from randomization to death from Covid-19 | — | — | 0.22 (0.01 to 1.64)‡ | |
| Hospitalization or emergency department visit of any duration for Covid-19 — no. (%) | 99 (10.6) | 140 (13.8) | 0.78 (0.61 to 0.99) | |
| No. of days with mechanical ventilation | 10.2±7.4 | 13.6±11.9 | −4.47 (−6.89 to 3.09)§ | |
| Adverse event during treatment period — no. (%) | 141 (15.1) | 172 (16.9) | 0.90 (0.73 to 1.10) | 85.2 |
| Grade 1 | 26 (2.8) | 38 (3.7) | 0.75 (0.46 to 1.22) | 87.6 |
| Grade 2 | 87 (9.3) | 93 (9.1) | 1.02 (0.78 to 1.35) | 43.6 |
| Grade 3 | 20 (2.1) | 42 (4.1) | 0.53 (0.31 to 0.88) | 99.3 |
| Grade 4 | 9 (1.0) | 8 (0.8) | 1.22 (0.49 to 3.06) | 33.5 |
| Grade 5 | 4 (0.4) | 6 (0.6) | 0.76 (0.22 to 2.43) | 67.6 |
| Serious adverse event during treatment period — no. (%) | 32 (3.4) | 49 (4.8) | 0.72 (0.46 to 1.10) | 93.4 |
| Possibly treatment-related adverse event during treatment period — no. (%)¶ | 7 (0.8) | 11 (1.1) | 0.72 (0.28 to 1.76) | 76.3 |

\* Plus–minus values are means ±SD. Dashes indicate that the median was not reached.
† The estimated treatment effect is presented as a relative risk unless otherwise stated.
‡ The estimated treatment effect is a hazard ratio. A Cox proportional-hazards model was used, so a median was not required to estimate the treatment effect.
§ Shown is the mean difference from a linear regression.
¶ The investigators made the determination regarding whether adverse events were related to pegylated interferon lambda or placebo.

as compared with 43 of 825 patients in the placebo group; relative risk, 0.52; 95% Bayesian credible interval, 0.32 to 0.84) (Table S4).

Most of the primary-outcome events in the intention-to-treat population were hospitalizations (61 of 82 events [74%]). Primary-outcome events in the trial occurred a median of 5 days (interquartile range, 3 to 7) after randomization. When the analysis was restricted to patients who had received interferon or placebo within 3 days after the onset of symptoms, the treatment effect increased (11 of 567 patients in the inter-

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

feron group, as compared with 28 of 590 patients in the placebo group; relative risk, 0.42; 95% Bayesian credible interval, 0.21 to 0.80). Data for the components of the primary outcome are shown in Table S1.

### SECONDARY OUTCOMES

Table 2 presents findings of the secondary outcome analyses. We found that the direction of the treatment effect of pegylated interferon lambda was consistent across all outcomes. The risk of Covid-19–related hospitalization or death from any cause was 47% lower in the interferon group than in the placebo group (hazard ratio, 0.53; 95% Bayesian credible interval, 0.31 to 0.91). A low number of deaths occurred (one Covid-19–related death in the interferon group and four Covid-19–related deaths in the placebo group; hazard ratio, 0.39; 95% Bayesian credible interval, 0.05 to 1.95). Details are provided in Table S6. The time to hospitalization for Covid-19 was shorter in the interferon group than in the placebo group (hazard ratio, 0.57; 95% Bayesian credible interval, 0.33 to 0.95). The median time to recovery, as reported by the patients, was 10 days in both groups (hazard ratio for extended illness, 1.06; 95% Bayesian credible interval, 0.96 to 1.18).

When the analysis was restricted to patients who had received interferon or placebo within 3 days after the onset of symptoms, larger treatment effects were observed with respect to the secondary outcomes. The incidence of Covid-19–related hospitalization was 65% lower in the interferon group than in the placebo group (relative risk, 0.38; 95% Bayesian credible interval, 0.17 to 0.79), and the risk of death from Covid-19 was 81% lower in the interferon group than in the placebo group (none of the 567 patients in the interferon group, as compared with 3 of 590 patients in the placebo group; relative risk, 0.19; 95% Bayesian credible interval, 0.01 to 1.57) (Table S2). In the modified intention-to-treat analysis, among unvaccinated patients who had received interferon within 3 days after the onset of symptoms, the risk reduction was 89% (hazard ratio, 0.11; 95% Bayesian credible interval, 0.01 to 0.83). No deaths occurred among patients who had received early treatment in the interferon group. There was no substantial between-group difference in the number of adverse events (Table 2).

### SUBGROUP ANALYSES

In prespecified subgroup analyses, we found consistent evidence of treatment benefits with pegylated interferon lambda as compared with placebo in subgroups defined according to patient age, sex, days since symptom onset, or vaccination status (Fig. 2B). An analysis of dominant SARS-CoV-2 variants of concern showed treatment benefits across variants (Fig. 2C). Estimates across the subgroups were generally consistent with the overall treatment effect. Figure S4 shows the results of a subgroup analysis involving patients who received early treatment (≤3 days).

### VIROLOGIC RESULTS

Among the patients with a high baseline viral load (defined in a previous phase 2 trial[10] as the 15% of patients with the highest baseline load, all >192 million copies per milliliter), we observed a treatment effect at day 7 (beta, −1.01; 95% Bayesian credible interval, −1.65 to −0.36). Patients in the interferon group had a greater reduction in viral load by day 7 than those in the placebo group (median $\log_{10}$ decline, 8.29 in the interferon group as compared with 5.16 in the placebo group). Among patients with a high viral load at baseline, a greater percentage of patients in the interferon group than in the placebo group had a level that was below the limit of quantitation (defined as ≥1000 copies per milliliter) at day 7 (50.5% of the patients in the interferon group as compared with 32.9% of those in the placebo group; odds ratio, 2.13; 95% Bayesian credible interval, 1.14 to 4.00). Among patients with a low viral load at baseline, we did not observe a treatment effect with respect to viral load (beta, 0.22; 95% Bayesian credible interval, −0.09 to 0.52).

The results were consistent when we included additional variables to account for variance. Figure 2D shows the change over time across all patients, and Figure 2E shows the change in viral load among patients with a high viral load at baseline. Among hospitalized patients, at day 7, the median decrease in the viral load from baseline was 7.19 $\log_{10}$ copies per milliliter in the interferon group, as compared with 3.16 $\log_{10}$ copies per milliliter in the placebo group. The nested sample of viral kinetics from day 0 through 14 is provided in Figures S1 through S3.

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.



The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

PEGYLATED INTERFERON LAMBDA FOR COVID-19

**Figure 2 (facing page).** Subgroup Analyses.

Panel A shows the absolute reduction (with the 95% Bayesian credible interval) in the risk of hospitalization (or transfer from an emergency department to a tertiary hospital) owing to symptomatic coronavirus disease 2019 (Covid-19) or an emergency department visit due to Covid-19 (defined as observation for >6 hours) within 28 days after randomization (the primary composite outcome) among patients receiving peginterferon lambda and those receiving placebo (intention-to-treat population). SARS-CoV-2 denotes severe acute respiratory syndrome coronavirus 2. I bars indicate the 95% credible interval. Panel B shows treatment effects according to subgroup. Panel C shows treatment effects according to SARS-CoV-2 dominant variant of concern. Arrows indicate that the 95% Bayesian credible interval extends outside the graphed range. In Panels A, B, and C, horizontal bars indicate the 95% credible interval. Panel D shows an alluvial plot of the change in viral load at day 7, as compared with baseline. The $\log_{10}$ viral loads are denoted by the numbers in the gray columns. Values are rounded to the nearest integer for plotting. Most patients had a reduction in viral load, and a small percentage had an increase by day 7. Panel E shows the change in viral load in patients with a high viral load at baseline. All data are presented in box-and-whisker plots. The whiskers indicate the range, the top and bottom of the boxes indicate the interquartile range, and the horizontal line within each box indicates the median. *N2* denotes the *N2* gene of SARS-CoV-2.

## DISCUSSION

This phase 3 trial, which was conducted in a predominantly vaccinated population infected with various SARS-CoV-2 variants of concern, showed the efficacy of a single subcutaneous dose of pegylated interferon lambda administered within 7 days after the onset of symptoms (mean, 3 days). This regimen resulted in a greater than 50% reduction in the risk of a primary-outcome event. Our trial findings were consistent across the SARS-CoV-2 variants of concern and across multiple subgroups according to vaccination status.

In order to place the findings in the context of available oral therapies for outpatient treatments, we examined the effect of pegylated interferon lambda on the composite outcome of Covid-19–related hospitalization or death. Our trial showed a 41% reduction in time to death or hospitalization due to Covid-19 (hazard ratio, 0.59; 95% Bayesian credible interval, 0.35 to 0.97). Among patients who had begun to receive interferon within 3 days after symptom onset, this reduction increased to 65% (relative risk, 0.42; 95% Bayesian credible interval, 0.21 to 0.80).

During the conduct of this trial, two periods of disruption in the supply chain for drugs occurred. This was a multigroup trial, so we included only a concomitant control group in our analysis.[18] Since the completion of our trial, a polymorphism in the innate antiviral response gene *OAS1* has been associated with clearance of SARS-CoV-2, and a common haplotype could be used to identify patients with an increased likelihood of response.[19] Evaluation of the prevalence of this haplotype is warranted.

In this trial involving largely vaccinated outpatients who presented with acute symptomatic Covid-19, the incidence of hospitalization or an emergency department visit due to Covid-19 was significantly lower among patients who received a single dose of pegylated interferon lambda than among those who received placebo. These results, which were observed regardless of viral variant, offer the possibility that a single-dose regimen can play a role in the response to Covid-19.

Supported by FastGrants, the Rainwater Charitable Foundation, the Latona Foundation, and Eiger BioPharmaceuticals.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

A data sharing statement provided by the authors is available with the full text of this article at NEJM.org.

We thank the Bill and Melinda Gates Foundation for providing access to the data capture system managed by MMS Holdings.

APPENDIX

The authors' full names and academic degrees are as follows: Gilmar Reis, M.D., Ph.D., Eduardo A.S. Moreira Silva, M.D., Ph.D., Daniela C. Medeiros Silva, M.D., Ph.D., Lehana Thabane, Ph.D., Vitoria H.S. Campos, M.D., Thiago S. Ferreira, M.D., Castilho V.Q. Santos, Ana M.R. Nogueira, M.D., Ana P.F.G. Almeida, M.D., Leonardo C.M. Savassi, M.D., Ph.D., Adhemar D. Figueiredo-Neto, M.D., Ph.D., Ana C.F. Dias, Ph.D., Adelino M. Freire Júnior, M.D., Ph.D., Carina Bitarães, R.N., Aline C. Milagres, R.N., Eduardo D. Callegari, M.D., Maria I.C. Simplicio, B.Sc.Pharm., Luciene B. Ribeiro, R.N., M.P.H., Rosemary Oliveira, Ofir Harari, Ph.D., Lindsay A. Wilson, M.Sc., Jamie I. Forrest, Ph.D., M.P.H., Hinda Ruton, M.Sc., Sheila Sprague, Ph.D., Paula McKay, M.Sc., Christina M. Guo, B.Com., Eve H. Limbrick-Oldfield, Ph.D., Steve Kanters, Ph.D., Gordon H. Guyatt, M.D., Craig R. Rayner, Pharm.D., Christopher Kandel, M.D., Mia J. Biondi, Ph.D., Robert Kozak, Ph.D., Bettina Hansen, Ph.D., M. Atif Zahoor, Ph.D., Paul Arora, Ph.D., Colin Hislop, M.B., B.S., Ingrid Choong, Ph.D., Jordan J. Feld, M.D., M.P.H., Edward J. Mills, Ph.D., F.R.C.P., and Jeffrey S. Glenn, M.D., Ph.D.

The authors' affiliations are as follows: ViRx@Stanford, Stanford Biosecurity and Pandemic Preparedness Initiative (G.R., J.S.G., E.J M.), and the Departments of Medicine (Division of Gastroenterology and Hepatology) and Microbiology and Immunology, Stanford

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

University School of Medicine (J.S.G.), Stanford, and the Veterans Affairs Medical Center (J.S.G.) and Eiger BioPharmaceuticals (C.H., I.C.), Palo Alto — all in California; the Research Division, Cardresearch–Cardiologia Assistencial e de Pesquisa (G.R., E.A.S M.S., D.C M.S., V.H.S.C., T.S.F., C.V.Q.S., M.I.C.S., L.B.R., R.O.), the Department of Medicine, Pontifícia Universidade Católica de Minas Gerais (G.R., E.A.S M.S., D.C M.S., V.H.S.C., C.V.Q.S.), and Target Medicina de Precisão (A.C.F.D., A.M.F.J.), Belo Horizonte, the Department of Public Health and Mental and Family Medicine, Ouro Preto Federal University, Ouro Preto (LC M.S., C.B., A.C M.), the Public Health Care Division, Ibirité (C.B., A.C M.), the Department of Public Health at UNIFIPMoc and Family Medicine Fellowship Program, Montes Claros (A M.R.N., A.P.F.G.A.), the Public Health Fellowship Program, Governador Valadares Public Health Authority, Governador Valadares (A.D.F.-N.), and the Public Health Care Division, Brumadinho (E.D.C., B.H.) — all in Brazil; the Department of Health Research Methods, Evidence, and Impact, McMaster University, Hamilton, ON (G.R., L.T., S.S., P M., G.H.G., E.J M.), Cytel (O.H., H.R., P.A., E.J M.), Platform Life Sciences (L.A.W., J.I.F., C M.G., E.J M.), and RainCity Analytics (E.H.L.-O., S.K.), Vancouver, BC, Michael Garron Hospital (C.K.) and the Toronto Centre for Liver Disease, University Health Network (M.A.Z., J.J.F.), University of Toronto, the School of Nursing, York University (M.J.B.), and Sunnybrook Health Sciences Centre (R.K.), Toronto — all in Canada; Certara, Princeton, NJ (C.R.R.); Monash Institute of Pharmaceutical Sciences, Monash University, Melbourne, VIC, Australia (C.R.R.); and Erasmus University Rotterdam, Rotterdam, the Netherlands (B.H.).

### REFERENCES

1. Andreakos E, Salagianni M, Galani IE, Koltsida O. Interferon-λs: front-line guardians of immunity and homeostasis in the respiratory tract. Front Immunol 2017;8:1232.

2. Prokunina-Olsson L, Alphonse N, Dickenson RE, et al. COVID-19 and emerging viral infections: the case for interferon lambda. J Exp Med 2020;217(5):e20200653.

3. Chan HLY, Ahn SH, Chang T-T, et al. Peginterferon lambda for the treatment of HBeAg-positive chronic hepatitis B: a randomized phase 2b study (LIRA-B). J Hepatol 2016;64:1011-9.

4. Muir AJ, Arora S, Everson G, et al. A randomized phase 2b study of peginterferon lambda-1a for the treatment of chronic HCV infection. J Hepatol 2014;61:1238-46.

5. Baños-Lara MDR, Harvey L, Mendoza A, et al. Impact and regulation of lambda interferon response in human metapneumovirus infection. J Virol 2015;89:730-42.

6. Nice TJ, Baldridge MT, McCune BT, et al. Interferon-λ cures persistent murine norovirus infection in the absence of adaptive immunity. Science 2015;347:269-73.

7. Davidson S, McCabe TM, Crotta S, et al. IFNλ is a potent anti-influenza therapeutic without the inflammatory side effects of IFNα treatment. EMBO Mol Med 2016;8:1099-112.

8. Hakim MS, Chen S, Ding S, et al. Basal interferon signaling and therapeutic use of interferons in controlling rotavirus infection in human intestinal cells and organoids. Sci Rep 2018;8:8341.

9. Dinnon KH III, Leist SR, Schäfer A, et al. A mouse-adapted model of SARS-CoV-2 to test COVID-19 countermeasures. Nature 2020;586:560-6.

10. Feld JJ, Kandel C, Biondi MJ, et al. Peginterferon lambda for the treatment of outpatients with COVID-19: a phase 2, placebo-controlled randomised trial. Lancet Respir Med 2021;9:498-510.

11. Jagannathan P, Andrews JR, Bonilla H, et al. Peginterferon lambda-1a for treatment of outpatients with uncomplicated COVID-19: a randomized placebo-controlled trial. Nat Commun 2021;12:1967.

12. Reis G, Silva E, Silva D, et al. A multicenter, adaptive, randomized, platform trial to evaluate the effect of repurposed medicines in outpatients with early coronavirus disease 2019 (COVID-19) and high-risk for complications: the TOGETHER master trial protocol. Gates Open Research 2021;5:117.

13. Schulz KF, Altman DG, Moher D. CONSORT 2010 statement: updated guidelines for reporting parallel group randomised trials. BMJ 2010;340:c332.

14. WHO Working Group on the Clinical Characterisation and Management of COVID-19 infection. A minimal common outcome measure set for COVID-19 clinical research. Lancet Infect Dis 2020;20(8):e192-e197.

15. Montori VM, Permanyer-Miralda G, Ferreira-González I, et al. Validity of composite end points in clinical trials. BMJ 2005;330:594-6.

16. Orkin AM, Gill PJ, Ghersi D, et al. Guidelines for reporting trial protocols and completed trials modified due to the COVID-19 pandemic and other extenuating circumstances: the CONSERVE 2021 statement. JAMA 2021;326(3):257-65.

17. Schandelmaier S, Briel M, Varadhan R, et al. Development of the Instrument to assess the Credibility of Effect Modification Analyses (ICEMAN) in randomized controlled trials and meta-analyses. CMAJ 2020;192:E901-E906.

18. Dodd LE, Freidlin B, Korn EL. Platform trials — beware the noncomparable control group. N Engl J Med 2021;384:1572-3.

19. Banday AR, Stanifer ML, Florez-Vargas O, et al. Genetic regulation of OAS1 nonsense-mediated decay underlies association with COVID-19 hospitalization in patients of European and African ancestries. Nat Genet 2022;54:1103-16.

*Copyright © 2023 Massachusetts Medical Society.*



"Intention to Treat," a new podcast drawing on the deep expertise of the *New England Journal of Medicine*, offers breaking news, enlightening context, and incisive analysis of critical and urgent issues in medicine and health care.

**Listen to the latest episode, "Post-*Roe* Realities," at NEJM.org or wherever you get your podcasts.**

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 20

**Personal View**

# Advancing detection and response capacities for emerging and re-emerging pathogens in Africa



*Jean B Nachega\*, Sabin Nsanzimana\*, Angeli Rawat, Lindsay A Wilson, Philip J Rosenthal, Mark J Siedner, Jay K Varma, Peter H Kilmarx, Leon Mutesa, Marcel Tanner, Agnes Binagwaho, Jamie Forrest, Placide Mbala-Kingebeni, Jean-Jacques Muyembe-Tamfum, Francine Ntoumi, Alimuddin Zumla, Tulio de Oliveira, Edward J Mills*

Recurrent disease outbreaks caused by a range of emerging and resurging pathogens over the past decade reveal major gaps in public health preparedness, detection, and response systems in Africa. Underlying causes of recurrent disease outbreaks include inadequacies in the detection of new infectious disease outbreaks in the community, in rapid pathogen identification, and in proactive surveillance systems. In sub-Saharan Africa, where 70% of zoonotic outbreaks occur, there remains the perennial risk of outbreaks of new or re-emerging pathogens for which no vaccines or treatments are available. As the Ebola virus disease, COVID-19, and mpox (formerly known as monkeypox) outbreaks highlight, a major paradigm shift is required to establish an effective infrastructure and common frameworks for preparedness and to prompt national and regional public health responses to mitigate the effects of future pandemics in Africa.

The colliding epidemics of Ebola virus disease, COVID-19, measles, and mpox (formerly known as monkeypox) outbreaks[1] have highlighted inadequacies of current infrastructure and capacities for epidemic preparedness in Africa. The inequities of resource allocation and vaccine distribution during the COVID-19 pandemic have emphasised the need for Africa to advance its detection and response capacities.[2] Capacity building in public health preparedness requires training and retaining public health experts. Building local ownership of health systems will help to improve the resilience of countries' health systems during times of crisis, while contributing to improved health globally by reducing the risk of regional and global disease spread. National governments need to provide public health officials with sufficient legal authority with continuous and stable funding by leveraging the commendable efforts of the Africa Centres for Disease Control and Prevention (Africa CDC), to improve response to emerging and re-emerging pathogens in Africa.[3]

During the COVID-19 pandemic, global supply chains were severely disrupted. Contentious trade agreements and hoarding of supplies by resource-rich governments exacerbated shortages of essential items, especially in low-income and middle-income countries. National, regional, and global supply chains should be established to ensure equitable access to crucial supplies between and during crises. Supply chains should be decentralised to promote fair allocation of resources and maintain essential health system functions. Contracts should be established with suppliers of key commodities to procure essential supplies in a timely manner.[2] Finally, local, and regional manufacturing and distribution capacities should be strengthened to improve production, as access to raw materials and transportation networks might be compromised during emergencies. During the COVID-19 pandemic, many factories in Africa switched to the making of essential supplies, and new partnerships were developed to improve manufacturing capacities.

Manufacturers should be encouraged to increase their production capacity to respond to global health demands. National governments should establish partnerships with the private sector to build on the lessons learned from the Ebola virus disease and COVID-19 outbreaks.[2]

The time between the discovery of a new or re-emerging pathogen and its spread into a localised epidemic is a crucial window to prevent pandemics. Strong surveillance systems are essential for early detection, and the creation of data science hubs across Africa can support these efforts.[4] These systems will require implementing public health laws for mandatory data reporting in electronic formats, and a stable information technology infrastructure with strong cybersecurity and confidentiality systems.[4] Government agencies should cooperate to establish data science hubs staffed by scientists who will compile and analyse data in real time, with high levels of completeness and accuracy. To support these hubs, Africa CDC, in collaboration with governments, will need to expand its multidisciplinary teams of disease detectives. High-risk zones might be identified with existing knowledge of disease burden, local epidemiology, and analyses performed at the hubs. Moving forward with a One Health approach, networks of local and regional multidisciplinary teams should consist of experts in human, animal, and environmental health to detect emerging pathogens with outbreak and pandemic potential.[5] Field teams can report community-level data to the regional network in real time to support population-level analyses conducted at data science hubs.[6]

Access to diagnostics is essential to ensure that surveillance data are accurate. During the COVID-19 response, inadequate diagnostic capacity meant that health systems could neither detect nor predict true case numbers. Even when diagnostic tests are available, laboratories are often centralised and use tests that require advanced training, expertise, sample transportation processes, and infrastructure, leading to delayed results, especially in remote areas. There is a crucial need to

*Lancet Infect Dis 2023;
23: e185–89*

Published Online
December 20, 2022
https://doi.org/10.1016/
S1473-3099(22)00723-X

*Contributed equally

Department of Epidemiology
(Prof J B Nachega MD PhD) and
Department of Infectious
Diseases and Microbiology
(Prof J B Nachega), University of
Pittsburgh School of Public
Health, Pittsburgh, PA, USA;
Department of Medicine,
Division of Infectious Diseases
(Prof J B Nachega), School for
Data Science and
Computational Thinking
(Prof T de Oliveira PhD), and
Centre for Epidemic Response
and Innovation
(Prof T de Oliveira), Faculty of
Science and Faculty of
Medicine and Health Sciences,
Stellenbosch University,
Cape Town, South Africa;
Department of Epidemiology
(Prof J B Nachega) and
Department of International
Health (Prof J B Nachega), Johns
Hopkins Bloomberg School of
Public Health, Baltimore, MD,
USA; University Teaching
Hospital, Butare, Rwanda
(S Nsanzimana PhD); University
of Global Health Equity, Kigali,
Rwanda (S Nsanzimana,
Prof A Binagwaho PhD);
Department of Health Research
Methods, Evidence and Impact,
Faculty of Health Sciences,
McMaster University,
Hamilton, ON, Canada
(A Rawat PhD, Prof E J Mills PhD);
School of Population and
Public Health, University of
British Columbia, Vancouver,
BC, Canada (A Rawat); Platform
Life Sciences, Vancouver, BC,
Canada (L A Wilson MSc,
J Forrest PhD, Prof E J Mills);
Department of Real World and
Advanced Analytics,
Vancouver, Cytel, Vancouver,
BC, Canada (L A Wilson,
J Forrest); Department of
Medicine, Division of Infectious
Diseases, University of
California San Francisco,

San Francisco, CA, USA
(Prof P J Rosenthal MD);
Department of Medicine,
Harvard Medical School and
Massachusetts General
Hospital, Boston, MA, USA
(M J Siedner MD); Faculty of
Medicine, Mbarara University
of Science and Technology,
Mbarara, Uganda (M J Siedner);
Department of Population
Health Sciences, Weill Cornell
Medicine, NY, USA
(Prof J K Varma MD); Fogarty
International Center, National
Institutes of Health, Bethesda,
MD, USA (P H Kilmarx MD);
Center for Human Genetics,
University of Rwanda, Kigali,
Rwanda (L Mutesa PhD); Swiss
Tropical and Public Health
Institute, University of Basel,
Basel, Switzerland
(Prof M Tanner PhD); National
Institute for Bio-Medical
Research, Kinshasa, Democratic
Republic of the Congo
(Prof P Mbala-Kingebeni PhD,
Prof J-J Muyembe-Tamfum PhD)
University of Kinshasa School
of Medicine, Kinshasa,
Democratic Republic of the
Congo (Prof P Mbala-Kingebeni,
Prof J-J Muyembe-Tamfum);
Fondation Congolaise pour la
Recherche Médicale,
Brazzaville, Republic of the
Congo (Prof F Ntoumi PhD);
Institute for Tropical Medicine,
University of Tübingen,
Tübingen, Germany
(Prof F Ntoumi); Division of
Infection and Immunity, Centre
for Clinical Microbiology,
University College London,
London, UK (Prof A Zumla PhD);
NIHR Biomedical Research
Centre, University College
London Hospitals NHS
Foundation Trust, London, UK
(Prof A Zumla)

Correspondence to:
Prof Jean B Nachega,
Department of Epidemiology
and Department of Infectious
Diseases and Microbiology,
University of Pittsburgh School
of Public Health, Pittsburgh,
PA 15261, USA
jbn16@pitt.edu

**Panel: Response to emerging and re-emerging pathogens in Africa**

**Area of focus: strengthening public health preparedness and coordination of regional or sub-Saharan Africa response**

*Gaps*
- Few public health experts with training in emerging and re-emerging pathogens.

*Recommendations and solutions*
- Governments and academics to expand and adapt public health training programmes for pandemic preparedness and response-focused research capacity building as well as skills transfer.[2]
- Governments to increase public health schools and adapt their curricula for better control of current and future pandemic threats.

*Real-world examples*
- The Africa Centres for Disease Control and Prevention (Africa CDC) leveraging the African Field Epidemiology Network (AFENET), which was established in 2005 as a non-profit organisation and networking alliance of African Field Epidemiology and Laboratory Training Programs, and other applied epidemiology training programmes. The organisation has its headquarters in Kampala, Uganda, with seven AFENET regional hubs.
- Genomics Africa Fellowship 2022 programme providing a support system for upskilling the scientific workforce, with around 100 fellows from more than 12 countries being welcomed by the Centre for Epidemic Response and Innovation in Cape Town, South Africa.

**Area of focus: building local supply chains for essential health supplies and addressing vaccine equity through global cooperation**

*Gaps*
- Lack of manufacturing infrastructure for local production of public health supplies (eg, personal protective equipment [PPE], masks, gloves, sanitisers, diagnostics, therapeutics, and vaccines).
- Disruption in global supply chains of PPE, diagnostic and testing supplies (eg, reagents, test kits, and sample transportation), therapeutics, and vaccines.

*Recommendations and solutions*
- Governments and health agencies to strengthen regional and local manufacturing and distribution capacities, and access to raw materials, trade, and transportation networks.[2]
- Africa CDC in coordination with governments to create prompt supply chain frameworks allowing rapid deployment of urgent medical tools from anywhere within hours.

*Real-world examples*
- In Kenya, Hela Clothing shifted its manufacturing facility from making men's underwear to making masks. They produced 10 million face masks in April and May, 2021,

90% of which were standard 3-ply surgical masks, with the remaining 10% being reusable fabric masks.
- The mRNA COVID-19 vaccine technology transfer programme, a global initiative that aims to establish sustainable, locally owned mRNA manufacturing capabilities in and for low-income and middle-income countries. The programme is based around a technology transfer hub Afrigen, located in Cape Town, South Africa.

**Area of focus: establishing strong, integrated surveillance systems, and data sharing hubs**

*Gaps*
- Weak or non-existent surveillance systems.
- Limited capacity for big data science analysis.

*Recommendations and solutions*
- Strengthen surveillance system and early warning signs.[2]
- Establish big data science hubs by Africa CDC or WHO.
- Integrate information systems by Africa CDC or WHO.
- South–south and north–south Africa data sharing[6] by Centers of Excellence (CoE) or universities.

*Real-world examples*
- Ongoing coordination between big pathology laboratories, such as those in South Africa, Nigeria, Kenya, Botswana, and Uganda, for performing common pathogen testing and diagnostics. Because of the short turnaround time for these tests, a good network has been established for enhanced integrated surveillance and data sharing.

**Area of focus: strengthening diagnostic laboratory capacity and pathogen genomics**

*Gaps*
- Limited diagnostics and laboratory capacity beyond referral centres.
- Limited genomics surveillance capacity.

*Recommendations and solutions*
- Establish decentralised laboratory services with the use of a mobile laboratory for service, research, and point-of-care diagnostic tools in remote and rural areas to allow for reliable and rapid systems for specimen transport and the return of clinically relevant test results by CoE.
- Develop rapid and safe sample transportation systems within countries and beyond by CoE.
- Multidonor investment in and expansion of existing genomic sequencing facilities.[7,8]

*Real-world examples*
- The work of the Africa CDC and WHO in strengthening and expanding genomic capacity in Africa (collaborating centres—such as the African Centre of Excellence for Genomics of Infectious Diseases in Ede, Nigeria—are examples of ongoing efforts to realise this potential).

(Continues on next page)

> (Panel continued from previous page)
>
> **Area of focus: developing a robust and real-time clinical trial capacity vaccine infrastructure**
>
> *Gaps*
> - Limited funding and capacity to conduct high-quality clinical trials of emerging and re-emerging pathogens during the pandemic response to inform clinical and public health policies.
>
> *Recommendations and solutions*
> - Develop a pre-service and in-service clinical trial training programme focusing on pandemic preparedness by CoEs and universities.
> - Secure public and private finding to invest in training of robust and adaptable master trial protocols involving multi-disciplinary teams by CoEs and universities.
>
> *Real-world examples*
> - The successful Ebola virus disease vaccine and therapeutic trials conducted during the 2013–16 Ebola virus disease outbreaks in west Africa and the Democratic Republic of the Congo highlighted what can be achieved in Africa with capacity building, investment, partnerships, and leadership.
> - The rapid development of COVID-19 vaccines in a record time of 9 months should be replicated in low-income and middle-income countries following capacity building.
> - Real-time adaptive COVID-19 trials (eg, PALM001, TOGETHER trials).[9,10]
>
> **Area of focus: promoting community engagement and commitment to public health, leadership, coordination, and financing**
>
> *Gaps*
> - Limited community awareness and engagement.
> - Limited global coordination of COVID-19 response.
> - Limited financing allocated to COVID-19 response.
>
> *Recommendations and solutions*
> - Involve community health workers and opinion leaders in community awareness campaigns by non-profit organisations.[11]
> - Establish multisectoral collaborations and partnerships, including strong political and finance leadership at national and international levels by governments.
>
> *Real-world examples*
> - In Uganda, community engagement strategy for COVID-19 response launched by the Prime Minister on Oct 20, 2020, required the establishment of a COVID-19 task force in every village to foster trust, manage stigma, and support contact tracing.
> - The World Bank's new Fund for Pandemic Prevention, Preparedness and Response is a key initiative in this area of focus, but pledges must be supported with adequate funding.[12]

establish local laboratory networks with robust systems for specimen transport, and for the return of test results via electronic data transmission to public health agencies using modern messaging methods. Recent efforts to leverage existing laboratory infrastructure for COVID-19 (eg, WHO Africa network of polio laboratories or HIV and tuberculosis GeneXpert PCR diagnostic capacity used for COVID-19 testing) at referral and university-level laboratories for decentralisation to community-level government laboratories, were commendable efforts and should be expanded. Furthermore, regional and national laboratories should have the ability to perform genomic sequencing to monitor new outbreaks and variants of concern. This capacity has been crucial throughout the COVID-19 pandemic. The discovery of the omicron variant of SARS-CoV-2 by researchers in Botswana and South Africa in November, 2021, and the rapid sharing of data with international colleagues serve as examples of the global benefits of adequate diagnostic capacity in low-income and middle-income countries.[7,8]

High-quality clinical trial infrastructure should be strengthened in Africa to provide regionally generalisable data, and ensure that therapeutics and vaccines are evaluated even if a disease is not prevalent in high-income settings. The ability to quickly identify or develop effective vaccines and treatments, including testing products off-label, will lead to more efficient containment

of outbreaks. Multidisciplinary teams should be developed to conduct priority research at short notice during outbreaks. Robust and flexible platform trial methods and adaptive therapeutic trials[9,10] that were developed during Ebola virus disease outbreaks and the COVID-19 pandemic can be leveraged for new outbreaks and pathogens. Prompt regulatory review during these emergencies can also be adapted to promote greater efficiency in clinical research.

Trust should be developed before, during, and after outbreaks, and should build on honesty, transparent communication, and good governance—both by training public health experts in communicating effectively to counter misinformation and engage communities and their trusted leaders, including health-care workers, ministries of health, and religious and civil society organisations. During the Ebola virus disease response, community engagement and trust were interdependent and promoted safe burial practices, hand washing, and case identification.[11] Similarly, during the COVID-19 pandemic, community cooperation was an essential part of containment efforts, bolstered by effective communication and leadership. Public health community advisory boards should be established and include trusted community leaders who can be consulted during health emergencies. Community advisory boards serve as important links between communities and health systems, filling the gaps

in outreach activities and addressing misinformation, while ensuring that interventions are culturally appropriate and locally relevant.[11]

Strong leadership, partnerships, and cooperation between scientists, clinicians, public health experts, health-care workers, government leaders, and funders are essential for outbreak control. Enhanced frameworks for global public health financing and accountability should be revisited and strengthened, building on the new World Bank Fund for Pandemic Prevention, Preparedness and Response, which promises to bring additional resources, incentivise country investment, and enhance partner coordination.[12] However, in the context of competition for resources, as with the COVID-19 pandemic, national budgets should account for public health preparedness, and African countries should be as self-sufficient as possible, contributing to the local discovery and production of tools needed for responding to health threats.[5]

In summary, the COVID-19 pandemic revealed numerous gaps in global health preparedness and financing, highlighting the need for a paradigm shift towards a surveillance–response approach. Although the COVID-19 pandemic brought innovations, including improved surveillance, diagnostics, contact tracing, vaccine development, and treatments, enabling rapid identification of new virus variants and reduced morbidity and mortality, the benefits of these advances were inequitably distributed, and were limited by insufficient and delayed access in African countries. As a roadmap for African governments, stakeholders, and

public–private health agencies to prepare for future pandemics, we call for: (1) strengthening public health preparedness, regional coordination, and response; (2) building supply chains for essential health supplies, including diagnostics, treatments, and vaccines; (3) establishing strong, integrated surveillance systems and monitoring using real-time data sharing and storage hubs with innovative digital tools; (4) decentralising and strengthening diagnostic laboratory capacity for diagnostics and pathogen genomics; (5) developing a robust clinical trial capacity; and (6) supporting community engagement and trust with a commitment to public health, leadership, coordination, and financing (panel). Finally, these improvements should be linked to well resourced and robust health systems and research networks that are prepared to address new health threats and translate early detection into rapid information sharing with coordinated health system responses in Africa.

#### Contributors
JBN, SN, AR, and LAW drafted the manuscript. All authors contributed to the writing, revision, and approval of the final version of the manuscript.

#### Declaration of interests
JBN is supported by the US National Institutes of Health (NIH; grant numbers NIH/FIC 1R25TW011217-01, NIH/FIC 1D43TW010937-01A1, NIH/FIC D43TW011827-01A1, NIH/FIC 1R21TW011706-0, and NIH/NIAID 5U01AI096299-13). FN and AZ are Co-directors of the Pan-African Network on Emerging and Re-Emerging Infections funded by the European and Developing Countries Clinical Trials Partnership (EDCTP) within the EU Horizon 2020 Framework Programme. FN and AZ also acknowledge support from the EDCTP Central Africa Clinical Research Network. AZ is a UK National Institute for Health Research senior investigator, and a Mahathir Science Award and EU-EDCTP Pascoal Mocumbi Prize laureate. J-JM-T is supported by Africa Centre for Disease Control and Prevention and the Bill and Melinda Gates Foundation, and holds NIH grants (NIH/NIAID grant number 75N91019D00024-P00001-759102000025-5). J-JM-T was part of the group that discovered the Ebola virus in 1976, and was awarded Le Prix Christophe Merieux from Institut de France in 2015 and was the recipient of the third Hideyo Noguchi Africa Prize for Medical Research in 2019 from the Japan Government, for his research to confront Ebola and other emerging and re-emerging pathogens, and for his efforts to train legions of disease fighters in Africa. All other authors declare no competing interests. TdO led the team of South African researchers who discovered the omicron variant of SARS-CoV-2 in November, 2021.

#### Acknowledgments
We thank John L Johnson (Case Western Reserve University, Cleveland, OH, USA), and Joel G Breman (US National Institutes of Health and Fogarty International Center, Bethesda, MD, USA) for critical review and helpful advice. The views and conclusions in this Personal View are those of the authors and do not necessarily represent the views of their institutions.

> #### Search strategy and selection criteria
>
> MeSH terms in PubMed were used to identify key literature that focuses on "COVID-19" and "health systems" as the priority: ("COVID-19" [MeSH] OR "SARS-CoV-2" [MeSH] OR "COVID-19 Testing" [MeSH] OR "COVID-19 Nucleic Acid Testing" [MeSH] OR "COVID-19 Vaccines" [MeSH] OR "COVID-19 Serological Testing" [MeSH]) OR ("Health Information Systems" [MeSH] OR "Health Systems Agencies" [MeSH] OR "Health Systems Plans" [MeSH] OR "Public Health Systems Research" [MeSH] OR "Delivery of Health Care, Integrated" [MeSH] OR "Delivery of Health Care" [MeSH] OR "Learning Health System" [MeSH] OR "Community Health Planning" [MeSH] OR "Sentinel Surveillance" [MeSH]). Publications were limited to those that focused on Africa and were written in English or French. We performed additional searches for articles in Africa focusing on the following keywords and their related variants: "surveillance", "capacity building", "community engagement", "trust", "vaccine equity preparedness", "research capacity", and "genomic sequencing". We also conducted a separate search in PubMed to identify key lessons from the Ebola outbreak. Coauthors were requested to provide additional resources from their contexts and experiences.

#### References
1   Nachega JB, Mbala-Kingebeni P, Otshudiema J, Zumla A, Tam-Fum J-JM. The colliding epidemics of COVID-19, Ebola, and measles in the Democratic Republic of the Congo. *Lancet Glob Health* 2020; 8: e991–92.
2   Maxmen A. Has COVID taught us anything about pandemic preparedness? *Nature* 2021; 596: 332–35.
3   Nkengasong JN, Tessema SK. Africa needs a new public health order to tackle infectious disease threats. *Cell* 2020; 183: 296–300.
4   Adepoju P. African coronavirus surveillance network provides early warning for world. *Nat Biotechnol* 2022; 40: 147–48.

5    Zumla A, Dar O, Kock R, et al. Taking forward a 'One Health' approach for turning the tide against the Middle East respiratory syndrome coronavirus and other zoonotic pathogens with epidemic potential. *Int J Infect Dis* 2016; **47**: 5–9.

6    Ntoumi F, Zumla A. Advancing accurate metrics for future pandemic preparedness. *Lancet* 2022; **399**: 1443–45.

7    Viana R, Moyo S, Amoako DG, et al. Rapid epidemic expansion of the SARS-CoV-2 omicron variant in southern Africa. *Nature* 2022; **603**: 679–86.

8    Petersen E, Ntoumi F, Hui DS, et al. Emergence of new SARS-CoV-2 variant of concern omicron (B.1.1.529) highlights Africa's research capabilities, but exposes major knowledge gaps, inequities of vaccine distribution, inadequacies in global COVID-19 response and control efforts. *Int J Infect Dis* 2022; **114**: 268–72.

9    Mulangu S, Dodd LE, Davey RT Jr, et al. A randomized, controlled trial of Ebola virus disease therapeutics. *N Engl J Med* 2019; **381**: 2293–303.

10   Reis G, Dos Santos Moreira-Silva EA, Medeiros Silva DC, et al. Effect of early treatment with fluvoxamine on risk of emergency care and hospitalisation among patients with COVID-19: the TOGETHER randomised, platform clinical trial. *Lancet Glob Health* 2022; **10**: e42–51.

11   Barker KM, Ling EJ, Fallah M, et al. Community engagement for health system resilience: evidence from Liberia's Ebola epidemic. *Health Policy Plan* 2020; **35**: 416–23.

12   The World Bank. World Bank board approves new fund for Pandemic Prevention, Preparedness and Response (PPR). June 30, 2022. https://www.worldbank.org/en/news/press-release/2022/06/30/-world-bank-board-approves-new-fund-for-pandemic-prevention-preparedness-and-response-ppr (accessed Oct 7, 2022).

Copyright © 2022 The Author(s). Published by Elsevier Ltd.

# EXHIBIT 21

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

**ORIGINAL ARTICLE**

---

# Effect of Early Treatment with Ivermectin among Patients with Covid-19

G. Reis, E.A.S.M. Silva, D.C.M. Silva, L. Thabane, A.C. Milagres, T.S. Ferreira, C.V.Q. dos Santos, V.H.S. Campos, A.M.R. Nogueira, A.P.F.G. de Almeida, E.D. Callegari, A.D.F. Neto, L.C.M. Savassi, M.I.C. Simplicio, L.B. Ribeiro, R. Oliveira, O. Harari, J.I. Forrest, H. Ruton, S. Sprague, P. McKay, C.M. Guo, K. Rowland-Yeo, G.H. Guyatt, D.R. Boulware, C.R. Rayner, and E.J. Mills, for the TOGETHER Investigators*

---

**ABSTRACT**

**BACKGROUND**

The efficacy of ivermectin in preventing hospitalization or extended observation in an emergency setting among outpatients with acutely symptomatic coronavirus disease 2019 (Covid-19), the disease caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), is unclear.

**METHODS**

We conducted a double-blind, randomized, placebo-controlled, adaptive platform trial involving symptomatic SARS-CoV-2–positive adults recruited from 12 public health clinics in Brazil. Patients who had had symptoms of Covid-19 for up to 7 days and had at least one risk factor for disease progression were randomly assigned to receive ivermectin (400 μg per kilogram of body weight) once daily for 3 days or placebo. (The trial also involved other interventions that are not reported here.) The primary composite outcome was hospitalization due to Covid-19 within 28 days after randomization or an emergency department visit due to clinical worsening of Covid-19 (defined as the participant remaining under observation for >6 hours) within 28 days after randomization.

**RESULTS**

A total of 3515 patients were randomly assigned to receive ivermectin (679 patients), placebo (679), or another intervention (2157). Overall, 100 patients (14.7%) in the ivermectin group had a primary-outcome event, as compared with 111 (16.3%) in the placebo group (relative risk, 0.90; 95% Bayesian credible interval, 0.70 to 1.16). Of the 211 primary-outcome events, 171 (81.0%) were hospital admissions. Findings were similar to the primary analysis in a modified intention-to-treat analysis that included only patients who received at least one dose of ivermectin or placebo (relative risk, 0.89; 95% Bayesian credible interval, 0.69 to 1.15) and in a per-protocol analysis that included only patients who reported 100% adherence to the assigned regimen (relative risk, 0.94; 95% Bayesian credible interval, 0.67 to 1.35). There were no significant effects of ivermectin use on secondary outcomes or adverse events.

**CONCLUSIONS**

Treatment with ivermectin did not result in a lower incidence of medical admission to a hospital due to progression of Covid-19 or of prolonged emergency department observation among outpatients with an early diagnosis of Covid-19. (Funded by FastGrants and the Rainwater Charitable Foundation; TOGETHER ClinicalTrials.gov number, NCT04727424.)

The authors' full names, academic degrees, and affiliations are listed in the Appendix. Dr. Reis can be contacted at thetogethertrial@gmail.com or at the Research Division, Cardresearch–Cardiologia Assistencial e de Pesquisa, Rua Domingos Vieira 300, Sala 606, Belo Horizonte 30150-242, Brazil. Dr. Rayner can be contacted at thetogethertrial@gmail.com or at the Monash Institute of Pharmaceutical Sciences, 381 Royal Parade, Parkville, Melbourne, VIC 3052, Australia.

*A list of the TOGETHER Investigators is provided in the Supplementary Appendix, available at NEJM.org.

This article was published on March 30, 2022, and updated on April 5, 2022, at NEJM.org.

N Engl J Med 2022;386:1721-31.
DOI: 10.1056/NEJMoa2115869
*Copyright © 2022 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



*A Quick Take is available at NEJM.org*

ALTHOUGH VACCINES AGAINST SEVERE acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the virus that causes coronavirus disease 2019 (Covid-19), have been developed and distributed, major challenges remain regarding vaccine production and allocation.[1] The identification of inexpensive, widely available, and effective therapies against Covid-19 is of great importance. The repurposing of existing medicines that are widely available and that have reasonably well understood safety profiles has appeal.[2]

One drug that has received considerable public use and interest is ivermectin, which is typically used as an antiparasitic drug. Ivermectin inhibits the chloride channels of helminthic parasites and has been shown to have clinical efficacy for the treatment of onchocerciasis, strongyloidiasis, and ectoparasitic infection (e.g., scabies).[3] The in vitro antiviral activity of ivermectin has been explored against a spectrum of viruses, including severe acute respiratory syndrome coronavirus 1, human immunodeficiency virus, dengue virus, Zika virus, yellow fever virus, West Nile virus, Hendra virus, chikungunya virus, Semliki Forest virus, Sindbis virus, and avian influenza virus.[4]

More than 60 randomized trials of ivermectin for the treatment of Covid-19 have been registered, and findings have been reported for as many as 31 clinical trials.[5] The results have been discordant, and various review groups interpret the evidence differently — some advocating for benefits of ivermectin, and others reticent to conclude a benefit.[6-8] However, most trials have been small, and several have been withdrawn from publication owing to concerns about credibility.[9]

To evaluate the efficacy of ivermectin for the prevention of progression of Covid-19 resulting in hospitalization among outpatients with SARS-CoV-2 infection, we conducted a randomized, placebo-controlled, adaptive platform trial (TOGETHER) in the state of Minas Gerais, Brazil. Although various interventions were assessed in this trial, we report here on the use of ivermectin at a dose of 400 μg per kilogram of body weight for 3 days as compared with placebo.

## METHODS

### TRIAL DESIGN AND OVERSIGHT

We conducted this randomized, adaptive platform trial for the investigation of the efficacy of repurposed treatments for Covid-19 among adult outpatients at high risk for hospitalization.[10] The trial was designed and conducted in partnership with local public health authorities from 12 cities in Brazil in order to simultaneously test potential treatments for early Covid-19 with the use of a master protocol. A master protocol defines prospective decision criteria for discontinuing interventions for futility, stopping owing to superiority of an intervention over placebo, or adding new interventions. Interventions that have been evaluated in this trial thus far include hydroxychloroquine and lopinavir–ritonavir (both in protocol 1)[11] and metformin, ivermectin administered for 1 day, ivermectin administered for 3 days, doxazosin, pegylated interferon lambda, and fluvoxamine (all in protocol 2), as compared with matching placebos. The full trial protocol with the statistical analysis plan has been published previously[10] and is available with the full text of this article at NEJM.org.

The trial began recruitment for its first investigational groups on June 2, 2020. The evaluation that is reported here involved patients who had been randomly assigned to receive either ivermectin or placebo between March 23, 2021, and August 6, 2021. The initial trial protocol specified single-day administration of ivermectin, and we recruited 77 patients to this dose group. On the basis of feedback from advocacy groups, we modified the protocol to specify 3 days of administration of ivermectin. Here, we present data only on the patients who had been assigned to receive ivermectin for 3 days or placebo during the same time period. The full trial protocol was approved by local and national research ethics boards in Brazil and by the Hamilton Integrated Research Ethics Board in Canada. The CONSORT (Consolidated Standards of Reporting Trials) extension statement for adaptive design trials guided this trial report.[12] All the patients provided written informed consent.

The trial was coordinated by Platform Life Sciences, and Cardresearch conducted the trial and collected the data. The first and last authors had full access to all the trial data and vouch for the accuracy and completeness of the data and for the fidelity of the trial to the protocol. The funders had no role in the design and conduct of the trial; the collection, management, analysis, or interpretation of the data; the preparation, review, or approval of the manuscript; or the decision to submit

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

the manuscript for publication. Ivermectin was purchased at full cost.

### PATIENTS

On presentation to one of the trial outpatient care clinics, potential participants were screened to identify those meeting the eligibility criteria. Inclusion criteria were an age of 18 years or older; presentation to an outpatient care setting with an acute clinical condition consistent with Covid-19 within 7 days after symptom onset; and at least one high-risk criterion for progression of Covid-19, including an age older than 50 years, diabetes mellitus, hypertension leading to the use of medication, cardiovascular disease, lung disease, smoking, obesity (defined as a body-mass index [the weight in kilograms divided by the square of the height in meters] of >30), organ transplantation, chronic kidney disease (stage IV) or receipt of dialysis, immunosuppressive therapy (receipt of ≥10 mg of prednisone or equivalent daily), a diagnosis of cancer within the previous 6 months, or receipt of chemotherapy for cancer. Patients who had been vaccinated against SARS-CoV-2 were eligible for participation in the trial. Further inclusion and exclusion criteria are listed in the trial protocol.[10]

If a patient met these eligibility criteria, trial personnel obtained written in-person informed consent and performed a rapid antigen test for SARS-CoV-2 (Panbio, Abbott Laboratories) to confirm eligibility for the trial. Before randomization, trial personnel obtained data on demographic characteristics, medical history, concomitant medications, coexisting conditions, and previous exposure to a person with Covid-19, as well as the score on the World Health Organization (WHO) clinical progression scale.[13] Participants also completed the Patient-Reported Outcomes Measurement Information System (PROMIS) Global-10 health scale, which allows for the measurements of symptoms, functioning, and health-related quality of life (scores range from 5 to 20, with higher scores indicating better health-related quality of life). Normalized values are presented.

### SETTING

The Supplementary Appendix, available at NEJM.org, lists the cities and investigators of the 12 participating clinical sites. Local investigators, in partnership with local public health authorities, recruited outpatients at community health facilities. Recruitment was supplemented by social media outreach.

### RANDOMIZATION AND INTERVENTIONS

An independent pharmacist conducted the randomization at a central trial facility, from which the trial sites requested randomization by means of text message. Patients underwent randomization by means of a block randomization procedure for each participating site, with stratification according to age (≤50 years or >50 years). The trial team, site staff, and patients were unaware of the randomized assignments. The active-drug and placebo pills were packaged in identically shaped bottles and labeled with alphabetic letters corresponding to ivermectin or placebo. Participants who were randomly assigned to receive placebo were assigned to a placebo regimen (ranging from 1 day to 14 days) that corresponded with that of a comparable active-treatment group in the trial. Only the pharmacist who was responsible for randomization was aware of which letter referred to which assignment.

All the patients received the usual standard care for Covid-19 provided by health care professionals in Brazil. Patients received either ivermectin at a dose of 400 μg per kilogram for 3 days or placebo beginning on the day of randomization, once per day. The placebos that were used in the trial involved regimens of 1, 3, 10, or 14 days in duration, according to the various comparator groups in the trial at the time of randomization. Patients were advised to take the pill on an empty stomach. Patients were shown a welcome video with information on the trial, ivermectin, adverse events, and follow-up procedures. Clinicians provided consultation on the management of symptoms and provided antipyretic agents; clinicians recommended antibiotic agents only if they suspected bacterial pneumonia.

### OUTCOME MEASURES

The primary composite outcome was hospitalization due to Covid-19 within 28 days after randomization or an emergency department visit due to clinical worsening of Covid-19 (defined as the participant remaining under observation for >6 hours) within 28 days after randomization. Because many patients who would ordinarily have been hospitalized were prevented from admission because of limited hospital capacity during peak waves of the Covid-19 pan-

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

demic, the composite outcome was developed to measure both hospitalization and a proxy for hospitalization, observation in a Covid-19 emergency setting for more than 6 hours. This region of Brazil implemented mobile hospital-like services in the emergency settings (i.e., temporary field hospitals) with units of up to 80 beds; services included multiple-day stays, oxygenation, and mechanical ventilation. The 6-hour threshold referred only to periods of time that were recommended for observation by a clinician and was discounted for wait times. The event-adjudication committee, whose members were unaware of the randomized assignments, judged the reason for hospitalization or prolonged observation in the emergency department as being related or unrelated to the progression of Covid-19. Guidance for the validity of composite outcomes indicates that outcomes should have a similar level of patient importance.[14]

Secondary outcomes included SARS-CoV-2 viral clearance at day 3 and day 7, as assessed with the use of the quantitative reverse transcriptase–polymerase chain reaction laboratory test kit for SARS-CoV-2 from Applied Biosystems; hospitalization for any cause; the time to hospitalization; the duration of hospitalization; the time to an emergency visit lasting more than 6 hours; the time to clinical recovery, as assessed with the use of the WHO clinical progression scale[13]; death from any cause; the time to death; receipt of mechanical ventilation; the number of days with mechanical ventilation; health-related quality of life, as assessed with by the PROMIS Global-10 physical score and mental health score; the percentages of patients who adhered to the assigned regimen; and adverse reactions to ivermectin or placebo. We assessed all the secondary outcomes through 28 days after randomization.

### TRIAL PROCEDURES

Trial personnel obtained outcome data by means of in-person, telephone, or WhatsApp (a smartphone app for video-teleconferencing) contact on days 1, 2, 3, 4, 5, 7, 10, 14, and 28. All the trial procedures are listed in the protocol. Adverse events were recorded at each participant contact date and were graded according to the Division of AIDS Table for Grading the Severity of Adult and Pediatric Adverse Events.[15] All serious and nonserious adverse events were reported to trial personnel according to local regulatory requirements. Reportable adverse events included serious adverse events, adverse events that resulted in the discontinuation of ivermectin or placebo, and adverse events that were assessed by the investigators as being possibly related to ivermectin or placebo.

### DATA AND SAFETY MONITORING COMMITTEE OVERSIGHT

The data and safety monitoring committee met four times after the enrollment of the first patient to assess the probability of the superiority of ivermectin to placebo with regard to the primary outcome, on the basis of prespecified thresholds in the statistical analysis plan. On August 5, 2021, the data and safety monitoring committee recommended stopping the enrollment of patients into the ivermectin group because the planned sample size had been reached.

### STATISTICAL ANALYSIS

The adaptive design trial protocol and the master statistical analysis plan (available with the protocol) provide details of the sample-size calculation and statistical analysis, including adapted approaches to sample-size reassessment.[10] In planning for the trial, we assumed a minimum clinical utility of 37.5% of ivermectin (relative risk difference vs. placebo) in order for the trial to have 80% power, at a two-sided type I error of 0.05, for a pairwise comparison with placebo assuming that 15% of the patients in the placebo group would meet the primary outcome. This calculation resulted in a planned enrollment of 681 patients in each group.

Interim analyses were planned to occur after 25%, 50% and 75% of the maximum number of patient outcomes had been observed, as well as at the trial completion. The posterior efficacy threshold was set at 97.6% and the futility thresholds at 20%, 40% and 60%. If the intervention group showed a posterior probability of efficacy by crossing a boundary, it was to be stopped. These superiority and futility thresholds were determined on the basis of 200,000 simulation runs in which different values of the relative risk difference were considered (0, 20, and 37.5 percentage points).

The characteristics of the patients at baseline are reported as counts and percentages or, for continuous variables, as medians with interquartile ranges. We applied a Bayesian framework to assess the effect of ivermectin as compared with placebo on the primary outcome analysis and for

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

the analyses of secondary outcomes. Posterior probability for the efficacy of ivermectin with regard to the primary outcome was calculated with the use of the beta-binomial model for the percentages of patients with an event, starting with uniform prior distributions for the percentages. Missingness in covariate data was handled with multiple imputation by chained equations.[16]

The intention-to-treat population included all the patients who had undergone randomization. The modified intention-to-treat population included all the patients who received ivermectin or placebo for at least 24 hours before a primary-outcome event (i.e., if an event occurred before 24 hours after randomization, the patient was not counted in this analysis). The per-protocol population included all the patients who reported 100% adherence to the assigned regimen. Although all the participants who had been assigned to the 3-day and 14-day placebo regimens were included in the intention-to-treat population, only those who had been assigned to the 3-day placebo regimen were included in the per-protocol population. The primary outcome was also assessed in subgroups defined according to participant age, body-mass index, status of having cardiovascular disease or lung disease, sex, smoking status, and time since symptom onset.

Secondary outcomes were assessed with the use of a Bayesian approach; given the Bayesian framework of our analysis, we did not test for multiplicity. We assessed time-to-event outcomes using Bayesian Cox proportional-hazards models, binary outcomes using Bayesian logistic regression, and continuous outcomes using Bayesian linear regression. Cause-specific Bayesian competing-risks survival analysis, with adjustment for death, was used for the time-to-recovery analysis. Per-protocol analyses were considered to be sensitivity analyses for the assessment of the robustness of the results. Personnel at Cytel performed all the analyses using R software, version 4.0.3. Further details are provided in the statistical analysis plan, which is available with the protocol.

## RESULTS

### TRIAL POPULATION

A total of 10,467 outpatients were screened for inclusion in the trial. Of these, 1358 patients were randomly assigned to receive either ivermectin (679 patients) or placebo (679 patients); 2157 pa-

tients were randomly assigned to other intervention groups (Fig. 1). Here we report the findings for the evaluation of ivermectin as compared with placebo.

The median age of the patients was 49 years (interquartile range, 38 to 57), and 791 patients (58.2%) were women. Most of the patients identified as being of mixed race (1293 [95.2%]), with 12 patients (0.9%) identifying as White and 12 (0.9%) as Black. With respect to covariates, the data in Table 1 suggest that the groups were generally well balanced. The mean (±SD) number of days with Covid-19 symptoms before randomization was 3.8±1.9.

### PRIMARY OUTCOME

In the intention-to-treat population, 100 patients (14.7%) in the ivermectin group had a primary-outcome event (composite of hospitalization due to the progression of Covid-19 or an emergency department visit of >6 hours that was due to clinical worsening of Covid-19), as compared with 111 (16.3%) in the placebo group (relative risk, 0.90; 95% Bayesian credible interval, 0.70 to 1.16) (Table 2). Similar results were observed in the modified intention-to-treat population (relative risk, 0.89; 95% Bayesian credible interval, 0.69 to 1.15) and the per-protocol population (relative risk, 0.94; 95% Bayesian credible interval, 0.67 to 1.35). The probability that the percentage of patients with a primary-outcome event was lower in the ivermectin group than in the placebo group did not meet the prespecified threshold for superiority in any of these three trial populations. These posterior efficacy values were lower than the prespecified 97.6% threshold that had been set for the fourth and final interim analysis. Of all the primary-outcome events in the intention-to-treat population, most events were hospitalizations (171 of 211 events [81.0%]). Primary-outcome events in the trial happened a median of 5 days (interquartile range, 3 to 7) after randomization. Data for the components of the primary outcome are shown in Table S1 in the Supplementary Appendix.

### SECONDARY OUTCOMES

Table 3 presents findings of the secondary outcome analyses. There were no significant differences between the ivermectin group and the placebo group with regard to viral clearance at day 7 (relative risk, 1.00; 95% Bayesian credible interval, 0.68 to 1.46) (Fig. S3). The 14-day restricted mean survival time difference[17] was 0.11

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.



**Figure 1. Randomization and Follow-up of the Patients.**

Outpatients with symptoms of coronavirus disease 2019 (Covid-19) were assessed for eligibility. The intention-to-treat population included all the patients who had undergone randomization. The modified intention-to-treat population included all the patients who received ivermectin or placebo for at least 24 hours before a primary-outcome event (hospitalization due to Covid-19 within 28 days after randomization or an emergency department visit due to clinical worsening of Covid-19, defined as the participant remaining under observation for >6 hours); if the event occurred before 24 hours after randomization, the patient was not included in this population. The per-protocol population included only patients who reported 100% adherence to the assigned regimen. Only the results in the 3-day ivermectin group as compared with the concurrent placebo group are reported in this article. Participants in the placebo group received placebo for 1, 3, 10, or 14 days, comparable to the active-treatment groups in the trial. Although all the participants who had been assigned to receive any placebo were included in the intention-to-treat population, only those in the 3-day placebo groups were included in the per-protocol population.

days (95% Bayesian credible interval, −0.23 to 0.48). There were no significant between-group differences with regard to the risk of hospitalization for any cause (relative risk, 0.83; 95% Bayesian credible interval, 0.63 to 1.10), the time to hospitalization (hazard ratio, 0.83; 95% Bayesian credible interval, 0.61 to 1.13) (Fig. S1), and the number of days in the hospital (mean difference of the log-transformed values, 1.00 days; 95% Bayesian credible interval, 0.80 to 1.25).

There were also no significant between-group differences in the time to clinical recovery (Fig. S2) (hazard ratio, 1.05; 95% Bayesian credible interval, 0.88 to 1.24), the risk of death (relative risk, 0.88; 95% Bayesian credible interval, 0.49 to 1.55), the time to death (hazard ratio, 0.88; 95% Bayesian credible interval, 0.47 to 1.67), or the number of days with mechanical ventilation (mean difference, 1.06 days; 95% Bayesian credible interval, 0.63 to 1.75). There was no evidence of between-group differences in the PROMIS Global-10 physical-component score as measured on day 28 (mean difference, −0.4 points; 95% Bayesian credible interval, −1.4 to 0.6) or mental-component score (mean difference of the squared values, 6.1 points; 95% Bayesian credible interval, −104.1 to 116.7). With regard to adverse events, there were no important between-group differ-

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

| Characteristic | Ivermectin (N=679) | Placebo (N=679) | Total (N=1358) |
|---|---|---|---|
| **Table 1. Characteristics of the Patients at Baseline.*** | | | |
| Age | | | |
| Median (IQR) — yr | 49 (39–57) | 49 (37–56) | 49 (38–57) |
| Distribution — no. (%) | | | |
| ≤50 yr | 359 (52.9) | 372 (54.8) | 731 (53.8) |
| >50 yr | 320 (47.1) | 307 (45.2) | 627 (46.2) |
| Female sex — no. (%) | 383 (56.4) | 408 (60.1) | 791 (58.2) |
| Race — no. (%)† | | | |
| Mixed race | 648 (95.4) | 645 (95.0) | 1293 (95.2) |
| White | 6 (0.9) | 6 (0.9) | 12 (0.9) |
| Black | 7 (1.0) | 5 (0.7) | 12 (0.9) |
| Other | 1 (0.1) | 0 | 1 (0.1) |
| Unknown | 17 (2.5) | 23 (3.4) | 40 (2.9) |
| Body-mass index — no. (%) | | | |
| <30 | 347 (51.1) | 336 (49.5) | 683 (50.3) |
| ≥30 | 332 (48.9) | 343 (50.5) | 675 (49.7) |
| Time since onset of symptoms — no. (%) | | | |
| 0–3 days | 302 (44.5) | 295 (43.4) | 597 (44.0) |
| 4–7 days | 377 (55.5) | 384 (56.6) | 761 (56.0) |
| Risk factors — no. (%) | | | |
| Chronic cardiac disease | 14 (2.1) | 10 (1.5) | 24 (1.8) |
| Uncontrolled hypertension | 55 (8.1) | 59 (8.7) | 114 (8.4) |
| Chronic pulmonary disease | 18 (2.7) | 23 (3.4) | 41 (3.0) |
| Asthma | 54 (8.0) | 60 (8.8) | 114 (8.4) |
| Chronic kidney disease | 2 (0.3) | 5 (0.7) | 7 (0.5) |
| Type 1 diabetes mellitus | 3 (0.4) | 9 (1.3) | 12 (0.9) |
| Type 2 diabetes mellitus | 79 (12) | 89 (13) | 168 (12) |
| Autoimmune disease | 2 (0.3) | 2 (0.3) | 4 (0.3) |
| Any other risk factor or coexisting condition | 22 (3.2) | 19 (2.8) | 41 (3.0) |

* Missingness in covariate data was handled with multiple imputation by chained equations.[16] IQR denotes interquartile range.
† Race was reported by the patient.

ences in the incidence of adverse events during the treatment period (Table S6).

**SUBGROUP ANALYSES**

In prespecified subgroup analyses, there was no evidence of a treatment effect with ivermectin as compared with placebo in subgroups defined according to patient age, body-mass index, status of having cardiovascular disease or lung disease, sex, smoking status, or time since symptom onset (Fig. 2 and Table S2). We observed no benefit with ivermectin as compared with placebo among patients who began the trial regimen within 3 days after symptom onset (relative risk, 1.14; 95% Bayesian credible interval, 0.76 to 1.74).

**DISCUSSION**

We did not find a significantly or clinically meaningful lower risk of medical admission to a hospital or prolonged emergency department observation (primary composite outcome) with ivermectin

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

**Table 2.** Effect of Ivermectin as Compared with Placebo on Covid-19–Related Hospitalization or Extended Observation in an Emergency Setting.*

| Population and Trial Group | Population Size | Patients with Primary-Outcome Event | Relative Risk (95% Bayesian Credible Interval) |
|---|---|---|---|
| | *no.* | *no. (%)* | |
| **Intention-to-treat population** | | | |
| Ivermectin | 679 | 100 (14.7) | 0.90 (0.70–1.16) |
| Placebo | 679 | 111 (16.3) | Reference |
| All | 1358 | 211 (15.5) | — |
| **Modified intention-to-treat population** | | | |
| Ivermectin | 674 | 95 (14.1) | 0.89 (0.69–1.15) |
| Placebo | 675 | 107 (15.9) | Reference |
| All | 1349 | 202 (15.0) | — |
| **Per-protocol population** | | | |
| Ivermectin | 624 | 82 (13.1) | 0.94 (0.67–1.35) |
| Placebo | 288 | 40 (13.9) | Reference |
| All | 912 | 122 (13.4) | — |

* The primary composite outcome was hospitalization due to coronavirus disease 2019 (Covid-19) within 28 days after randomization or an emergency department visit due to clinical worsening of Covid-19 (defined as the participant remaining under observation for >6 hours) within 28 days after randomization. The intention-to-treat population included all the patients who had undergone randomization, the modified intention-to-treat population all those who received ivermectin or placebo for at least 24 hours before a primary-outcome event (if the event occurred before 24 hours after randomization, the patient was not included), and the per-protocol population only those who reported 100% adherence to the assigned regimen. Only the results in the 3-day ivermectin group as compared with the concurrent placebo group are reported in the per-protocol analysis in this article.

administered for 3 days at a dose of 400 $\mu$g per kilogram per day than with placebo. We found no important effects of treatment with ivermectin on the secondary outcomes.

The evidence supporting the role of ivermectin in the treatment of Covid-19 is inconsistent. At least three meta-analyses of ivermectin trials have strongly indicated a treatment benefit, and others have concluded that there was no benefit.[7,8,18-20] Although the number of included trials involving outpatients varies among the meta-analyses, the overall number of events that occurred in our trial is larger than the number of all the combined events in these meta-analyses. The results of this trial will, therefore, reduce the effect size of the meta-analyses that have indicated any benefits. In addition, a reported trial of ivermectin treatment for Covid-19 was suspected of malfeasance and was withdrawn from publication,[9] and other trials have been weakened by concerns about quality.[8] A large collaboration of clinical trialists working on ivermectin treatment

for Covid-19 has conducted a meta-analysis of trials and has concluded that ivermectin did not offer a treatment benefit when trials that were considered to be of moderate or better quality were examined.[6] The WHO has concluded, on the basis of results obtained before our trial, that there existed only very-low-certainty evidence regarding ivermectin and thus recommended against the use of ivermectin for the treatment of patients with Covid-19 outside the clinical trial setting.[21] The findings in our trial are consistent with these conclusions.

Major strengths of our trial include the rapid recruitment and enrollment of high-risk patients. We enrolled only patients who had a confirmed diagnosis of Covid-19 and less than 7 days of symptoms, and we did not enroll asymptomatic SARS-CoV-2–positive persons. The primary outcome was a composite of hospitalization for adjudicated Covid-19 as well as retention in a Covid-19 emergency setting for physician observation for more than 6 hours. Patients in these settings

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

**Table 3.** Secondary Outcomes with Ivermectin as Compared with Placebo.

| Outcome | Ivermectin (N = 679) | Placebo (N = 679) | Estimated Treatment Effect (95% Bayesian Credible Interval)* |
|---|---|---|---|
| Viral clearance — no./total no. (%) | | | |
| At day 3 | 11/148 (7.4) | 17/170 (10.0) | 0.76 (0.36 to 1.52) |
| At day 7 | 36/142 (25.4) | 42/165 (25.5) | 1.00 (0.68 to 1.46) |
| Hospitalization for any cause — no. (%) | 79 (11.6) | 95 (14.0) | 0.83 (0.63 to 1.10) |
| Median no. of days from randomization to hospitalization (IQR) | 5 (3 to 7) | 5 (3 to 8) | 0.83 (0.61 to 1.13)† |
| Median no. of days of hospitalization (IQR) | 6 (4 to 10) | 6 (3 to 11) | 1.00 (0.80 to 1.25)‡ |
| Median no. of days from randomization to emergency department visit of >6 hr | 5 (4 to 7) | 5 (3 to 8) | 1.15 (0.71 to 1.89)† |
| Median no. of days to clinical recovery§ | 14 (11 to 14) | 14 (11 to 14) | 1.05 (0.88 to 1.24)† |
| Death — no. (%) | 21 (3.1) | 24 (3.5) | 0.88 (0.49 to 1.55) |
| Median no. of days from randomization to death (IQR) | 14 (9 to 19) | 14 (8 to 20) | 0.88 (0.47 to 1.67)† |
| Mechanical ventilation — no. (%) | 19 (2.8) | 25 (3.7) | 0.77 (0.43 to 1.36) |
| Median no. of days with mechanical ventilation (IQR) | 6 (3 to 16) | 7 (2 to 12) | 1.06 (0.63 to 1.75)‡ |
| PROMIS Global-10 score (IQR)¶ | | | |
| Physical component | 49.6 (42.6 to 53.1) | 49.6 (42.6 to 56.6) | –0.4 (–1.4 to 0.6)‖ |
| Mental component | 52.5 (43.5 to 58.6) | 52.5 (46.5 to 58.6) | 6.1 (–104.1 to 116.7)** |
| 100% Adherence to assigned regimen — no. (%) | 624 (91.9) | 547 (80.6)†† | 1.14 (1.09 to 1.19) |
| Adverse event during treatment period — no. (%) | | | |
| Grade 1 | 16 (2.4) | 12 (1.8) | 1.32 (0.64 to 2.76) |
| Grade 2 | 49 (7.2) | 76 (11.2) | 0.65 (0.46 to 1.04) |
| Grade 3 | 41 (6.0) | 50 (7.4) | 0.82 (0.55 to 1.22) |
| Grade 4 | 17 (2.5) | 18 (2.7) | 0.95 (0.49 to 1.80) |
| Grade 5 | 21 (3.1) | 24 (3.5) | 0.81 (0.45 to 1.42) |

\* The estimated treatment effect is presented as a relative risk unless otherwise stated.
† The estimated treatment effect is a hazard ratio.
‡ Estimates were derived from a log-transformed linear regression.
§ Clinical recovery was assessed with the use of the World Health Organization clinical progression scale.[13]
¶ The Patient-Reported Outcomes Measurement Information System (PROMIS) Global-10 is an assessment tool that allows measurements of symptoms, functioning, and health-related quality of life. Scores are on a scale from 5 to 20, with higher scores indicating better health-related quality of life. Normalized values are presented.
‖ Shown is the mean difference from a linear regression.
** Shown is the mean difference of the squared values from a linear regression.
†† The duration of placebo use was 1, 3, 10, or 14 days.

would typically have been hospitalized but were prevented from doing so because of limited capacity in hospitals.

When we began this trial, we randomly assigned patients to receive a 1-day dose of ivermectin, as is most commonly used for the treatment of parasitic diseases. We responded to feedback from advocacy groups regarding this administration schedule and adapted the duration of ivermectin administration to 3 days at a relatively high dose as compared with most other trials of this drug. Ivermectin has been used off-label widely since the original in vitro study by Caly et al. describing ivermectin activity against SARS-CoV-2,[22] and in Brazil, in particular, the use of ivermectin for the treatment of Covid-19 has been widely promoted. We ensured that trial participants did not have a history of ivermectin use for the treatment of Covid-19 by means of extensive screening of potential par-

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.



| Subgroup | Ivermectin | Placebo | Relative Risk (95% Bayesian Credible Interval) |
|---|---|---|---|
| | *no. of patients with event/total no.* | | |
| **Age** | | | |
| ≤50 yr | 38/335 | 39/347 | 1.01 (0.66–1.53) |
| >50 yr | 53/295 | 66/283 | 0.77 (0.56–1.06) |
| **Body-mass index** | | | |
| <30 | 38/345 | 48/333 | 0.77 (0.51–1.14) |
| ≥30 | 60/330 | 63/339 | 0.98 (0.71–1.34) |
| **Cardiovascular disease** | | | |
| No | 53/397 | 58/407 | 0.94 (0.66–1.32) |
| Yes | 47/282 | 53/272 | 0.86 (0.60–1.22) |
| **Lung disease** | | | |
| No | 96/665 | 106/664 | 0.90 (0.70–1.17) |
| Yes | 4/14 | 5/14 | 0.83 (0.28–2.26) |
| **Sex** | | | |
| Female | 47/383 | 59/408 | 0.85 (0.59–1.21) |
| Male | 53/296 | 52/271 | 0.93 (0.66–1.32) |
| **Smoking status** | | | |
| Current | 5/50 | 5/59 | 1.18 (0.38–3.63) |
| Former | 15/94 | 13/73 | 0.89 (0.46–1.75) |
| Never | 80/535 | 93/545 | 0.88 (0.67–1.15) |
| **Time since onset of symptoms** | | | |
| 0–3 days | 41/282 | 35/276 | 1.14 (0.76–1.74) |
| 4–7 days | 43/242 | 43/241 | 1.00 (0.68–1.46) |

0.35  0.50  0.75  1.00  1.50

Ivermectin Better     Placebo Better

**Figure 2. Subgroup Analyses of Ivermectin as Compared with Placebo for the Prevention of Covid-19–Related Hospitalization or Prolonged Observation in an Emergency Setting.**
The primary composite outcome was hospitalization due to Covid-19 within 28 days after randomization or an emergency department visit due to clinical worsening of Covid-19 (defined as the participant remaining under observation for >6 hours) within 28 days after randomization. Arrows indicate that the 95% Bayesian credible interval extends outside the graphed range.

ticipants about this issue. Given the public interest in ivermectin and the support of its use by paramedical groups, we suspect that there will be additional criticism that our administration regimen was inadequate. Details of the pharmacologic rationale and mechanistic hypotheses for ivermectin use are provided in the Supplementary Appendix.

In this randomized trial, the administration of ivermectin did not result in a lower incidence of medical admission to a hospital or prolonged emergency department observation for Covid-19 among outpatients at high risk for serious illness.

Supported by FastGrants and the Rainwater Charitable Foundation.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

A data sharing statement provided by the authors is available with the full text of this article at NEJM.org.

**APPENDIX**
The authors' full names and academic degrees are as follows: Gilmar Reis, M.D., Ph.D., Eduardo A.S.M. Silva, M.D., Ph.D., Daniela C.M. Silva, M.D., Ph.D., Lehana Thabane, Ph.D., Aline C. Milagres, R.N., Thiago S. Ferreira, M.D., Castilho V.Q. dos Santos, Vitoria H.S. Campos, Ana M.R. Nogueira, M.D., Ana P.F.G. de Almeida, M.D., Eduardo D. Callegari, M.D., Adhemar D.F. Neto, M.D., Ph.D., Leonardo C.M. Savassi, M.D., Ph.D., Maria I.C. Simplicio, B.Sc.Pharm., Luciene B. Ribeiro, R.N., Rosemary Oliveira, Ofir Harari, Ph.D., Jamie I. Forrest, Ph.D., M.P.H., Hinda Ruton, M.Sc., Sheila Sprague, Ph.D., Paula McKay, M.Sc., Christina M. Guo, B.Com., Karen Rowland-Yeo, Ph.D., Gordon H. Guyatt, M.D., David R. Boulware, M.D., M.P.H., Craig R. Rayner, Pharm.D., F.R.C.P.Edin., and Edward J. Mills, Ph.D., F.R.C.P.

The authors' affiliations are as follows: the Research Division, Cardresearch–Cardiologia Assistencial e de Pesquisa (G.R., E.A.S.M.S., D.C.M.S., T.S.F., C.V.Q.S., V.H.S.C., M.I.C.S., L.B.R., R.O.), and the Department of Medicine, Pontifical Catholic University of Minas Gerais (G.R., E.A.S.M.S., D.C.M.S., C.V.Q.S., V.H.S.C.), Belo Horizonte, the Department of Public Health and Mental and Family Medicine, Ouro Preto Federal University, Ouro Preto (A.C.M., L.C.M.S.), the Public Health Care Division, Ibirité (A.C.M.), the Department of Public Health and the Family Medicine Fellowship Program, UNIFIPMoc, Montes Claros (A.M.R.N., A.P.F.G.A.), the Public

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

EARLY IVERMECTIN IN PATIENTS WITH COVID-19

Health Care Division, Brumadinho (E.D.C.), and the Public Health Fellowship Program, Governador Valadares Public Health Authority, Governador Valadares (A.D.F.N.) — all in Brazil; the Department of Health Research Methods, Evidence, and Impact, McMaster University, Hamilton, ON (L.T., S.S., P.M., G.H.G., E.J.M.), and Cytel (O.H., H.R., E.J.M.) and Platform Life Sciences (J.I.F., C.M.G., E.J.M.), Vancouver, BC — all in Canada; Certara, Princeton, NJ (K.R.-Y., C.R.R.); the Division of Infectious Diseases and International Medicine, Department of Medicine, University of Minnesota, Minneapolis (D.R.B.); and Monash Institute of Pharmaceutical Sciences, Monash University, Melbourne, VIC, Australia (C.R.R.).

## REFERENCES

1. Torres I, Artaza O, Profeta B, Alonso C, Kang J. COVID-19 vaccination: returning to WHO's Health For All. Lancet Glob Health 2020;8(11):e1355-e1356.

2. Rayner CR, Dron L, Park JJH, et al. Accelerating clinical evaluation of repurposed combination therapies for COVID-19. Am J Trop Med Hyg 2020;103:1364-6.

3. Forrester SG, Prichard RK, Beech RN. A glutamate-gated chloride channel subunit from Haemonchus contortus: expression in a mammalian cell line, ligand binding, and modulation of anthelmintic binding by glutamate. Biochem Pharmacol 2002;63:1061-8.

4. Heidary F, Gharebaghi R. Ivermectin: a systematic review from antiviral effects to COVID-19 complementary regimen. J Antibiot (Tokyo) 2020;73:593-602.

5. Thorlund K, Dron L, Park J, Hsu G, Forrest JI, Mills EJ. A real-time dashboard of clinical trials for COVID-19. Lancet Digit Health 2020;2(6):e286-e287.

6. Hill A, Mirchandani M, Pilkington V. Ivermectin for COVID-19: addressing potential bias and medical fraud. Open Forum Infect Dis 2022;9:ofab645.

7. Bryant A, Lawrie TA, Dowswell T, et al. Ivermectin for prevention and treatment of COVID-19 infection: a systematic review, meta-analysis, and trial sequential analysis to inform clinical guidelines. Am J Ther 2021;28(4):e434-e460.

8. Siemieniuk RA, Bartoszko JJ, Ge L, et al. Drug treatments for covid-19: living systematic review and network meta-analysis. BMJ 2020;370:m2980.

9. Reardon S. Flawed ivermectin preprint highlights challenges of COVID drug studies. Nature 2021;596:173-4.

10. Reis G, Silva EAdSM, Silva DCM, et al. A multi-center, adaptive, randomized, platform trial to evaluate the effect of repurposed medicines in outpatients with early coronavirus disease 2019 (COVID-19) and high-risk for complications: the TOGETHER master trial protocol. Gates Open Research 2021;5:117 (https://gatesopenresearch.org/articles/5-117).

11. Reis G, Moreira Silva EADS, Medeiros Silva DC, et al. Effect of early treatment with hydroxychloroquine or lopinavir and ritonavir on risk of hospitalization among patients with COVID-19: the TOGETHER randomized clinical trial. JAMA Netw Open 2021;4(4):e216468.

12. Schulz KF, Altman DG, Moher D; CONSORT Group. CONSORT 2010 statement: updated guidelines for reporting parallel group randomised trials. BMJ 2010; 340:c332.

13. WHO Working Group on the Clinical Characterisation and Management of COVID-19 infection. A minimal common outcome measure set for COVID-19 clinical research. Lancet Infect Dis 2020;20(8): e192-e197.

14. Montori VM, Permanyer-Miralda G, Ferreira-González I, et al. Validity of composite end points in clinical trials. BMJ 2005;330:594-6.

15. Department of Health and Human Services. Division of AIDS (DAIDS) table for grading the severity of adult and pediatric adverse events: corrected version 2.1. July 2017 (https://rsc.niaid.nih.gov/sites/default/files/daidsgradingcorrectedv21.pdf).

16. Azur MJ, Stuart EA, Frangakis C, Leaf PJ. Multiple imputation by chained equations: what is it and how does it work? Int J Methods Psychiatr Res 2011;20:40-9.

17. Mahani AS, Sharabiani MTA. Bayesian, and non-Bayesian, cause-specific competing-risk analysis for parametric and nonparametric survival functions: the R Package CFC. J Stat Softw 2019;89: 1-29.

18. Kim MS, An MH, Kim WJ, Hwang TH. Comparative efficacy and safety of pharmacological interventions for the treatment of COVID-19: A systematic review and network meta-analysis. PLoS Med 2020;17(12):e1003501.

19. Kow CS, Merchant HA, Mustafa ZU, Hasan SS. The association between the use of ivermectin and mortality in patients with COVID-19: a meta-analysis. Pharmacol Rep 2021;73:1473-9.

20. Zein AFMZ, Sulistiyana CS, Raffaelo WM, Pranata R. Ivermectin and mortality in patients with COVID-19: a systematic review, meta-analysis, and meta-regression of randomized controlled trials. Diabetes Metab Syndr 2021;15:102186.

21. World Health Organization. Therapeutics and COVID-19: living guideline. March 31, 2021 (https://apps.who.int/iris/handle/10665/340374).

22. Chua KP, Conti RM, Becker NV. US insurer spending on ivermectin prescriptions for COVID-19. JAMA 2022;327:584-7.

*Copyright © 2022 Massachusetts Medical Society.*

1731

The New England Journal of Medicine
Downloaded from nejm.org on September 25, 2023. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 22



 **Intel has acquired Cnvrg.io, a platform to manage, build and automate machine learning**
Intel continues to snap up startups to build out its machine learning and AI operations. In the latest move,...

 **Executive Advisor**
Speedata.io
Jan 2020 - Present · 3 yrs 9 mos
Tel Aviv, Israel

 **Executive Advisor**
bodo.ai
Feb 2020 - Present · 3 yrs 8 mos
San Francisco Bay Area

Show all 18 experiences →

## Education

 **Stanford University Graduate School of Business**
Stanford Executive Program
2017 - 2017

 **Nova Southeastern University**
Master of Science (MS), Computer Science
2010 - 2014
Grade: Cum Laude

Activities and societies: Bag Pipe Band

 **Tel Aviv University**
BSc Summa Cum Laude, Computer Engineering
Activities and societies: Runner club, Swim club

Show all 4 education →

## Volunteering

**Teacher**
Youth Garden
Jan 1995 - Dec 1998 · 4 yrs
Children

Fullfilling

**Consultant**
Stanford Alumni Consulting Team (ACT)
Environment

## Skills

**Product Marketing**

 Endorsed by Gopi Sirineni and 7 others who are highly skilled at this

 Endorsed by 4 colleagues at Arm

66 endorsements

**Product Management**

 Endorsed by Deepak Rana and 12 others who are highly skilled at this

 Endorsed by 4 colleagues at Arm

94 endorsements

EXHIBIT 23

**RECORDING REQUESTED BY:**
First American Title Company

**WHEN RECORDED MAIL DOCUMENT TO:**
Michael Zimmerman and Vered Zimmerman

Sunnyvale, CA 94087

**City and County of San Francisco**
**Carmen Chu, Assessor-Recorder**

Doc # **2020040587**         Fees

10/29/2020      10:26:25 AM      Taxes
KC              Electronic        Other
Pages    4    Title    001        SB2 Fees
Customer      5068                Paid

Space Above This Line for Recorder's Use Only _____

Assessor Parcel Number (APN): LOT: 006, BLOCK: 1802  Lot: 6  Block: 1802          File No.: 3802-6384508
Street Address: ▓▓▓▓▓▓▓▓San Francisco, CA 94122-1114

_____GRANT DEED_____
(Please fill in Document Title(s) above this line)

This document is exempt from the $75 Building Homes and Jobs Act Fee (per Government Code §27388.1) because:

☒  Document is a <u>transfer</u> of real property subject to the imposition of transfer tax

☐  Document is a <u>transfer</u> of real property that is a residential dwelling to an owner-occupier

☐  Document is recorded in connection with an exempt <u>transfer</u> of real property (i.e., subject to transfer tax or owner-occupied). If not recorded concurrently, provide recording date and document number of related transfer document:
Recording date _____  Document Number _____

☐  The $225 per transaction cap is reached
☐  Document is not related to real property

**This page added to provide adequate space for recording information**
**(additional recording fee applies)**

**RECORDING REQUESTED BY:**
First American Title Company

**MAIL TAX STATEMENT
AND WHEN RECORDED MAIL DOCUMENT TO:**
Michael Zimmerman and Vered Zimmerman
967 Gerber Ct
Sunnyvale, CA 94087

Space Above This Line for Recorder's Use Only

A.P.N.: LOT: 006, BLOCK: 1802

File No.: 3802-6384508 (nlc)

Situs Address: ███████ San Francisco, CA 94122-1114

Property Address: ███████ **San Francisco, CA 94122-1114**
Lot Number: **6**
Block Number: **1802**

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX **$10,312.50**; CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[ **X** ]   computed on the consideration or full value of property conveyed, OR

[   ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[   ]   unincorporated area;  [ **X** ] City of **San Francisco**, and

EXEMPT FROM BUILDING HOMES AND JOBS ACTS FEE PER GOVERNMENT CODE 27388.1(a)(2)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, ████████

hereby GRANTS to **Michael Zimmerman and Vered Zimmerman, husband and wife as joint tenants**

the following described property in the City of **San Francisco**, County of **San Francisco**, State of **California**:

Mail Tax Statements To:  **SAME AS ABOVE**

Grant Deed - continued

Date: **10/07/2020**

A.P.N.: LOT: 006, BLOCK: 1802

File No.: 3802-6384508 (nlc)

Dated: October 07, 2020



A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

STATE OF _Oregon_ )SS

COUNTY OF _Multnomah_ )

On _10-8-2020_ before me, _Rebecca Rhea Lyons_ Notary Public, personally appeared

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California _by Oregon_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_This area for official notarial seal._

_Rebecca Rhea Lyons_
Notary Signature _Exp 8-22-23_

OFFICIAL STAMP
REBECCA RHEA LYONS
NOTARY PUBLIC - OREGON
COMMISSION NO. 990972
MY COMMISSION EXPIRES AUGUST 22, 2023

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF    California                          )SS
COUNTY OF          **ALAMEDA**                  )

On    OCT 1 0 2020          before me.    **Phoebe Kwong Notary Public**          , Notary Public, personally appeared

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

> PHOEBE KWONG
> COMM. # 2305147
> NOTARY PUBLIC • CALIFORNIA
> ALAMEDA COUNTY
> MY COMM. EXP. OCTOBER 10, 2023

This area for official notarial seal.

---

## OPTIONAL SECTION - NOT PART OF NOTARY ACKNOWLEDGEMENT
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the documents.

☐ INDIVIDUAL
☐ CORPORATE OFFICER(S)   TITLE(S)
☐ PARTNER(S)      ☐ LIMITED          ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER

SIGNER IS REPRESENTING:

**Name of Person or Entity**                     Name of Person or Entity

---

## OPTIONAL SECTION - NOT PART OF NOTARY ACKNOWLEDGEMENT
Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

### THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW

TITLE OR TYPE OF DOCUMENT:

NUMBER OF PAGES                     DATE OF DOCUMENT

SIGNER(S) OTHER THAN NAMED ABOVE

Reproduced by First American Title Company 11/2007

EXHIBIT 24

| **From:** | Ross Rheingans-Yoo[ross@ftxfoundation.com] |
|---|---|
| **Sent:** | Fri 5/20/2022 11:03:17 PM (UTC) |
| **To:** | Ed Mills[emills@platformlifesciences.com]; Michael Zimmerman[mzimmerman@platformlifesciences.com] |
| **Cc:** | Can Sun[can@ftx.com]; Nick Beckstead[nbeckstead@ftx.com]; Sam Bankman-Fried[sam@ftx.com] |
| **Subject:** | SAFE investment and purchase commitment from FTXF to PLS - details |

Hi Michael, Ed,
I've just signed the $35,000,000 SAFE on behalf of Latona Bioscience Group (a member of the FTX Foundation Group of companies). We're all thrilled to be able to help contribute to the vision of Platform Life Sciences and all that we've discussed for the future.

In connection with the terms of the SAFE, Latona will be appointing me (Ross Rheingans-Yoo) as a member of the Board of Directors, subject to such agreements as you may need signed for such appointment.

In addition, this email confirms a $15,000,000 commitment from Latona to purchase clinical trial services from Platform Life Sciences, at our later direction and discretion. The entire balance of this commitment will be paid in an immediate advance payment, as soon as practicable. Such services will be individually invoiced by PLS for mutual recognition of final costs.

The payments relating to the SAFE and the purchase commitment will made in a single payment from an entity in the FTX group of companies as Latona's designated affiliate. These funds will be delivered on Latona's behalf, and in satisfaction of our payment obligations for these two agreements.

As we've discussed, the nature of these agreements and investments may be sensitive to the FTX Foundation Group and our other efforts. Any public announcement or disclosure of these investments should take place along the lines we've discussed together. In general, our participation should be described as "the FTX Foundation" in all public-facing communications.


Yours sincerely,
Ross Rheingans-Yoo
Director, Latona Bioscience Group

# EXHIBIT 25

**CONFIDENTIAL**

**Clement T. Maynard & Company**
**The G.K. Symonette Building,**
**Shirley Street**
**P. O. Box N-7525**
**Nassau, Bahamas**

**CLIENT INFORMATION FORM - PRIVATE INDIVIDUAL(S)**
*(SHAREHOLDER/DIRECTORS/OFFICER)*

**FULL & CORRECT NAME:**
Ross Rheingans-Yoo

**(MR./MRS./MISS) Please underline or circle**

**FORMER NAME (If Any):**
N/A

**PERMANENT RESIDENT:**
No

**STREET ADDRESS:**
███████████

**CITY, STATE, COUNTRY:**
Orono, Maine, USA

**TELEPHONE NUMBER (HOME):**
████████████████████████

**TELEPHONE NUMBER (WORK):**
████████████████████████

**TELEPHONE NUMBER (MOBILE):**
████████████████████████

**E-MAIL ADDRESS:**
███████████

**ALT. E-MAIL ADDRESS:**

███

**DATE OF BIRTH:**

**PLACE OF BIRTH:**

**NATIONALITY:**

**OCCUPATION AND POSITION:**

IRECTOR

**DATE OF COMMENCEMENT OF EMPLOYMENT:**

**NAME OF EMPLOYER:**

Latona                                                    Bioscience

**ADDRESS OF YOUR EMPLOYER:**

**DESCRIPTION & NATURE OF EMPLOYER'S BUSINESS, PRODUCT/SERVICES:**

Scientific Research and Development

**REGISTERED ADDRESS OF EMPLOYER:**

**LOCATION OF PRINCIPAL BUSINESS:**

**OTHER LOCATIONS OF OPERATIONS:**

**IF YOU ARE SELF-EMPLOYED, PLEASE STATE THE PLACE AND NATURE OF SUCH EMPLOYMENT:**                                    N/A

_____

_____

_____

_____

_____

_____

_____

**PERSONAL WEALTH DERIVED FROM:**

_____ ██ _____ ██████ _____ ██ _____ ██████-

**PASSPORT NUMBER:** _ ███████████████

**EXPIRY DATE:** ___ ██████ _____

**COUNTRY OF ISSUE:** USA _____

**DATE OF ISSUE:** ___ ██████ _____

**US RESIDENCY STATUS:** US Citizen _____

**POLITICALLY EXPOSED PERSON:** ____ ██ _____

**CLIENT'S SIGNATURE:** _____

**DATE:** _____

========================================================

**PLEASE PROVIDE THE FOLLOWING SUPPORTING DOCUMENTS:**

1)   First four (4) (as applicable) pages of your passport detailing:-
     (a)   Passport number and country details;
     (b)   Issue date and expiry date;
     (c)   Your signature;
     (d)   Your photograph
2)   Driver's License

3)   One (1) original reference from a bank where a relationship has been established for at least three (3) years addressed to Clement T. Maynard & Company;

4)   One (1) original professional character reference from your Attorney, Tax Advisor, or Accountant who has known the client for at least 5 years addressed to Clement T. Maynard & Company;

5)   Three of the following documents with your residential address:
     (a)   Utility bill (issued within the last three months)
     (b)   Bank Statement (issued within the last three months)
     (c)   Credit Card Statement (issued within the last three months)
     (d)   Driver's license with address
     (e)   Government issued ID with address

(f)    Voter's card or certificate of voter registration
(g)    Lease agreement

I hereby authorize Clement T. Maynard & Company to obtain Independent Verification of any information provided.


**CLIENT'S SIGNATURE:**                              **DATE:**

_____

# EXHIBIT 26

