# EXHIBIT 27



# EXHIBIT 28

| REPORT PREPARED BY: DENSPRI, LLC. | | PAGE 1 OF 2 |
|---|---|---|

| ACCOUNT: █████ | | ORDER NUMBER: █████ |
|---|---|---|
| REPORT TYPE: DRIVING RECORD | | REPORT DATE: 9/24/2023 7:14:57 PM |

**DATA SUBMITTED:**

| NAME: | STATE: ME |
|---|---|
| LICENSE NUMBER: ████ | DOB: |
| REQUESTED BY: █ | CLAIM NUMBER: |
| COMMENT: | |

*THIS IS AN OFFICIAL CERTIFICATION OF THE DMV RECORD ON FILE WITH THIS DEPARTMENT.*

**PERSONAL DATA REPORTED:**

| NAME: RHEINGANS-YOO, ROSS W | |
|---|---|
| ADDRESS: ███████ ORONO, ME 04473 | |
| DATE OF BIRTH: █████ | PHYSICAL DESCRIPTION: SEE BELOW |

**LICENSE REPORTED:**

| STATE: ME | LICENSE NUMBER: |
|---|---|
| ISSUE DATE: ████ 2021 | EXPIRATION DATE: ████ 2027 |
| STATUS: VALID | |
| CLASS: C | |
| RESTRICTIONS: SEE BELOW | |
| ENDORSEMENTS: NONE | |

**HISTORY REPORTED:**

```
********** PERSONAL DESCRIPTION **********
GENDER: M

********** LICENSE(S) DATA **********
LICENSE NUMBER:        ██████
(1) LICENSE TYPE:           COMMERCIAL
    STATE CLASS CODE:       C
    LICENSE CLASS:          ANY VEH < 26K AND TRAILERS < 10K
    STATUS:                 VALID
    ISSUE DATE:             ████ 2021
    EXPIRATION DATE:        ████ 2027
    RESTRICTIONS:           ██████████
    ENDORSEMENTS:           NONE


********** POINTS **********
██████████████

********** DRIVING HISTORY **********

████████████████████
████████████████
██████████████████████████
██████████████
██  █████████████████
```

| REPORT CONTINUED | NEXT |
|---|---|

REPORT CONTINUED:        PAGE 2 OF 2        OrderNumber: 3187996



**END OF REPORT**                                    PREVIOUS

# EXHIBIT 29

**From:**                    Michael Zimmerman[mzimmerman@platformlifesciences.com]
**Subject:**                 Platform Life Sciences Board Meeting
**Importance:**              Normal
**Start Time:**              Wed 11/23/2022 10:00:00 PM (UTC)
**End Time:**                Wed 11/23/2022 10:45:00 PM (UTC)
**Required Attendees:**      Ed Mills; Zeev Pearl; Amir Sadeh; Ross Rheingans-Yoo
**Attachment:**              PLS - Notice of Board Meeting - 18NOV2022.docx

## Microsoft Teams meeting

Join on your computer, mobile app or room device

Meeting options

# EXHIBIT 30

| | |
|---|---|
| **From:** | Michael Zimmerman[mzimmerman@platformlifesciences.com] |
| **Sent:** | Fri 11/18/2022 5:51:24 PM (UTC) |
| **To:** | Ed Mills[emills@platformlifesciences.com]; Ross Rheingans-Yoo[ross@ftxfoundation.com] |
| **Cc:** | Zeev Pearl[ZPearl@PearlCohen.com]; Amir Sadeh[ASadeh@PearlCohen.com]; Oz Halabi[OHalabi@PearlCohen.com] |
| **Subject:** | Platform Life Sciences Board Meeting |
| **Attachment:** | PLS - Notice of Board Meeting - 18NOV2022.docx |

To: PLS board members

We are calling for a board meeting, next week Wednesday Nov-23rd, 2:00pm PST
Meeting notice and agenda is attached.
Kindly confirm, or let me know if a different time on the Nov-23rd will work for you.

Thanks,
Michael Z

---

**From:** mzimmerman@platformlifesciences.com
**When:** 2:00 PM - 2:45 PM November 23, 2022
**Subject:** Platform Life Sciences Board Meeting

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting
Meeting ID: 250 462 942 385
Passcode: PRH6xN
Download Teams | Join on the web
Learn More | Meeting options

---

# EXHIBIT 31

**From:**            Michael Zimmerman[mzimmerman@platformlifesciences.com]
**Subject:**         Board Meeting Invite
**Importance:**      Normal
**Start Time:**      Thur 12/8/2022 7:00:00 PM (UTC)
**End Time:**        Thur 12/8/2022 8:00:00 PM (UTC)
**Required Attendees:**    Ed Mills; Mark Dybul; Ross Rheingans-Yoo; Amir Sadeh; Zeev Pearl

Agenda will be sent soon. Please reserve the time, and if it doesn't work let me know asap

## Microsoft Teams meeting

Join on your computer, mobile app or room device
Meeting options

EXHIBIT 32

        

















EXHIBIT 33



🔍 Search

Try Premium for $0



 Purpose Life Sciences

**Inna Kataev Roitman** (She/Her)

Senior Finance Professional| FP&A | R&D Finance | Budgeting and Forecasting

San Francisco, California, United States · Contact info

331 connections

[👥 Connect]  [✈ Message]  [More]

## About

Finance and accounting leader with extensive experience in R&D, commercial, collaborations, alliances, and compliance. Experience in developing talent, managing change, streamlining processes, leading projects, and facilitating decision-making in a rapidly changing environment. Embrace the challenges of change and ambiguity with a strong understanding of how finance can help deliver a company's mission. Excellent interpersonal communication and presentation abilities, as well as strong leadership attributes.

Core Competencies include:

Leadership | Business Partnering & Collaboration | Financial Modeling | Financial Planning & Analysis | Budgeting | | Forecasting |Financial reporting | Consolidations |Expense & Budget Management | Accounting | Clinical Trial Accruals |Audit & Compliance| Business Process Improvement

## Activity

330 followers

[Posts]  [Comments]

 Inna Kataev Roitman posted this · 9mo

I'm happy to share that I'm starting a new position as Director of Finance at Purpose Life Sciences!

😊❤️👏 72                                                                    24 comments

Show all posts →

## Experience

**Director of Finance**
Purpose Life Sciences · Full-time
Jan 2023 - Present · 9 mos

**Senior Finance Manager**
Genentech · Full-time
2017 – 2022 · 5 yrs

Business Intelligence Team, 2020 – 2022
Played a vital role in the design and kick-off of the newly formed Center of R&D Excellence that comb ...see more

Skills: Trusted Business Partner · Financial Planning · Budget Management · Clinical Trial Accruals · Planning Budgeting & Forecasting · Financial Analysis · Financial Modeling · Consolidation · Process Improvement

---

### See who's hiring on LinkedIn.

## People also viewed

 **Matt Alexander** · 3rd+
Senior Finance Executive | Leader | Business Partner | R&...
[👥 Connect]

**Ann Lei** · 3rd+
Finance Director | MBA | CPA
[👥 Connect]

 **Bob Battista** 🔗 · 3rd+
Board Member, Executive, Founder, Advisor, Innovator,...
[👥 Connect]

 **Joyce Liaw** 🔗 · 3rd+
Vice President, Finance at HIBio
[👥 Connect]

 **Lauren Panco** 🔗 · 3rd+
Marketing Leader | Epilepsy Advocate | Growth-Oriented...
[👥 Connect]

Show all

## People you may know
From Inna's company

**SYED Uzair ul Ghani I.**
Strategic implementation of adaptive platform clinical trials
[👥 Connect]

**Kelly Buse**
Clinical Project Specialist at Purpose Life Sciences
[👥 Connect]

**Shai Yitzhaki**
MD, MBA | Pediatrician at Schnieder Children's Hospital,...

Messaging



Played a vital role in the design and kick-off of the newly formed Center of R&D Excellence that comb  ...see more

**Skills:** Trusted Business Partner · Financial Planning · Budget Management · Clinical Trial Accruals · Planning Budgeting & Forecasting · Financial Analysis · Financial Modeling · Consolidation · Process Improvement

**Genentech**
Full-time · 9 yrs 1 mo

**Global Business Partner, Commercial Finance**
2015 - 2016 · 1 yr

Served as a Business Partner to the Managed Care Marketing team providing financial context and support, including preparation of a Tactical Plan and Budget. Advised and helped the team to evaluate resourc  ...see more

**Skills:** Trusted Business Partner · Budget Management · Financial Reporting · Financial Analysis

**Manager Financial Compliance**
2012 - 2015 · 3 yrs

Subject Matter Expert (SME) for internal controls and compliance.
• Collaborated with stakeholders to evaluate findings, mitigate risks, and implement corrective actions  ...see more

**Skills:** ICFR · Financial Compliance · Internal Controls

**Global Alliance Controller**
2010 - 2012 · 2 yrs

Acted as a Controller for several Genentech and Roche partnerships, including accounting, reporting, planning, and balancing payments.

**Skills:** Building Business Partnerships · P&L Analysis · Budgeting · Budget Management · P&L Management · Forecasting

Show all 4 experiences →

**Financial Business Consultant**
The Siegfried Group
Jun 2004 - Oct 2007 · 3 yrs 5 mos

**Director of Accounting**
Allied Administrators · Full-time
Apr 2000 - Apr 2004 · 4 yrs 1 mo
San Francisco Bay Area

Show all 9 experiences →

## Education

**San Francisco State University**
Master of Business Administration - MBA

**Tel Aviv University**
Bachelor of Arts - BA

## Skills

**Month-End Close Process**
– Accounting Manager at Genentech

**ICFR**
– 2 experiences at Genentech

**Building Business Partnerships**
– Global Alliance Controller at Genentech

### Sidebar

**Shai Yitzhaki**
MD, MBA | Pediatrician at Schnieder Children's Hospital....
+ Connect

**Jean Schutte**
Partner Relations Manager/ Purpose Life Sciences
+ Connect

**Amy Ghelardi, MBA**
Strategic Advisor, Business Leadership, Global Health
+ Connect

Show all

**You might like**
Groups for you

**Accredited Investor Club - Private Investor, Angel Investor, Family Office, Passive Investor Group**
281,376 members
Join

**Sustainability Professionals**
333,985 members
Join

Show all

Messaging

Document title: (1) Inna Kataev Roitman | LinkedIn
Capture URL: https://www.linkedin.com/in/inna-roitman/
Capture timestamp (UTC): Fri, 22 Sep 2023 17:49:05 GMT

in Search   For Business ▾   Try Premium for $0

Inna Kataev Roitman
Senior Finance Professional| FP&A | R&D Finance | Budgeting and Forecasting

More   Message   Connect

**Director of Accounting**
Allied Administrators · Full-time
Apr 2000 - Apr 2004 · 4 yrs 1 mo
San Francisco Bay Area

Show all 9 experiences →

## Education

**San Francisco State University**
Master of Business Administration - MBA

**Tel Aviv University**
Bachelor of Arts - BA

## Skills

**Month-End Close Process**
Accounting Manager at Genentech

**ICFR**
2 experiences at Genentech

**Building Business Partnerships**
Global Alliance Controller at Genentech

Show all 38 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Inna receives will appear here.

## Interests

**Companies**   Groups   Schools

**Genentech**
695,940 followers

+ Follow

**State Bar of California**
34,515 followers

+ Follow

Show all companies →

See who's hiring on LinkedIn.

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

LinkedIn Corporation © 2023

Messaging

# EXHIBIT 34



# Amy Ghelardi, MBA

Strategic Advisor, Business Leadership, Global Health

Greater Philadelphia · Contact info

500+ connections

**Connect**   **Message**   More

## About

Amy is an experienced business leader and strategic advisor in the clinical trials industry. She has built and led business development and commercial teams at top scientific companies through startups, growth stages, mergers and acquisitions. Her skill in building successful teams and long-term client partnerships comes from deep care and attention to strategic planning, ensuring a high-value customer experience, promoting thought leadership of innovative and effective new clinical trial methods to speed industry adoption, and mentoring teams through periods of great change.

## Activity

1,255 followers

Amy Ghelardi, MBA commented on a post · 5mo

That's great news for Citeline- congrats Chris!

Amy Ghelardi, MBA commented on a post · 5mo

That's great, Brian! Congrats!

Amy Ghelardi, MBA commented on a post · 6mo

Hope you love it, congrats again!

Show all comments →

## Experience

**Senior Vice President, Global Partnerships & Innovation**
Purpose Life Sciences · Full-time
Jun 2023 · Present · 4 mos

Purpose Life Sciences is an Impact Research Organization on a global health mission to modernize clinical trials and create a world free from treatable disease. We help organizations to innovate and redefine their c ...see more

**Strategic Advisor, Advisory Board Member**
Strategikon · Contract
Dec 2022 · Present · 10 mos

Strategikon's Clinical Maestro solution allows companies to budget and source clinical trials, with ongoing budget and vendor management, through an elegant SaaS database that replaces Excel and significar ...see more

**Vice President, Client Services, Scientific Review Division**
WCG · Full-time
Mar 2018 · Dec 2022 · 4 yrs 10 mos

Served as Commercial leader of WCG's Scientific Review division, focused on the successful growth and delivery of our independent services—including Data Monitoring Committees, Endpoint Adjudication Committees....



**See who's hiring on LinkedIn.**

## People also viewed

**Dallas Hodgson** · 3rd+
Vice President, Innovation Partnerships. Working with...
Connect

**Karen Wills** · 3rd+
Life Sciences Expertise, Strategic Positioning,...
Connect

**Carolann Simpkins Schimanski** · 3rd+
WCG, Director Business Development- Solving Study...
Follow

**Randy Czaniecki** · 3rd+
Vice President, Business Development : WCG Biotech...
Connect

**George Lyon** · 3rd+
SVP Business Development, WCG
Connect

Show all

## People you may know
From Amy's school

**Christy Jagodzinska**
Sociology Instructor at Delaware County Community...
Connect

**Kevin Fan**
Software/Electrical Engineer and Licensed Realtor
Connect



**Vice President, Client Services, Scientific Review Division**
WCG · Full-time
Mar 2018 – Dec 2022 · 4 yrs 10 mos

Served as Commercial leader of WCG's Scientific Review division, focused on the successful growth and delivery of our independent services—including Data Monitoring Committees, Endpoint Adjudication Committ ...see more

**Vice President, Client Services**
WCG ACI Clinical · Full-time
Sep 2013 – Mar 2018 · 4 yrs 7 mos
Bala Cynwyd, PA

Served as the company's commercial executive reporting to the CEO. Responsible for overall client services, strategic marketing and sales activities. Achieved significant diversification of client base and advance ...see more

**Vice President, Business Affairs**
Numoda Corporation
Jul 2008 – Sep 2013 · 5 yrs 3 mos
Greater Philadelphia Area

Organized and managed the day-to-day business development team's activities. Performed financial benchmarking of clinical trial costs to advise client management teams and their Boards/Investors on ...see more

Show all 6 experiences →

## Education

**Villanova University**
Master of Business Administration (MBA)
2011 – 2013

**University of Wisconsin-La Crosse**
Bachelor of Science - BS, International Marketing

## Skills

**Thought Leadership**

**Sales Process Development**
Endorsed by 1 people in the last 6 months
1 endorsement

**Customer Experience**
Endorsed by 1 people in the last 6 months
1 endorsement

Show all 42 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Amy receives will appear here.

## Languages

Spanish

## Interests

and Licensed Realtor
Connect

**Jasmine Daniel**
Loan Signing Agent | Mobile
Notary Public I Remote Onlin...
Connect

**Michael Preite**
Saint Peter's Prep Alumni
Connect

**Brandon Ley**
HR Manager/ USMC Retired/
Recruiting/ Sales Managemen...
Connect

Show all

**You might like**
Newsletters for you

**S.R.H.A**
Spiritual Rebirth & Human
Anatomy with Bazzy Francis is...
Published weekly
Bazzy Francis
+ Subscribe

**Big Technology**
A newsletter about Big Tech
and society
Published weekly
Alex Kantrowitz
+ Subscribe

Show all

Messaging

Document title: (1) Amy Ghelardi, MBA | LinkedIn
Capture URL: https://www.linkedin.com/in/amy-ghelardi-mba-343808b/
Capture timestamp (UTC): Fri, 22 Sep 2023 18:59:00 GMT



# EXHIBIT 35



See who's hiring on LinkedIn.

Your partner in clinical trials, epidemiology and innovation

**Purpose Life Sciences**

**Lauren Panco** (She/Her)
Marketing Leader | Epilepsy Advocate | Growth-Oriented Collaborator

Purpose Life Sciences

North Carolina State University

Princeton, New Jersey, United States · Contact info

500+ connections

[Connect] [Message] [More]

## About

Energetic, self-motivated, and results-oriented marketing leader with 10+ years of experience across a variety of B2B and B2C business functions with the goal of driving organizational growth. Exemplary ability to influence key stakeholders, optimize outcomes, and lead high-performance teams working in a matrixed environment. Highly skilled in the areas of brand development, corporate communications, digital marketing, lead generation, public relations, quantitative & qualitative research, sales enablement, and brand positioning.

## Activity

1,642 followers

[Posts] [Comments]

Lauren Panco reposted this · 6mo

**Pager Announces Partnership with Google Cloud | Pager**
pager.com · 4 min read

103

Show all posts →

## Experience

**Vice President, Marketing**
Purpose Life Sciences
May 2023 - Present · 5 mos

**Vice President Marketing & Consumer Engagement**
Pager · Full-time
Jul 2022 - May 2023 · 11 mos

**WCG**
11 yrs 3 mos

• **Vice President, Growth Marketing**
Jan 2021 - Jul 2022 · 1 yr 7 mos

• **Director, Marketing**
Jun 2019 - Jan 2021 · 1 yr 8 mos

• **Senior Marketing Manager**
Oct 2017 - Jun 2019 · 1 yr 9 mos

### People also viewed

**Isabelle Andresen** · 3rd+
Senior Digital Marketing Specialist
[Connect]

**Hannah Kepros** · 3rd+
Enterprise Marketing Manager @ WCG | B2B Marketing
[Connect]

**Dan Gatta** · 3rd+
Market Strategy and Growth | Digital Care Solutions
[Connect]

**Grey G.** · 3rd+
HealthTech Marketing
[Connect]

**Travis Emmert** · 3rd+
Director - Consumer Engagement @ Pager | Drivin...
[Connect]

Show all

### You might like
Groups for you

**Accredited Investor Club - Private Investor, Angel Investor, Family Office, Passive Investor Group**
281,387 members
[Join]

**Sustainability Professionals**
333,989 members
[Join]

Messaging

Document title: (1) Lauren Panco | LinkedIn
Capture URL: https://www.linkedin.com/in/lauren-panco-0189942b/
Capture timestamp (UTC): Fri, 22 Sep 2023 19:03:31 GMT

Page 1 of 3

Jun 2019 - Jan 2021 · 1 yr 8 mos

**Senior Marketing Manager**
Oct 2017 - Jun 2019 · 1 yr 9 mos

Show all 7 experiences →

**Marketing Communications Intern**
Koroberi, Inc.
Jan 2011 - May 2011 · 5 mos

**Marketing Intern**
Kelly MarCom
May 2010 - Aug 2010 · 4 mos

## Education

**North Carolina State University**
BA, Communication
2007 - 2011

Activities and societies: College of Humanities and Social Sciences, PRSSA, Delta Zeta Sorority, Campus Crusade

## Licenses & certifications

**ABM Certified Strategist**
Demandbase
Issued Jun 2022
Credential ID 9rt26hmbum5d

Show credential ⬈

## Skills

**Excel**

👥 2 endorsements

**Word**

👥 2 endorsements

**PowerPoint**

👥 34 endorsements

Show all 22 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Lauren receives will appear here.

## Interests

**Top Voices**    Companies    Groups    Schools

Karen S. Lynch in    Simon Sinek in

See who's hiring on LinkedIn.

Join

Show all



# EXHIBIT 36





Show more ∨

About   Accessibility   Help Center   Privacy & Terms ▼   Ad Choices   Advertising
Business Services ▼   Get the LinkedIn app   More

**Linked** in  LinkedIn Corporation © 2023

# EXHIBIT 37

# Want to help make the world healthier?

**JOB OFFERINGS**

## See available positions at Platform Life Sciences

People fuel our ability to innovate and transform the clinical trial landscape, and we're delighted to share the open positions shown below. If you are inspired by the work we are doing, but don't see your ideal job listed below, please **contact us** and tell us more about you and your career goals, so we can keep you in mind as our company grows.

| | | |
|---|---|---|
| Financial Analyst | Office-based in Vancouver, BC | ↗ |
| Senior Marketing Designer | Office-based in Vancouver, BC | ↗ |
| Clinical Team Manager | Remote USA or Canada | ↗ |
| Clinical Project Manager | Remote USA | ↗ |

**A note for candidates on phishing scams**

Purpose Life Sciences will never ask for any credit information or payment. If you've received an email asking for such, please do not reply or click any links and report it to us at **info@purposelifesciences.com.**

## Let's make tomorrow healthier today

**Talk With Us**



**Platform**
Global Platform
Our Approach

**About**
About Us
Careers
Talk To Us

**Scientific Evidence**
TOGETHER Trial
Publications
News

✉ info@purposelifesciences.com    📞 +1 604 731 0688    🏢 508 - 1505 W 2nd Ave Vancouver, BC V6H 3Y4

 

# EXHIBIT 38



← Job Openings

# Clinical Project Manager

Clinical Trial Solutions · Remote

## Apply for This Job

Department **Clinical Trial Solutions**
Employment Type **Full-Time**
Minimum Experience **Experienced**

---

### Clinical Project Manager
**Location:  Remote USA**

**Who We Are**
If you are looking to join a team that is focused on shaping the future of clinical trials to ensure a healthier tomorrow for everyone, joining Platform Life Sciences is your next step!

We are a Vancouver-based Impact Research Organization that redefines clinical trials with speed, adaptability, and global partnerships. We advance global health while helping drug development sponsors innovate and accelerate evaluation of life-saving therapeutics. Platform Life Sciences is setting a new precedent for clinical trial excellence with an end-to-end clinical trial solution, while ensuring global diversity and equity in patient access.

**If this Vision aligns with the type of organization you want to be part of, please keep reading.**

**Who We Are Looking For**
As the Clinical Project Manager at Platform Life Sciences, you will lead project teams in managing and successfully delivering projects and optimizing customer relationships.  You will be responsible for the overall coordination, management, and oversight of clinical projects/studies from start-up through close-out activities.  This role includes managing complex, multi-center, multinational clinical studies, including FDA-regulated clinical trials.

You will be a client advocate, maintaining strong relationships with our Business Development colleagues, and serve as the bridge between our clients, internal teams, and partners, to manage the operational execution of projects.  As the CPM you will

 **Submit Application**

**Cancel**

### What You Bring

- Bachelor's degree in a related field and 3 to 5 years of related experience in a clinical project management environment (CRO, pharmaceutical company, or other centralized service provider used in clinical studies) or the equivalent combination of education, skills, and experience to perform the job.
- Minimum of 4 years of experience managing clinical studies.
- Global clinical project management experience.
- Full understanding of ICH GCP and applicable clinical trial-related CFRs.
- Able to delegate and effectively prioritize workload of project team members. Displays strong and effective communication skills (listening, oral, and written)

### What we offer

With our Head Office at the foot of Granville Island in Vancouver, BC, we offer spectacular views and a lovely work environment with other talented, highly motivated, and agile team members.  We also have many team members who work in their own remote locations in Canada and the USA.

Each of us contributes to a culture that celebrates wins, focused on supporting the rest of the team, constantly developing ourselves & innovating, and offering outstanding service to all we encounter and work with.
Your compensation package will offer a generous salary, equity, pension, & great healthcare benefits, as well as performance-based bonuses.

**Please Apply Now!  We would love to hear from you.**
**https://platformlifesciences.bamboohr.com/careers/33**

**www.platformlifesciences.com**

**Apply for This Job**



← Job Openings

# Clinical Team Manager

**Apply for This Job**

Clinical Trial Solutions · Remote

Department
**Clinical Trial Solutions**

Employment Type
**Full-Time**

Minimum Experience
**Manager/Supervisor**

### Clinical Team Manager (CTM)
**Location: Remote**
**Who We Are**
If you want to join a team focused on shaping the future of clinical trials to ensure a healthier tomorrow for everyone, joining Platform Life Sciences is your next step!

We are a Vancouver-based Impact Research Organization that redefines clinical trials with speed, adaptability, and global partnerships. We advance global health while helping drug development sponsors innovate and accelerate the evaluation of life-saving therapeutics. Platform Life Sciences is setting a new precedent for clinical trial excellence with an end-to-end clinical trial solution while ensuring global diversity and equity in patient access.

**If this Vision aligns with the type of organization you want to be part of, please keep reading.**

**Who We Are Looking For**
The Clinical Team Manager is responsible for supporting the Project Manager or more Senior Manager within Clinical Trial Solutions with the daily management of all phases of clinical studies involving multiple therapeutic areas. The CTM is responsible for maintaining the quality and scientific integrity of clinical trials and actively collaborating with cross-functional internal and external partners to ensure timely delivery and budget execution of site management and monitoring activities. The CTM will also ensure that the clinical study uses protocols, ICH-GCP, company policies, quality standards, and all applicable local laws and regulations.

The CTM develops monitoring plans & tools, and oversees the CRAs and deliverables associated with monitoring activities, drives recruitment activities and study start-up activities, reviews trip reports, implements corrective and preventative action plans, liaises with the Sponsor, vendors & cross-functional teams, identifies & mitigates risks that may impact clinical delivery, and provides reporting & metrics on all clinical activities. The CTM will also participate in audits, Sponsor, Investigator, and bid defense meetings.

**Key Responsibilities:**
- Supports Project Management in developing and reviewing project-specific documents such as the protocol/study design, case report forms, informed consent forms, and other documents.
- Participates in identifying and recruiting investigators; develops patient recruitment strategies and materials

- May assist or manage regulatory and IRB/EC submissions.

✅ **Submit Application**   Cancel

maintain PLS monitoring quality standards.
- Provides financial management for the Site Management portion of assigned projects and assists with investigation grant payments.

**What You Bring**
- Bachelor's degree (BS, BA, or RN equivalent) required; biological or science-related field preferred.
- Minimum of three (3) years of clinical monitoring experience, two of which as a Senior CRA
- Minimum of four (4) years experience with all phases of clinical trials
- Minimum of four (4) years of clinical experience in the pharmaceutical, biotechnology, device, or CRO industry or equivalent is required.
- Customer service oriented both internally and externally with excellent organizational, interpersonal, and communication skills (fluent written and verbal English language skills)
- Excellent computer skills including MS Word, Excel, PowerPoint, MS Outlook
- Ability to work independently and with a team, handle multiple assignments, strong presentation skills, and knowledge of medical terminology, clinical pharmacology, and pathophysiology is required.

**What We Offer**
With our head office at the foot of Granville Island in Vancouver, BC, we offer spectacular views and a lovely work environment with other talented, highly motivated, and agile team members for those who work in the office.  Many of our team work from Remote locations across Canada and the USA.  Your compensation package will offer a generous salary, equity, pension, & great healthcare benefits, as well as performance-based bonuses.

Each of us contributes to a culture that celebrates wins, focuses on supporting the rest of the team, constantly developing ourselves & innovating, and offers outstanding service to all we encounter and work with.

**Apply for This Job**

# EXHIBIT 39

# CVS Health Introduces Clinical Trial Services

The new business is uniquely positioned to continue delivering research solutions for COVID-19 and beyond with community presence, data capabilities and health care expertise



NEWS PROVIDED BY
**CVS Health →**
20 May, 2021, 09:00 ET

WOONSOCKET, R.I., May 20, 2021 /PRNewswire/ -- Clinical trials are critical in evaluating the safety and efficacy of investigational new drugs and devices and making them available to those who need them. Despite their importance, less than 4 percent of the U.S. population participates in clinical studies. In addition, 80 percent of studies don't meet participant enrollment deadlines, and an average of 30 percent of participants drop out before a study is completed.[1] CVS Health (NYSE: CVS) today announced its new Clinical Trial Services business that brings together innovation and experience to help solve these challenges, driving greater access to clinical trials across the communities it serves and creating a more efficient, convenient experience to improve participant retention and research effectiveness.

"Traditionally low patient enrollment, diversity and engagement coupled with inconvenient trial sites, challenging study participation requirements, including the length of participation, show the need to improve the current model – particularly in response to the COVID-19 pandemic," said Troyen A. Brennan, M.D., MPH, Executive Vice President and Chief Medical Officer of CVS Health. "Combining clinical trial expertise



from across the CVS Health enterprise with our growing connection to the communities we serve, will help create a new clinical trial experience that works better for participants, health care providers, clinical research organizations and study sponsors."

CVS Health Clinical Trial Services is working with key stakeholders in the biopharmaceutical industry and across the clinical trial ecosystem to design and deliver innovative approaches to research and real-world evidence generation. The new business will initially focus on scaling three core capabilities:

- **Precision patient recruitment**: Leveraging analytics, national reach, and local community connections to engage individuals by helping them learn about clinical trial opportunities that may be appropriate for them
- **Clinical trial delivery**: Innovative, decentralized options for the delivery of Phase III/IV clinical trials and real-world evidence studies at CVS locations, at home or virtually
- **Real-world evidence generation and studies:** Retrospective and prospective studies that measure the impact of novel devices and therapeutics in real-world settings

CVS Health collaborated with the pharmaceutical industry to help facilitate clinical trials for investigational COVID-19 vaccines and treatments. Using a specially designed digital model and screening protocols, CVS Health engaged more than 300,000 volunteers who met the study inclusion criteria for COVID-19 vaccine trial consideration and helped them connect to studies close to where they live.

The Clinical Trial Services business will continue to use CVS Health's expertise in both health care services and clinical research, including more than 200 in-home clinical trials, real-world evidence studies, and support for publication of peer-reviewed articles.

**About CVS Health**

We are a diversified health services company with more than 300,000 employees united around a common purpose of helping people on their path to better health. In an increasingly connected and digital world, we are meeting people wherever they are and changing health care to meet their needs. Built on a foundation of unmatched community presence, our diversified model makes us an integral part of people's everyday health. From our innovative new services at HealthHUB™ locations, to transformative programs that help

manage chronic conditions, we are making health care more accessible, more affordable and simply better. Learn more about how we're transforming health at www.cvshealth.com.

[1] Patient Recruitment and Retention Services Market 2019-2030

**Media Contact:**

Tammy Arnold

CVS Health

713 721 7891

arnoldtd@cvshealth.com

SOURCE CVS Health

Related Links

http://www.cvshealth.com



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country                    Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

# EXHIBIT 40



Join now | **Sign in**

## Purpose Life Sciences' Post

 **Purpose Life Sciences**
2,239 followers
8mo · Edited

· · ·

Platform Life Sciences is excited to attend the annual JP Morgan healthcare conference in San Francisco on January 10th. Erica Figueroa and Christina Guo will be representing Platform Life Sciences at the conference. Connect with us to arrange a meeting!
**#JPM2023 #PlatformLifeSciences**





20 · 2 Comments

Like          Comment          Share

SYED Uzair ul Ghani I.                                    8mo   ⋮
Strategic implementation of adaptive platform clinical trials

Great event to meet

Like · Reply | 1 Reaction

Ryan Butt                                                8mo   ⋮
Director  Partner hip  & Event  at Life Science  BC

Have a great week at JPM. #JPM23

👍 Like · 💬 Reply

**See more comments**

To view or add a comment, **sign in**

# EXHIBIT 41



# EXHIBIT 42

 **Linked** in

Join now    **Sign in**

## Purpose Life Sciences' Post

 **Purpose Life Sciences**
2,239 followers
3mo

• • •

#BIO2023 you were too good to us! Thanks for an amazing week of collaboration, innovation, and networking with industry partners and colleagues. We can't wait to see what #BIO2024 has in store for the Platform Life Sciences team. Where will we see you on the road next?

L-R in the photo: **Bob Battista**, @Toby Sayer, **Katie Winter, RN**, **Janette Panhuis**



👍🩷❤️ 29 · 5 Comments

👍 **Like**          💬 **Comment**          ↗ **Share**

**Patricia Moore**                                                        3mo    ⋮
Solution finder | Lifelong learner | Bu ines  enthu ia t | Infinite mind et | Continuou  improvement | Optimi t

Wonderful meeting you **Katie Winter, RN** and **Janette Panhuis**!

👍 **Like** · 💬 **Reply**

 **Brian Langin**                                                   3mo    ⋮
Director Strategic Alliances

Great seeing you in Boston Katie Winter, RN !!

👍 Like · 💬 Reply

**Mike Watson**                                                                    3mo   ⋮
Bu ine   Development Manager @ Avance Clinical | Experienced Sale  Con ultant

Good crew!

Like ·   Reply

**Bob Battista**                                                                   3mo
Board Member, Strategy and Founder, Advisor, Innovator, Operator. MBA, FRCP Edin

BIO was a great conference this year, lot's of innovation and energy...

Like ·   Reply │ 1 Reaction

**Katie Winter, RN**                                                               3mo
Vice Pre ident of Product Lifecycle Innovation   Purpo e Life Science

Standing Up for SCIENCE!

Like ·   Reply │ 1 Reaction

See more comments

To view or add a comment, **sign in**

https://www.linkedin.com/posts/purpose-life-sciences_bio2023-bio2024-activity-7073016911487225856-PCGi/?utm_source=share&utm_medium=me…

# EXHIBIT 43

 **Linked**in

Join now    Sign in

# Purpose Life Sciences' Post

**Purpose Life Sciences**
2,239 followers
3mo

···

Are you ready to #illuminate?

Come meet with our shining star 💥 , Katie Winter, RN, Vice President, Lifecycle Innovation at #dia2023. She'll share our innovative approach to clinical trials through adaptive protocol designs. So, if you're looking for a way to do things different in your R&D - and to stand out from the competition - we've got your back.

Schedule a meeting today! https://lnkd.in/erRRYPcX



DIA 2023
diaglobal.org

👍❤️ 13

👍 Like       💬 Comment       ↗ Share

To view or add a comment, **sign in**

EXHIBIT 44

S. Hrg. 118–53

# PEPFAR AT 20: ACHIEVING AND SUSTAINING EPIDEMIC CONTROL

# HEARING

BEFORE THE

## COMMITTEE ON FOREIGN RELATIONS
## UNITED STATES SENATE

ONE HUNDRED EIGHTEENTH CONGRESS

FIRST SESSION

————

APRIL 19, 2023

————

Printed for the use of the Committee on Foreign Relations



Available via http://www.govinfo.gov

————

U.S. GOVERNMENT PUBLISHING OFFICE

52–968 PDF                    WASHINGTON : 2023

# C O N T E N T S

————

| | Page |
|---|---|
| Menendez, Hon. Robert, U.S. Senator From New Jersey ...................................... | 1 |
| Risch, Hon. James E., U.S. Senator From Idaho .................................................. | 3 |
| Nkengasong, Hon. John N., Ph.D., U.S. Global Aids Coordinator, U.S. Special Representative for Global Health Diplomacy, United States Department of State, Washington, DC ..................................................................................... | 4 |
| Prepared Statement ........................................................................................ | 6 |
| John, Sir Elton, Founder, Elton John Aids Foundation, London, United Kingdom ................................................................................................................. | 18 |
| Prepared Statement ........................................................................................ | 20 |
| Dybul, Hon. Mark, M.D., Professor of Medicine and Chief Strategy Officer, Georgetown University Medical Center for Global Health Practice and Impact ................................................................................................................... | 22 |
| Prepared Statement ........................................................................................ | 24 |

### ADDITIONAL MATERIAL SUBMITTED FOR THE RECORD

| | |
|---|---|
| Testimony of Dr. Eric Goosby and Dr. Richard Marlink ..................................... | 25 |
| Responses of Dr. John Nkengasong to Questions Submitted by Senator Bill Hagerty ............................................................................................................ | 38 |
| Statement From David J. Kramer, George W. Bush Institute, Dated April 19, 2023 ....................................................................................................... | 41 |

was privileged to join him in February, Eastern Europe, and across the United States.

He has spoken several times at the United Nations here in the Senate using his platform to advocate for people living with or at risk of HIV.

In 2022, Sir Elton was awarded the Humanitarian Medal by President Biden at the White House. In 1998, he was knighted by Queen Elizabeth II for his charitable achievements. We welcome him.

Joining him on the panel here in Washington is Dr. Mark Dybul, a professor at Georgetown University Medical Center, where he serves as chief strategy officer at the Center for Global Health Practice and Impact, executive chair of Platform Life Sciences, and CEO of Enochian Biosciences.

Dr. Dybul has worked on HIV and public health for more than 25 years as a clinician, scientist, teacher, and administrator.

Dr. Dybul was appointed by President Bush as the second U.S. Global AIDS Coordinator in 2006, served in that capacity until 2009, has served as executive director of the Global Fund to Fight AIDS, Tuberculosis, and Malaria from 2013 to 2017.

Welcome to both of our witnesses and I would ask Sir Elton to please proceed with your testimony.

### STATEMENT OF SIR ELTON JOHN, FOUNDER, ELTON JOHN AIDS FOUNDATION, LONDON, UNITED KINGDOM

Sir ELTON. Good morning, Chairman Menendez, Ranking Member Risch, and distinguished members of the committee. I am delighted to join you today to wholeheartedly support your commitment to extending the lifesaving work of the landmark PEPFAR program.

I was humbled to have been part of your recent bipartisan fact-finding mission to South Africa to experience the awe-inspiring impact this program is having on the ground. It was an inspirational visit that shows the immense gratitude of the African people.

I want to begin by thanking you for your continued focus on the global fight against AIDS. We are living in deeply troubled times with countless global challenges, all of which I know beckon your time and attention.

Beyond that, I am boundlessly grateful for the bipartisan cooperation that has been the hallmark of PEPFAR for two decades now. While this effort was initially conceived by President Bush, it has been enthusiastically supported by four presidents and 10 Congresses and consistently championed by the generosity of the American people.

As I testified to the Senate 21 years ago this week, what America does for itself has made it strong, but what America does for others has made it great. Bravo, my friends. There is no better symbol of American greatness than PEPFAR and you should all be very proud of your extraordinary efforts.

Before PEPFAR, much of Africa was in freefall. Infant child mortality was skyrocketing, life expectancy plummeting, and decades of development progress being rolled back.

Families across the continent were walking miles to bring their loved ones to hospitals in wheelbarrows where they were piled up

EXHIBIT 45

 https://www.purposelifesciences.com/our-approach/


Purpose
Life Sciences

About Us ▾     Our Approach     Publications     Platform     News     Talk to Us

**OUR BOOK**

# Adaptive Trial Designs and Master Protocols

Released May 2023, this practical guidebook offers an in-depth understanding of the newly emerging clinical trial designs in adaptive trial designs and master protocols. Supplemented by real-world examples from the recent developments in medical research efficiency instigated by both personalized medicine and high-profile diseases like COVID-19 and cancer. The first book of its kind, it is the go-to resource for medical students and researchers working in clinical trial research.

Authors:

- Jay J. H. Park
  McMaster University, Ontario
- Edward J. Mills
  McMaster University, Ontario
- J. Kyle Wathen
  Cytel, Cambridge, Massachusetts

| Explore in Cambridge Core |   Order Now |





Purpose
Life Sciences

About Us ▾    Our Approach    Publications    Platform    News    Talk to Us

**OUR APPROACH**

# Innovative architecture for clinical trials



We operate in five continents and are able to recruit patients fast, with a high level of patient adherence and follow-up. We are connected to over 100 clinical sites that are linked to outpatient clinics, universities and academic centers.

Talk With Us





**OUR VALUE**

# There's a better way to do clinical trials

We've redesigned the entire workflow to make Phase II/III clinical trials more efficient while helping you save your resources.

**Move forward faster**

Swiftly receive the evidence you need through our adaptive platform.

**Get timely data**

Collect massive amounts of data efficiently with our digital and global health centers infrastructure.

**Go global**

Tap our global and local expert knowledge and recruitment to progress further, faster.

https://www.purposelifesciences.com/our-approach/

About Us ▾    Our Approach    Publications    Platform    News    Talk to Us

Empowering industries across the globe



Biotechnology and pharmaceutical industries

**OUR SERVICES**

Rely on Purpose Life Sciences for any stage of your phase II/III clinical trial. We offer end-to-end solutions, individual packages, or custom packages depending on your needs.

Talk To Us



https://www.purposelifesciences.com/our-approach/

Purpose
Life Sciences

About Us ▾    Our Approach    Publications    Platform    News    Talk to Us

### Feasibility

We assessed individual sites for capabilities to perform the master protocol.

### Master Protocol

We designed a master protocol to allow the easy addition and removal of new intervention arms.

### Recruitment

We operate in five continents and are able to recruit patients fast, with a high level of patient adherence and follow-up. We are connected to over 100 clinical sites that are linked to outpatient clinics, universities and academic centers.

### Data Management

We use Veeva and distributed systems with automated workflows to optimize hybrid data collection, with best-in-class quality and digital infrastructure. Our global trials are designed to operate seamlessly with consistent and compliant data collection and reporting practices.

### Analytic

We designed a Statistical Analysis Plan, completed analysis of all fully recruited evaluations and published findings of these results.

### Regulatory Affairs and Quality Assurance

Our global platform has worked successfully with local regulators on all aspects of clinical trials. Our collective team has a long and established history of working with many regulatory bodies around the world.





# EXHIBIT 46

**From:**       Ed Mills[emills@platformlifesciences.com]

**Sent:**       Fri 5/13/2022 6:31:21 PM (UTC)

**To:**         Ross Rheingans-Yoo[ross@ftxfoundation.com]

**Subject:**    A few updates

Hi Ross

 I hope you are well. I wanted to give you a few updates that are timely.

The first is that we will be accepting the award for Trial of the Year in San Diego on Monday. Gilmar will be the main person but I will join him for it. We would like to make an announcement about the Latona/FTX partnership and I'm wondering which you prefer us to refer to?

 The second is that the rates of COVID are skyrocketing in Brazil and South Africa right now, probably everywhere. We are therefore eager to get new interventions into the trial while there are patients available.

Tom Pacek's (Oxygen) idea for a trial is extremely compelling. If its okay with you, I would like to engage with him further about getting that into the trial and at the discounted rate? We believe we could get going on this very quickly.

Finally, I wanted to let you know about a company named Lumen, from Seattle. They have an intervention that is an antibody that they will put in our trial, likely for long COVID. But they also have an idea about an intranasal interferon lambda. I thought this may be something you want to talk to them about as I believe they can scale very quickly based on the tools they have developed. It likely would not take a phase 3 trial to accomplish this. If Eiger gets the EUA, then Lumen would just need to demonstrate similar bioavailability. Shall I connect you?

 Best wishes

 Ed

# EXHIBIT 47




# TOGETHER trial named David Sackett Trial of the Year 2021

2-May-2022 10:35 AM EDT, by <u>Society for Clinical Trials</u>



Newswise — Arlington Heights, Ill., May 2, 2022 -- The Society for Clinical Trials (SCT) is pleased to announce that the prestigious David Sackett Trial of the Year Award will be presented to The TOGETHER Trial: An Adaptive Platform International Trial.

The award will be presented on May 16, 2022, as part of SCT's 43rd Annual Meeting, "Informing Public Health Policy with Compelling Evidence," May 15 – 18, 2022 at the Hilton San Diego Bayfront Hotel. Accepting the award and presenting the trial will be Co-Principal Investigators, Drs. Edward J. Mills, Professor, Department of Health Research Methods, Evidence & Impact, Faculty of Health Sciences from McMaster University; and Gilmar Reis, Associate Professor of Medicine, Pontifica Universidade Catolica de Minas Gerais.

Since 2008, SCT has awarded the David Sackett Trial of the Year Award to a randomized, controlled trial published in the previous calendar year that best fulfills the following standards:

- Improves the lot of humankind;
- Provides the basis for a substantial, beneficial change in health care;
- Reflects expertise in subject matter, excellence in methodology, and concern for study participants;
- Overcomes obstacles in implementation; and
- Based on the presentation of its design, execution, and results is a model of clarity and intellectual soundness.

The TOGETHER Trial winning nomination is based on two of the trials: Effect of Early Treatment With Hydroxychloroquine or Lopinavir and Ritonavir on Risk of Hospitalization Among Patients With COVID-19; and The TOGETHER Randomized Clinical Trial and Effect of Early Treatment With Fluvoxamine on Risk of Emergency Care and Hospitalization Among Patients with COVID-19.

The overarching objective of this study is to test the hypothesis that repurposed drugs versus placebo effectively prevent worsening of COVID-19 requiring extended emergency room observation or hospitalization among high-risk adults at 28 days post-randomization. This trial is now expanding to South Africa, Pakistan, Rwanda, DRC, and Vietnam.

According to the nomination submitted by Drs. Mills and Reis, the TOGETHER Trial is now the largest placebo-controlled clinical trial for the evaluation of COVID-19 therapeutics in the world. The trial recruited its first patient on June 2, 2020 and to date has enrolled more than 5,000 patients in community-based settings, whose data have contributed to the evaluations of 11 different potentially life-saving therapeutic interventions.

The TOGETHER Trial Consortia consists of representatives from a diverse spectrum of global and national institutions, including academic, professional membership, industry and private sector, multinational, and philanthropic agencies.

"The SCT David Sackett Trial of the Year Committee was delighted to receive an enthusiastic response this year. Global trial nominations ranged from neonatal to adults and settings including Stroke, Surgical Wound Care, Ventilation Sedation, Low Birth Weight, Neonatal Hyperthermia, Addictive Disorder Use Treatment, Covid-19 Treatment, Concomitant Prophylactic Vaccinations, Tuberculosis Treatment, and Research Participation Incentivization," said Ms.

REQUEST AN EXPERT

MEDIA CONTACT

REGISTER FOR REPORTER ACCESS TO CONTACT DETAILS

TYPE OF ARTICLE

Announcement

SECTION

MEDICINE

CHANNELS

Clinical Trials    Healthcare

Debra Hill, MSN, RN, CCRP; Chair of the SCT Trial of the Year Committee. "I look forward to the in-person SCT Annual Meeting and learning more in depth details of the TOGETHER Trial in addition to anticipating an engaging question and answer session."

Nominations for the Trial of the Year are submitted by Society members, investigators, and interested scholars from around the world. The 2021 Trial of the Year selection committee included: Debra Hill, Chair; Suzanne Dahlberg, Co-Chair; Andrew Cook; Manohara Basoor Halasiddappa; Yan Lin; Theodore Lystig; Jessica Overbey; and Sameer Parpia. Dr. David L. Sackett was a dedicated long-time SCT member and a pioneer in evidence-based medicine and champion of clinical trials.

The Trial of the Year Selection Committee will issue a call for nominations this fall. Additional information and a list of past Trials of the Year on https://www.sctweb.org/toty.cfm.

###

*About the Society for Clinical Trials*: *The Society for Clinical Trials, created in 1978, is an international professional organization dedicated to the development and dissemination of knowledge about the design, conduct, analyses, and reporting of government and industry-sponsored clinical trials and related health care research methodologies. Visit www.sctweb.org.*

COMMENTS | COMMENTING POLICY

# Join Newswise!

Newswise gives journalists access to the latest news and provides a platform for universities, institutions, and journalists to spread breaking news to their audience.

Subscribe to Newswise        For Journalists        Receive a Demo



434-296-9417

info@newswise.com

Newswise, Inc

Privacy Notice     Terms of Service     Contact Us

0.11378

EXHIBIT 48

 

Home    News    Publications    FAQ    Results



click on the screen above for a video on the Together Trial

As the global COVID-19 pandemic continues; clinical trials demonstrate limited effective pharmaceutical interventions; and mass vaccination is a long way off for low and middle-income countries (LMICs). Hospitalizations are already overwhelming healthcare systems across the globe, the need for developing a treatment to reduce hospital admission in patients infected with SARS-CoV-2 is dire. The need for treatments in early disease is paramount. Evidence is quickly emerging that suggests a number of drugs may have a promising effect on reducing COVID-19 disease severity in patients with mild to moderate disease. The TOGETHER Trial hopes to help identify which repurposed therapies are most effective, in order to slow the pandemic while many countries await the delivery of vaccines.

Concurrent with all sites; we will work together to generate comparative data. Data from the trial will be regularly reviewed so that any effective treatment can be identified quickly and made available to all patients and ineffective treatment can be ceased and resources re-allocated to more encouraging leads. The TOGETHER Trial team will constantly review information on new drugs and include promising ones in the trial.

A detailed Master Protocol of the Together Trial can be found here and the SAP can be found here.

*This Trial is supported with funding from:*



F A S T — G R A N T S

BILL & MELINDA
GATES *foundation*

Contact us

# EXHIBIT 49

FAST — GRANTS

# Fast Funding for COVID-19 Science

Science funding mechanisms are too slow in normal times and may be much too slow during the COVID-19 pandemic. Fast Grants are an effort to correct this.

If you are a scientist at an academic institution currently working on a COVID-19 related project and in need of funding, we invite you to apply for a Fast Grant. Fast Grants are $10k to $500k and decisions are made in under 14 days. If we approve the grant, you'll receive payment as quickly as your university can receive it.

### Applications are paused

Due to receipt of a very large number of qualified submissions, Fast Grant applications are currently paused. If Fast Grants secures additional funding, we will resume issuing new grants. Sign up if you'd like to be notified if we reopen applications:

| Email address | NOTIFY ME |

The grants are currently supported by: Arnold Ventures, The Audacious Project, The Chan Zuckerberg Initiative, John Collison, Patrick Collison, Crankstart, Jack Dorsey, Kim and Scott Farquhar, Paul Graham, Reid Hoffman, Fiona McKean and Tobias Lütke, Yuri and Julia Milner, Elon Musk, Chris and Crystal Sacca, Schmidt Futures, and others. AWS has contributed compute credits.

Fast Grants funders have committed over $40M to funding Fast Grant awardees. If you are an interested funder, please reach out: fund@fastgrants.org.

## Who is eligible to apply for a Fast Grant?

You must be:
- A PI at an academic institution;

- Already working on a project that could help with the COVID-19 pandemic within the next six months;
- In need of additional funding to complete the project.

Researchers outside the US are eligible for funding.

## I thought decisions were made in 48 hours?

For our first call, which launched on April 7, we committed to making decisions within 48 hours. We made more than 130 grants on this clock cycle. Several months later, many of the obvious projects are now underway, and the science has advanced to the point that deeper analysis of submissions will often prove valuable. For our second call, which launched on July 12, we will always respond to submissions within 14 days (which remains faster than almost all other funding mechanisms), and we retain the flexibility to make immediate approvals where necessary.

## Why the six month constraint?

Most existing funding bodies focus on supporting longer-term work. Given COVID-19's human costs, speed is of paramount importance.

## Who will make grant decisions?

A panel of biomedical scientists will make funding recommendations to [Emergent Ventures](#).

## What can a Fast Grant be used for?

We require that a Fast Grant be used solely to expedite COVID-19-related science. Beyond that, the grant recipient has complete discretion over how it is spent.

## What criteria will panelists use?

We'll prefer projects that are cheap (so that our fund dollars go further) and that will yield results quickly (during COVID-19, days matter).

## Does the grant go to the PI or to the university?

This is at the discretion of the applicant.

## When can I apply?

The second call for Fast Grants submissions opened at 22:00 Pacific Time on Sunday, July 12, 2020. Applicants will receive funding decisions within 14 days of their submission.

## What conditions apply?

- You must use the grant to work on COVID-19-related science.
- For six months, you must send us monthly updates, summarizing your progress. These updates can be as simple as a single-paragraph email.
- You must upload all manuscripts reporting work supported by the grant to a preprint server such as [bioRxiv](#) or [arXiv](#) upon submission to a peer-reviewed journal.
- In line with [Gates Foundation policy](#), will pay at most 10% in overhead costs to the university.

## How do IP rights work?

Apart from the open science publication requirement above, there are no IP restrictions associated with Fast Grants.

## Who administers Fast Grants?

Fast Grants is a part of [Emergent Ventures](#), a project at the Mercatus Center at George Mason University.

## Are contributions to Fast Grants tax deductible?

Yes, the Mercatus Center, of which Fast Grants/Emergent Ventures is a part, is a 501c(3) organization.

## Will the identities of grant recipients be made public?

This shall be at the recipient's discretion. We will list those who agree to be named. We will also provide regular updates on the total dollars that have been allocated.

## What inspired Fast Grants?

During World War II, the [NDRC](#) accomplished a lot of research very quickly. In his [memoir](#), Vannevar Bush recounts: *"Within a week NDRC could review the project. The next day the director could authorize, the business office could send out a letter of intent, and the actual work could start."* Fast Grants are an effort to unlock progress at a cadence similar to that which served us well then.

# Grant recipients

The list below is updated regularly with additional recipients. As of August 15th, 176 awards have been made. Not all recipients are currently listed.

**Addgene**

For continuing to share critical reagents with researchers at minimal cost during the Covid-19 pandemic.

**Dr. Patricia Aguilar**
*University of Texas*

For modeling age-dependent susceptibility to SARS-CoV-2 infection in 3D human lung organoids.

**Dr. Hector Aguilar-Carreno**
*Cornell University*

To use a novel viral membrane inhibitor to produce a SARS-CoV-2 vaccine

**Dr. Wataru Akahata**
*Kyoto University*

For the development of a Covid-19 vaccine specifically targeted to the receptor-binding domain of the viral S protein using expertise gained during successful development of anti-malaria and anti-chikungunya vaccines.

**Dr. James Antaki**
*Cornell University*

For the collaborative effort with Accel Diagnostics to develop a point of care serological test for rapid quantification of antibody titer to monitor disease

**Dr. Susan Athey**
*Stanford University*

For retrospective analyses designed to assess the benefit of off-label drug use, in order to help prioritize and guide subsequent randomized clinical trials.

focus on baseline vascular abnormalities.

**Dr. Amanda J. Martinot**
*Tufts University Cummings School of Veterinary Medicine*

For comparison of pre-clinical animal models for vaccine and therapeutic development and the basic immunology and virulence determinants underlying host-pathogen interactions.

**Dr. Grant McFadden**
*Arizona State University*

To develop a live intranasal COVID-19 vaccine to generate both humoral (especially respiratory mucosal) and cellular acquired immune responses against SARS-CoV-2, based on a recombinant version of an attenuated nonhuman poxvirus called myxoma virus that has been engineered to co-express the four SARS-CoV-2 proteins (S, N, M and E) needed to produce secreted non-infectious virus-like particles that antigenically mimic the complete SARS CoV-2 virus.

**Dr. Allison McGeer**
*Sinai Health System*

To test whether exististing antivirals can be used to control outbreaks of COVID-19 in nursing homes.

**Dr. Roman Melnyk**
*University of Toronto and The Hospital for Sick Children*

For high-throughput screening of repurposed FDA-approved drugs for their efficacy to prevent SARS-CoV2 entry by modifying endosomal pH and testing in preclinical hamster and ferret models of Covid-19 in collaboration with the Kozak and Falzarano labs.

**Dr. Miriam Merad**
*Mount Sinai Medical Center*

To comprehensively characterize the immunological response to SARS-CoV-2 and identify the factors that control the severity of COVID-19 disease based on a comprehensive and longitudinal COVID-19 BioBank of Mount Sinai's very large COVID-19 patient population.

**Dr. Edward Mills**
*McMaster University*

To summarize rapidly emerging clinical research evidence and generate comparative efficacy and safety profiles for candidate interventions.

**Dr. Keith Mostov**
*UCSF*

To develop recombinant secretory immunoglobulin A antibodies to the SARS CoV-2 virus and use them to provide passive protection against infection.

**Elke Muhlberger**
*Boston University*

To test compounds known to activate the oxidative stress response pathways for their potential as inhibitors of SARS-CoV-2.

**Dr. Anders Näär**
*UC Berkeley*

**Dr. Mihai Netea**
*Radboud University Medical Center*

# EXHIBIT 50

 

# About the Foundation

The Rainwater Charitable Foundation (RCF) is a private family foundation based in Fort Worth, Texas founded by Richard E. Rainwater in 1991. Since its formation, RCF has funded initiatives centered around children, believing that high-quality education can transform the life trajectories of children and families.  Our education grant making focuses on families and children in resilient communities that  stand to benefit the most from our funding and partnership.  Over time our educational funding has evolved from a focus on critical needs to a blend of school-based work and systems, understanding that schools are a fundamental lever of change both for neighborhoods and for society as a whole.

In 2009, RCF added  a second funding program called the Tau Consortium.  The consortium's mission is to accelerate treatments in a class of neurodegenerative diseases called tauopathies.  Since then RCF has developed other medical research initiatives, all focused on finding a cure for tauopathies.

In all areas of giving, RCF seeks to employ the same strategies and values that Mr. Rainwater used for business investments.  We seek out programs with measurable success, strong leadership and the ability to scale for greater impact. We support visionary solutions in the areas where we work by:

- Approaching our relationships with respect, gratitude and humility,

- Prioritizing visionary and transformative solutions,

- Striving to be both pragmatic and learning oriented,

- Valuing meaningful collaboration, and

- Seeking to maintain a sense of urgency in our work.

The Rainwater Charitable Foundation provides grants to organizations by invitation only. Click here for more information.

ABOUT     NEWS & REPORTS     CONTACT US

Copyright 2019 © Rainwater Charitable Foundation

# EXHIBIT 51

BILL & MELINDA
GATES foundation

About us ⌄    Our work ⌄    Ideas ⌄                    Search 🔍

Offices                                                    More in this section    ⌄



# Seattle, Washington, USA

The Bill & Melinda Gates Foundation has its headquarters in Seattle, Washington, where the Gates family has lived for generations. Our campus is a gathering place for employees, grantees, and partners to work together in solving some of the world's most critical issues. It is intended to foster collaboration, transparency, and extend the reach of our work, in one sustainable setting.

Our headquarters sits on the traditional, unceded territories of the Duwamish and Coast Salish people. We acknowledge and honor them with gratitude and recognize that this land continues to be their home.

# More about this office

## Working with us

Find out about our values, see the benefits we offer, view employee profiles, and search for open positions.

**Working at the Gates Foundation**

**Search for jobs** ↗

## Contact and connect

**Contact us**

Follow us:

   

We are a nonprofit fighting poverty, disease, and inequity
around the world.

About          Our work          Ideas

Contact     Media Center     Careers     Discovery Center     Give with us     Goalkeepers

Reporting scams     Ethics reporting     Privacy & Cookies Notice     Terms of Use     Brand guidelines

© 1991-2023 Bill & Melinda Gates Foundation. All rights reserved.

# EXHIBIT 52

# Rwanda FDA approves Platform Life Sciences and GreenLight Biosciences to launch a Phase I clinical trial in Rwanda for mRNA COVID-19 vaccine



NEWS PROVIDED BY
**Platform Life Sciences** ➞
02 Feb, 2023, 09:09 ET

VANCOUVER, BC, Feb. 2, 2023 /PRNewswire/ - Platform Life Sciences, a high impact Clinical Research Organization, with the mission to modernize clinical trials on a global scale, has signed a key agreement with GreenLight Biosciences to support their Phase I clinical trial, GLB-003, for a novel mRNA vaccine against COVID-19 in Rwanda – that today has been approved by the Rwanda FDA.

The trial will be performed by leading clinical investigators in Rwanda, in partnership with Platform Life Sciences. Rwandan scientific leaders have conducted several clinical trials for large pharmaceutical companies and are at the forefront of advancing end-to-end research and development in Africa.

Platform Life Sciences has built an innovative global partnerships network for executing clinical trials with modern technology and infrastructure that has the potential to lower costs and accelerate the time to market for products.  The network has expertise in COVID-19, vaccines, viral respiratory, and other infectious diseases.

"We share a common vision with Platform Life Sciences of working towards global vaccine self-sufficiency and look forward to using Platform Life Sciences in the conduct of our clinical trial," said Andrey Zarur, CEO, and co-founder of GreenLight Biosciences.

In the last few years, global public health has been compromised by infectious diseases and outdated clinical trial practices. Platform Life Sciences has invested in the successful development of a complex global network of community-based sites, designing a configuration and workflows with infrastructure that can assess a protocol and mobilize Phase I, II, and III trials with great efficiency. Platform Life Sciences goes where the disease is and focuses on patient populations wherever they are located. Africa has been one of the highest economic growth regions in the world and has substantial potential for clinical research, production, and consumption – including in Rwanda.

Platform Life Sciences has also created a Community of Practice across its investigators and sites to ensure constant quality improvement and innovation in how to conduct trials and to maximize investigator engagement to conduct trials more rapidly and, potentially, accelerate access to life-saving products.

"We are delighted with the approval of this trial by the Rwanda FDA. Trust, long-term relationships, and local expertise have all come together to allow us to move from protocol assessment to trial approval at due speed," said Dr. Ed Mills, founder, and Chief Science Officer of Platform Life Sciences. "We look forward to this Phase I with GreenLight Biosciences while we are already working on large scale trials that have the potential to rapidly recruit and complete clinical trials in many thousands of participants.

**About Platform Life Sciences.**

For more information about Platform Life Sciences, please contact Platform Life Sciences at info@platformlifesciences.com or visit our website at www.platformlifesciences.com.



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country                          **Submit**

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

# EXHIBIT 53

**From:**    can@ftx.com[can@ftx.com]

**Sent:**    Mon 3/28/2022 9:55:58 PM (UTC)

**To:**     'Ross Rheingans-Yoo'[ross@ftxfoundation.com]

**Cc:**     'Ashley Sturrup'[a.sturrup@ftxdigitalmarkets.com]

**Subject:**   RE: Alameda Ventures Ltd and Platform Life Sciences Term Sheet

**Attachment:**  Revised Term Sheet.docx

**Attachment:**  Litera Compare Redline - Alameda Ventures Ltd. and Platform Life Sciences Term Sheet (2) and Revised Term Sheet.pdf

Hey Ross,

Here's a revised version for your review reflecting the points below. Let me know if you have any questions.

Best,
Can

---

**From:** Ross Rheingans-Yoo <ross@ftxfoundation.com>
**Sent:** Saturday, March 26, 2022 12:55 AM
**To:** Ashley Sturrup <a.sturrup@ftxdigitalmarkets.com>
**Cc:** Can Sun <can@ftx.com>
**Subject:** Re: Alameda Ventures Ltd and Platform Life Sciences Term Sheet

Hi Ashley, Can,

Thanks for the fast turnaround! Can we make the following changes?

Investors (and throughout) -- I think we're likely investing from Latona Bioscience Ltd, a Bahamas non-profit. (External counsel was working on incorporating the Latona entity back in February; I just asked for an update on the status of that, and whether we could finish the process if not completed.)
Liquidation Pref. -- to a 0x / no preference / common equity
Commercial Collaboration (1) -- change this to clarify that it's guaranteed preferred pricing on clinical trial services relating to pharmaceutical products sponsored by...
Commercial Collaboration (2) -- Add some language here that's a cleaned-up version of: "Latona and its affiliates will use such sponsorship to further Latona's objectives for the advancement of global health access and pandemic preparedness. Such sponsorships may include trials relating to products in which Latona or its affiliates have an existing or future commercial interest."
Legal -- if you're okay with it, I think it'll be our legal drafting docs. you're going to be better at it than whoever they hire :)
+ -- do we want to require that they incorporate in Delaware? ██████████████████████
████████████████████████████████████

Thanks,
Ross

On Fri, Mar 25, 2022 at 5:19 PM Ashley Sturrup <a.sturrup@ftxdigitalmarkets.com> wrote:
 Dear Ross,

 Please find Alameda Ventures Ltd and Platform Life Sciences Term Sheet attached.

 Kind regards,

 Ashley

~~Series A Preferred~~**Common Stock Financing Summary of Terms**

The following is a summary of the principal terms (**"Summary of Terms"**) with respect to the proposed ~~Series A Preferred Stock~~ financing of ~~Platform Life Sciences ("~~the Company~~"~~ (as defined below)~~.~~:

| | |
|---|---|
| ~~Closing~~ | ~~Within 30 days of signing this proposal (the "Closing").~~ |
| **Company** | Platform Life Sciences ("**Company**"), a to-be-incorporated company in a jurisdiction mutually agreeable to the Company and the Investor. |
| **Securities** | Shares of ~~Series A Preferred Stock~~common stock of the Company ("~~Series A"~~ ~~or "Preferred~~**Common Stock**"). |
| ~~Aggregate Proceeds~~**Investment** | $35M investment from Latona Bioscience Ltd, a Bahamian nonprofit entity ("**Investor**"), to be closed within 30 days of signing this term sheet. |
| ~~Investors~~ | ~~Alameda Ventures Ltd., a Seychelles corporation ("Alameda"). Alameda will invest $35 million USD.~~ |
| **Use of Proceeds** | In connection with the Investment, the Company shall collaborate with the Investor and its affiliates to further the Investor's objectives of advancing global health access and pandemic preparedness. Without limiting the foregoing, the Company may use the proceeds to conduct clinical trials relating to products in which the Investor or its affiliates have an existing or future commercial interest. |
| **Valuation** | ~~Series A price per share to be calculated based on a post-money~~Post-money valuation of $100 million on a fully-diluted basis, ~~which will include~~including (i) the conversion of all outstanding convertible instruments and (ii) an immediate post-closing available option pool of 15% of fully diluted shares. |
| **Board** | ~~Alameda~~Investor shall have the right to appoint one member to the Company's board ~~of directors of the Company (the "*Board*")~~. |
| **Loan** | ~~Alameda~~Investor agrees to lend the Company the sum of $15 million USD with interest thereon at a rate of 2.0% per annum over a 5-year term. |
| ~~Liquidation Pref.~~ | ~~Standard 1x liquidation preference with no participation.  Other terms also standard.~~ |
| ~~Conversion~~ | ~~Upon approval of a majority of Preferred, voting as a class, and automatically for IPO with a net proceeds of at least $50 million.~~ |
| **Commercial Collaboration** | ~~Alameda~~Investor and its affiliates will receive guaranteed preferred pricing on clinical trial services relating to all pharmaceutical products sponsored by ~~Alameda or such~~Investor or its affiliate (as reasonably determined by Investor), at cost plus 20%. |
| ~~Reps and Warranties.~~ | ~~Standard reps and warranties, including customary IP representations.~~ |
| **Closing Conditions** | Successful completion of due diligence and final documents~~, including a customary opinion of counsel to the Company~~. |

**Legal** ~~Company~~Investor counsel to draft documents. All documents and agreements contemplated herein shall be governed by laws of the place of incorporation of the Company. Each Party to bear its legal and diligence expenses.

**Other Rights** ~~Customary rights of a venture capital financing of this type, including voting, registration, information, preemptive/ROFO, ROFR, drag, and co-sale, dividends. Standard broad based weighted average anti-dilution.~~Investor shall be entitled to all other rights, preferences and privileges enjoyed by holders of Common Stock of the Company.

**Confidentiality**        This proposal and any related discussions and correspondence may not be disclosed by the Parties to any party (other than to legal counsel and the accountants of the Party in order for such persons to render advice in connection with the proposed transaction, and other than to existing stockholders of the Company) without the prior written approval of ~~Alameda~~Investor, other than as required by law or by a finally binding order of a competent court or authority.

**No-Shop**        The Parties agree that, until the 30th day from the date on which this Summary of Terms is signed by the Parties, the Company will not discuss, negotiate or execute any agreement related to the issuance of capital stock, debt, SAFEs, or other instruments by the Company (whether in a financing or an acquisition transaction) other than the agreement contemplated herein.

**Binding Terms**        Except for the provisions labeled "No-Shop" and "Confidentiality", which are explicitly agreed to be legally binding agreements among the parties hereto, this Summary of Terms is not intended to create any legally binding obligation on either party, and no such obligation shall be created unless and until the Investors have completed satisfactory due diligence and the parties have entered into definitive written agreements evidencing such agreement as described above.


The parties to this term sheet acknowledge their agreement to the terms contained herein.


_____            _____
    Platform Life Sciences                             ~~Alameda Ventures~~Latona
Bioscience Ltd~~.~~


Date: _____March, 2022

| **Summary report:** <br> **Litera Compare for Word 11.0.0.61 Document comparison done on 3/28/2022 5:50:24 PM** | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Alameda Ventures Ltd. and Platform Life Sciences Term Sheet (2).docx | |
| **Modified filename:** Revised Term Sheet.docx | |
| **Changes:** | |
| Add | 23 |
| Delete | 26 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 49 |

EXHIBIT 54

**From:**        Ross Rheingans-Yoo[ross@ftxfoundation.com]
**Sent:**        Mon 4/4/2022 8:31:48 PM (UTC)
**To:**          Ed Mills[emills@platformlifesciences.com]
**Subject:**     Re: Delaware Inc

Great, good to hear it. I'll check on further steps from our side.

On Mon, Apr 4, 2022, 15:37 Ed Mills <emills@platformlifesciences.com> wrote:

  Hi Ross
   I hope you had a great weekend.
   We have now incorporated in Delaware and have all of the necessary registrations. Could you advise on how to proceed?
   I just had a great conversation with Ajay about moving forward together and he will follow up with you on that.
   Best wishes
   Ed

EXHIBIT 55

**SERVICES AGREEMENT**

This Services Agreement (the "**Agreement**") is entered into as of June 7, 2022 (the "**Effective Date**"), by and between **Latona Biosciences Group**, whose address is located at P.O. Box N-7525, Nassau, The Bahamas ("**Latona**") and **Platform Life Sciences Inc.**, a company incorporated under the laws of British Columbia, whose offices are located at 506-1505 W 2nd Ave., Vancouver, BC V6H 3Y4, Canada (the "**Service Provider**"). Each of Latona and Service Provider shall be referred to herein as a "**Party**" and together, the "**Parties**".

RECITALS:

WHEREAS    the Service Provider is engaged in the business of harnessing advanced methodologies in clinical trial design and implementation in order to improve efficiencies in healthcare; and

WHEREAS    Latona is part of the FTX group and its philanthropic arm – The FTX Foundation; and

WHEREAS    Latona is interested to designate third parties and pay for the Services (as defined below) which Service Provider will render to the third parties designated by Latona ("**Latona Third Party Designee**"); and

WHEREAS    the Parties wish to set out in writing the terms and conditions upon which the Services shall be rendered by the Service Provider to Latona Third Party Designees;

THEREFORE, the Parties hereby agree as follows:

1. **_Services; Scope of Work_**

    1.1.    Service Provider shall provide each Latona Third Party Designee with the services to be more fully described in the Statements of Work to be issued hereunder, in the form attached hereto as Exhibit A (the "**Services**"). Each Statement of Work shall be completed by the Parties upon commencement of each project with a Third Party Designee.

    1.1.    The Services to be provided hereunder shall be performed solely and exclusively by the Service Provider and its employees and sub-contractors, unless otherwise agreed in writing between the Parties.

    1.2.    Service Provider shall coordinate the Services to each Latona Third Party Designee ahead of each designation and shall update Latona periodically with regard to the progress of the Services so rendered. Notwithstanding the foregoing, the Parties hereby agree that as an independent contractor, Service Provider shall have independent discretion to direct the means and manner of the performance of the Services and achieving the desired results thereof.

2. **_Representations and Warranties_**

    2.1.    Each of the Parties hereby represents and warrants that (i) it has the full power, authority and legal right to enter into and perform its obligations under this Agreement; (ii) this Agreement is a legal, valid and binding obligation of such Party, enforceable against such Party in accordance with the terms hereof; and (iii) this Agreement will not result in a violation of or default under any agreement or obligation to which such Party is a party.

    2.2.    Service Provider represents and warrants that it has the requisite knowledge, skills and experience in order to provide the Services. Service Provider undertakes to perform the Services under this Agreement with the highest degree of professionalism.

    2.3.    Service Provider shall not make any representations or give any guarantees to Latona Third Party Designees on behalf of Latona.

3. **_Service Fees_**

3.1.    Latona will pay Service Provider an advance payment in an amount of Fifteen Million US Dollars (US $15,000,000), payable in a single installment within seven (7) days from the Effective Date. The advance payment is paid against the fees Latona should have paid for the Services rendered to Latona Third Party Designees. Latona hereby acknowledges that Service Provider shall budget each such clinical trial on a Cost+20% basis, until the advance payment is exhausted.

3.2.    All payments under this Agreement shall be made without deduction or withholding of any kind, against the issuance by Service Provider of proper invoice(s) in accordance with applicable law. All such payments are inclusive of value added tax, if required under applicable law.

3.3.    All payments hereunder shall be made in US Dollars.

3.4.    Service Provider acknowledges and agrees that it is the sole responsibility of Service Provider to report as income the fees received from Latona hereunder and to make the requisite tax filings and payments to the applicable tax authorities.

3.5.    Service Provider hereby acknowledges and agrees that the aforesaid fees are the sole and exclusive consideration to which Service Provider is entitled in exchange for the Services hereunder.

## 4.    _Term and Termination_.

4.1.    This Agreement shall commence on the Effective Date and shall continue to be in full force and effect until conclusion of the Services or unless terminated earlier pursuant to the provisions of this Section 4.

4.2.    Either Party may terminate this Agreement as follows:

(i)     at any time in the event of a material breach of this Agreement by the other Party, which breach remains uncured (if curable) upon the lapse of a fourteen (14) days' period from the non-breaching Party' written notice.

(ii)    immediately following written notice to the other Party, if the other Party (a) ceases to do business in the ordinary course, (b) becomes or is declared insolvent or bankrupt, (c) is the subject of any proceeding related to its liquidation or insolvency (whether voluntary or involuntary), or (d) makes a general assignment for the benefit of creditors.

4.3.    Upon termination of this Agreement for any reason whatsoever, each Party shall return to the other Party any and all Confidential Information (as defined below) disclosed or made available by the disclosing Party to the receiving Party. For the avoidance of any doubt, termination of this Agreement for any reason shall not result in any refund of the fees paid or payable to Service Provider prior to the effective date of termination.

4.4.    Sections 4.4, 4.5, 5, 6, 7, 8.6 and 8.7 of this Agreement shall survive the expiration or early termination of this Agreement.

## 5.    _Confidentiality_

5.1.    For the purposes of this Agreement "**Confidential Information**" shall mean any information, in whatever form, disclosed to and/or otherwise acquired by and/or developed by and/or made available by one Party (the "**Disclosing Party**") to the other Party (the "**Receiving Party**") in the course of this Agreement and/or in connection with the Services rendered hereunder, in any form or medium, which is or should be reasonably understood to be confidential or proprietary to the Receiving Party, including, but not limited to, the terms of this Agreement, information regarding research and development related to actual or anticipated products, inventions, whether patentable or non-patentable, discoveries, innovations, designs, drawings, sketches, diagrams, formulas, computer files, computer programs, hardware, software or other products, product definitions, product research, manuals, selection processes, data, methods of manufacture, planning processes, trade secrets, business secrets, business plans, copyrights, proprietary information, customer lists, names of clients, list of suppliers, marketing plans, strategies, forecasts, business forecasts, processes, finances, costing, sales, prices, terms of payment, formulae, know-how, improvements and

2

techniques and any other data related to the business or affairs of the Disclosing Party, its subsidiaries and affiliated companies, its licensors and business partners.

5.2.   Confidential Information shall not include information that (i) has become part of public knowledge through no fault of the Receiving Party; (ii) was already in the Receiving Party's possession at the time of disclosure, as evidenced by the Receiving Party's written records dated prior to the disclosure; (iii) was independently developed by the Receiving Party, without use of or reference to the Confidential Information of the Disclosing Party, as evidenced by the Receiving Party's written records; or (iv) is rightfully received by the Receiving Party from a third party without a duty of confidentiality.

5.3.   The Receiving Party hereby undertakes to hold the Confidential Information in strict confidence and not to disclose the Confidential Information to any third party, without the prior written consent of the Disclosing Party. The Receiving Party further undertakes to use the Confidential Information only as reasonably necessary to carry out the purposes of this Agreement and not to modify, translate, decompile, reverse engineer or disassemble such Confidential Information.

5.4.   The Receiving Party agrees and undertakes to promptly return to the Disclosing Party all documents and other written embodiments containing Confidential Information, upon the Disclosing Party's first written request (and in any event, upon expiration or termination of this Agreement).

5.5.   The Receiving Party undertakes to treat all Confidential Information of the Disclosing Party with at least the same degree of care as the Receiving Party accords to its own confidential information, but in no event less than a reasonable degree of care.

5.6.   All Confidential Information remains the sole property of the Disclosing Party, and no license or other rights in or to the Confidential Information is or shall be granted to the Receiving Party hereby, other than the limited right to use such Confidential Information in accordance with the terms hereof.

5.7.   The Receiving Party is aware that a breach of any of the obligations under this Section 5 (as well as under Section 6 below) may cause the Disclosing Party serious and irreparable harm, for which no monetary compensation can be an appropriate remedy. Therefore, the Receiving Party agrees that if such a breach occurs, the Disclosing Party shall be entitled, without prejudice, to take all legal means necessary, including any injunctive relief, to restrain any continuation or further breach of the aforesaid provisions of this Agreement.

## 6.   _Intellectual Property_

6.1.   The Parties hereby acknowledge and agree that any and all information, memoranda, books, notes, records, charts, formula, specifications, presentations, lists, drafts, patent applications and other documents, data, as well as any know how, inventions, improvements, mask works, designs, discoveries or works, whether or not capable of being patented or copyrighted, and any and all derivatives related thereto, which Service Provider may conceive, make, develop, author, or work on, in whole or in part, independently or jointly with others, in connection with the Services under this Agreement (collectively, the "**Services' Results**"), are and shall remain owned, solely and exclusively, by Service Provider or in accordance with an agreement between Service Provider and each Latona Third Party Designee.

6.2.   Latona hereby specifically acknowledges and agrees that while it may enjoy the benefits and results of the Services hereunder, on a non-exclusive and/or indirect basis, the Services' Results do not and will not qualify as "works made for hire" under applicable copyright laws, and that Service Provider shall continue to retain full ownership and other rights in or to such Services' Results. In view of the above, Latona further acknowledges and agrees that no part of the Services' Results is or shall be assigned to Latona in any way, and hereby completely, irrevocably and forever waives any claim, demand and/or cause of action in this respect.

## 7.   _Limitation of Liability_

3

EXCEPT FOR LABIALITY ARISING OUT OF BREACH OF SECTIONS 5 AND/OR 6 ABOVE, NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR ANY INCIDENTAL, INDIRECT, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES OF ANY KIND OR NATURE, INCLUDING WITHOUT LIMITATION LOST REVENUES OR LOST PROFITS, WHETHER SUCH LIABILITY IS ASSERTED ON THE BASIS OF CONTRACT (INCLUDING, WITHOUT LIMITATION, THE BREACH OF THIS AGREEMENT OR ANY TERMINATION OF THIS AGREEMENT), TORT (INCLUDING NEGLIGENCE OR STRICT LIABILITY), OR OTHERWISE, EVEN IF THE OTHER PARTY HAS BEEN WARNED IN ADVANCE OF THE POSSIBILITY OF ANY SUCH LOSS OR DAMAGE.

8.   *Miscellaneous*

8.1.   Service Provider is an independent contractor of Latona. Nothing in this Agreement shall be interpreted or construed as creating or establishing any partnership, joint venture, employment relationship, franchise or agency or any other similar relationship between the Parties.

8.2.   This Agreement contains and sets forth the entire agreement and understanding between the Parties with respect to the subject matter contained herein, and such supersedes all prior discussions, agreements, representations and understandings in this regard.

8.3.   This Agreement may be changed, amended or otherwise modified only by means or a written instrument executed by both Parties.

8.4.   The terms of this Agreement may be waived only by a written document executed by the Party entitled to the benefits of such terms. Each such waiver or consent shall be effective only in the specific instance and for the purpose for which it was given, and shall not constitute a continuing waiver or consent.

8.5.   No failure or delay by a Party hereto in exercising any right, power or remedy under this Agreement, and no course of dealing between the Parties hereto, shall operate as a waiver of any such right, power or remedy of the Party.  No single or partial exercise of any right, power or remedy under this Agreement by a Party hereto, nor any abandonment or discontinuance of steps to enforce any such right, power or remedy, shall preclude such Party from any other or further exercise thereof or the exercise of any other right, power or remedy hereunder.

8.6.   Any notice required or permitted by this Agreement will be deemed sufficient when delivered personally or by internationally recognized overnight courier or sent by email to the relevant address listed above, or forty-eight (48) hours after being deposited in the Canadian or U.S. mail as certified or registered mail with postage prepaid, addressed to the Party to be notified at such Party's address listed above, as such address may be subsequently modified by written notice to the other Party.

8.7.   The Parties shall attempt to resolve any dispute, controversy or claim arising out of or relating to this Agreement (each, a "**Dispute**") by good faith negotiations and consultation between or among themselves.  In the event that such Dispute is not resolved on an informal basis within ninety (90) calendar the parties will submit the Dispute to mediation by a neutral mediator having at least ten (10) years' experience. The Parties covenant that they will use commercially reasonable efforts in participating in the mediation. The Parties agree that the mediator's fees and expenses and the costs incidental to the mediation will be shared equally between the Parties.  If the Parties cannot resolve the Dispute within ninety (90) calendar days of the Mediation, the Parties may (as their sole recourse) initiate confidential arbitration to resolve the Dispute ("**Arbitration**").  Such Arbitration shall be: (i) held in New York, New York; (ii) conducted by a single arbitrator applying New York law; (iii) administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

8.8.   The captions and headings used in this Agreement are inserted for convenience only and shall not affect the meaning or interpretation of this Agreement.  This Agreement

shall be construed fairly according to its terms, without regard to the drafter of any provision hereof.

8.9.    This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same document. Delivery of an executed signature page to this Agreement by facsimile shall be effective to the same extent as if such Party had delivered a manually executed counterpart.

[*Signature Page to Follow*]

**IN WITNESS WHEREOF**, the duly authorized representatives of the Parties have executed this Agreement as of the last date set forth below.

**Platform Life Sceinces Inc.**

By: Edward Joseph Mills

Title: Director

Date: _____

**Latona Biosciences Group**

By: Ross Rheingans-Yoo

Title: Director

Date: _____

*[Signature Page to Services Agreement – June 2022]*

DocuSign Envelope ID: FD6A3E11-D79E-4265-B9A9-A0B25955EE22

## Exhibit A

## Statement of Work for a Third Party Designee

1. <u>The Services:</u>

    1.1. **Name of Latona Third Party Designee – [ENTER NAME]**

    1.2. **Description of Services** – Design, management and performance of the following clinical trial – [**ADD DESCRIPTION OF CLINICAL TRIAL**].

    1.3. **Commencement Date** – _____, 2022.

2. <u>The Fees</u>

    The fees attributable to this Latona Third Party Designee are [**ENTER SUM**].

\* \* \* \* \*

EXHIBIT 56

**From:**       Can Sun[can@ftx.com]

**Sent:**       Sat 6/4/2022 9:55:21 PM (UTC)

**To:**       Amir Sadeh[ASadeh@pearlcohen.com]

**Cc:**       Oz Halabi[OHalabi@pearlcohen.com]; Zeev Pearl[ZPearl@pearlcohen.com]

**Subject:**       Re: PLS SAFE

Hi Amir please use the address below for Ross:

25 Veridian Corporate Center
Western Road
Nassau
The Bahamas

Thanks!

On Thu, Jun 2, 2022 at 12:47 PM Amir Sadeh <ASadeh@pearlcohen.com> wrote:

> Hi Can,
>
> Thanks for the prompt review and response below.
>
> To my understanding, the exhibit should be populated from time to time once the parties identify the relevant projects to be tackled as part of the $15M budget. Hence, the first exhibit will be prepared and attached to the agreement when the first "Third Party Designee" is identified and the respective project description (and associated budget) is discussed between the parties. Let me know if this is what you understood as well.
>
> If needed, I can tweak section 1.1 of the agreement to clarify that the exhibit is the template form to be used by the parties with respect to each such project (or remove it altogether from the agreement and the parties will populate the form prior to launching each such project.
>
> Separately, we are working on the corporate resolutions appointing Ross as a director of PLS. We will send them for review by tomorrow. Can you please provide us with Ross' address to be used in the filing to be made with the British Columbia Corporate Registry?
>
> Best,
>
> Amir

**From:** can@ftx.com <can@ftx.com>
**Sent:** Wednesday, June 1, 2022 6:56 PM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** Oz Halabi <OHalabi@PearlCohen.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** RE: PLS SAFE

*****External Email *****

Actually I just reviewed it on the phone – looks good here. Think we just need to fill in the exhibit and we'll be good to go!

**From:** Amir Sadeh <ASadeh@PearlCohen.com>
**Sent:** Wednesday, June 1, 2022 6:44 PM
**To:** Can Sun <can@ftx.com>
**Cc:** Oz Halabi <OHalabi@PearlCohen.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** Re: PLS SAFE

Sounds challenging…

Thanks for the update, hope to hear back from you soon.

Amir

Sent from my iPhone

Please excuse any iTypos

On Jun 1, 2022, at 18:05, Can Sun <can@ftx.com> wrote:

*****External Email *****

Hey! Sorry been traveling all of last week and this week (been to 5 countries since I got your email below ). Will try to look soon.

On Wed, Jun 1, 2022 at 3:50 PM Amir Sadeh <ASadeh@pearlcohen.com> wrote:

Hi Can,

Hope all is well.

I wanted to follow up on the email below and check the status on your end (PLS folks are breathing down our neck in this respect…)

Thanks!

Amir

---

**From:** can@ftx.com <can@ftx.com>
**Sent:** Thursday, May 26, 2022 11:10 PM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** Zeev Pearl <ZPearl@PearlCohen.com>; Oz Halabi <OHalabi@PearlCohen.com>
**Subject:** RE: PLS SAFE

*****External Email *****

Thank you Amir! Appreciate your taking the first draft – this looks pretty reasonable to me. Let me check in with Ross on a few items and I'll get back to

you soon.

---

**From:** Amir Sadeh <ASadeh@PearlCohen.com>
**Sent:** Thursday, May 26, 2022 11:03 PM
**To:** Can Sun <can@ftx.com>
**Cc:** Zeev Pearl <ZPearl@PearlCohen.com>; Oz Halabi
<OHalabi@PearlCohen.com>
**Subject:** RE: PLS SAFE


Hi Can,


Please find attached the proposed draft of the services agreement. We tried to
keep it as straight forward and simple as possible, while capturing the parties'
intent.


Please review and let us know if you have any comments or wish to discuss. I
am sending this email only to you, for now, so that we can exchange drafts
without clogging the principals' inboxes.


Best,

Amir



---

**From:** can@ftx.com <can@ftx.com>
**Sent:** Thursday, May 26, 2022 3:46 AM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** 'Ed Mills' <emills@platformlifesciences.com>; 'Michael Zimmerman'
<mzimmerman@platformlifesciences.com>; Oz Halabi
<OHalabi@PearlCohen.com>; 'Ross Rheingans-Yoo'
<ross@ftxfoundation.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** RE: PLS SAFE

*****External Email *****

Great thank you.

---

**From:** Amir Sadeh <ASadeh@PearlCohen.com>
**Sent:** Thursday, May 26, 2022 12:29 AM
**To:** can@ftx.com
**Cc:** Ed Mills <emills@platformlifesciences.com>; Michael Zimmerman <mzimmerman@platformlifesciences.com>; Oz Halabi <OHalabi@PearlCohen.com>; Ross Rheingans-Yoo <ross@ftxfoundation.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** Re: PLS SAFE

Hi Can,

Hope all is well.

I wanted to provide a quick update - we have discussed this internally and started working on the draft. We are aiming to send it over tomorrow.

Best,

Amir

Sent from my iPhone

Please excuse any iTypos

On May 24, 2022, at 13:00, can@ftx.com wrote:

*****External Email *****

Hey Amir and PC team – hope you're doing well! Shall we also paper the additional $15M too? We can do it as a services arrangement with $15M cash advance (prepayment) but not tied to it – feel free to propose anything that might work better for you for taxes, optics etc.


Best,

Can



**From:** Amir Sadeh <[ASadeh@PearlCohen.com](mailto:ASadeh@PearlCohen.com)>
**Sent:** Saturday, April 30, 2022 8:31 PM
**To:** Can Sun <[can@ftx.com](mailto:can@ftx.com)>
**Cc:** Ed Mills <[emills@platformlifesciences.com](mailto:emills@platformlifesciences.com)>; Michael Zimmerman <[mzimmerman@platformlifesciences.com](mailto:mzimmerman@platformlifesciences.com)>; Oz Halabi <[OHalabi@PearlCohen.com](mailto:OHalabi@PearlCohen.com)>; Ross Rheingans-Yoo <[ross@ftxfoundation.com](mailto:ross@ftxfoundation.com)>; Zeev Pearl <[ZPearl@PearlCohen.com](mailto:ZPearl@PearlCohen.com)>
**Subject:** RE: FW: PLS SAFE


Hi Can,


Thank you for the prompt review and response. Great news.


I understand that the parties have agreed that Latona Bioscience Group will be the entity making the investment on your end. We will update the SAFE accordingly and send it out for execution via Docusign. Otherwise, we are good to go here.


Best,

Amir

**From:** Can Sun <can@ftx.com>
**Sent:** Friday, April 29, 2022 11:44 PM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** Ed Mills <emills@platformlifesciences.com>; Michael Zimmerman <mzimmerman@platformlifesciences.com>; Oz Halabi <OHalabi@PearlCohen.com>; Ross Rheingans-Yoo <ross@ftxfoundation.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** Re: FW: PLS SAFE

*****External Email *****

Thanks Amir. This looks good - we're good to go! I believe there was also some discussion about whether to use PLS or Latona. We're good either ways - just let us know what you prefer.

On Fri, Apr 29, 2022 at 7:23 PM Amir Sadeh <ASadeh@pearlcohen.com> wrote:

Hi Can,

Thank you for your time earlier this afternoon.

Please find attached an updated version of the SAFE (clean and marked against yesterday's draft). Please review and let us know if you have any further comments.

Best,

Amir

**From:** Can Sun <can@ftx.com>
**Sent:** Thursday, April 28, 2022 9:36 PM
**To:** Zeev Pearl ZPearl@PearlCohen.com
**Cc:** Amir Sadeh ASadeh@PearlCohen.com; Ed Mills
emills@platformlifesciences.com; Michael Zimmerman
<mzimmerman@platformlifesciences.com>; Oz Halabi
<OHalabi@PearlCohen.com>; Ross Rheingans-Yoo
<ross@ftxfoundation.com>
**Subject:** Re: FW: PLS SAFE

<span style="color:red">*****External Email *****</span>

Yup sounds good - how about 4pm or 430pm ET?

On Thu, Apr 28, 2022 at 9:22 PM Zeev Pearl
<ZPearl@pearlcohen.com> wrote:

Hi Can,

Confirmed with our team.

Can you, Amir and I hop on a call tomorrow to move things
along following the understanding of the biz folks.

Thank you,

Zeev

**From:** Can Sun <can@ftx.com>
**Date:** Thursday, April 28, 2022 at 8:45 PM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** Oz Halabi <OHalabi@PearlCohen.com>, Ross Rheingans-

Yoo <[ross@ftxfoundation.com](mailto:ross@ftxfoundation.com)>, Zeev Pearl
<[ZPearl@PearlCohen.com](mailto:ZPearl@PearlCohen.com)>
**Subject:** Re: FW: PLS SAFE

<span style="color:red">*****External Email *****</span>

Hi team,

Just got another update - I heard that the valuation should be $65M pre, $100M post money. Could you help confirm with your client?

Thank you!

Can

On Thu, Apr 28, 2022 at 2:52 PM <[can@ftx.com](mailto:can@ftx.com)> wrote:

Hi Amir,

Thanks for sending this over. Just one minor tweak in the attached. Also discussed with Ross on the Safe Price. A couple of thoughts:

• On the Safe Price – we appreciate the tiered approach but also think this is being over-complicated. Can we just make it simple by defining the Safe price as the next round price subject to a $85M cap (INCLUSIVE of this Safe)? We understand that the agreed to economics is $50M pre-money, so it should be $85M pre-money in the next round inclusive of this Safe. Mathematically this would actually be better for the company until the next roudn valuation goes >$106.25M.
• Can we also add a simple MFN provision for other

convertible securities issued prior to the next round?
(again, the YCombinator formulation is totally fine with us)
• Can we add a simple board observer right into the SAFE as well?
• We understand that Platform would also like an additional $15M cash advance for future trials. Any thoughts on how best to structure this? We're thinking of a simple loan with 2 year maturity and negligible interest (whatever the minimum AFR required by the CRA) but open to other thoughts as well.

Look forward to your thoughts – thank you.

Best,

Can

**From:** Amir Sadeh <<u>ASadeh@PearlCohen.com</u>>
**Sent:** Thursday, April 28, 2022 1:41 PM
**To:** <u>can@ftx.com</u>
**Cc:** Oz Halabi <<u>OHalabi@PearlCohen.com</u>>; Zeev Pearl <<u>ZPearl@PearlCohen.com</u>>
**Subject:** RE: FW: PLS SAFE

Hi Can,

Please find attached an updated version of the SAFE (redline + clean), further to internal discussion with our client.

As you will note, it seems that we are aligned on the economics, in the sense that the $85M is the baseline "Floor Valuation" of the next round, while FTX gets downside protection if the next round's valuation is lower than that.

Please review and let us know if you have any further comments.


On another note – I understand that the principals also agreed that FTX will have the right to appoint a director. Please let us know who will serve as the director on your behalf so that we can incorporate this item into the corporate consents approving the financing.


Best,

Amir


**From:** can@ftx.com <can@ftx.com>
**Sent:** Wednesday, April 27, 2022 10:28 PM
**To:** Amir Sadeh <ASadeh@PearlCohen.com>
**Cc:** Oz Halabi <OHalabi@PearlCohen.com>; Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** RE: FW: PLS SAFE



*****External Email *****

Thanks Amir! Sounds good on both points below. I think we might need a call cos our biz team is telling me that the understanding was $35M investment at a $50M pre-money valuation.


Is there a good time say on Friday?


**From:** Amir Sadeh <ASadeh@PearlCohen.com>

**Sent:** Wednesday, April 27, 2022 8:37 PM
**To:** Can Sun <can@ftx.com>
**Cc:** Oz Halabi <OHalabi@PearlCohen.com>; Zeev Pearl
<ZPearl@PearlCohen.com>
**Subject:** RE: FW: PLS SAFE

Hi Can,

Pleasure to e-meet you.

I wanted to follow up and respond to the other 2 comments
included in the draft you sent earlier, as follows:

- Section 1(a) – indeed, should be "Safe Shares". Thanks
  for noticing.
- "Company Capitalization" definition – we have seen
  both alternatives being used just as frequent (as far as it
  relates to the pool increase in the context of the next
  round), thus opted to keep it aligned with the generic YC-
  Safe.

In any event, I understand that we are waiting to hear back from
you once you have had a chance to discuss the economics
internally.

Best,

Amir

**From:** Zeev Pearl <ZPearl@PearlCohen.com>
**Sent:** Wednesday, April 27, 2022 1:36 PM
**To:** Can Sun <can@ftx.com>
**Cc:** Amir Sadeh <ASadeh@PearlCohen.com>; Oz Halabi

<OHalabi@PearlCohen.com>
**Subject:** Re: FW: PLS SAFE

THX a lot

Zeev

**From:** Can Sun <can@ftx.com>
**Date:** Wednesday, April 27, 2022 at 1:23 PM
**To:** Zeev Pearl <ZPearl@PearlCohen.com>
**Cc:** Amir Sadeh <ASadeh@PearlCohen.com>, Oz Halabi
<OHalabi@PearlCohen.com>
**Subject:** Re: FW: PLS SAFE

*****External Email *****

Gotcha not at all. I'm just out of the loop. Let me catch up with
Ross and we'll come back to you!

On Wed, Apr 27, 2022 at 1:05 PM Zeev Pearl
<ZPearl@pearlcohen.com> wrote:

Can,

Thx a lot for your prompt response in particular in such a hectic
time. Goodluck with Crypto Bahamas.

We have tried to reflect what we understand is the biz
understanding protecting FTX if the next round is under
$100M, keeping the valuation at $100M as discussed within the
20% discount stripe and providing FTX a discount of 20% if
the next round is at a higher valuation.

Would you prefer a different mechanism?

I have copied my partner Amir who gets full credit for the docs, also Oz our tax partner.

Best,

Zeev

---

**From:** can@ftx.com <can@ftx.com>
**Date:** Wednesday, April 27, 2022 at 1:00 PM
**To:** Zeev Pearl <ZPearl@PearlCohen.com>
**Subject:** RE: PLS SAFE

<span style="color:red">*****External Email *****</span>

Hey Zeev!

Thanks so much for this. We actually just kicked off Crypto Bahamas () https://www.cryptobahamas.com/agendatoday and things are pretty hectic -- not sure if I can sort out my calendar in the next day or two.

But in the meantime, I've reviewed the SAFE and it looks pretty clean. Just a few minor tweaks attached. And I apologize for sending to you in this format – I'm running around between meetings today at the conference.

The only item that I think we need to discuss is the conversion price. I've not heard about the <$100M, $100-125M, and

>$125M mechanics before this. Do you know if that has been discussed with the principals?


Best,

Can


---

**From:** Zeev Pearl <ZPearl@PearlCohen.com>
**Sent:** Wednesday, April 27, 2022 12:16 PM
**To:** Can Sun <can@ftx.com>
**Subject:** PLS SAFE


Hi Can,

Enclosed is the proposed SAFE, a marked-up version against the Y-combinator format and a clean one are enclosed.

Can we have a short call to align and then get the teams on both ends involved?

Best,

Zeev


---

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.


**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you confirm the sender and know the content is safe.

EXHIBIT 57

THIS INSTRUMENT AND ANY SECURITIES ISSUABLE PURSUANT HERETO HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES OF AMERICA SECURITIES ACT OF 1933, AS AMENDED (THE "**SECURITIES ACT**"), OR UNDER THE SECURITIES LAWS OF CERTAIN STATES OR OTHER JURISDICTIONS ("**APPLICABLE SECURITIES LAWS**"). THESE SECURITIES MAY NOT BE OFFERED, SOLD OR OTHERWISE TRANSFERRED, PLEDGED OR HYPOTHECATED EXCEPT AS PERMITTED IN THIS SAFE AND UNDER APPLICABLE SECURITIES LAWS PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT OR AN EXEMPTION THEREFROM.

UNLESS PERMITTED UNDER APPLICABLE SECURITIES LAWS, THE HOLDER OF THIS SECURITY MUST NOT TRADE THE SECURITY BEFORE THE DATE THAT IS 4 MONTHS AND A DAY AFTER THE LATER OF (I) THE DATE OF ISSUANCE OF THIS SECURITY OR (II) THE DATE THE ISSUER BECAME A REPORTING ISSUER IN ANY PROVINCE OR TERRITORY.

## PLATFORM LIFE SCIENCES INC.

### SAFE
### (Simple Agreement for Future Equity)

THIS CERTIFIES THAT in exchange for the payment by Latona Bioscience Group (the "**Investor**") of **US$35,000,000** (the "**Purchase Amount**") on or about May 2, 2022, Platform Life Sciences Inc., a corporation organized under the laws of British Columbia, Canada (the "**Company**"), hereby issues to the Investor the right to certain of the Company's Capital Shares, subject to the terms described below.

1.  *Events*

(a)  **Equity Financing.**  If there is an Equity Financing before the termination of this Safe, on the initial closing of such Equity Financing, this Safe will automatically convert into the number of Safe Shares equal to the Purchase Amount divided by the Safe Price.

In connection with the automatic conversion of this Safe into Equity Financing Shares or Safe Shares, the Investor will execute and deliver to the Company all of the transaction documents related to the Equity Financing; *provided*, that such documents (i) are the same documents to be entered into with the purchasers of Equity Financing Shares, with appropriate variations for the Safe Shares, if applicable; and (ii) have customary exceptions to any drag-along applicable to the Investor, including (without limitation) limited representations, warranties, liability and indemnification obligations for the Investor.

(b)  **Liquidity Event.** If there is a Liquidity Event before the termination of this Safe, the holder of this Safe will automatically be entitled (subject to the liquidation priority set forth in Section 1(d) below) to receive a portion of Proceeds, due and payable to the Investor immediately prior to, or concurrent with, the consummation of such Liquidity Event, equal to the greater of (i) the Purchase Amount (the "**Cash-Out Amount**") or (ii) the amount payable on the number of Common Shares equal to the Purchase Amount divided by the Liquidity Price (the "**Conversion Amount**"). If any of the Company's securityholders are given a choice as to the form and amount of Proceeds to be received in a Liquidity Event, the Investor will be given the same choice, *provided* that the Investor may not choose to receive a form of consideration that the Investor would be ineligible to receive as a result of the Investor's failure to satisfy any requirement or limitation generally applicable to the Company's securityholders, or under any applicable laws.

Notwithstanding the foregoing, in connection with a Change of Control intended to qualify as a tax-free reorganization, the Company may reduce the cash portion of Proceeds payable to the Investor by the amount determined by its board of directors in good faith for such Change of Control to qualify as a tax-free reorganization, provided that such reduction (A) does not reduce the total Proceeds payable to such Investor and (B) is applied in the same manner and on a pro rata basis to all securityholders who have equal priority to the Investor under Section 1(d).

(c) **Dissolution Event**. If there is a Dissolution Event before the termination of this Safe, the Investor will automatically be entitled (subject to the liquidation priority set forth in Section 1(d) below) to receive a portion of Proceeds equal to the Cash-Out Amount, due and payable to the Investor immediately prior to the consummation of the Dissolution Event.

(d) **Liquidation Priority**.  In a Liquidity Event or Dissolution Event, this Safe is intended to operate like standard non-participating Preferred Shares.  The Investor's right to receive its Cash-Out Amount is:

(i)     Junior to payment of outstanding indebtedness and creditor claims, including contractual claims for payment and convertible promissory notes (to the extent such convertible promissory notes are not actually or notionally converted into Capital Shares);

(ii)     On par with payments for other Safes and/or Preferred Shares (to the extent any are issued and outstanding as of the closing or occurrence of the Liquidity Event or Dissolution Event), and if the applicable Proceeds are insufficient to permit full payments to the Investor and such other Safes and/or Preferred Shares, the applicable Proceeds will be distributed pro rata to the Investor and such other Safes and/or Preferred Shares in proportion to the full payments that would otherwise be due; and

(iii)     Senior to payments for Common Shares.

The Investor's right to receive its Conversion Amount is (A) on par with payments for Common Shares and other Safes and/or Preferred Shares (to the extent any are issued and outstanding as of the closing or occurrence of the Liquidity Event or Dissolution Event) who are also receiving Conversion Amounts or Proceeds on a similar as-converted to Common Share basis, and (B) junior to payments described in clauses (i) and (ii) above (in the latter case, to the extent such payments are Cash-Out Amounts or similar liquidation preferences).

(e) **Termination.** This Safe will automatically terminate (without relieving the Company of any obligations arising from a prior breach of or non-compliance with this Safe) immediately following the earliest to occur of: (i) the issuance of Capital Shares to the Investor pursuant to the automatic conversion of this Safe under Section 1(a); or (ii) the payment, or setting aside for payment, of amounts due the Investor pursuant to Section 1(b) or Section 1(c).

2.   *Definitions*

"**Capital Shares**" means the shares in the capital of the Company, including, without limitation, the "**Common Shares**" and the "**Preferred Shares**."

"**Change of Control**" means (i) a transfer  (whether  by merger,  consolidation, exchange or  otherwise), in  one  transaction  or  a  series  of related transactions, to a person or group of affiliated persons (other than an underwriter of the Company's securities), of the Company's securities or Capital Shares if, after such closing, such person or group of affiliated persons would hold at least a majority of the total voting power represented by the outstanding voting securities of the Company or such other surviving or resulting entity, (ii) any reorganisation, scheme of arrangement, merger, amalgamation or other consolidation of the Company, other than a transaction or series of related transactions in which the holders of the voting securities of the Company outstanding immediately prior to such transaction or series of related transactions retain, immediately after such transaction or series of related transactions, at least a majority of the total voting power represented by the outstanding voting securities of the Company or such other surviving or resulting entity or (iii) a sale, lease or other disposition of all or substantially all of the assets of the Group Companies.

"**Common Shares**" means the Company's common shares, having no par value.

2

DocuSign Envelope ID: F9145481-AAA7-457E-A7D5-B6542188C9B5

"**Company Capitalization**" is calculated as of immediately prior to the initial closing of the Equity Financing and (without double-counting) includes all of the following components and/or securities: (i) all shares issued and outstanding in the Capital Shares of the Company; (ii) all Converting Securities; (iii) all issued and outstanding Options; (iv) all Promised Options; and (v) the Unissued Option Pool; provided, however, that the term Company Capitalization shall exclude any increases to the Unissued Option Pool (except to the extent necessary to cover Promised Options that exceed the Unissued Option Pool) in connection with the Equity Financing.

"**Converting Securities**" includes this Safe and other convertible securities issued by the Company, including but not limited to: (i) other Safes; (ii) convertible promissory notes and other convertible debt instruments; and (iii) convertible securities that have the right to convert into Capital Shares.

"**Direct Listing**" means (i) the Company's initial listing of its Common Shares (other than Common Shares not eligible for resale under Rule 144 under the Securities Act) on a national securities exchange in the United States by means of an effective registration statement on Form F-1 or Form S-1 filed by the Company with the United States Securities and Exchange Commission that registers the Company's existing Capital Shares for resale, as approved by the Company's board of directors, or (ii) any analogous listing not involving any underwritten offering of securities in any exchange located in a jurisdiction other than the United States. For the avoidance of doubt, a Direct Listing shall not be deemed to be an underwritten offering and shall not involve any underwriting services.

"**Dissolution Event**" means (i) a voluntary termination of operations, (ii) a general assignment for the benefit of the Company's creditors or (iii) any other liquidation, dissolution or winding up of the Company (excluding a Liquidity Event), whether voluntary or involuntary.

"**Dividend Amount**" means, with respect to any date on which the Company pays a dividend on its outstanding Common Shares, the amount of such dividend that is paid per Common Share multiplied by (x) the Purchase Amount divided by (y) the Liquidity Price (treating the dividend date as a Liquidity Event solely for purposes of calculating such Liquidity Price).

"**Equity Financing**" means a bona fide transaction or series of transactions with the principal purpose of raising capital, pursuant to which the Company issues and sells Capital Shares at a fixed valuation.

"**Equity Financing Shares**" means the class, series and/or type of shares issued to the investors investing new money in the Company in connection with the initial closing of the Equity Financing.

"**Group Companies**" means the Company and the Company's subsidiaries from time to time.

"**Initial Public Offering**" means the closing of the Company's first firm commitment underwritten initial public offering of Common Shares in conjunction with the listing of such Common Shares on any securities exchange, which shall be deemed to have occurred upon the consummation of the listing transaction as prescribed under the listing rules of the applicable securities exchange.

"**Liquidity Capitalization**" is calculated as of immediately prior to the closing of the Liquidity Event and (without double-counting) includes all of the following components and/or securities: (i) all shares issued and outstanding in the Capital Shares of the Company; (ii) issued and outstanding Options and (to the extent receiving Proceeds) Promised Options; and (iii) all Converting Securities, other than any Safes and other convertible securities (including without limitation Preferred Shares) where the holders of such securities are receiving Cash-Out Amounts or similar liquidation preference payments in lieu of Conversion Amounts or similar "as-converted" payments; provided, however, that the term Liquidity Capitalization shall exclude the Unissued Option Pool.

"**Liquidity Event**" means a Change of Control, a Direct Listing or an Initial Public Offering.

DocuSign Envelope ID: F9145481-AAA7-467E-A7D5-B663A2188C9B

"**Liquidity Price**" means the price per share equal to the fair market value of the Common Shares at the time of the Liquidity Event, as determined by reference to the purchase price payable in connection with such Liquidity Event, provided that such price shall not exceed the Safe Price.

"**Options**" includes options, restricted share awards or purchases, restricted share units, share appreciation rights, warrants or similar securities, whether vested or unvested.

"**Preferred Shares**" means the Company's preferred shares or preference shares or such other similarly named class of share in the Company (if and to the extent issued by the Company).

"**Proceeds**" means cash and other assets (including without limitation share consideration) that are proceeds from the Liquidity Event or the Dissolution Event, as applicable, and legally available for distribution.

"**Promised Options**" means promised but ungranted Options that are the greater of those (i) promised pursuant to agreements or understandings made prior to the execution of, or in connection with, the term sheet or letter of intent for the Equity Financing or Liquidity Event, as applicable (or the initial closing of the Equity Financing or the consummation of the Liquidity Event, if there is no term sheet or letter of intent), (ii) in the case of an Equity Financing, treated as outstanding Options in the calculation of the Equity Financing Shares' price per share, or (iii) in the case of a Liquidity Event, treated as outstanding Options in the calculation of the distribution of the Proceeds.

"**Safe**" means an instrument containing a future right to Capital Shares, similar in form and content to this instrument, purchased by investors for the purpose of funding the Company's business operations.  References to "this Safe" mean this specific instrument.

"**Safe Shares**" means the class, series and/or type of shares issued to the Investors in an Equity Financing, having the identical rights, privileges, preferences and restrictions as the Equity Financing Shares, other than (if applicable and to the extent the Equity Financing Shares are of a certain series of Preferred Shares) with respect to: (i) the per share liquidation preference and the initial conversion price for purposes of price-based anti-dilution protection, which will equal the Safe Price; (ii) the basis for any dividend rights, which will be based on the Safe Price; and (iii) to the extent applicable, the basis for the redemption price, which will be based on the Safe Price.

"**Safe Price**" means a price per share calculated as follows: (x) a Company valuation of $65,000,000 on a fully diluted basis immediately prior to the closing of the Equity Financing or Liquidity Event, as the case may be; *divided by* (y) (i) in case of Equity Financing – the Company Capitalization, or (ii) in case of Liquidity Event – the Liquidity Capitalization.

"**Unissued Option Pool**" mean all shares that are reserved and available for future grant and not subject to any outstanding Options or Promised Options under any equity incentive or similar Company plan.

3. *Company Representations*

(a)  The Company is a corporation duly organized, validly existing and in good standing under the laws of its jurisdiction of incorporation, and has the power and authority to own, lease and operate its properties and carry on its business as now conducted.

(b)  The execution, delivery and performance by the Company of this Safe is within the power of the Company and has been duly authorized by all necessary actions on the part of the Company (subject to Section 3(d)). This Safe constitutes a legal, valid and binding obligation of the Company, enforceable against the Company in accordance with its terms, except as limited by bankruptcy, insolvency or other laws of general application relating to or affecting the enforcement of creditors' rights generally and general principles of equity.  To its knowledge, the Company is not in violation of (i) its current Articles of Association; (ii) any material statute, rule or regulation

applicable to the Company; or (iii) any material debt or contract to which the Company is a party or by which it is bound, where, in each case, such violation or default, individually, or together with all such violations or defaults, could reasonably be expected to have a material adverse effect on the Company.

(c)  The performance and consummation of the transactions contemplated by this Safe do not and will not: (i) violate any material judgment, statute, rule or regulation applicable to the Company; (ii) result in the acceleration of any material debt or contract to which the Company is a party or by which it is bound; or (iii) result in the creation or imposition of any security interest, encumbrance or lien on any property, asset or revenue of the Company or the suspension, forfeiture, or nonrenewal of any material permit, license or authorization applicable to the Company, its business or operations.

(d)  No consents or approvals are required in connection with the performance of this Safe, other than: (i) the Company's corporate approvals; (ii) any qualifications or filings under Applicable Securities Laws; and (iii) necessary corporate approvals for the authorization of Capital Shares issuable pursuant to Section 1.

(e)  To its knowledge, the Company owns or possesses (or can obtain on commercially reasonable terms) sufficient legal rights to all patents, trademarks, service marks, trade names, copyrights, trade secrets, licenses, information, processes and other intellectual property rights necessary for its business as now conducted and as currently proposed to be conducted, without any conflict with, or infringement of the rights of, others.

(f)  [The Company qualifies as a "private issuer", as such term is defined in Ontario pursuant to Section 73.4 of the *Securities Act* (Ontario) and elsewhere in Canada under National Instrument 45-106 – *Prospectus Exemptions*, and is not a reporting issuer, as such term is defined in the *Securities Act* (Ontario).[1]]

4.  ***Investor Representations***

(a)  The Investor has full legal capacity, power and authority to execute and deliver this Safe and to perform its obligations hereunder. This Safe constitutes valid and binding obligation of the Investor, enforceable in accordance with its terms, except as limited by bankruptcy, insolvency or other laws of general application relating to or affecting the enforcement of creditors' rights generally and general principles of equity.

(b)  The Investor is an accredited investor as such term is defined in: (x) if the investor is resident in the United States, Rule 501 of Regulation D under the Securities Act, and/or (y) under applicable Canadian securities laws, shall provide evidence of the same if requested by the Company, and acknowledges and agrees that if not an accredited investor at the time of an Equity Financing, the Company may void this Safe and return the Purchase Amount. The Investor has been advised that this Safe and the underlying securities have not been registered under the Securities Act, or any state, federal or provincial securities laws and, therefore, cannot be resold unless they are covered by a prospectus filed under applicable Canadian securities laws, registered under the Securities Act and applicable state securities laws or unless an exemption from such registration requirements is available. The Investor is purchasing this Safe and the securities to be acquired by the Investor hereunder for its own account for investment, not as a nominee or agent, and not with a view to, or for resale in connection with, the distribution thereof, and the Investor has no present intention of selling, granting any participation in, or otherwise distributing the same. The Investor has such knowledge and experience in financial and business matters that the Investor is capable of evaluating the merits and risks of such investment, is able to incur a complete loss of such investment without impairing the Investor's financial condition and is able to bear the economic risk of such investment for an indefinite period of time.

(c)  The Investor understands that the Company may be required to provide any one or more of the Canadian securities regulators or other regulatory agencies with the name, residential address, telephone number and e-mail

---

[1] NTD: to be reviewed and (if needed) adjusted by company's CA counsel.

DocuSign Envelope ID: F9145481-AAA7-467F-A7D5-B65342188C9B

address of such Investor as well as information regarding the number, aggregate purchase price and type of securities purchased under this Safe and the Investor hereby consents to and authorizes the foregoing use and disclosure of such information.

     **5.** *"MFN" Amendment Provision*. If the Company issues, following the date hereof and prior to termination of this Safe in accordance with the terms of Section 1(e) above, any subsequent Converting Securities with terms more favorable than those of this Safe (including, without limitation, a valuation cap and/or discount), the Company will promptly provide the Investor with written notice thereof, together with a copy of such subsequent Converting Securities (the "**MFN Notice**") and, upon written request of the Investor, any additional information related to such subsequent Converting Securities as may be reasonably requested by the Investor. In the event the Investor determines that the terms of the subsequent Converting Securities are preferable to the terms of this instrument, the Investor will notify the Company in writing within 10 days of the receipt of the MFN Notice. Promptly after receipt of such written notice from the Investor, the Company agrees to amend and restate this instrument to be identical to the instrument(s) evidencing the subsequent Converting Securities.

     **6.** *Board Participation Rights*. Until the closing of a Liquidity Event, the Investor shall have the right to appoint, in its sole discretion: (i) one (1) member to the Board of Directors of the Company, or (ii) one (1) non-voting observer who shall be entitled to participate in all meetings of the Board of Directors and to receive all material and information provided to the members of the Board, subject to the execution by such observer of a standard non-disclosure agreement.

     **7.** *Miscellaneous*

        (a) Any provision of this Safe may be amended, waived or modified by written consent of the Company and the Investor.

        (b) Any notice required or permitted by this Safe will be deemed sufficient when delivered personally or by internationally recognized overnight courier or sent by email to the relevant address listed on the signature page, or 48 hours after being deposited in the Canadian or U.S. mail as certified or registered mail with postage prepaid, addressed to the party to be notified at such party's address listed on the signature page, as subsequently modified by written notice.

        (c) The Investor is not entitled, as a holder of this Safe, to vote or be deemed a holder of Capital Shares for any purpose other than tax purposes, nor will anything in this Safe be construed to confer on the Investor, as such, any rights of a Company shareholder or rights to vote for the election of directors or on any matter submitted to Company shareholders, or to give or withhold consent to any corporate action or to receive notice of meetings, until shares have been issued on the terms described in Section 1. However, if the Company pays a dividend on outstanding Common Shares (that is not payable in Common Shares) while this Safe is outstanding, the Company will pay the Dividend Amount to the Investor at the same time.

        (d) Neither this Safe nor the rights in this Safe are transferable or assignable, by operation of law or otherwise, by either party without the prior written consent of the other; *provided, however*, that this Safe and/or its rights may be assigned without the Company's consent by the Investor (i) to the Investor's estate, heirs, executors, administrators, guardians and/or successors in the event of the Investor's death or disability, or (ii) to any other entity who directly or indirectly, controls, is controlled by or is under common control with the Investor, including, without limitation, any general partner, managing member, officer or director of the Investor, or any venture capital fund now or hereafter existing which is controlled by one or more general partners or managing members of, or shares the same management company with, the Investor; and *provided, further*, that the Company may assign this Safe in whole, without the consent of the Investor, in connection with a reincorporation to change the Company's domicile.

DocuSign Envelope ID: F9145481-AAA7-457E-A7D5-B65342188C9E

(e)  In the event any one or more of the provisions of this Safe is for any reason held to be invalid, illegal or unenforceable, in whole or in part or in any respect, or in the event that any one or more of the provisions of this Safe operate or would prospectively operate to invalidate this Safe, then and in any such event, such provision(s) only will be deemed null and void and will not affect any other provision of this Safe and the remaining provisions of this Safe will remain operative and in full force and effect and will not be affected, prejudiced, or disturbed thereby.

(f)  The parties agree that this Safe (and all the rights and obligations hereunder) shall be governed by the laws of the Province of British Columbia and the federal laws of Canada applicable therein. Each party hereby submits to the exclusive jurisdiction of the Courts of Vancouver, British Columbia.

(g)  Unless otherwise stated herein, all references to "$" or "Dollars" shall refer to lawful currency of the United States of America.

(h)  The parties acknowledge and agree that for United States federal and state income tax purposes this Safe is, and at all times has been, intended to be characterized as "stock," and more particularly as "common stock" for purposes of Sections 304, 305, 306, 354, 368, 1036 and 1202 of the Internal Revenue Code of 1986, as amended. Accordingly, the parties agree to treat this Safe consistent with the foregoing intent for all United States federal and state income tax purposes (including, without limitation, on their respective tax returns or other informational statements).

*(Signature page follows)*

IN WITNESS WHEREOF, the undersigned have caused this Safe to be duly executed and delivered.

**PLATFORM LIFE SCIENCES INC.**

By: *Edward Mills*
⎣7CB7E84714A5433

Edward Joseph Mills, Director

Address: 506-1505 W 2nd Ave.,
Vancouver, BC V6H 3Y4

Email: emills@platformlifesciences.com

**INVESTOR:** Latona
Bioscience
Group

By: *Ross Rheingans-Yoo*

Name: Ross Rheingans-Yoo

Title: Director

                     P.O. Box N-7525, Nassau, The Bahamas
Address:_____

_____

Email: ross@ftxfoundation.com

EXHIBIT 58

| | |
|---|---|
| **From:** | Michael Zimmerman[mzimmerman@platformlifesciences.com] |
| **Sent:** | Sun 5/15/2022 1:13:05 AM (UTC) |
| **To:** | Ross Rheingans-Yoo[ross@ftxfoundation.com]; josephine@ftx.com[josephine@ftx.com] |
| **Cc:** | Ross Rheingans-Yoo[ross@ftxfoundation.com]; Ed Mills[emills@platformlifesciences.com] |
| **Subject:** | Re: Checking-in |
| **Attachment:** | FTX Foundaton_01_30Jan2022[40].docx |

Hi Josephine – Please see attached all the wiring information in a template that we used before.

Ross – We set a meeting for 1:00pm on Monday with your Calendly (confirmed). For some reason I did not get invite yet.

Thanks

## Confirmed

You are scheduled with Ross Rheingans-Yoo.

● **25-minute Google Meet**

📅 1:00pm - 1:25pm, Monday, May 16, 2022

🌐 Pacific Time - US & Canada

🎥 Web conferencing details to follow.

**A calendar invitation has been sent to your email address.**

### Simple. Automated. Scheduling.

emills@platformlifesciences.com    **Sign up free**

No credit card required.

**From:** Ross Rheingans-Yoo <ross@ftxfoundation.com>
**Date:** Friday, May 13, 2022 at 2:19 PM

**To:** Michael Zimmerman <mzimmerman@platformlifesciences.com>
**Cc:** Ross Rheingans-Yoo <ross@ftxfoundation.com>, Ed Mills
<emills@platformlifesciences.com>, josephine@ftx.com <josephine@ftx.com>
**Subject:** Re: Checking-in

Hi Michael,

Feel free to grab a time on https://calendly.com/rossry whenever works for you.

In terms of signing timeline, the thing holding us up is confirmation of the new nonprofit entity into
the national companies register. Our counsel has been calling them every day this week; if we still
have no reply by close of play today, I'll ask our external counsel if there's anything we can do to
expedite.

When the registration is confirmed, we can have the docs signed that same day.

Looking ahead to the steps after, we'll need wire info from you to send the funds without further
delay. I've cc'd Josephine on our end, who should be able to arrange so that we're ready to send as
soon as the docs are papered.

Best,
Ross

On Thu, May 12, 2022, 17:17 Michael Zimmerman <mzimmerman@platformlifesciences.com> wrote:
Hey Ross – I hope all is well, and you have completed your travels successfully. A lot of momentum
on PLS side. We would like to touch base with you and get a sense for the funding timeline. Can we
set a call for 30min?

Thank you
Michael Z

**Platform LifeSciences Inc.**

# INVOICE

4245 Nautilus Close
Vancouver, British Columbia, Canada
emills@platformlifesciences.com
778-317-8530

INVOICE # 01
DATE: 30JAN221

**TO:**
FTX Trading Inc.
**Attention: Ross Rheingans-Yoo**
ross@ftxfondation.com
**CC: Josephine Chan**
Josephine@ftx.com

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL USD |
|----------|-------------|------------|-----------|
|          |             |            |           |
|          |             | **TOTAL DUE** |        |

**Wire Instructions for Platform LifeSciences Inc.**

Bank Name: Canadian Imperial Bank of Commerce (CIBC)
Bank Address: 400 Burrard St., Vancouver, BC., V6C 3A6, Canada
Name on Account Platform LifeSciences Inc.
Bank Account # USD #0214116
Bank Routing Code: transit 00010 / institution 0010
SWIFT Code: CIBCCATT
Bank US Correspondent: Wells Fargo Bank, N.A. 375 Park Avenue, New York, NY. Swift PNBPUS3NNYC, ABA #026 005 092

# EXHIBIT 59



# <u>DOMESTIC INCOMING WIRE INSTRUCTIONS</u>

**Receiving Bank Routing Number**: ███████

**Receiving Bank Name**: Silvergate Bank

**Receiving Bank Address**:
4250 Executive Square
Suite 300
La Jolla, CA 92037

**Beneficiary Name**: Alameda Research LTD

**Beneficiary Address**:
Tortola Pier Park, Bldg. I
Second Floor, Wickham Cay I.
Road Town, Tortola
British Virgin Islands

**Beneficiary Account Number**: ████4456 (Market Making)
████4464 (Operating)

# EXHIBIT 60

 Silvergate

ALAMEDA RESEARCH LTD
OPERATING
TORTOLA PIER PARK, BLDG. I SECOND FLOOR
WICKHAM CAY I. ROAD TOWN TORTOLA
BRITISH VIRGIN ISLAN

Page          1 of 2

Account Number:      ******4464
Date                          04/29/22

## STATEMENT SUMMARY AS OF    04/29/22

| Account Name | Account Number | Interest Paid In 2021 | Balance |
|---|---|---|---|
| ACCOUNT ANALYSIS STANDARD | XXXXXX4464 | ██ | ████████ |

| ALAMEDA RESEARCH LTD | ACCOUNT ANALYSIS STANDARD | ACCT | ******4464 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

Beginning Balance
Deposits / Misc Credits
Withdrawals / Misc Debits
** Ending Balance
Service Charge

 

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| ██ | ████ | ████████ |
| ██ | ████ | ████████ |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|



 Silvergate

ALAMEDA RESEARCH LTD
OPERATING
TORTOLA PIER PARK, BLDG. I SECOND FLOOR
WICKHAM CAY I. ROAD TOWN TORTOLA
BRITISH VIRGIN ISLAN

Page          2 of 2

Account Number:    ******4464
Date               04/29/22

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|---------------------|
| ▮ | ▮ | ▮ |



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



MEMBER
FDIC

EQUAL HOUSING
LENDER

## \*\*\* IMPORTANT INFORMATION accounts for personal, household or consumer use only \*\*\*

### IN CASE YOU SUSPECT ERRORS OR HAVE QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS:

Direct inquiries in writing to us at 4250 Executive Square Suite 300 La Jolla, CA 92037 and phone inquiries to our customer service number 800-595-5856 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transaction. We must hear from you no later than 60 days after the FIRST statement on which the error or problem appeared was sent to you. Include the following information:

1. Tell us your name and account number.
2. Describe the error or the transaction you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error and the date it occurred.

If you notify us verbally, we may require you to send us your complaint or questions in writing within 10 business days. We will generally tell you the results of our investigation within 10 business days after we hear from you. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we determine that this is necessary, we will provisionally credit your account within 10 business days for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation, if we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we determine there was no error, we will send you a written explanation within three business days after we complete our investigation. If the error involves a transaction processed on the Visa® network, your account will be provisionally credited within 5 business days from receipt of notification. You may ask for copies of the documents we used in our investigation.

If you are a new customer and the error or question concerns an electronic transaction that occurred within 30 days after the first deposit to the account was made, we will tell you the results of our investigation within 20 business days after we hear from you. If we need more time, we may take up to 90 days to investigate. In this case, we will credit your account within 20 business days for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

### For further information regarding your account, please refer to our Deposit Account Agreement and Regulatory Disclosure ("DAARD").

For any other inquiries concerning your accounts, direct your inquiries in writing to 4250 Executive Square Suite 300 La Jolla, Ca 92037 or phone inquiries to our customer service number 800-595-5856.

## \*\*\* IMPORTANT INFORMATION for Foreign Currency (FC) accounts only \*\*\*

**How to contact us:** You may contact our customer service team by phone at 844-371-3276 or FCAsupport@silvergate.com

**Deposit Account Agreement:** When you opened your account, you agreed to the terms of our Foreign Currency Deposit Account Agreement and applicable fee schedule, which may be amended from time to time. This agreement governs the terms of your deposit account and transactions with Silvergate. FDIC deposit insurance does not insure against loss in the value of your FC Account due to foreign currency fluctuations or any exchange controls Please refer to this agreement for further information about your account. Additional copies of this agreement may be obtained by contacting our customer service team via the contact methods listed above.

### Reporting errors or inquiries related to account transactions:

You should contact us as soon as you can regarding any suspected errors or questions about a transaction. You may write to us at Silvergate Bank, 4250 Executive Square Suite 300 La Jolla, CA 92037 or email us at FCAsupport@silvergate.com. You must contact us not later than 14 days after the date of the FIRST statement containing the transaction(s) about which you are contacting us. We are not liable to you for disputed or unauthorized transactions, and you agree not to make a claim against us directly. Please include the following information in your written disputes:

1. Give us your name and FC account number.
2. Identify the dollar amount(s) of the transaction(s) you are inquiring about.
3. Explain as clearly as you can the nature of any error you believe may have occurred or why you need more information.

# EXHIBIT 61

**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page          1 of 3

Account Number:  ******4464
Date                 05/31/22

## STATEMENT SUMMARY AS OF 05/31/22

| Account Name | Account Number | Balance |
|---|---|---|
| ACCOUNT ANALYSIS STANDARD | XXXXXX4464 | |

| ALAMEDA RESEARCH LTD | ACCOUNT ANALYSIS STANDARD | ACCT | ******4464 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

Beginning Balance
Deposits / Misc Credits
Withdrawals / Misc Debits
** Ending Balance
Service Charge



## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|



## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|



**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page          2 of 3

Account Number:  ******4464
Date                   05/31/22

## Debits and Other Withdrawals



| Date | Amount | Activity Description |
|------|--------|---------------------|
| 5/26 | 35,000,000.00 | M05QL5430JUOPGX6 |

**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page        3 of 3

Account Number:  ******4464
Date                05/31/22

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|
|      |        | BENE:PLATFORM LIFESCIENCES INC. |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

# EXHIBIT 62

**From:**        Michael Zimmerman[mzimmerman@platformlifesciences.com]
**Sent:**        Sat 6/18/2022 2:43:23 AM (UTC)
**To:**          josephine@ftx.com[josephine@ftx.com]
**Subject:**     Re: Thank you!
**Attachment:**  FTX Foundaton_01_30Jan2022[5].docx

Sure, thank you so much.
See below

Bank Name: Canadian Imperial Bank of Commerce (CIBC)
Bank Address: 400 Burrard St., Vancouver, BC., V6C 3A6, Canada
Name on Account Platform LifeSciences Inc.
Bank Account # USD #0214116
Bank Routing Code: transit 00010 / institution 0010
SWIFT Code: CIBCCATT
Bank US Correspondent: Wells Fargo Bank, N.A. 375 Park Avenue, New York, NY. Swift PNBPUS3NNYC, ABA #026 005 092

**From:** Josephine Chan <josephine@ftx.com>
**Date:** Friday, June 17, 2022 at 7:40 PM
**To:** Michael Zimmerman <mzimmerman@platformlifesciences.com>
**Subject:** Re: Thank you!

Hi Michael,

Terribly sorry for the delay. Could you kindly share the wire details once again so that we can
process the payment on the next business day?

Thanks!

Josephine

—
Josephine Chan


On June 18, 2022, 10:38 AM GMT+8 mzimmerman@platformlifesciences.com wrote:

Hey Josephine – Trying to follow-up on the below, and making sure this email is at the
top of your inbox.
Please let me know if there is anyway we can push this forward.
Many thanks

**From:** Michael Zimmerman <mzimmerman@platformlifesciences.com>
**Date:** Monday, June 13, 2022 at 4:01 PM

**To:** josephine@ftx.com <josephine@ftx.com>
**Subject:** Re: Thank you!

Hey Josephine – I hope all is well.
We signed a week ago a service agreement with FTX Foundation (attached) for $15,000,000
I believe the next step is to wire the funds to Platform Life Sciences bank account (same wiring information you have).
Let me know if this is your understanding as well, and if so when we should expect the funds.

Thanks

**From:** Josephine Chan <josephine@ftx.com>
**Date:** Sunday, May 29, 2022 at 6:48 PM
**To:** Michael Zimmerman <mzimmerman@platformlifesciences.com>
**Subject:** Re: Thank you!

Great to know!
Wish you a great week ahead!

—
Josephine Chan

On May 28, 2022, 8:47 AM GMT+8
mzimmerman@platformlifesciences.com wrote:

The funds did posted on our account, nice and fast work!

Thanks Josephine

# Platform LifeSciences Inc.

4245 Nautilus Close
Vancouver, British Columbia, Canada
emills@platformlifesciences.com
778-317-8530

# INVOICE

INVOICE # 01
DATE: 30JAN221

**TO:**
FTX Trading Inc.
**Attention: Ross Rheingans-Yoo**
ross@ftxfondation.com
**CC: Josephine Chan**
Josephine@ftx.com

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL USD |
|----------|-------------|------------|-----------|
|          |             |            |           |
|          |             | **TOTAL DUE** |        |

**Wire Instructions for Platform LifeSciences Inc.**

Bank Name: Canadian Imperial Bank of Commerce (CIBC)
Bank Address: 400 Burrard St., Vancouver, BC., V6C 3A6, Canada
Name on Account Platform LifeSciences Inc.
Bank Account # USD #0214116
Bank Routing Code: transit 00010 / institution 0010
SWIFT Code: CIBCCATT
Bank US Correspondent: Wells Fargo Bank, N.A. 375 Park Avenue, New York, NY. Swift PNBPUS3NNYC, ABA #026 005 092

# EXHIBIT 63

**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page       1 of 3

Account Number:  ******4464
Date             06/30/22

## STATEMENT SUMMARY AS OF 06/30/22

| Account Name | Account Number | Balance |
|---|---|---|
| ACCOUNT ANALYSIS STANDARD | XXXXXX4464 | |

| ALAMEDA RESEARCH LTD | ACCOUNT ANALYSIS STANDARD | ACCT | ******4464 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

Beginning Balance
Deposits / Misc Credits
Withdrawals / Misc Debits
** Ending Balance
Service Charge



## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|



## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|



**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page          2 of 3

Account Number:  ******4464
Date                    06/30/22

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|

| 6/21 | 15,000,000.00 | M06LF4620FTW6HBG<br>BENE:PLATFORM LIFESCIENCES INC. |

**ALAMEDA RESEARCH LTD**
**OPERATING**
**TORTOLA PIER PARK, BLDG. I SECOND FLOOR**
**WICKHAM CAY I. ROAD TOWN TORTOLA**
**BRITISH VIRGIN ISLAN**

Page          3 of 3

Account Number:  ******4464
Date                  06/30/22

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | | | | | |
| 6/02 | | | | | |
| 6/03 | | | | | |
| 6/07 | | | | | |
| 6/08 | | | | | |

# EXHIBIT 64

**From:**      Mills, Edward[millsej@mcmaster.ca]

**Sent:**      Mon 1/31/2022 3:36:54 AM (UTC)

**To:**        josephine@ftx.com[josephine@ftx.com]

**Cc:**        Ross Rheingans-Yoo[ross@ftxfoundation.com]; Nick
               Beckstead[nbeckstead@ftx.com]; Sam Bankman-Fried[sam@ftx.com]

**Subject:**   Re: Philanthropic gift to Platform Life Sciences

**Attachment:** FTX Invoice_01_30Jan2022.pdf

Dear Josephine
  Thank you so much for your email. We are all very excited about working with you.
  Please find attached the invoice.
  Please do not hesitate to reach out for any clarifications.
Thank you again to FTX. This is the start of something radically different.
  Ed

On Jan 30, 2022, at 6:21 PM, Josephine Chan <josephine@ftx.com> wrote:

Hi Ed,

Excited to be working together :)
For the funding, please kindly send us an invoice addressed to FTX Trading Ltd,
with your wire details. We will process it as soon as possible.

Thanks and best regards,
Josephine

—

Josephine Chan
.

On January 29, 2022, 8:34 AM GMT+8 millsej@mcmaster.ca wrote:

Dear Ross, Nick, Josephine and Sam
  Thanks you so much for this delightful news!  I am really indebted
to FTX and I know we will do great things together.
  We made some great progress today with setting up an East African
hub also.
  I will connect with Conville and get a site going quickly in

Bahamas.  My staff are excited to also visit the Bahamas.
  This is exciting. We have a lot to accomplish and I appreciate your
faith in us.
  Best wishes
  Ed

On Jan 28, 2022, at 4:04 PM, Ross Rheingans-Yoo
<ross@ftxfoundation.com> wrote:

Hi Ed,

I'm glad to share that we've approved a philanthropic gift
for $3,250,000 to Platform Life Sciences (or the
appropriate entity to advance the Together Network
initiative) from the FTX Foundation, as part of our
collective efforts towards a world with accelerated
clinical science, medical R&D, and rapid pandemic
response. The increase from the $3mln budget you
submitted is intended to support the onboarding of 1-2
trial sites in the Bahamas.

We're also thrilled to be hosting you and your team in
March! We anticipate that at that point it will make sense
to discuss how to structure this venture together, so it's
set up with the ongoing flow of funding (and all the other
support) it'll need to grow.

For funding logistics, I've cc'd Josephine Chan
<josephine@ftx.com>, who should be able to assist.

I'm sure we'll be in touch. Let us know when you have
opportunities for public announcements, as we'll want to
coordinate on our end.

Ross

**Platform LifeSciences Inc.**
4245 Nautilus Close
Vancouver, British Columbia, Canada
emils@platformlifesciences.com
778-317-8530

# INVOICE

INVOICE # 01
DATE: 30JAN221

**TO:**
FTX Trading Inc.
**Attention:   Josephine Chan**
Josephine@ftx.com
**CC:**Ross Rheingans-Yoo
ross@ftxfondation.com

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL USD |
|:---:|:---|:---:|:---:|
| 1 | Philanthropic gift to Platform Life Sciences | $3,250,000 | $3,250,000 |
| | | | |
| | | **TOTAL DUE** | **$3,250,000** |

**Wire Instructions for Platform LifeSciences Inc.**

Bank Name: Canadian Imperial Bank of Commerce (CIBC)
Bank Address: 400 Burrard St., Vancouver, BC., V6C 3A6 , Canada
Name on Account Platform LifeSciences Inc.
Bank Account # USD #0214116
Bank Routing Code: transit 00010 / institution 0010
SWIFT Code: CIBCCATT
Bank US Correspondent: Wells Fargo Bank, N.A. 375 Park Avenue, New York, NY. Swift PNBPUS3NNYC, ABA #026 005 092

EXHIBIT 65

| | |
|---|---|
| **From:** | Ed Mills[emills@platformlifesciences.com] |
| **Sent:** | Thur 2/3/2022 6:04:07 PM (UTC) |
| **To:** | Josephine Chan[josephine@ftx.com] |
| **Subject:** | Transfer |
| **Attachment:** | FTX Invoice_01_30Jan2022.pdf |

Hi Josephine

 I hope you are well.

 Would you mind letting me know when the wire transfer is made for the invoice?

 Sometimes these get stuck in the US/Can banking system and don't arrive until we inquire.

 Many thanks

 Ed

**Platform LifeSciences Inc.**
4245 Nautilus Close
Vancouver, British Columbia, Canada
emills@platformlifesciences.com
778-317-8530

# INVOICE

INVOICE # 01
DATE: 30JAN221

**TO:**
FTX Trading Inc.
**Attention:   Josephine Chan**
Josephine@ftx.com
**CC:**RossRheingans-Yoo
ross@ftxfondation.com

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL USD |
|:---:|:---|:---:|:---:|
| 1 | Philanthropic gift to Platform Life Sciences | $3,250,000 | $3,250,000 |
| | | | |
| | | **TOTAL DUE** | **$3,250,000** |

**Wire Instructions for Platform LifeSciences Inc.**

Bank Name: Canadian Imperial Bank of Commerce (CIBC)
Bank Address: 400 Burrard St., Vancouver, BC., V6C 3A6 , Canada
Name on Account Platform LifeSciences Inc.
Bank Account # USD #0214116
Bank Routing Code: transit 00010 / institution 0010
SWIFT Code: CIBCCATT
Bank US Correspondent: Wells Fargo Bank, N.A. 375 Park Avenue, New York, NY. Swift PNBPUS3NNYC, ABA #026 005 092

EXHIBIT 66



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2022
To    February 28, 2022
Page    1 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARBUDA  AG-04

See Back for Important Information

Primary Account: ████9018        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████9018    MONOGRAM CHECKING | ████████ | ████████ |
| RELATIONSHIP TOTAL | | ████████ |

**SIGNATURE BANK**

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████9018         0

MONOGRAM CHECKING            ████9018

Summary

 Previous Balance as of February  01, 2022

 Ending Balance as of    February  28, 2022

Deposits and Other Credits




**Signature** | SIGNATURE BANK

Statement Period
From February 01, 2022
To   February 28, 2022
Page   3 of   16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ██████9018        0

| Date | Description | | |
|------|-------------|--|--|

**SIGNATURE BANK**

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████9018        0

| Date | Description | | |
|------|-------------|---|---|

**SIGNATURE BANK**

Statement Period
From February 01, 2022
To   February 28, 2022
Page    5 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARBUDA  AG-04

See Back for Important Information

Primary Account: ████9018          0

Date              Description



*Signature* SIGNATURE BANK

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ███████49018          0

## Withdrawals and Other Debits

Feb 04  OUTGOING WIRE                                                3,250,000.00
        REF#  20220204B6B7261F001068
        BANK: CANADIAN IMPERIAL BANK OF COMMER  ACCT# 0214116
        OBI:  Invoice 01 - Philanthropic Gift
        OBI:
        OBI:

# SIGNATURE BANK

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████9018        0

| Date | Description | |
|------|-------------|--|

Signature **SIGNATURE BANK**

Statement Period
From February  01, 2022
To    February  28, 2022
Page    8 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                        4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ███████9018        0

| Date | Description |
| --- | --- |



Signature SIGNATURE BANK

Statement Period
From February 01, 2022
To   February 28, 2022
Page    9 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED              4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████9018        0

Date              Description



**SIGNATURE BANK**

Statement Period
From February  01, 2022
To    February  28, 2022
Page     10 of     16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ███████9018          0



Date              Description

SIGNATURE BANK

Statement Period
From February  01, 2022
To    February  28, 2022
Page    11 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ██████9018        0



Date                Description

.

Signature | **SIGNATURE BANK**

Statement Period
From February 01, 2022
To   February 28, 2022
Page    12 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████████9018        0

| Date | Description |
|------|-------------|

**SIGNATURE BANK**

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████████8018          0

| Date | Description |
|------|-------------|



**SIGNATURE BANK**

Statement Period
From February 01, 2022
To   February 28, 2022
Page   14 of   16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████9018        0



*Signature* SIGNATURE BANK

Statement Period
From February 01, 2022
To   February 28, 2022
Page   15 of   16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARBUDA  AG-04

See Back for Important Information

Primary Account: ████9018          0

| Date | Description |
|------|-------------|

**SIGNATURE BANK**

Statement Period
From February  01, 2022
To   February  28, 2022
Page    16 of    16

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX TRADING LIMITED                    4-159
FRIAR'S HILL ROAD, MANDOLIN PL
SAINT JOHN'S
ANTIGUA AND BARDUDA  AG-04

See Back for Important Information

Primary Account: ████████9018          0

Daily Balances



