# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 23-50444 (JTD) |

**PLAINTIFFS' RESPONSE TO PLATFORM LIFE SCIENCES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Plaintiffs Alameda Research Ltd. and FTX Trading Ltd. ("Plaintiffs") respectfully submit this response to the motion of Platform Life Sciences, Inc., a corporation incorporated in Delaware ("PLS Delaware"), to dismiss the Complaint under Fed. R. Civ. P. Rule 12(b)(6) [Adv. D.I. 37].

In their Complaint [Adv. D.I. 1], Plaintiffs sued a single entity called Platform Life Sciences, Inc., which Plaintiffs believed was a corporation incorporated *both* in British Columbia, Canada, and in Delaware. Complaint ¶ 21 (D.I. 1). The Complaint seeks to avoid fraudulent transfers of $53.25 million that were made to Platform Life Sciences, Inc. ("PLS"), a corporation incorporated in British Columbia. Plaintiffs learned through PLS's Motion to Dismiss under Fed. R. Civ. P. Rule 12(b)(2) [Adv. D.I. 35] that, despite having an identical name as PLS, sharing the same executive management as PLS, and not having its own board of directors, PLS Delaware is not, in fact, the same entity as PLS, but rather, is a wholly-owned subsidiary of PLS located in Delaware. (PLS Mot. ¶ 2, 7, 8, 9.) (D.I. 35.)

Because Plaintiffs did not assert any claims against PLS Delaware in the Complaint, PLS Delaware's motion to dismiss for failure to state a claim is moot.

| | |
|---|---|
| Dated: September 29, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>     mcguire@lrclaw.com<br>     brown@lrclaw.com<br>     pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Steven L. Holley (admitted *pro hac vice*)<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Stephanie G. Wheeler (*admitted pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: holleys@sullcrom.com<br>     dietdericha@sullcrom.com<br>     bromleyj@sullcrom.com<br>     wheelers@sullcrom.com<br>     gluecksteinb@sullcrom.com<br>     dunnec@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |