# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                  Defendants. | Adv. Proc. Case No. 23-50444 (JTD) |

**SUPPLEMENTAL DECLARATION OF DR. EDWARD J. MILLS
IN SUPPORT OF MOTION UNDER RULE 12(B)(2) TO DISMISS
COMPLAINT FOR LACK OF PERSONAL JURISDICTION ON BEHALF
OF PLATFORM LIFE SCIENCES, INC., A CANADIAN CORPORATION**

I, Dr. Edward J. Mills, pursuant to 28 U.S.C. § 1746, hereby submit this declaration (the "<u>Declaration</u>") under penalty of perjury:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1.  I am the Chief Executive Officer of Platform Life Sciences Inc., a Canadian corporation with its principal place of business in British Columbia, Canada ("PLS Canada").

2.  I submit this Supplemental Declaration in further support of the *Motion Under Rule 12(b)(2) to Dismiss Complaint for Lack of Personal Jurisdiction on Behalf of Platform Life Sciences, Inc., a Canadian Corporation* [Dkt. 35] (the "Motion").[2]  By the Motion, PLS Canada moves to dismiss the claims in this adversary proceeding asserted against PLS Canada by Plaintiffs Alameda Research Ltd., a British Virgin Islands company ("Alameda") and FTX Trading Ltd., a corporation registered in Antigua and Barbuda ("FTX Trading" and, together with Alameda, the "Plaintiffs"), on the basis that the Court lacks personal jurisdiction over PLS Canada.

3.  I have personal knowledge of the facts set forth herein.  If called as a witness, I would testify as to those facts.

4.  Contrary to the Plaintiffs' assertions, PLS Canada had no control over the utilization by its Canadian bank, CIBC, of a correspondent bank account at Wells Fargo. According to its website, CIBC apparently utilizes Wells Fargo as a correspondent bank as a matter of procedure for all funds transferred in U.S. Dollars.  Attached as **Exhibit A** hereto is a print-out from CIBC's website (https://www.cibc.com/en/personal-banking/ways-to-bank/sending-receiving-wire-transfers.html).  PLS Canada had no hand in directing the process by which funds flowed into its Canadian bank.

5.  To correct the Plaintiffs' assertion that PLS Canada utilized only U.S counsel in connection with the Services Agreement and the SAFE, PLS Canada also utilized the services of Canadian counsel at Goodmans LLP, one of Canada's leading law firms.

---

[2] Capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Motion.

6.      Contrary to the Plaintiffs' assertions, PLS Canada has conducted no clinical trials in the United States. The Plaintiffs incorrectly allege that PLS Canada operates 83 clinical trial sites in the U.S., including in collaboration with CVS. It does not. The draft presentation on which this allegation is based reflects PLS Canada's existing business and ideas for future business, including its hopes for future expansion into the U.S., and what it hoped might be a project with CVS that never made it past the initial idea stage. In fact, CVS ceased their clinical trial program earlier this year. Attached as **Exhibit B** hereto is a print-out from a healthcare reporting website showing that CVS has ceased their clinical trial program (https://www.fiercehealthcare.com/retail/cvs-closing-down-clinical-trials-business-after-2-years). PLS Canada has never had a business affiliation with CVS, or the potential "experts and access sites" in the U.S. identified in the draft presentation. PLS Canada's business, from the outset, has been to develop clinical trial sites in developing countries, including Brazil, Rwanda, South Africa, Pakistan, the Bahamas and Canada. It does not operate clinical trial sites, or conduct business operations, in the U.S.

7.      To correct the Plaintiffs' assertion, PLS Canada does not have an office or principal place of business in the U.S. PLS Delaware was formed in March 2022, around the same time as the transactions, at Latona's request. PLS Delaware is used for the sole and exclusive purpose of processing payroll and providing benefits to PLS Canada's U.S. employees. PLS Delaware has never been utilized as anything other than a payroll processing entity and had no involvement with the transactions at issue. The agreements were between PLS Canada and non-U.S. Plaintiffs and Latona; PLS Delaware was not a party to these agreements. PLS Delaware has no offices, no business operations and generates no revenues. PLS Delaware has never functioned as an operating entity.

8.      Contrary to the Plaintiffs' assertions, PLS Canada's leadership and decisionmaking is not from the U.S. I am the founding member of PLS Canada, a member of the board, the current CEO (since May 2023) and former Chief Scientific Officer. I live and work for PLS Canada in Canada. Since its founding in Canada in February 2021, I have served in the primary leadership role in the company.

9.      Also contrary to the Plaintiffs' assertions, Mr. Michael Zimmerman (a prior member of the board and the prior CEO of PLS Canada), lived and worked for PLS Canada in Canada during his tenure with PLS Canada until his departure from the company in May 2023. Attached hereto as **Exhibit C** are rental contracts for Mr. Zimmerman's residence in Vancouver, Canada for the period from July 4, 2022 to October 13, 2022 and December 1, 2022 to May 31, 2023 (redacted). Prior to that time, Mr. Zimmerman was in Canada on a regular basis, residing at the Granville Island Hotel in Vancouver, close to the PLS Canada headquarters. *See* **Exhibit C**.

10.     Dr. Mark Dybul (who has served as the executive chairman since 2022) is a world renowned scientist and professor at Georgetown University and is located the U.S. Dr. Dybul has virtually attended PLS Canada board meetings from both the U.S. and abroad. He is not a member of management or an employee of PLS Canada.

11.     The Plaintiffs' assertions with respect to Mr. Ross Rheingens-Yoo are also incorrect. Mr. Ross Rheingens-Yoo was not involved in the transactions at issue here on behalf of PLS Canada (rather, he acted on behalf of the counter-parties, Latona and FTX Foundation). Pursuant to the terms of the transactions, Mr. Rheingens-Yoo has served on the board of PLS Canada from June 6, 2022, but has not been an active participant in board activities or decisionmaking (he attended 2 of the 3 board meetings held during the period following his appointment to the board). Until July 2023, Mr. Rheingens-Yoo resided in the Bahamas and then

Hong Kong, and he attended both of the PLS Canada board meetings virtually from abroad, not the U.S.

12.     The Plaintiffs are incorrect when they assert that the leadership of PLS Canada is in the U.S.  To the contrary, PLS Canada's leadership team, headed by me and Mr. Zimmerman (until his departure in May 2023), has been based in Canada, and includes Chief Operating Officer Dr. Jamie Forrest and CFO Chris Clarke; both of whom are Canadian citizens and residents.

13.     The information relied on by the Plaintiffs with respect to the assertions regarding the location of leadership is not accurate.  First, the "Our Team" tab reflected on PLS Canada's website print-out is not, as the Plaintiffs claim, entitled "PLS Leadership Team."  In addition, the website print-out referred to by the Plaintiffs reflects out-of-date information (for example, Melissa Bomben is no longer with the company), and it is otherwise not reflective of the leadership of the company (for example, Bob Battista, Twanna Davis and Katie Winter do not hold executive leadership positions with the company).

14.     As set forth in my prior Declaration (¶ 7), PLS Canada utilizes remote employees that are based in the U.S.  Contrary to the Plaintiffs' assertions, however, these remote employees are not in leadership or management roles with the company.  There is no principal office or location where the PLS Canada remote employees work from in the U.S., nor do they provide services to an entity located in the U.S. – they provide services solely to PLS Canada in aid of the development of clinical trial sites in underrepresented non-U.S. nations.  The remote employees could perform their employment functions for PLS Canada from any location; some just happen to live, and work from, various cities and states in the United States.

15.     The Plaintiffs' assertions with respect to my ties to the U.S. are incorrect.  As noted above, I am PLS Canada's founder and CEO and hold the primary management and leadership

role at PLS Canada. I am the spokesperson for PLS Canada in connection with this matter and it would be highly disruptive to impose jurisdiction over PLS Canada, compelling it, through me as its CEO, to litigate in this Court. I live and work in Vancouver, Canada. For over 16 years, I have been a professor at McMaster University in Ontario and I am also a professor at the University of Rwanda. In 2021, I founded PLS Canada in Vancouver. I have not to date been active as a senior scientist with Virx@Stanford (which is a global pandemic response initiative made up of academics from all over the world, it is not a position at Stanford University in Palo Alto, California), but any work related to this initiative would be done from Canada, in coordination with PLS Canada's clinical trial site partners in Brazil and other developing nations. I also worked at the Vancouver office of Cytel Canada, after Cytel, Inc. (which, according to its website, has operations across North America, Europe, Asia and India) acquired the Vancouver company I co-founded, MTEK Sciences, in 2019. Attached hereto as **Exhibit D** and **Exhibit E** are print-outs of Cytel, Inc.'s website showing Cytel's global locations (https://www.cytel.com/about-us) and an article regarding Cytel, Inc.'s acquisition of MTEK Sciences in 2019 (https://www.labmanager.com/cytel-acquires-mtek-sciences-further-expanding-its-advanced-real-world-analytics-capabilities-578).

16.  The Plaintiffs' assertions that PLS Canada publishes in U.S. medical journals is incorrect and improperly merges the academic work of scientists with company business activities. I, along with my academic co-author researchers, have published articles in the New England Journal of Medicine (and these publications are generally searchable via PubMed). Contrary to the Plaintiffs' assertion, the Lancet is a British journal. These are worldwide publications (or searchable databases) available to the global medical community. Attached as **Exhibit F**, **Exhibit G** and **Exhibit H** hereto are print-outs of from these publications demonstrating their

global reach (https://www.nejm.org/about-nejm/about-nejm ("The *New England Journal of Medicine* (NEJM) is recognized as the world's leading medical journal and website. Published continuously for over 200 years, NEJM delivers high-quality, peer-reviewed research and interactive clinical content to physicians, educators, researchers, and the global medical community."); https://www.thelancet.com/about-us ("The Lancet journals are both a destination for publication and a platform to advance the global impact of research. The Lancet Group cares that your work is highly visible to a global network of researchers, clinicians, industry professionals, policy makers, media outlets, patients, and the wider public, and we work with you and your affiliated institutions to maximise the impact of your research on the world. … Lancet journals have extensive global reach with more than 36.8 million annual visits and 98.8 million downloaded articles across TheLancet.com and ScienceDirect."); and https://pubmed.ncbi.nlm.nih.gov/about ("PubMed is a free resource supporting the search and retrieval of biomedical and life sciences literature with the aim of improving health–both globally and personally.").

17.   Contrary to the Plaintiffs' intimations, I do not exclusively publish in U.S. medical journals. A list of publications authored by me and other researchers in non-U.S. journals from May 2022 to the present includes: (1) Nachega JB, Nsanzimana S, Rawat A, Wilson LA, Rosenthal PJ, Siedner MJ, et al. Advancing detection and response capacities for emerging and re-emerging pathogens in Africa. Lancet Infect Dis. 2023;23(5):e185-e9; (2) Smith ER, Oakley E, Grandner GW, Ferguson K, Farooq F, Afshar Y, et al. Adverse maternal, fetal, and newborn outcomes among pregnant women with SARS-CoV-2 infection: an individual participant data meta-analysis. BMJ Glob Health. 2023;8(1): (3) Sam-Agudu NA, Quakyi NK, Masekela R, Zumla A, Nachega JB. Children and adolescents in African countries should also be vaccinated for

COVID-19. BMJ Glob Health. 2022;7(2); (4) Reis G, Dos Santos Moreira-Silva EA, Silva DCM, Thabane L, Milagres AC, Ferreira TS, et al. Effect of early treatment with fluvoxamine on risk of emergency care and hospitalisation among patients with COVID-19: the TOGETHER randomised, platform clinical trial. Lancet Glob Health. 2022;10(1):e42-e51; (5) Reis G, Dos Santos Moreira Silva EA, Medeiros Silva DC, Thabane L, Cruz Milagres A, Ferreira TS, et al. Effect of early treatment with metformin on risk of emergency care and hospitalization among patients with COVID-19: The TOGETHER randomized platform clinical trial. Lancet Reg Health Am. 2022;6:100142; (6) Petersen E, Ntoumi F, Hui DS, Abubakar A, Kramer LD, Obiero C, et al. Emergence of new SARS-CoV-2 Variant of Concern Omicron (B.1.1.529) - highlights Africa's research capabilities, but exposes major knowledge gaps, inequities of vaccine distribution, inadequacies in global COVID-19 response and control efforts. Int J Infect Dis. 2022;114:268-72; (7) Nsanzimana S, Mills EJ. Estimating HIV incidence in sub-Saharan Africa. Lancet HIV. 2023;10(3):e146-e8; (8) Mills EJ, Reis G. Evaluating COVID-19 vaccines in the real world. Lancet. 2022;399(10331):1205-6; (9) Nachega JB, Musoke P, Kilmarx PH, Gandhi M, Grinsztejn B, Pozniak A, et al. Global HIV control: is the glass half empty or half full? Lancet HIV. 2023;10(9):e617-e22; (10) Thorlund K, Smith D, Linsell C, White N, Butler C, Boulware D, et al. The importance of appropriate selection of clinical endpoints in outpatient COVID-19 clinical trials. Commun Med (Lond). 2023;3(1):53; (11) Jhuti D, Rawat A, Guo CM, Wilson LA, Mills EJ, Forrest JI. Interferon Treatments for SARS-CoV-2: Challenges and Opportunities. Infect Dis Ther. 2022;11(3):953-72; (12) Nachega JB, Scarsi KK, Gandhi M, Scott RK, Mofenson LM, Archary M, et al. Long-acting antiretrovirals and HIV treatment adherence. Lancet HIV. 2023;10(5):e332-e42; (13) Bepouka B, Situakibanza H, Sangare M, Mandina M, Mayasi N, Longokolo M, et al. Mortality associated with COVID-19 and hypertension in sub-Saharan Africa.

A systematic review and meta-analysis. J Clin Hypertens (Greenwich). 2022;24(2):99-105; and (14) Peer N, Nguyen KA, Hill J, Sumner AE, Cikomola JC, Nachega JB, et al. Prevalence and influences of diabetes and prediabetes among adults living with HIV in Africa: a systematic review and meta-analysis. J Int AIDS Soc. 2023;26(3):e26059.

18.    The Plaintiffs are also incorrect in their assertion that I traveled to the U.S. in May 2022 on behalf of PLS Canada.  To clarify, I traveled to the U.S. to receive an award from the Society of Clinical Trials for McMaster University's work on the TOGETHER Trial which was conducted in Brazil commencing in June 2020.  As a research professor at McMaster University, I was one of the lead researchers (along with my colleague, Dr. Gilmar Reis) on the initial TOGETHER Trial, but PLS Canada itself was not part of the initial TOGETHER Trial (which commenced prior to prior to the formation of PLS Canada).  Attached as **Exhibit I** hereto is an article regarding the TOGETHER Trial being conducted by McMaster University (https://brighterworld.mcmaster.ca/articles/mcmaster-researchers-leading-international-study-to-test-three-widely-available-drugs-for-early-covid-19-treatment).

19.    Plaintiffs are also incorrect in their assertion that PLS Canada is funded by U.S. entities.  Funding for the initial TOGETHER Trial (sponsored by the Bill & Melinda Gates Foundation, FastGrants and Rainwater Charitable Foundation) was provided to McMaster University, not to PLS Canada.

20.    The funding that PLS Canada received was for the expansion of the initial TOGETHER Trial in Brazil and into Canada and other non-U.S. developing nations (Rwanda, South Africa, Pakistan and the Bahamas).  This funding for the development of non-U.S. clinical trial sites that is being undertaken by PLS Canada came from non-U.S. companies, Latona/Plaintiffs.

21.     PLS Canada's partnership with GreenLight Biosciences is to provide support for their clinical trial in Rwanda.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated: October 6, 2023
Vancouver, British Columbia, Canada

/s/ Dr. Edward J. Mills
Dr. Edward J. Mills, Ph.D., FRCP
Chief Executive Officer, Platform
Life Sciences, Inc., a Canadian
corporation