# EXHIBIT A



HOW TO SEND OR RECEIVE A WIRE TRANSFER

# Find out what information is needed for a seamless transfer to or from your account.

Feedback

## Send or receive money quickly and securely within Canada or internationally with a wire transfer

| Receive a wire transfer | Send a wire transfer |

### How to receive a wire transfer

To receive a wire transfer to your CIBC bank account, you must give the sender the following information:

For guidance on locating information, please refer to our FAQ.

| Required information | CIBC beneficiary details |
|---|---|
| Bank name | Canadian Imperial Bank of Commerce |
| Bank address | The complete branch address of your transit — street, city, province, postal code, country |
| SWIFT BIC code | CIBCCATT |
| Canadian clearing code and format | //CC0010NNNNN<br>NNNNNN = your 5 digit transit number |
| CIBC institution number | 0010 |
| Transit | Your 5-digit branch transit, including all zeros |

| Beneficiary account number | Your 7-digit account number |
|---|---|
| Beneficiary name | Your complete name as it appears on your statement |
| Beneficiary address | Your complete address as it appears on your statement — street, city, province or state, postal code or zip code, country |

If you are receiving funds in USD currency from the U.S., please use Wells Fargo as an intermediary bank by including the additional details below:

| Required information | Intermediary bank details |
|---|---|
| Bank name | Wells Fargo Bank N.A. |
| Bank address | New York, NY, US |
| SWIFT code | PNBPUS3NNYC |
| CHIPS ID | 0509 |
| Fedwire or ABA | 026005092 |

Return to options

## Wire transfer fees[2]



### Incoming wire payments[3]

Any amount
**$15** per wire payment



### Outgoing wire payments[4]

$10,000 or less
**$30** per wire payment

$10,000.01 to $50,000
**$50** per wire payment

Greater than $50,0
**$80** per wire paym

## Frequently asked questions

How do I find my transit and account numbers?

How do I find my transit's branch address?

What if my transit or account number doesn't have the right number of digits?

Terms and conditions