# EXHIBIT D



**Our Locations**

Click the points to expand them

**Our Story**

Cytel is the largest provider of statistical software and advanced analytics for clinical trial design and execution. For over thirty years, Cytel's scientific rigor and operational excellence have helped biotech and pharmaceutical companies navigate uncertainty, prove value and unlock the full potential of their data



## Our Locations

Click the points to expand them






### Global Headquarters

950 Winter Street,
Center Entrance 3rd Floor,
Waltham, MA 02451
T: 617 661 2011
F: 617 661 4405

Contact Accounts Receivable

### Toronto

1 University Avenue
3rd Floor
Toronto, Ontario
M5J 2P1
Canada

### Innovations Center

Cambridge, MA
675 Massachusetts Ave.
Cambridge, MA 02139 USA

## Our Locations

Click the points to expand them





### Geneva, Switzerland

Clinical Research Services
ICC, Building H, 2nd floor
Route de Pré-Bois
20 C.P. 1839
1215 Geneva 15,
Switzerland

T +41 22 761 70 20



### Basel, Switzerland

2nd floor,
Elisabethenstrasse 15, 4051
Basel, Switzerland



### Germany

Alter Holzhafen 19,
23966 Wismar, Germany

Potsdamer Strasse 58
10785 Berlin
Germany



### Netherlands

Weena 316-318,
3012 NJ Rotterdam,
Netherlands



### Paris, France

**Postal address:**

Cytel France Sarl, 5th Floor,
39, Rue d'Aboukir,
75002 Paris, France

T +33 1 87 79 61 70



### Cytel Statistical Services and Software UK Limited

**Visiting address:**

Aldwych House
71-91 Aldwych
WC2B 4HN London

**Postal address:**

## Our Locations

Click the points to expand them



### India Headquarters (Pune)

Lohia-Jain IT Park, Office No.501, 5th floor, "A" Wing, Survey #150 Chandni Chowk, Paud Road, Pune, Maharashtra- 411038, India

T+91(20) 6709-0100



### Hyderabad, India

3rd Floor, WaveRock SEZ Phase 2.1, Nanakramguda, Hyderabad 500 081, India

T +91 (40) 6635 0400

F +91 (40) 4935-2205



### Bengaluru, India

#93/9, Novel MSR Park, 5th floor, Varthur Main Road, Munnekolalu, Marathahalli, Bengaluru, Karnataka – 560037, India



### Navi-Mumbai, India

The Empire Business Centre, Unit No. 1704, 17th floor, "B" Wing, Empire Tower, Cloud City Campus, Gut No. 31, Kalwa Industrial Area, Thane - Belapur Road, Airoli, Navi-Mumbai,



### Ahmedabad, India

The Address, Cabin Brussels, 22nd floor, Block-B, West Gate True Value, Sarkhej - Gandhinagar Road, Near YMCA Club, Ahmedabad, Gujarat - 380015, India



# Our Locations

Click the points to expand them






### China Shanghai

Unit 3, Floor 22, Oriental Plaza Phase I,
512, Haiyang West Road, 38 Qianmao Road,
Pudong New Area,
Shanghai 200124

### China Beijing

Unit 1108, Room 50, Floor 11/F
Beijing Kerry Centre North Tower
1 Guang Hua Road, Chao Yang District
Beijing 100020

### Singapore

1 Kim Seng Promenade
#11-12, Great World City West, Singapore 237994