# EXHIBIT E



READ THIS ARTICLE ONLINE 🌐

# Cytel Acquires MTEK Sciences, Further Expanding Its Advanced Real-World Analytics Capabilities

The acquisition of MTEK is the latest step in Cytel's journey to advance the field of modern data analytics

Nov 04, 2019   Cytel

COPENHAGEN, DENMARK — ISPOR Europe 2019 — Cytel Inc. ("Cytel" or the "Company"), the leading provider of innovative analytical software and consulting services to the biopharmaceutical sector, and a portfolio company of New Mountain Capital, today announced that it has acquired MTEK Sciences ("MTEK") to further expand its advanced real-world analytics (RWA) capabilities. Cytel is showcasing its extensive range of RWA solutions for the first time at ISPOR Europe 2019 (November 2–6) on booth #C3-063. The acquisition of MTEK is the latest step in Cytel's journey to advance the field of modern data analytics.

The use of real-world data (RWD) from a variety of sources, such as information from electronic healthcare records and wearable devices, has the potential to expedite the design and implementation of clinical trials, facilitate product commercialization, and better inform healthcare decision-making. As a result, many pharmaceutical companies are now looking to augment their clinical development and commercialization processes through its utilization.

"Complex RWD sets are now abundant in the healthcare sector, opening up a wealth of opportunity for pharmaceutical organizations of all sizes," said Joshua Schultz, chief executive officer at Cytel. "Advanced and more sophisticated analytical methods and decision-modeling techniques are needed to harness RWD and turn it into trustworthy evidence. At Cytel, we're applying our long history of innovative statistical methods to RWD to generate cost-effective insights for our clients, and the acquisition of MTEK is

another avenue where we are amplifying this approach."

Over the past 30 years, Cytel has been committed to facilitating more efficient and resourceful clinical development, including through pioneering the evolution of the adaptive clinical trial, an area MTEK has also excelled at. Cytel's team includes more than 100 specialist programmers and applied statisticians with direct experience in the area of RWA—from HEOR to the design of novel RWD-driven clinical trials. Together they are helping companies use RWD to support smarter clinical development and, through innovative approaches to comparative effectiveness research, create more efficient commercialization strategies.

MTEK Sciences specializes in using innovative methods such as machine learning models and Bayesian optimization to derive clinical insights from large and complex RWD. As such, the acquisition of the firm will allow Cytel to continue to build on its strong foundation in the RWA space.

Professor Edward Mills, founding partner and director of MTEK, said, "Our experience has shown us that companies need to look beyond the confines of traditional analytical approaches if RWD is to positively transform clinical development. In working with Cytel, we're enhancing our combined ability to develop and deploy the novel solutions needed to confidently guide companies through this rapidly changing landscape."

Professor Kristian Thorlund, founding partner and director of MTEK Sciences, added, "Cytel and MTEK have a tightly aligned vision for the future of RWD applications. Combining our comprehensive statistical know-how means we can deliver greater innovation to a wider array of companies as they seek to enrich their drug development process with RWD."

Commenting on Cytel's attendance at ISPOR Europe 2019, Joshua Schultz added, "Three decades of rich statistical expertise and experience has guided the development of our cutting-edge RWA solutions—and we look forward to meeting with delegates to discuss how we can help them effectively leverage these to achieve their goals."

To find out more about Cytel's RWA capabilities, visit booth #C3-063 during ISPOR

Europe 2019 or visit [https://www.cytel.com/services/strategic-consulting/real-world-evidence](https://www.cytel.com/services/strategic-consulting/real-world-evidence).

**About Cytel**

As a pioneer in evidence generation, with deep expertise in advanced analytical solutions, Cytel is uniquely equipped to unlock the value from increasingly complex data. Life sciences companies count on Cytel to deliver exceptional insight, minimize trial risk, accelerate the development of promising new medicines that improve human life, and unlock the value of these treatments. Cytel provides data-focused clinical research services and software solutions for the design and analysis of clinical trials, including industry standards East®, StatXact®, and LogXact®. With operations across North America, Europe, and India, Cytel employs 900 professionals, with strong talent in biostatistics, programming, data science, real-world analytics, and data management. For more information about Cytel, visit [https://www.cytel.com/](https://www.cytel.com/).

MTEK Sciences is a bespoke health research firm specializing in innovative solutions to make the most of real-world evidence (RWE). The company harnesses the latest advances in Bayesian techniques to create synthetic control cohorts, extend health models to key populations and incorporate highly efficient clinical trial designs. For more information about MTEK, visit [https://www.mteksciences.com/](https://www.mteksciences.com/).

**About New Mountain Capital**

New Mountain Capital is a New York-based investment firm that emphasizes business building and growth, rather than debt, as it pursues long-term capital appreciation. The firm currently manages private equity, public equity, and credit funds with over $20 billion in assets under management. New Mountain seeks out what it believes to be the highest quality growth leaders in carefully selected industry sectors and then works intensively with management to build the value of these companies. For more information on New Mountain Capital, please visit [http://www.newmountaincapital.com/](http://www.newmountaincapital.com/).



https://www.labmanager.com

© 1986 – 2023 LAB MANAGER. ALL RIGHTS RESERVED.