# EXHIBIT G

# THE LANCET

Log in

# About The Lancet Group

## The best science for better lives

*The Lancet* began as an independent, international weekly general medical journal founded in 1823 by Thomas Wakley. Since its first issue (Oct 5, 1823), the journal has strived to make science widely available so that medicine can serve and transform society, and positively impact the lives of people.

Over the past two centuries, *The Lancet* has sought to address urgent topics in our society, initiate debate, put science into context, and influence decision makers around the world.

*The Lancet* has evolved as a family of journals but retains at its core the belief that medicine must serve society, that knowledge must transform society, that the best science must lead to better lives.

This year marks *The Lancet*'s 200th anniversary. Find out more about how we will celebrate, self-reflect, and amplify our founding ideas with our present-day impact and vision for the future across all 24 journals that are a part of The Lancet Group.

## Explore the *Lancet* journals



The Lancet | The Lancet Child & Adolescent Health | The Lancet Diabetes & Endocrinology | The Lancet Digital Health | The Lancet Gastroenterology & Hepatology | The Lancet Global Health | The Lancet Haematology

## Our manifesto

Highest standards for medical science

*The Lancet* sets extremely high standards. We select only the best research papers for their quality of work and the progression they bring.

Improving lives is the only end goal

Too much research is done for research's sake. We believe that improving lives is the only end goal and that research is only relevant when it has impact on human lives.

Increasing the social impact of science

We recognise that a great research paper is not enough and that it requires development, mobilisation, and exposure. So we promise to set agendas, create context, inform leaders, start debates, and advocate for the idea that research can and will make a difference.

# A commitment to publishing excellence

- **Publishing excellence:** as trusted sources of information, the *Lancet* journals set extremely high standards for publishing, and we are committed to ensuring that our editorial processes meet our standards of excellence. Read our editorial policies.
- **Journey of a paper:** from peer review, through our in-house editing process, production, to publication and beyond, the entire *Lancet* team brings a wealth of expertise in scholarly publishing. Follow the journey of a paper.
- **Peer review**: peer review plays a vital role in ensuring the integrity of the scientific record. Our community of authors and external peer reviewers work in partnership with our expert editors to publish the best science to advance the health and wellbeing of people worldwide. Find out more about peer review at The Lancet Group.

# Reach and impact

The Lancet journals are both a destination for publication and a platform to advance the global impact of research. The Lancet Group cares that your work is highly visible to a global network of researchers, clinicians, industry professionals, policy makers, media outlets, patients, and the wider public, and we work with you and your affiliated institutions to maximise the impact of your research on the world.

- Lancet journals have extensive global reach with **more than 36·8 million annual visits** and **98·8 million downloaded articles** across TheLancet.com and ScienceDirect.
- Lancet Alerts, including our electronic Table of Contents, have **over 3.6 million subscribers**.
- Lancet journals have **nearly 2·4 million followers** on Twitter, Facebook, LinkedIn, Instagram, WeChat, Weibo, and YouTube.
- With **over 275 000 annual mentions in news articles**, research published in Lancet journals receives regular coverage in influential media such as the Associated Press, BBC, CNN, *Financial Times*, *The Guardian*, *The New York Times*, NPR, and *The Washington Post*.
- Lancet podcasts receive **over 85 000 listens** each month.
- Lancet Webinars have been viewed **more than 5000 times** by audiences in 170 countries.

Our journals are internationally trusted sources of clinical, public health, and global health knowledge. We recognise that the Journal Impact Factor is just one measure of a journal's performance and encourage you to explore additional journal impact metrics, which provide a means to further assess our journals.

Discover more

What is *The Lancet*?

*The Lancet*: What we publish, and why

# Our global team

We are a collaborative, international team of over 170 professional editors, technical copy editors, production editors, marketing and communications specialists, designers, publishers, operations managers, editorial assistants, and multimedia and digital experts all dedicated to advancing health worldwide. Our main office is in London (UK), and we have offices in Beijing (China), New York (USA), Munich (Germany) as well as teams in Amsterdam (Netherlands), Barcelona (Spain), Cambridge (USA), Chennai (India), Madrid (Spain), Oxford (UK), Philadelphia (USA), Rio de Janeiro (Brazil), Shanghai (China), Sydney (Australia), and South Africa.

> Meet our team



## LANCET JOURNALS

The Lancet

The Lancet Child & Adolescent Health

The Lancet Diabetes & Endocrinology

The Lancet Digital Health

The Lancet Gastroenterology & Hepatology

The Lancet Global Health

The Lancet Haematology

The Lancet Healthy Longevity

The Lancet HIV

The Lancet Infectious Diseases

The Lancet Microbe

The Lancet Neurology

The Lancet Oncology

The Lancet Planetary Health

The Lancet Psychiatry

The Lancet Public Health

The Lancet Regional Health – Americas

The Lancet Regional Health – Europe

The Lancet Regional Health – Southeast Asia

The Lancet Regional Health – Western Pacific

The Lancet Respiratory Medicine

The Lancet Rheumatology

eBioMedicine

eClinicalMedicine

## CLINICAL INITIATIVES

The *Lancet* Clinic

Commissions

Series

Picture Quiz

**GLOBAL HEALTH INITIATIVES**

Global Health Hub

Commissions

Series

Global Burden of Disease

Climate Countdown

**MULTIMEDIA**

Infographics

Podcasts

Videos

**INFORMATION**

About us

For authors

For advertisers

For press

Statement on offensive historical content

Open access

Publishing excellence

Careers

Community guidelines

Peer review

Preprints

**ACCESS**

Access our content

Personal subscriptions

Existing print subscribers

Request institutional access

Research4Life

**CONNECT**

*Lancet* Alerts

*Lancet* Webinars

Contact us

Customer service

Our global team

Conferences

The content on this site is intended for science and health care professionals.

We use cookies to help provide and enhance our service and tailor content and ads. To update your cookie settings, please visit the **Cookie settings | Your Privacy Choices** for this site.

All content on this site: Copyright © 2023 Elsevier Ltd., its licensors, and contributors.

All rights are reserved, including those for text and data mining, AI training, and similar technologies.

For all open access content, the Creative Commons licensing terms apply.

Privacy Policy   Terms and Conditions   Accessibility

