# EXHIBIT 3



Platform Life Sciences is an **Impact Research Organization** that helps sponsors and partners redefine clinical trials with speed, adaptability, and global partnerships to evaluate life-saving therapeutics

**Vision** | A world free from *treatable* disease

**Mission** | Accelerate access to global clinical trials for life saving drugs



**2022 David Sackett Trial of the Year Award**
COVID-19 TOGETHER trial

Bob Battista, MBA, FRCP Edin

**Chief Strategy & Commercial Officer**
bbattista@platformlifesciences.com
**+1 310-922-0359**





# We help sponsors innovate while advancing global health

## Value for sponsors

**Access to diverse patient populations** with unique disease burdens

**Faster site selection, improved patient enrollment & retention** through pre-qualified sites and local partner model

**Build capacity** to enable investigation of novel modalities in emerging markets

**Streamlined commercialization avenues** in emerging markets

## Global health impact

**Advancing clinical research** in multiple geographies

**Increasing** global socio-economic and geographic **diversity** in clinical research

Improving **access to novel therapies** for emerging markets

**Building health systems infrastructure** to enable life-saving capabilities



# Innovative approaches are needed to address long-standing challenges

 Traditional trial structures are plagued by **slow enrollment, poor retention and long / costly timelines**

 **Limited depth, breadth, and quality of RWD[1]**, including lack of diversity data and access to source data (FDA requirement)

 Existing **RWD** sources are **fragmented, incomplete** and **not standardized**

 CRO-sponsor interface strained by **transactional relationships** among major players

 **Budget constraints** due to macroeconomic climate compound challenges that clinical development teams face

1. RWD = Real world data



# Addressing challenges can unlock significant value

**Challenges have inhibited clinical development efficiency…**

**90%** of drug candidates aren't approved due to lack of procedural efficiency, participant diversity & targeted patient populations[1]

**31%** drop in clinical trial productivity[2]

**20%** increase in clinical trial duration[3]

**… while an increase in activity has magnified their impact**

**68%** increase in active developed drugs[4]

**14%** increase in number of Phase II/III trials[5]

**28%** increase in molecular entity approvals including an RWE study[6]





# Reimagining clinical trials with our unique set of capabilities

**Direct access to experts & unburdened sites**

Leverage our long, durable relationships with investigators in 20+ countries across LMICs and North America with diverse, untapped patient populations

**Innovative trial design**

Award-winning pioneers in design and execution of adaptive designs that significantly accelerate trial development



**Leading statistical methodologists**

Novel Bayesian statistics and modeling that reduce time to insight

**RWD discovery platform**

Access to evidence gap data for RWD assets, and ability to clean and harmonize for internal analysis to inform critical strategic trial protocols



# PLS is building capacity and increasing access to clinical trial sites worldwide



Canada

US
83 sites
+ CVS trial sites

Brazil

Spain, Poland,
Hungary, Bulgaria,
Romania, Israel

Nigeria, Ivory Coast,
Ghana, Senegal

Pakistan, India

DRC, Rwanda,
Uganda, Kenya

Vietnam

South Africa

Australia

**Perpetual access** to 4M+ community-based trial participants

**Treatment-naïve patients** that represent disease populations

**Diverse populations** to support regulatory submission requirements

**Enrollment and retention** driven by Community-of-Practice model

Deep **knowledge of regulatory environments**

Early access to **rapidly emerging growth markets**

5



# We deliver innovation amplified by global partnership and collaboration



**Node size:** # of articles
**Tag:** # of articles
**Edge Width:** # of co-authorships
**Color:** Region

- Africa
- Asia-Pacific
- Europe
- North America
- South America

Based on ~950 scientific literature articles published by 10 authors from PLS leadership and its collaborators since 2012

6


Platform
Life Sciences

# We have the expertise to address your clinical development plans

## Expertise

| 2000+ | Publications across TAs and advanced trial design |

| 200k+ | Citations by scholarly publications |

| 450+ | Adaptive / conventional / platform clinical trials run |

## Disease-specific knowledge

MODULAR –
Please ask for our DISEASE
TEAR SHEETS AS RELEVANT
PER AREA OF FOCUS
*(see page 37 and 38 as examples)*



# Trial design is at the heart of innovating clinical development

**Master protocols** refer to a single, overarching design developed to evaluate multiple hypotheses to **improve trial efficiency**

Usually classified into 3 categories: **Basket trials**, **Umbrella trials**, and **Platform trials**

Platform trials use a common control to **reduce the number of patients assigned to placebo** or standard-of-care



8


# We know how to put innovative trial design methods into practice

## Industry leaders





Our leaders wrote the book on innovative clinical trial design…

…and have published over 25 influential trial design papers in top-tier scientific journals, including The Lancet, JAMA, and NEJM



## Risks of not adopting

 Increased R&D spend and lost revenue due to extended trial execution time

 Being beaten to market by competitors due to elongated trials

 Not failing fast, and burning time and resources in the process

 Not being an innovative force within your company

9


# Our leading statistical methodologists reduce time to insight

**Example**





Hierarchical Bayesian adaptive basket trial to identify histology-agnostic, biomarker-based therapies

Leverage RWE to mitigate risks for clinical development

10



# We can meet you at your point of need with RWD/E back services

Examples

| Portfolio Strategy | Trial design & execution | Post-Approval/Commercial |
|---|---|---|
| **Hypotheses generation & biomarker identification** | **Protocol and study design** | **Safety monitoring & post-approval pharmacovigilance** |
| **Identify new unmet needs** | **Patient recruitment & site identification** | **HEOR / treatment value validation** |
| **Understand burden of disease** | **Non-registry synthetic controls & virtual trials** | **Label extension & treatment regime optimization** |
| | | **Patient / HCP targeting** |



# We accelerate delivery by quickly leveraging and combining critical datasets



## Internal Data

Standardize existing trial and RW data to supplement prospective data and enable identification of unmet needs & populations

## Prospective RW Data

Source data/documents for regulatory standards, if needed, for health learning systems

## External Data

Combine aggregate-level published data from competitors and other external RW datasets

# Working hand-in-hand with you at any point in your clinical trial journey

Redefining clinical trials with speed, adaptability, and global partnerships to evaluate life-saving therapeutics

EXAMPLES

Prioritizing molecule development based on RWD/RWE backed analysis

Fit-for-purpose and efficient trial designs and protocols that maximize assets

**Global trial execution**

**Post-approval**

**Innovative study design**

**Portfolio strategy**

Quickly selecting sites where the patients are; Executing efficient designs and analyses at speed

Leveraging RWD to close evidence gaps (e.g., label expansion, efficacy-safety optimization, pharmacovigilance)

Learnings from each step feed into the rest; having a consistent partner across your journey can capitalize on these synergies

# We will be a true partner throughout clinical development

 We immerse ourselves in your vision – **your goals become our goals**

 A collaborative working style is in our DNA – we will work **shoulder-to-shoulder with you** to accomplish launch plans and publications

 We are **transformative partners** – delivering innovative value to tackle your problems today and tomorrow



# PLS's trial design and global site network produce significant time & cost savings throughout clinical trial execution



**Traditional RCTs**

Trial Design | Trial initiation | Trial execution | Close-out

**1** **Complex trial design shortens trial execution length**
- Reduced patient sample size requirements
- Multiple treatment arms run simultaneously
- Early treatment arm completion / termination

Trial Design | Trial initiation | Trial execution | Close-out

**2** **Access to global network of sites increases trial execution efficiency**
- Improved patient recruitment speed
- Lower LMIC operations costs
- Ready to activate sites

Platform Life Sciences

Trial Design | Trial initiation | Trial execution | Close-out

**40-50%**
faster time to approval

**50%**
lower cost to completion



# Trial design and site network deliver estimated per patient costs significantly below industry averages

## Industry vs. Estimated Platform Life Sciences Per Patient Cost Averages
Infectious diseases trials – per patient cost





# In addition to cost and time savings, PLS can increase revenue capture of your product portfolio through trial timeline compression

- Compression of clinical trial timelines creates a revenue boost for the product across lifetime, primarily attributed to early product launch

- Additional value realized when in-house resources freed up to work on additional company priorities



Platform Life Sciences- Timeliness To Market

% of peak revenues per quarter

Net Gain with Time To Market Acceleration

74.9% revenue boost

Product introduction

Market ramp

Volume adoption

Volume maturity

With PLS

Industry

Lost market share due to late introduction (~6months)

Year 1    Year 2    Year 3    Year 4    Year 5





# RWD Discovery Platform



# Our Real-World Discovery Platform

Envisioned as a perpetual learning system that can maximize the value of real-world data regarding therapeutic efficacy

With advancements and increased use of real-world data by global regulatory agencies, now is the time to re-cast the dogmas of clinical trials and real-world evidence into one



# Real-World Discovery Platform for Model-Informed Development: Conceptual Framework



**Establishment of Real-World Discovery Platform Data Infrastructure**

System Engineering with Harmonize Data Standards for Analysis Ready Datasets

Prospective Real-World Data Collection

Retrospective Real-World Data Augmentation



**Advanced Real-World Analyses and Simulations**

Model-Informed Drug Development

Prospective Real-World Data Statistical Simulations for Clinical Trials Collection

External and Internal Benchmarking



**Application of Real-World Discovery Evidence**

Exploratory + Confirmatory Knowledge Generation: Biomarkers, Endpoints, and Patient Selection

Improved Clinical Development: Make Go/No-Go Decision within a Therapeutic Area

Improved Reimbursement: Supportive Comparative Effectiveness Dossier



# Real-World Discovery Platform data infrastructure established with the highest system engineering standards



Global clinical data from partner sites

Regulatory grade prospective data collection with rigorous standards and quality checks

Data tabulation and analysis mapping for clinical trials and HTA submissions

Integration of retrospective real-world data: Publications, chart reviews, and internal IPD studies

Fit-for-purpose RW evidence: Biomarkers, patients, outcome data

Harmonization of bespoke prospective and retrospective real-world data for analysis-ready datasets



# We have access to real-time, regulatory grade, clinical data, by leveraging regulatory changes in US HIPAA and HIE infrastructure

Real-time, Regulatory Grade, Clinical data (RRC)

**CDS**

**DCT**

**RWD**



**REAL TIME**

- Patient identity verification and geolocation from consumer data
- Full patient medical records from consented patients accessed within minutes via health information exchanges
- Perpetual longitudinal follow up



**REGULATORY GRADE**

- Full records include pathology, radiology (including raw DICOMs) to allow for all types of outcomes assessment (e.g., RECIST, PFS, OS)
- Structured in 21 CFR 11 compliant EDC
- Source data verified



**CLINICAL DATA**

- Retrospective to time of diagnosis, prospective until final outcome
- Actionable via AI/ML tools

22



# Actionable Alerts: Recognizer Technology



Real-time
clinical data

Normalized
data catalogue

Recognizers →

Patients &
Providers

★
Alerts

Pharma Commercial,
Medical Affairs,
and R&D

## Right patient, Right drug, **Right time**

Patients/Providers
- Treatment options to consider
- Supporting clinical evidence
- Educational content on specific treatments



**Aligned Alerts:** xCures alerts patient, provider, and pharma simultaneously

Pharma Commercial/MedAffairs
- Which patients might need our drug next month?
- Which patients responded to our drug in the last month?
- Which patients stopped taking our drug in the last month and why?
- Know when a patient is progressing or about to progress(Time to treatment failure model)



# We can create patient cohorts tailored to your specifications



**Traditional RWD workflow**

Idea / need identified → Send data request to stats team → Stats team queries licensed RWD asset (e.g., Optum, IQVIA, etc) → Stats team can't fill cohort need → Explore other avenues to build cohort, e.g., RWD charter companies, find / develop registries

2 months

**Platform Life Sciences**

Idea / need identified → Advanced analytics to build patient cohorts from repository of longitudinal patient records that meet your specifications *Powered by xCures* → Fit-for-purpose patient cohort delivered with research grade data

Deep dive to follow

Fit-to-Purpose data

to create a patient cohort to your specifications



# Efficient patient-centric workflow for decentralized recruitment



Patient consents to xCures or xCures partner (via BAA or DUTA)

Perpetual data access via Health Information Exchanges & directly from sites

Data processed via AI/ML

Automated data structuring

Searchable structured data & Meta-data catalogue

Fit for purpose dataset built to spec (Regulatory-grade)

1  2  3  4  5  6

All medical records from all sites of care

**INFORM DECIDE**

Care Summaries

Portals for patients & providers
- Direct communication
- PROs
- Clinical Decision Support (Treatment Options Recommendations)
- Actionable Alerts

DCTs, EAPs, trial matching, EHR to EDC, long-term follow-up, RWD studies



# Example | Application of Real-World Discovery Platform for Go / No-Go decisions

## Go/No Go Criteria for Clinical Development



### Go Decision Criteria

- ✓ High probability of superiority against external competitors
- ✓ Well characterized dose response curve and tolerability with low toxicity profile
- ✓ Within feasible budgetary and practical constraints



### No-Go Decision Criteria

- ! Low probability of success compared to external competitors (benchmark)
- ! Poor tolerability
- ! High cost and slow recruitment



**Internal study 1**

+

**Prospective RW Data Collection**

+

**External study**

### Portfolio Management

Step 1: Standardize all available sources of evidence
Step 2: Synthesize using advanced statistical methods for risk mitigation during planning
Step 3: Compare against go/no-go criteria and inform the investment of future study

Internal (Existing) Trial and RW Data

Prospective Fit-For-Purpose RW Data

External Aggregate Data

**Future study**



# Example | Application of Real-World Discovery Evidence for HTA Submissions

Improved indirect treatment comparison with higher precision catalyzed by high-quality data
- *Application area*: Advanced survival analyses for oncology HTA submissions

Incorporate several novel IPD analyses, such as 'Network Meta-Interpolation (NMI)' methods to handle missing sub-group published data from external competitors



Figure A. Network Meta-Interpolation (NMI) to Handle Missing Sub-Group Published Data

Figure B. Procedures to Select Survival Analysis for Indirect Comparative Effectiveness

Source: Harari O et al. Network meta-interpolation: Effect modification adjustment in network meta-analysis using subgroup analyses. Research Synthesis Methods. 2022 Oct 25.



# Example | Model-informed development based on high-quality evidence generated from our real-world discovery platform



## Dose Selection & Optimization

- Model-based meta-analysis
- Dose finding and response designs for dose optimization



## Informing Clinical Trial Design

- Complex innovative trial designs
- Master protocols:
  - Umbrella/platform/basket trials
- Adaptive trial designs
- External control designs
- Hybrid control designs



Augmented analyses

Ambispective approach

Purpose built data sets

Echelons of evidence

Prospective data sets

Retrospective data sets

RWD sets (Med Records)







# Appendix –
# Disease specific templates


# Malaria | Patient access & deep expertise to meet your needs

## Patient access

Malaria prevalence in PLS partner site countries



PLS can engage clinical sites beyond immediate footprint

95,526k

7,312k

0

151k

EU[1]  APAC[2]  South America[3]  Middle East & Africa[4]

**Access to US sites enabled by partnership with CVS**

## Expertise

**50+** — Publications on malaria in top journals, e.g., The Lancet

**30k+** — Citations of our malaria work by scholarly publications

**20+** — PLS clinical trials sites for malaria

1. Includes Spain, Poland, Hungary, Bulgaria, Romania 2. Includes Pakistan, India, Vietnam, Australia  3. Includes Brazil 4. Includes Rwanda, South Africa, DRC, Uganda, Kenya, Nigeria, Ivory Coast, Ghana, Senegal, Israel
Source: IHME, The Lens



# HIV | Patient access & deep expertise to meet your needs

## Patient access

HIV prevalence in PLS partner site countries



PLS can engage clinical sites beyond immediate footprint

14,304k

2,166k

891k

137k

| EU[1] | APAC[2] | South America[3] | Middle East & Africa[4] |

**Access to US sites enabled by partnership with CVS**

## Expertise

**350+** — Publications on HIV in top journals, e.g., The Lancet, JAMA

**50k+** — Citations of our malaria work by scholarly publications

**30+** — Clinical trials run for HIV

1. Includes Spain, Poland, Hungary, Bulgaria, Romania 2. Includes Pakistan, India, Vietnam, Australia 3. Includes Brazil 4. Includes Rwanda, South Africa, DRC, Uganda, Kenya, Nigeria, Ivory Coast, Ghana, Senegal, Israel
Source: IHME, The Lens





# Appendix –
# Expert team and networks



# Leadership team



**DR. MARK DYBUL**

**Executive Chairperson**

Professor, Department of Medicine, Georgetown University
Senior Advisor at the Center for Global Health Practice and Impact



**DR. ED MILLS**

**Chief Executive/Scientific Officer**

Professor at McMaster University, past founder of scientific centered adaptive clinical trials service companies



**MELISSA BOMBEN**

**Chief Operating Officer**

30 years experience in corporate management, strategic resourcing and clients solution



**TWANNA L DAVIS**

**Chief Clinical Operations**

Past global clinical operations in leading CROs, and staff academic member in health sciences



**MICHAEL ZIMMERMAN**

**Chief Technology Officer**

Past CEO of ML/Data analytics companies, experienced in building large scale global infrastructure



**BOB BATTISTA**

**Chief Strategy and Commercial Officer**
Serial healthcare entrepreneur. Launched first specialty pharmacy in the U.S. commercialized IHME to industry



**ARANKA ANEMA**

**VP Global Health**

Adjunct Prof University of British Columbia., 20 years leading impact evaluations for global health investments



**DR. GHAYATH JANOUDI**

**VP Regulatory**

Comprehensive experience in conducting and evaluating clinical research for regulatory purposes in North and Latin America, Europe, Africa, and The Middle East



**MICHAEL E. LAMBERT**

**VP Business Development**

Extensive experience in building large scale clinical trials business and customer base. Recently CBO with  FHI Clinical


# Scientific Leadership



Professor Edward Mills
McMaster University

Senior Scientist,
Stanford University

Senior Scientist,
Global Burden of Disease

Over 850 top tier Journal
Articles



Professor Kristian Thorlund
McMaster University

3rd Most cited statistician in the
world



Professor Mark Dybul
Georgetown University

Led the largest life-saving RWE
project in history, resulting in 70
million lives saved.



Professor Gordon Guyatt
McMaster University

Developed the concept of
Evidence-Based Medicine

11th most cited scientist in the
world



# From grassroots to treetops

**Community-of-Practice:** PLS has built a Community-of-Practice that connects villages to providers at sub-national, national and cross-national Ministry of Health officials at technical, policymaking ministerial and state/national cabinets. It enables
- Authentic country ownership and engagement
- Surge capacity with local footprint
- Continuous quality improvement
- Access to national databases through trusted relationships

**National and Global Network of Impact Organizations:** PLS has deep relationships with Civil Society/Community-based organizations engaged in delivery and/or advocacy organizations, including government at all levels nationally and sub-nationally up to Heads-of-State, Pan-African and global health agencies.














The African Forum for Research and Education in Health (AFREhealth) is an interdisciplinary health professional grouping that seeks to work with Ministries of Health, training institutions and other stakeholders to improve the quality of health care in Africa through research, education and capacity building. It is a conglomerate of individuals, institutions, associations and networks from all the geographic and linguistic regions of Africa namely Anglophone, Francophone, Lusophone and Arabophone.

Membership is open to African and external stakeholders committed to an Africa with strong, self-sustaining and robust health systems. It was launched by the joint leadership of MEPI (Medical Education Partnership Initiative) and NEPI (Nursing Education Partnership Initiative) in 2016.


Platform
Life Sciences


Spotlight
## RWANDA





**Partner sites**

2 Partners with 1 Site each

Population/Patient Access 4m+

Rwanda Ethics Committee and RFDA Approved Sites

Laboratories CAP Certified and ISO Certified

**Clinical trial history**

Sites 7+ years of Clinical Trial Experience

12+ Completed and Ongoing Clinical Trials

216 624 Patients Recruited

Recruitment from 2 Provincial and 12 District Hospitals

Academia Capacity Building Program

**Dr. Leon Mutesa and Dr. Etienne Karita**

+20 years of Clinical Trial Experience,

18+ Completed and Ongoing Trial Experience

Dr. Mutesa: Founder—Rwanda Health Research Committee

Current Trial: GLB 003 Vaccine



# Spotlight
## DRC



**Partner sites**

2 Partner with 35+ Recruitment Centers

Population/Patient Access 55M+

D-ACOREP Approved Sites

Laboratories CAP Certified and ISO Certified

**Clinical trial history**

Sites 5+ years of Clinical Trial Experience

4 Completed and Ongoing Clinical Trials

1200+ Patients Recruited

Emerging and Re-Emerging Pathogens, Infectious, Expertise

**Dr. Jean Jacques Muyembe**

Co-Discoverer of the Ebola Virus

Founder and Director National Institute of Biomedical Research

25+ years of Clinical Trial Experience, Times 100 Most Influential People 2020

2019 David Sackett Award


Platform
Life Sciences


Spotlight
**SOUTH AFRICA**



**Partner sites**

1 Partner with 2 Sites

Population/Patient Access 16m+

SA Health Products Regulatory Authority (SAHPRA) Approved Sites

Laboratories CAP Certified and ISO Certified

**Clinical trial history**

Sites 10+ years of Clinical Trial Experience

30+ Completed and Ongoing Clinical Trials

8 950 Patients Recruited

HIV and Obesity Areas of Expertise

**Dr. Francois Venter**

20 years of Clinical Trial Experience,

40+ Completed and Ongoing Trial Experience

International Association of Providers of AIDS Care

Top Influential Leaders - RSA Institute of Health Care

40





## Spotlight
## BRAZIL





**Partner sites**

1 Partner with 22 Sites

Population/Patient Access 8m+

Platform Brazil and CONEP Approved Sites

Laboratories CAP Certified and ISO Certified

**Clinical trial history**

Sites 10+ years of Clinical Trial Experience

22 Completed and Ongoing Clinical Trials

8 000 Patients Recruited

Cardio-Vascular and Covid Area of Expertise

**Dr. Gilmar Reis**

20 years of Clinical Trial Experience,

Involved in 100 Completed and Ongoing Trials

Award Winning Covid-19 Together Trial





## Spotlight
## PAKISTAN



**Partner sites**
- 1 Partner with 12 Sites, 4 Integrating onto the Network
- Population/Patient Access 200m+
- Drug Regulatory Authority Pakistan (DRAP) Approved Sites
- Laboratories CAP Certified and ISO Certified

**Clinical trial history**
- Sites with 15+ years of Clinical Trial Experience
- 180 Completed and Ongoing Clinical Trials
- 432 712 Patients Recruited
- Phase1 5%, Phase2 10%, Phase3 55%, Phase4 30%

**Dr. Zulfiqar A Bhutta**
- 40 years of Clinical Trial Experience,
- 50+ Completed and Ongoing Trial Experience
- Grants Funding $12.500.000+
- Ranked Top 100 Global Medical Scientists 2022