# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>               Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>               Defendants. | Adv. Proc. Case No. 23-50444 (JTD) |

## NOTICE OF COMPLETION OF BRIEFING REGARDING MOTION OF PLATFORM LIFE SCIENCES, INC., A CANADIAN CORPORATION, TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)

PLEASE TAKE NOTICE that Platform Life Sciences Inc., a Delaware corporation ("PLS Delaware"), in the above-captioned case, hereby provides notice that briefing has been completed with respect to the *Motion of Platform Life Sciences, Inc., a Canadian*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Corporation, to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2)*

(the "Motion to Dismiss") [Docket No. 35] filed on September 15, 2023.  Below is a list of all relevant pleadings and docket numbers filed and related to the Motion to Dismiss.

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)** | | | |
| 1 | 09/15/23 | 35 | Motion of Platform Life Sciences, Inc., a Canadian Corporation, to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) |
| 2 | 09/15/23 | 36 | Declaration of Dr. Edward J. Mills in Support of Motion Under Rule 12(b)(2) to Dismiss Complaint for Lack of Personal Jurisdiction on Behalf of Platform Life Sciences, Inc., a Canadian Corporation |
| 3 | 09/29/23 | 41 | Plaintiffs' Opposition to Defendant Platform Life Sciences, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction |
| 4 | 09/29/23 | 42 | Declaration of Matthew B. McGuire in Support of Plaintiffs' Opposition to Defendant Platform Life Sciences, Inc.'s Motion to Dismiss the Complaint for Lack of Personal Jurisdiction |
| 5 | 10/06/23 | 45 | Reply of Platform Life Sciences, Inc., a Canadian Corporation, to Plaintiffs' Opposition to Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) |
| 6 | 10/06/23 | 46 | Supplemental Declaration of Dr. Edward J. Mills in Support of Motion Under Rule 12(b)(2) to Dismiss Complaint for Lack of Personal Jurisdiction on Behalf of Platform Life Sciences, Inc., a Canadian Corporation |
| 7 | 10/11/23 | 47 | Notice of Filing Corrected Exhibit to Declaration of Matthew B. McGuire in Support of Plaintiffs' Opposition to Defendant Platform Life Sciences, Inc.'s Motion to Dismiss the Complaint for Lack of Personal Jurisdiction |

| | |
|---|---|
| Dated: October 16, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | James E. O'Neill (DE Bar No. 4042) |
| | Alan J. Kornfeld (CA Bar No. 130063*) (admitted pro hac)* |
| | Debra I. Grassgreen (CA Bar No. 169978) *(admitted pro hac)* |
| | Tavi C. Flanagan (CA Bar No. 169156) *(admitted pro hac)* |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: joneill@pszjlaw.com |
| | akornfeld@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | tflanagan@pszjlaw.com |

*Counsel to Defendant Platform Life Sciences, Inc., a Delaware corporation, now known as Purpose Life Sciences, Inc., a Delaware corporation*