

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

SAN FRANCISCO
ONE SANSOME STREET
34th FLOOR, SUITE 3430
SAN FRANCISCO
CALIFORNIA 94104

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

James E. O'Neill

October 23, 2023

302.778.6407
joneill@pszjlaw.com

<u>Via Email</u>
<u>Via Hand Delivery</u>

The Honorable John T. Dorsey
United States Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE 19801

   Re: <u>FTX Trading Ltd., et al., v. Platform Life Sciences Inc. Adv. Pro. No. 23-50444 (JTD)</u>

Dear Judge Dorsey:

  We represent Defendant Platform Life Sciences, Inc. ("<u>PLS</u>") in the above-referenced matter. We write to the Court regarding oral argument scheduled for tomorrow, October 24th at 10:00 a.m. (ET) on the Motions to Dismiss filed by PLS. Argument on the Motions to Dismiss was originally scheduled by the Court at the pretrial conference for October 19th as a virtual Zoom hearing. When we were advised on October 16th by counsel to the Debtors that the Court had requested that the matter be adjourned to October 24th, we responded as follows: "Oct. 24 at 10:00 a.m. eastern for a virtual hearing works for PLS Canada. Thank you." We received no response from the Debtors indicating that the hearing would not be virtual. We now understand that the Court requests that counsel for PLS be present in person at the hearing on the Motions to Dismiss.

  Alan Kornfeld, who will be arguing for PLS, anticipated that he would attend tomorrow's hearing on the Motions to Dismiss via Zoom. Mr. Kornfeld has been, and is currently, involved in negotiations in a separate matter pending before Judge Horan and does not have plans in place to travel to Delaware for tomorrow's hearing. Mr. Kornfeld is resident in our firm's Los Angeles office. While his schedule would have accommodated the virtual Zoom

DOCS_DE:245477.1 30239/001


The Honorable John T. Dorsey
October 23, 2023
Page 2

hearing we anticipated for tomorrow, because of travel time and his responsibilities in the other matter (which he would be unable to handle while in transit), an in-person hearing is not possible for tomorrow.

      Accordingly, we would respectfully request that the argument on the Motions to Dismiss be adjourned to a date after this week that works for the Court and the parties.  We are happy to work with Your Honor's chambers and Debtors' counsel to arrive at such a date.

      We apologize to the Court for any misunderstanding or inconvenience.

                Very truly yours,

                */s/ James E. O'Neill*
                James E. O'Neill

JEO:irl