# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | **Adv. Ref. Nos. 1, 15 & 28** |

## CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), hereby certify as follows to the best of my knowledge, information and belief:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1. On July 19, 2023, Alameda Research Ltd. and FTX Trading Ltd (together, the "Plaintiffs") initiated the above-captioned adversary proceeding (the "Adversary Proceeding") in the United States Bankruptcy Court for the District of Delaware (the "Court") by filing a complaint [Adv. D.I. 1] (the "Complaint") against Platform Life Sciences Inc., Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Rioscience LLC, Genetic Networks LLC, 4J Therapeutics Inc., Latona Biosciences Group, FTX Foundation, Samuel Bankman-Fried, Ross Rheingans-Yoo, and Nicholas Beckstead.

2. On July 21, 2023, Plaintiffs served the Complaint on Defendants Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Rioscience LLC, Genetic Networks LLC, 4J Therapeutics Inc. (collectively, the "Small Lifesciences Defendants"), Nicholas Beckstead ("Beckstead"), FTX Foundation, Platform Life Sciences Inc., Ross Rheingans-Yoo, and Samuel Bankman-Fried.

3. On August 2, 2023, Plaintiffs served the Complaint on Defendant Latona Biosciences Group.

4. On August 17, 2023, Plaintiffs and Defendants Samuel Bankman-Fried, Nicholas Beckstead, Ross Rheingans-Yoo, Latona, Greenlight Biosciences Holdings, Platform Life Sciences Inc., Rioscience LLC, and 4J Therapeutics Inc. entered into a *Stipulation for an Extension of Time for Defendants to Respond to Complaint* [Adv. D.I. 15], extending these Defendants response deadline to September 15, 2023.

5. On September 6, 2023, Plaintiffs reattempted service of the Complaint on Defendant Lumen Bioscience, Inc..

6. On September 7, 2023, the Clerk of the Court entered default against defendant Genetic Networks LLC [Adv. D.I. 24], which was set aside on October 3, 2023 [Adv. D.I. 44].

7. On September 10, 2023, the Plaintiffs filed the *Notice of Proposed Case Management Plan and Scheduling Order* [Adv. D.I. 28], setting forth a proposed case schedule for the Adversary Proceeding.

8. The Plaintiffs, Beckstead, and the Small Lifesciences Defendants (collectively, the "Parties") have engaged in discussion to resolve Plaintiffs' claims as to these defendants. In connection therewith, the Parties have conferred and have agreed to stay the Adversary Proceeding as to Beckstead and the Small Lifesciences Defendants.

9. The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is annexed hereto as **Exhibit 1** (the "Order").

10. Accordingly, the Parties respectfully request that the Bankruptcy Court enter the Order at its earliest convenience.

| | |
|---|---|
| Dated: October 31, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Steven L. Holley (admitted *pro hac vice*)<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Jacob M. Croke (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>holleys@sullcrom.com<br>Wheelers@sullcrom.com<br>glueckstein@sullcrom.com<br>dunnec@sullcrom.com<br>crokej@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |