## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                    Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## ANSWER WITH AFFIRMATIVE DEFENSES

Defendants Latona Biosciences Group ("Latona") and Ross Rheingans-Yoo ("Rheingans-Yoo" and, collectively with Latona, "Defendants"), by and through their counsel, Joyce, LLC and Goetz Fitzpatrick LLP, hereby respond to the complaint filed on July 19, 2023 (ECF 1, "Complaint") by Alameda Research Ltd. ("Alameda") and FTX Trading Ltd. ("FTX" and, together with Alameda, "Plaintiffs"), as follows:

## RESPONDING TO "NATURE OF THE CASE"

1.      Paragraph 1 contains a summary of Plaintiffs' claims that does not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 1.

2.      Paragraph 2 contains a summary of Plaintiffs' claims that does not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 2.

3.      Paragraph 3 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 3.

4.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.

5.      Defendants deny the allegations of Paragraph 5 to the extent it alleges that (i) Latona was a "sham non-profit company" that "took" funds for any purpose other than life-science investments, (ii) Rheingans-Yoo intended to benefit personally from Latona's investments, and (iii) Plaintiffs received "no benefits" from Latona. Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 5.

6.      Defendants admit the allegations of Paragraph 6 to the extent it alleges that the "Lifesciences Defendants are life sciences companies in which Latona made investments." Defendants deny the allegations of Paragraph 6 to the extent it alleges that "neither FTX nor Alameda received any value in exchange" for those investments. Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6.

7.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7.

8.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8.

9.      Defendants admit the allegations of Paragraph 9 to the extent they allege that (i) Rheingans-Yoo was hired by Bankman-Fried; and (ii) Rheingans-Yoo, in the course of his duties, had partial responsibility for directing Latona's investments in the Lifesciences Defendants. Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9.

10.     Defendants deny the allegations of Paragraph 10 to the extent they allege wrongdoing by Rheingans-Yoo.

11.     Defendants deny the allegations of Paragraph 11 to the extent they allege wrongdoing by Rheingans-Yoo.

12.     Paragraph 12 of the Complaint contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 12.

13.     Paragraph 13 of the Complaint contains Plaintiffs' attempted reservation of rights that does not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 13.

## RESPONDING TO "THE PARTIES"

14.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14.

15.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15.

16.     Defendants admit the allegations of Paragraph 16 insofar as they allege that Latona was duly organized in the Bahamas in May 2022 for the purpose of investing in life sciences companies. Defendants deny the allegations of Paragraph 16 to the extent of Plaintiffs' use of the

word "purported" given Latona's duly executed Certificate of Incorporation and Memorandum of Association.

17.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17.

18.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18, except admit that Bankman-Fried conceived of and served as a director of Latona, overseeing and approving the investments made by Latona that Rheingans-Yoo recommended.

19.     Defendants admit the allegations of Paragraph 19.

20.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20.

21.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21.

22.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22.

23.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23.

24.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24.

25.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25.

26.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26.

## RESPONDING TO "JURISDICTION AND VENUE"

27.     Paragraph 27 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 27.

28.     Paragraph 28 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 28.

29.     Paragraph 29 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 29.

30.     Paragraph 30 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 30.

31.     Paragraph 31 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 31.

32.     Paragraph 32 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 32.

33.     Paragraph 33 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 33.

## RESPONDING TO "FACTUAL ALLEGATIONS"

I.     **Responding to "The Insiders' Scheme to Defraud the FTX Group's Customers, Creditors, and Shareholders"**

34.     Paragraph 34 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34.

35.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35.

36.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36.

37.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37.

38.     Paragraph 38 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38.

39.     Paragraph 39 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39.

40.     Paragraph 40 refers to documents and legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40.

41.     Paragraph 41 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41.

42.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42.

43.     Paragraph 43 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43.

44.     Paragraph 44 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44.

45.     Paragraph 45 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45.

## II.     Responding to "Bankman-Fried, Rheingans-Yoo, and Beckstead Caused FTX and Alameda to Transfer Millions to the Lifesciences Defendants"

46.     Defendants deny the allegations of Paragraph 46 to the extent it alleges that (i) Latona was controlled by Bankman-Fried, and (ii) Plaintiffs received no value for their investments in the Lifesciences Defendants through Latona. Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 46.

47.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47.

48.     Defendants deny the allegations of Paragraph 48.

49.     Paragraph 49 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49.

50.     Paragraph 50 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50.

51.     Paragraph 51 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51, except that

Defendants deny that Latona "failed to conduct any valuation analysis" and "conducted minimal or no due diligence" of the Lifesciences Defendants.

52.     Defendants deny the allegations of Paragraph 52.

53.     Defendants deny the allegations of Paragraph 53 to the extent they allege wrongdoing by Rheingans-Yoo.

54.     Defendants deny the allegations of Paragraph 54 to the extent it alleges that Plaintiffs received no value for their investments in the Lifesciences Defendants, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 54.

55.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55.

### (i)     Responding to "The FTX Foundation's Purported Donation to PLS"

56.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56.

57.     Paragraph 57 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57.

58.     Paragraph 58 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58.

59.     Paragraph 59 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59.

60.     Paragraph 60 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60.

61.     Paragraph 61 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61.

62.     Paragraph 62 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62.

63.     Paragraph 63 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63.

64.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64.

**(ii)     Responding to "Latona's Investment in PLS"**

65.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65.

66.     Paragraph 66 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66.

67.     Paragraph 67 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67.

68.     Paragraph 68 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68.

69.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69.

70.     Paragraph 70 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70.

71.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71.

72.     Defendants deny the allegations of Paragraph 72 to the extent it alleges that Plaintiffs received no value for their investments in PLS, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 72.

(iii)     **Responding to "Latona's Investment in Lumen"**

73.     Paragraph 73 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73.

74.     Paragraph 74 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74.

75.     Paragraph 75 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75, except that

Defendants deny the allegations of Paragraph 75 to the extent they allege that Rheingans-Yoo valued the Lumen project "without any basis for selecting the amount."

76.     Paragraph 76 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76.

77.     Paragraph 77 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77.

78.     Paragraph 78 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78.

79.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79.

80.     Defendants deny the allegations of Paragraph 80 to the extent it alleges that Plaintiffs received no value for their investments in Lumen, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 80.

**(iv)     Responding to "Latona's Investment in GreenLight"**

81.     Paragraph 81 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81, except admit that on April 29, 2022, "Rheingans-Yoo met Andrew J. Zarur, the CEO of GreenLight, at a conference," and deny that the NDA was never executed.

82.     Paragraph 82 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82.

83.     Paragraph 83 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 83.

84.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84.

85.     Defendants deny the allegations of Paragraph 85 to the extent it alleges that Plaintiffs received no value for their investments in Lumen, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 85.

(v)     **Responding to "Latona's Investment in Riboscience"**

86.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 86.

87.     Paragraph 87 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 87.

88.     Paragraph 88 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88.

89.     Paragraph 89 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89.

90.    Defendants admit the allegations of Paragraph 90 insofar as they allege that Rheingans-Yoo was granted access to Riboscience's data room."

91.    Paragraph 91 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91.

92.    Paragraph 92 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92.

93.    Paragraph 93 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93.

94.    Paragraph 94 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94.

95.    Paragraph 95 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95.

96.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96.

97.    Defendants deny the allegations of Paragraph 97 to the extent it alleges that Plaintiffs received no value for their investments in Riboscience, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 97.

(vi)    **Responding to "Latona's Investment in Genetic Networks"**

98.    Paragraph 98 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98.

99.    Paragraph 99 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 99.

100.    Defendants admit the allegations of Paragraph 100.

101.    Paragraph 101 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101, except deny the allegations of Paragraph 101 to the extent they allege wrongdoing by Rheingans-Yoo.

102.    Paragraph 102 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102.

103.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103.

104.    Defendants deny the allegations of Paragraph 104 to the extent it alleges that Plaintiffs received no value for their investments in Genetic Networks, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 104.

### (vii)    Responding to "Latona's Investment in 4J Therapeutics"

105.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105.

106.    Paragraph 106 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 106.

107.    Paragraph 107 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107.

108.    Paragraph 108 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108, except deny the allegations of Paragraph 108 to the extent they allege wrongdoing by Rheingans-Yoo.

109.    Paragraph 109 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109.

110.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110.

111.    Defendants deny the allegations of Paragraph 111 to the extent it alleges that Plaintiffs received no value for their investments in 4J Therapeutics, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 111.

112.    Paragraph 112 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 112.

### III.    Responding to "The Transfers to the Lifesciences Defendants Involved Multiple Badges of Fraud Evincing Actual Intent to Hinder, Delay, or Defraud Creditors"

113.    Paragraph 113 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 113.

## RESPONDING TO COUNT ONE

114.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

115.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 115.

116.    Paragraph 116 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 116.

117.    Paragraph 117 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 117.

118.    Paragraph 118 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 118.

## RESPONDING TO COUNT TWO

119.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

120.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 120.

121.    Paragraph 121 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 121.

122.     Paragraph 122 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 122.

123.     Paragraph 123 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 123.

124.     Paragraph 124 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 124.

## RESPONDING TO COUNT THREE

125.     Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

126.     Paragraph 126 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 126.

127.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 127.

128.     Paragraph 128 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 128.

129.     Paragraph 129 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 129.

130.     Paragraph 130 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 130.

## RESPONDING TO COUNT FOUR

131.     Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

132.     Paragraph 132 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 132.

133.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 133.

134.    Paragraph 134 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 134.

135.    Paragraph 135 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 135.

136.    Paragraph 136 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 136.

137.    Paragraph 137 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 137.

138.    Paragraph 138 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 138.

## RESPONDING TO COUNT FIVE

139.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

140.    Paragraph 140 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 140.

141.    Paragraph 141 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 141.

## RESPONDING TO COUNT SIX

142.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

143.     Paragraph 143 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 143.

144.     Paragraph 144 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 144.

145.     Paragraph 145 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 145.

## RESPONDING TO COUNT SEVEN

146.     Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

147.     Paragraph 147 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 147.

148.     Paragraph 148 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 148.

149.     Paragraph 149 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 149.

150.     Paragraph 150 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 150.

## RESPONDING TO COUNT EIGHT

151.     Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

152.     Paragraph 152 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 152.

153.     Paragraph 153 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 153.

## **RESPONDING TO COUNT NINE**

154.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

155.    Paragraph 155 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 155.

156.    Paragraph 156 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 156.

157.    Paragraph 157 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 157.

158.    Paragraph 158 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 158.

159.    Paragraph 159 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 159.

## **RESPONDING TO COUNT TEN**

160.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

161.    Paragraph 161 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 161.

162.     Paragraph 162 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 162.

163.     Paragraph 163 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 163.

164.     Paragraph 164 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 164.

165.     Paragraph 165 is not directed at Defendants and, in any event, contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 165.

## RESPONDING TO COUNT ELEVEN

166.     Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

167.     Paragraph 167 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 167.

168.     Paragraph 168 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 168.

169.     Paragraph 169 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 169.

170.     Paragraph 170 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 170.

## RESPONDING TO COUNT TWELVE

171.    Defendants repeat and reallege the foregoing allegations as if fully set forth herein.

172.    Paragraph 172 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 172.

173.    Paragraph 173 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 173.

174.    Paragraph 174 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 174.

175.    Paragraph 175 contains allegations of law that do not require a response. To the extent a response is required, Defendants deny the allegations of Paragraph 175.

## GENERAL DENIAL

176.    Defendants deny all allegations and inferences of the Complaint except those that are expressly admitted in this Answer.

## AFFIRMATIVE DEFENSES

177.    The following Affirmative Defenses are raised without waiver of any defenses which may become available to Defendants, and Defendants expressly reserve the right to raise and rely on any and all defenses available, including any defenses which may be revealed through discovery, pretrial or trial proceedings. In addition, Defendants incorporate all defenses raised by other defendants in this adversary proceeding, to the extent they are applicable to Defendants. By setting forth the following allegations and defenses, Defendants do not assume the burden of proof on matters and issues other than those on which Defendants have the burden of proof as a matter of law.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

178.    The Complaint, and each cause of action therein, fails to state a cause of action against Defendants upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

179.    Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel, laches and in pari delicto.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

180.    Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands and Plaintiffs' inequitable conduct.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

181.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs suffered no cognizable injury as a result of any conduct of Defendants.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

182.    Plaintiffs' claims are barred, in whole or in part, due to their fraud.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

183.    Plaintiffs' claims are barred, in whole or in part, because their conduct and/or the matters upon which their claims are based were or are illegal.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

184.    Under § 548(c) of the Bankruptcy Code, Latona gave value to Plaintiffs in exchange for the alleged transfers and the Lifesciences Defendants received the alleged transfers in good faith.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

185.    Under § 550(b)(l) of the Bankruptcy Code, Latona and the Lifesciences Defendants took the alleged transfers for value, in good faith, and without knowledge of the voidability of the transfers sought to be avoided.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

186.    To the extent Latona was a common enterprise with Plaintiffs, any transfer to Latona provided an indirect benefit to Plaintiffs.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

187.    To the extent Latona was not a recipient of the alleged transfers, Plaintiffs cannot recover such transfers from Latona.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

188.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs assumed the risk of the alleged losses for which they seek to recover.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

189.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs ratified or otherwise caused or approved of all conduct by Defendants.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

190.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to mitigate damages.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

191.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' claimed injuries were not proximately caused by acts or omissions of Defendants, but, if they exist at all, were the

result in whole or in part of intervening or supervening causes including the conduct of Plaintiffs and their own employees, directors, officers, and agents.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

192.    Rheingans-Yoo did not knowingly induce, substantially assist, or participate in any breach of fiduciary duty.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

193.    At all times relevant hereto, Debtors were solvent, and the Debtors were not made insolvent as a result of any transaction described herein.

Dated: Wilmington, DE
       October 31, 2023

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
mjoyce@mjlawoffices.com

-and-

Scott D. Simon (admitted *pro hac vice*)
**GOETZ FITZPATRICK LLP**
One Penn Plaza
Suite 3100
New York, NY 10119
Telephone: (212) 695-8100
ssimon@goetzfitz.com

*Counsel to Latona Biosciences Group and Ross Rheingans-Yoo*