## CERTIFICATE OF SERVICE

       I hereby certify that on October 31, 2023, I caused a true and correct copy of the foregoing *Answer and Affirmative Defenses of Defendants to Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers, for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and For Aiding and Abetting Fraud* to be electronically filed the with the Clerk of Court in Adv. Pro. No. 23-50444 and served on the parties on the attached service list via CM/ECF and first-class mail.

Dated: October 31, 2023

                                            */s/ Michael Joyce*
                                            Michael J. Joyce

Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
919 Market Street,
Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Steven L. Holley
Stephanie G. Wheeler
Brian D. Glueckstein
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com