**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>    Plaintiffs,<br><br>- against -<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>    Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## STIPULATION STAYING ADVERSARY PROCEEDING AS TO CERTAIN DEFENDANTS

This stipulation (the "Stipulation") is entered into by and between Plaintiffs Alameda Research Ltd. and FTX Trading Ltd. (together, "Plaintiffs") and Defendants Lumen Bioscience, Inc. ("Lumen"), Greenlight Biosciences Holdings, PBC ("Greenlight"), Rioboscience

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

LLC ("Riboscience"), Genetic Networks LLC ("Genetic Networks"), 4J Therapeutics Inc. ("4J") (collectively, the "Small Lifesciences Defendants"), and Nicholas Beckstead ("Beckstead"). Plaintiffs, Beckstead, and the Small Lifesciences Defendants, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on July 19, 2023, Plaintiffs filed the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548 and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, for Knowing Assistance in Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint"), commencing the above-captioned adversary proceeding (the "Adversary Proceeding");

WHEREAS, on July 21, 2023, Plaintiffs served the Complaint on Defendants 4J, FTX Foundation, Genetic Networks, GreenLight, Riboscience, Lumen, Platform Life Sciences Inc. ("PLS"), Ross Rheingans-Yoo ("Rheingans-Yoo"), Beckstead, and Samuel Bankman-Fried ("Bankman-Fried");

WHEREAS, on August 2, 2023, Plaintiffs served the Complaint on Defendant Latona Biosciences Group ("Latona");

WHEREAS, on August 17, 2023, Plaintiffs and Bankman-Fried, Beckstead, Rheingans-Yoo, Latona, Greenlight, PLS, Riboscience, and 4J entered into a *Stipulation for an Extension of Time for Defendants to Respond to Complaint* [Adv. D.I. 15];

WHEREAS, on September 6, 2023, Plaintiffs served the Complaint on Defendant Lumen;

WHEREAS, on September 7, 2023, the *Clerk's Entry of Default against defendant Genetic Networks* [Adv. D.I. 24] was entered, which was set aside on October 3, 2023 [Adv. D.I. 44];

WHEREAS Plaintiffs, Beckstead, and the Small Lifesciences Defendants have diligently engaged in discussions to resolve Plaintiffs' claims without resorting to time-consuming and costly litigation;

WHEREAS Plaintiffs and the Small Lifesciences Defendants have attempted to reach a resolution without admission or concession of liability whereby Latona's rights and interests in the Small Lifesciences Defendants will be transferred to one or both of the Plaintiffs as Plaintiffs' sole remedy against such Small Lifesciences Defendants in connection with the claims asserted in the Complaint, and the Small Lifesciences Defendants have agreed to facilitate and not object to such transfers;

WHEREAS Defendant Rheingans-Yoo filed a proof of claim on June 30, 2023 as a purported administrative claim seeking $993,611.08 in alleged unpaid pre-petition bonus and salary and alleged unpaid post-petition salary;

WHEREAS Latona and Rheingans-Yoo have indicated a willingness to transfer Latona's rights and interests in the Small Lifesciences Defendants to Plaintiffs, but have conditioned their consent to such transfers on the Debtors' agreement to, among other things, allow Rheingans-Yoo's $993,611.08 administrative claim and the Debtors provision of a global release to Rheingans-Yoo of all claims that were or could have been asserted in the Adversary Proceeding;

WHEREAS the Debtors have filed an objection to Rheingans-Yoo's $993,611.08 administrative claim in the Chapter 11 Cases [D.I. 3409];

WHEREAS Plaintiffs, Beckstead, and the Small Lifesciences Defendants have agreed, as set forth herein, to stay the Adversary Proceeding until Plaintiffs' claims asserted in this Adversary Proceeding against Latona and Rheingans-Yoo are resolved or otherwise determined by final order of the Court (the "Stay").

**NOW, THEREFORE**, in consideration of the foregoing recitals and the mutual promises hereinafter contained or otherwise agreed to among themselves, Plaintiffs, Beckstead, and the Small Lifesciences Defendants, intending to be legally bound, hereby stipulate and agree as follows:

1. The Adversary Proceeding shall be stayed as to Beckstead and the Small Lifesciences Defendants, and Beckstead and the Small Lifesciences Defendants need not comply with any deadlines in any Case Management and Scheduling Order or any other deadlines in the Adversary Proceeding, until such time as Plaintiffs' claims asserted in this Adversary Proceeding against Latona and Rheingans-Yoo have been resolved or otherwise determined by final order of the Court (each, a "Resolution"), unless Plaintiffs, Beckstead, or the Small Lifesciences Defendants move to lift the Stay and that motion is granted, or the Court otherwise terminates the Stay.

2. In connection with any Resolution, the Small Lifesciences Defendants shall not object to, and will work to facilitate, the transfer to one or both of the Plaintiffs as directed by such Resolution, of all rights and interests that Latona currently has in the Small Lifesciences Defendants (the "Rights Transfer").

3. The Plaintiffs hereby stipulate and agree that their sole remedy against the Small Lifesciences Defendants in connection with the claims asserted in the Adversary Proceeding is limited to the Rights Transfer (if so directed in a Resolution).

4. The Stipulation is entered into without admission or concession by any party of liability or of any other issue or matter.

5. The Stipulation shall become effective and immediately enforceable upon execution by counsel for each of Plaintiffs, Beckstead, and the Small Lifesciences Defendants and entry of an order by the Court approving the Stipulation.

6. Plaintiffs, Beckstead, and the Small Lifesciences Defendants, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each of Plaintiffs, Beckstead, and the Small Lifesciences Defendants, as applicable, to the terms and conditions of this Stipulation.

7. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on Plaintiffs, Beckstead, and the Small Lifesciences Defendants as an original document.

8. The Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

9. Notwithstanding the possible application of any Bankruptcy Rule to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

Dated: October 31, 2023

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **KELLER BENVENUTTI KIM LLP** |
| /s/ *Matthew B. McGuire* | /s/ *Jane Kim* |
| Adam G. Landis (No. 3407) | Jane Kim |
| Matthew B. McGuire (No. 4366) | Dara Levinson Silveira |
| Kimberly A. Brown (No. 5138) | 650 California Street, Suite 1900 |
| Matthew R. Pierce (No. 5946) | San Francisco, CA 94108 |
| 919 Market Street, Suite 1800 | Telephone: (415) 496-6723 |
| Wilmington, DE 19801 | jkim@kbkllp.com |
| Telephone: (302) 467-4400 | dsilveira@kbkllp |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | *Counsel to the Defendant Nicholas Beckstead* |
| brown@lrclaw.com | |
| pierce@lrclaw.com | **POTTER ANDERSON & CORROON LLP** |
| -and- | /s/ *Aaron H. Stulman* |
| **SULLIVAN & CROMWELL LLP** | Aaron H. Stulman |
| Steven L. Holley (admitted *pro hac vice*) | 1313 N. Market Street |
| Stephanie G. Wheeler (admitted *pro hac vice*) | 6th Floor |
| Brian D. Glueckstein (admitted *pro hac vice*) | Wilmington, DE 19801-6108 |
| Christopher J. Dunne (admitted *pro hac vice*) | Telephone: (302) 984-6081 |
| Jacob M. Croke (admitted *pro hac vice*) | Facsimile: (302) 658-1192 |
| 125 Broad Street | astulman@potteranderson.com |
| New York, NY 10004 | |
| Telephone: (212) 558-4000 | -and- |
| holleys@sullcrom.com | **CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP** |
| Wheelers@sullcrom.com | Kenneth N. Thayer |
| glueckstein@sullcrom.com | One Federal Street |
| dunnec@sullcrom.com | 15th Floor |
| crokej@sullcrom.com | Boston, MA 02110 |
| | Telephone: (617) 348-8211 |
| *Counsel to the Plaintiffs* | KThayer@connkavanaugh.com |
| | |
| | *Counsel to the Defendant Greenlight Biosciences Holdings, PBC* |
| | |
| | **ASHBY & GEDDES, P.A.** |
| | /s/ *Michael D. DeBaecke* |
| | Michael D. DeBaecke (No. 3186) |
| | 500 Delaware Avenue |
| | 8th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 654-1888 |

mdebaecke@ashbygeddes.com

-and-

**VORYS, SATER, SEYMOUR AND PEASE LLP**

Tiffany Strelow Cobb
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6400
tscobb@vorys.com

*Counsel to Defendants Riboscience LLC and 4J Therapeutics Inc.*

**FOX ROTHSCHILD LLP**

/s/ *Maria A. Milano*
Maria A. Milano
1001 Fourth Avenue
Suite 4400
Seattle, WA 98154
Telephone: (206) 389-1752
Facsimile: (206) 389-1708
mamilano@foxrothschild.com

Stephanie Slater Ward
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 622-4261
Facsimile: (302) 656-8920
sward@foxrothschild.com

*Counsel to the Defendant Lumen Bioscience, Inc.*

**MORRIS JAMES LLP**

/s/ *Tara C. Pakrouh*
Tara C. Pakrouh
Eric J. Monzo
500 Delaware Avenue,
Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6836
Facsimile: (302) 571-1750
tpakrouh@morrisjames.com

emonzo@morrisjames.com

*Counsel to the Defendant Genetic Networks LLC*