**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                    Debtors.<br><br>ALAMEDA RESEARCH LTD., and FTX TRADING LTD.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                    Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Adversary Proc. Case No. 23-ap-50444 (JTD) |

**_AMENDED_[2] WITNESS AND EXHIBIT LIST OF**
**PLATFORM LIFE SCIENCES, INC., A CANADIAN CORPORATION,**
**FOR HEARING ON NOVEMBER 15, 2023 AT _1:00 PM_ (ET)**

Platform Life Sciences, Inc., a Canadian corporation ("PLS Canada"), submits this witness

and exhibit list for the hearing on PLS Canada's *Motion Under Rule 12(b)(2) to Dismiss Complaint*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Amended items are *italicized and underlined*.

LA:4889-5601-0638.3 70948.001

*for Lack of Personal Jurisdiction on Behalf of Platform Life Sciences, Inc., a Canadian Corporation* [Dkt. No. 35] (the "Motion"),[3] scheduled for **November 15, 2023 at *1:00 p.m.* (ET)** (the "Hearing") before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

## WITNESSES

PLS Canada designates the following person as a witness who may be called at the Hearing.

1. Dr. Edward J. Mills

PLS Canada also cross-designates all witnesses designated by any other party in connection with the Hearing, and reserves the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

PLS Canada designates the following exhibits that may be used at the Hearing:[4]

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 1. | PLS Canada's Certificate of Incorporation | 36-1 |
| 2. | PLS Delaware's Certificate of Incorporation | 36-2 |
| 3. | CIBC Bank Statement Reflecting Incoming Wire ($3.25 Million) | 36-3 |
| 4. | CIBC Statement of Incoming Wire ($3.25 Million) | 36-4 |
| 5. | Simple Agreement for Future Equity Between PLS Canada and Latona dated May 2, 2022 | 36-5 |
| 6. | CIBC Bank Statement Reflecting Incoming Wire ($35 Million) | 36-6 |
| 7. | CIBC Statement of Incoming Wire ($35 Million) | 36-7 |
| 8. | Services Agreement Between PLS Canada and Latona dated June 6, 2022 | 36-8 |
| 9. | CIBC Bank Statement Reflecting Incoming Wire ($15 Million) | 36-9 |
| 10. | CIBC Statement of Incoming Wire ($15 Million) | 36-10 |
| A. | Print out from CIBC Website ((https://www.cibc.com/en/personal-banking/ways-to-bank/sending-receiving-wire-transfers.html) | 46-1 |

---

[3] Capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Motion, reply and/or the declarations filed in support thereof.

[4] Exhibit references are to exhibits to the Mills Declaration in Support of the Motion [Dkt. No. 36] (Exs. 1-10) and the Supplemental Mills Declaration in Support of the Motion [Dkt. No. 46] (Exs. A-I).

| Exhibit No. | Description | Docket No. |
|---|---|---|
| B. | Print-out from a healthcare reporting website showing that CVS has ceased their clinical trial program (https://www.fiercehealthcare.com/retail/cvs-closing-down-clinical-trials-business-after-2-years) | 46-2 |
| C. | Rental contracts for Michael Zimmerman's residence in Vancouver, Canada for the period from July 4, 2022 to October 13, 2022 and December 1, 2022 to May 31, 2023 and invoices for Mr. Zimmerman's stays at the Granville Island Hotel in Vancouver (redacted) | 46-3 |
| D. | Print-out of Cytel, Inc.'s website showing Cytel's global locations (https://www.cytel.com/about-us) | 46-4 |
| E. | Article regarding Cytel, Inc.'s acquisition of MTEK Sciences in 2019 (https://www.labmanager.com/cytel-acquires-mtek-sciences-further-expanding-its-advanced-real-world-analytics-capabilities-578) | 46-5 |
| F. | Print-out of from the New England Journal of Medicine (https://www.nejm.org/about-nejm/about-nejm) | 46-6 |
| G. | Print-out from The Lancet (https://www.thelancet.com/about-us) | 46-7 |
| H. | Print-out from PubMed (https://pubmed.ncbi.nlm.nih.gov/about) | 46-8 |
| I. | Article regarding the TOGETHER Trial being conducted by McMaster University (https://brighterworld.mcmaster.ca/articles/mcmaster-researchers-leading-international-study-to-test-three-widely-available-drugs-for-early-covid-19-treatment) | 46-9 |

PLS Canada also cross-designates all exhibits designated by any other party in connection with the Hearing and reserves the right to use additional exhibits for rebuttal or impeachment purposes.

PLS Canada reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: November 13, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | James E. O'Neill (DE Bar No. 4042) |
| | Alan J. Kornfeld (CA Bar No. 130063) *(admitted pro hac)* |
| | Tavi C. Flanagan (CA Bar No. 169156) *(admitted pro hac)* |
| | Gillian N. Brown (CA Bar No. 205132) *(admitted pro hac)* |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  joneill@pszjlaw.com |
| |             akornfeld@pszjlaw.com |
| |             tflanagan@pszjlaw.com |
| |             gbrown@pszjlaw.com |
| | |
| | *Counsel to Defendant Platform Life Sciences, Inc.* |