## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>              Plaintiffs,<br><br>-against-<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>              Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## **AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 1, 2023 at my direction and under my supervision, employees of Kroll caused the following document to be served by first class mail and email on the Defendants Counsel Service List attached hereto as **Exhibit A**:

- Order Approving Stipulation Staying the Adversary Proceeding as to Certain Defendants [Docket No. 64]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 15, 2023

                                                          */s/ Amy Castillo*
                                                          Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 15, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Case 23-50444-JTD    Doc 70    Filed 11/15/23    Page 3 of 4

**Exhibit A**

Exhibit A
Defendants Counsel Service List
Served by first class mail and email

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| _0001 | GENETIC NETWORKS, LLC | MORRIS JAMES LLP | Attn: Tara C. Pakrouh, Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801-1494 | Tpakrouh@morrisjames.com; Emonzo@morrisjames.com |
| _0002 | GREENLIGHT BIOSCIENCES HOLDINGS, PBC | CONN KAVANAUGH ROSENTHAL PEISCH & FORD | Attn: Kenneth N Thayer | One Federal Street, 15th Floor | Boston | MA | 02110- | kthayer@connkavanaugh.com |
| _0003 | GREENLIGHT BIOSCIENCES HOLDINGS, PBC | POTTER ANDERSON & CORROON LLP | Attn: Aaron H. Stulman | 1313 N. Market Street, 6th Floor | Wilmington | DE | 19801 | astulman@potteranderson.com |
| _0004 | LUMEN BIOSCIENCE, INC. | FOX ROTHSCHILD LLP | Attn: Maria A. Milano | 1001 4th Ave. Suite 4500 | SEATTLE | WA | 98154 | mamilano@foxrothschild.com |
| _0005 | LUMEN BIOSCIENCE, INC. | FOX ROTHSCHILD LLP | Attn: Stephanie Joanne Slater | 919 North Market Street Suite 300 | Wilmington | DE | 19899-2323 | sslater@foxrothschild.com |
| _0006 | NICHOLAS BECKSTEAD | KELLER BENVENUTTI KIM LLP | Attn: Jane Kim, Dara Levinson Silveira | 650 California Street, Suite 1900 | San Francisco | CA | 94108 | jkim@kbkllp.com; dsilveira@kbkllp.com |
| _0007 | RIBOSCIENCE LLC AND 4JTHERAPEUTICS INC | ASHBY & GEDDES, P.A. | ATTN: Michael D. DeBaecke | 500 Delaware Avenue 8th Floor | Wilmington | DE | 19801 | mdebaecke@ashbygeddes.com |
| _0008 | RIBOSCIENCE LLC AND 4JTHERAPEUTICS INC | VORYS, SATER, SEYMOUR AND PEASE LLP | Tiffany Strelow Cobb | 52 East Gay Street | Columbus | OH | 43215 | tscobb@vorys.com |