# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 11/15/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Patrick Archer, Robin Matzke, Lorem Ipsum LLG |
| Robert Poppiti | Young Conaway | Official Committee |
| Kenneth Pasquale | Paul Hastings | " " |
| Leonie Koch | Paul Hastings | " " |
| Marc Phillips | Montgomery McCracken | Sam Bankman-Fried |
| Jonathan Lipshie | UST | UST |
| Benjamin Hackman | UST | UST |
| JAMES O'NEILL | PSZJ | PLATFORM LIFE SCIENCE |
| ALAN KORNFELD | PSZJ | PLATFORM Life SCIENCES |
| Matthew Harvey | MNAT | Ad Hoc Committee of Non-US Customers |
| Jonathan Weyand | MNAT | |
| Gregory Arbogast | Gebhardt & Smith LLP | Branden Wilkens |
| Lawrence Gebhardt | Gebhardt & Smith LLP | Branden Wilkens |
| | | |
| | | |
| | | |

**CASE NAME: *FTX Trading Ltd., et al.,***
**CASE NO: 22-11068 (JTD)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 5**
**DATE: November 15, 2023 at 1:00 p.m. (ET)**

| **Name** | **Law Firm/Company** | **Client Representing** |
| --- | --- | --- |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Stephanie G. Wheeler | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Steve Ehrenberg | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Mike C. Materni | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew B. McGuire | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson IV | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

**1:00 PM   FTX Trading Ltd.   22-11068   Omnibus   11-15-2023**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Kate | Thomas | Reorg | |
| Tristan | Axelrod | BlockFi | Brown Rudnick |
| Alexander | Steiger | Joint Provisional Liquidators of FTX Digital Markets Ltd. | Richards, Layton & Finger, P.A. |
| Philip | Dalgarno | FC Cayman A LLC | Willkie Farr & Gallagher LLP |
| Evan | Maass | NA | |
| Alexander | Saeedy | WSJ | |
| Trevor | Jones | Interested party | Davis Polk & Wardwell |
| Meghana | Vunnamadala | Joint Liquidators of Three AC | Latham & Watkins LLP |
| Jeremy W. | Ryan | K5 Defendants | Potter Anderson & Corroon LLP |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Simon | Carter | FTX.com Customer | |
| Kyle | Begis | N/A | |
| none | none | none | none |
| Mr. | Purple | Creditors | |
| Pat | Rabbitte | Per Se | n/a |
| Gabriela | Urias | Observer | |
| Amanda | Lindner | Interested Party | Cooley LLP |
| Jasmine | Ball | Observer | |
| Vladimir | Jelisavcic | Cherokee Acquisition | Vladimir Jelisavcic |
| Jason | Rosell | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Jack | Amed | Customer | |
| M | E | Self | |
| Concerned | Creditor | Creditors | |
| David | Wender | Ad Hoc Non US CUstomers | |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Tian | Zeng | Individual creditor | |

**1:00 PM     FTX Trading Ltd.  22-11068  Omnibus     11-15-2023**

| | | | |
|---|---|---|---|
| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper |
| Becky | Yerak | Wall Street Journal | News Corp |
| Peter | Sprofera | Self | |
| Tavi | Flanagan | Platform Life Sciences Inc. | Pachulski Stang Ziehl & Jones LLP |
| Maria | Kotsiras | GreenLight Biosciences Holdings,  PBC | Potter Anderson & Corroon LLP |
| Ryan | Beil | JPLs of FTX Digital Markets Ltd. | White & Case LLP |
| Sam | Ashuraey | Creditor | Ashuraey Law PLLC |
| Emily | MacKay | Observer | |
| Ruth | Ramjit | Observer | |
| Michael | Godbe | Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund,  L.P. | Debevoise & Plimpton LLP |
| Grenville | Day | Cantor | Cantor |
| Siena | Cerra | Genetic Networks LLC | Morris James LLP |
| Heath | Rosenblat | Patrick Gruhn,  Robin Matzke,  and Lorem Ipsum UG | Morrison Cohen LLP |
| Lauren | Sisson | BlockFi | Haynes & Boone |
| Elizabeth | Peters | Brandon Williams | Gebhardt & Smith LLP |
| Mark | Hurford | Celsius | A.M. Saccullo Legal,  LLC |
| John | Kang | Executive Committee to the Ad Hoc Committee of Non-US Customers | Rothschild & Co |
| Charles | Delo | Rothschild & Co | Rothschild & Co |
| Sean | Crotty | Ad Hoc Committee of non-US Customers | Rothschild & Co |
| julia | walters | AHC | Rothschild & Co |
| Lorenzo | Munoz | AHC | Rothschild & Co |
| Nathaniel | DeLoatch | Ad Hoc Committee of Non-U.S. Customers of FTX.com | Eversheds Sutherland (US) LLP |

**1:00 PM     FTX Trading Ltd.  22-11068   Omnibus    11-15-2023**

| Taylor | Harrison | Debtwire | |
| Chad | Flick | n/a | |
| Samantha | Neal | Patrick Gruhn; Robin Matzke; Lorem Ipsum UG | The Daley Law Firm LLC |
| Darrell | Daley | Patrick Gruhn; Robin Matzke; Lorem Ipsum UG | The Daley Law Firm LLC |
| Alex | Wittenberg | Law360 | |
| Suzzanne | Uhland | K5 | Latham |
| Michael | Rogers | Ad Hoc Committee of Non-US Customers of FTX.com | Eversheds Sutherland |
| Brandon | Williams | Myself | |
| Patrick | Gruhn | Patrick Gruhn | |
| Joesph | Moldovan | Patrick Gruhn,  Robin Matzke,  and Lorem Ipsum UG | Morrison Cohen LLP |
| Miles | Wiley | N/A | Cahill Gordon |
| Hans | Kung | UCC | Pulsar |
| Jessica | Urgo | N/A | Cahill,  Gordon & Reindel |
| Robin | Matzke | Lorem Ipsum | |
| Michele | Wan | Pulsar Trading | Pulsar Global Limited |
| effy | shi | investor | crcm ventures |
| Ahmed | Razek | self | |
| Alejandro | Martin | CRYPTONIZATE.COM | CRYPTONIZATE.COM |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Christopher | Dunne | FTX Debtors | Sullivan & Cromwell LLP |
| Spencer | Payne | Silver Point Capital,  LP | |
| Alexandra | Zablocki | K5 | |
| Alexa | Kranzley | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Erin | Broderick | Ad Hoc Committee of Non-US Customers of FTX.com | Eversheds Sutherland (US) LLP |
| Sarah | Paul | Ad Hoc Committee of Non-US Customers of FTX.com | Eversheds Sutherland (US) LLP |
| Ellen | Bardash | ALM | |

**1:00 PM      FTX Trading Ltd.  22-11068  Omnibus      11-15-2023**

| | | | |
|---|---|---|---|
| Gihoon | Jung | Creditor | |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Robert | Rock | State of New York | Office of Attorney General Letitia James |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Isaac | Sasson | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Gabe | Sasson | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Erez | GIlad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Tiffany | Cobb | Rioscience LLC and 4J Therapeutics Inc. | Vorys,  Sater,  Seymour and Pease LLP |
| D. | Parker-Thompson | N/A | |
| Ariel | Figueroa | N/A | N/A |
| Laura | Haney | Court | |
| Ben | Weissler | N/A | |
| Joesph | Moldovan | Patrick Gruhn,  Robin Matzke,  and Lorem Ipsum UG | Morrison Cohen LLP |
| Roma | Desai | State of Texas | Office of the Texas Attorney General |
| Evan | Simpson | Debtors | Sullivan & Cromwell LLP |
| Arnold | Zahn | FTX Trading Ltd. | |
| Sascha | Rand | FTX Debtors | Quinn Emanuel Urquhart & Sullivan LLP |
| Anna | Baydakova | Media | The Block |

**1:00 PM    FTX Trading Ltd.  22-11068  Omnibus    11-15-2023**

| Kate | Hris | creditor | Kate |
|---|---|---|---|
| howard | michaels | self | |
| Barry | Kazan | N/A | Mintz & Gold LLP |
| Jessie | Liu | CRCM LP | CRCM LP |
| | | | |