IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>                   Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                   Defendants. | Adv. Proc. Case No. 23-50444 (JTD)<br><br><br><br>**Re: Docket Nos. 35, 72** |

**ORDER DENYING MOTION OF PLATFORM LIFE SCIENCES, INC.,
A CANADIAN CORPORATION, TO DISMISS COMPLAINT FOR
<u>LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)</u>**

       This matter having come before the Court upon the *Motion of Platform Life Sciences, Inc., a Canadian Corporation, to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2)* (the "<u>Motion to Dismiss</u>") [Docket No. 35] filed on September 15, 2023, seeking to dismiss this proceeding filed by Alameda Research Ltd. and FTX Trading Ltd.,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

and the Court having held a hearing on November 15, 2023 on the Motion to Dismiss and any opposition thereto, and finding good cause for the entry of the within Order it is hereby ORDERED as follows:

1. For the reasons stated in the Court's letter ruling of December 20, 2023 [Docket No. 72], the Motion to Dismiss is denied without prejudice.

2. Plaintiffs' request for jurisdictional discovery is granted.

3. The Motion to Dismiss may be renewed once jurisdictional discovery is concluded.

Dated: January 3rd, 2024  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE

DE:4890-3153-4489.1 70948.001

2