## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>        Defendants. | Adv. Proc. Case No. 23-50444 (JTD) |

### ANSWER TO AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

    Defendant Purpose Life Sciences, Inc. (f/k/a Platform Life Sciences), a Canadian corporation  ("Defendant"), by and through its counsel, Pachulski Stang Ziehl & Jones LLP, hereby responds to the amended complaint filed on December 22, 2023 (ECF 73, "Complaint") by Alameda Research Ltd. ("Alameda") and FTX Trading Ltd. ("FTX" and, together with Alameda, "Plaintiffs"), as follows:

---

1.  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

## RESPONDING TO "NATURE OF THE CASE"

1.      Paragraph 1 contains a summary of Plaintiffs' claims that does not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 1.

2.      Paragraph 2 contains a summary of Plaintiffs' claims that does not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 2.

3.      Paragraph 3 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 3.

4.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4.

5.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5.

6.      Defendant admits the allegations of Paragraph 6 to the extent it alleges that the Defendant is a life science company in which Latona made an investment and to which FTX Foundation made a donation.  Defendant denies the allegations of Paragraph 6 to the extent it alleges that "neither FTX nor Alameda received any value in exchange" for those investments. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6.

7.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7.

8.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8.

9.      Defendant denies knowledge or information sufficient to form a belief as to the

truth of the allegations of Paragraph 9.

10.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10.

11.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11.

12.    Paragraph 12 of the Complaint contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 12.

13.    Paragraph 13 of the Complaint contains Plaintiffs' attempted reservation of rights that does not require a response.  To the extent a response is required, Defendant denies the allegations of Paragraph 13.

<u>**RESPONDING TO "THE PARTIES"**</u>

14.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14.

15.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15.

16.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16.

17.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17.

18.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18.

19.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19.

20.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20.

21.    Defendant admits the allegations of Paragraph 21.

22.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22.

23.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23.

24.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24.

25.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25.

26.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26.

## RESPONDING TO "JURISDICTION AND VENUE"

27.    Paragraph 27 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 27.

28.    Paragraph 28 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 28.

29.    Paragraph 29 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 29, and specifically denies that the Court has personal jurisdiction over Defendant.

30.    Paragraph 30 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 30.

31.    Paragraph 31 contains allegations of law that do not require a response. To

the extent a response is required, Defendant denies the allegations of Paragraph 31, and specifically denies that the Court has personal jurisdiction over Defendant.

32.     Paragraph 32 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 32.

33.     Paragraph 33 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 33.

## RESPONDING TO "FACTUAL ALLEGATIONS"

### I.  Responding to "The Insiders' Scheme to Defraud the FTX Group's Customers, Creditors, and Shareholders"

34.     Paragraph 34 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34.

35.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35.

36.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36.

37.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37.

38.     Paragraph 38 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38.

39.     Paragraph 39 refers to legal filings, the content of which speak for themselves

and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39.

40.    Paragraph 40 refers to documents and legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40.

41.    Paragraph 41 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41.

42.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42.

43.    Paragraph 43 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43.

44.    Paragraph 44 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44.

45.    Paragraph 45 refers to legal filings, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies

knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45.

## II. Responding to "Bankman-Fried, Rheingans-Yoo, and Beckstead Caused FTX and Alameda to Transfer Millions to the Lifesciences Defendants"

46.    Defendant denies the allegations of Paragraph 46 to the extent it alleges that Plaintiffs received no value in exchange for the transfers. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 46.

47.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47.

48.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48.

49.    Paragraph 49 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49.

50.    Paragraph 50 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50.

51.    Paragraph 51 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51, except that Defendant denies that Latona "failed to conduct any valuation

analysis" and "conducted minimal or no due diligence" with respect to its investment in Defendant.

52.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52, except that Defendant denies that Latona paid far more than fair or reasonably equivalent value for its investment in Defendant.

53.     Defendant denies the allegations of Paragraph 53 to the extent they allege wrongdoing by Defendant, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 53.

54.     Defendant denies the allegations of Paragraph 54 to the extent it alleges that Plaintiffs received no value for their investments in Defendant, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 54.

55.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55.

### (i)     Responding to "The FTX Foundation's Purported Donation to PLS"

56.     Defendant admits the allegations of Paragraph 56.

57.     Paragraph 57 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57.

58.     Paragraph 58 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58.

59.    Paragraph 59 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59.

60.    Paragraph 60 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60.

61.    Paragraph 61 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61.

62.    Paragraph 62 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62.

63.    Paragraph 63 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63.

64.    Paragraph 64 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant admits that it received $3.25 million on February 4, 2022 and denies knowledge or information sufficient to

form a belief as to the truth of the remaining allegations of Paragraph 64.

(ii)    **Responding to "Latona's Investment in PLS"**

65.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65.

66.    Paragraph 66 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant admits that it executed the SAFE dated May 2, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 66.

67.    Paragraph 67 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67.

68.    Paragraph 68 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68.

69.    Paragraph 69 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant admits that it received $35 million on May 26, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 69.

70.    Paragraph 70 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70.

71.      Paragraph 71 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant admits that it received $15 million on June 21, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 71.

72.      Defendant denies the allegations of Paragraph 72 to the extent it alleges that Plaintiffs received no value for their investments in Defendant, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 72.

**(iii)      Responding to "Latona's Investment in Lumen"**

73.      Paragraph 73 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73.

74.      Paragraph 74 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74.

75.      Paragraph 75 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75.

76.      Paragraph 76 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of

Paragraph 76.

77.     Paragraph 77 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77.

78.     Paragraph 78 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78.

79.     Paragraph 79 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79.

80.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80.

**(iv)     Responding to "Latona's Investment in GreenLight"**

81.     Paragraph 81 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81.

82.     Paragraph 82 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82.

83.     Paragraph 83 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 83.

84.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84.

85.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85.

**(v)     Responding to "Latona's Investment in Riboscience"**

86.     Defendant admits that Mills introduced Bankman-Fried to Jeff Glenn and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 86.

87.     Paragraph 87 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 87.

88.     Paragraph 88 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88.

89.     Paragraph 89 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89.

90.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90.

91.     Paragraph 91 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91.

92.     Paragraph 92 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92.

93.     Paragraph 93 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93.

94.     Paragraph 94 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94.

95.     Paragraph 95 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95.

96.     Paragraph 96 refers to documents, the content of which speak for themselves

and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96.

97.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97.

### (vi)    Responding to "Latona's Investment in Genetic Networks"

98.    Paragraph 98 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98.

99.    Paragraph 99 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 99.

100.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100.

101.    Paragraph 101 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101.

102.    Paragraph 102 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102.

103.    Paragraph 102 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103.

104.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104.

(vii)    **Responding to "Latona's Investment in 4J Therapeutics"**

105.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105.

106.    Paragraph 106 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 106.

107.    Paragraph 107 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107.

108.    Paragraph 108 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108.

109.    Paragraph 109 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of

Paragraph 109.

110.    Paragraph 110 refers to documents, the content of which speak for themselves and do not require a response. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110.

111.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 111.

112.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 112.

**III.    Responding to "The Transfers to the Lifesciences Defendants Involved Multiple Badges of Fraud Evincing Actual Intent to Hinder, Delay, or Defraud Creditors"**

113.    Paragraph 113 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 113.

## RESPONDING TO COUNT ONE

114.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

115.    Defendant admits it received $3.25 million on February 4, 2022, $35 million on May 26, 2022 and $15 million on June 21, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 115.

116.    Paragraph 116 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 116.

117.    Paragraph 117 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 117.

118.    Paragraph 118 contains allegations of law that do not require a response. To the

extent a response is required, Defendant denies the allegations of Paragraph 118.

**RESPONDING TO COUNT TWO**

119.     Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

120.     Defendant admits it received $3.25 million on February 4, 2022, $35 million on May 26, 2022 and $15 million on June 21, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 120.

121.     Paragraph 121 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 121.

122.     Paragraph 122 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 122.

123.     Paragraph 123 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 123.

124.     Paragraph 124 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 124.

**RESPONDING TO COUNT THREE**

125.     Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

126.     Paragraph 126 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 126.

127.     Defendant admits it received $3.25 million on February 4, 2022, $35 million on May 26, 2022 and $15 million on June 21, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 127.

128.     Paragraph 128 contains allegations of law that do not require a response. To the

extent a response is required, Defendant denies the allegations of Paragraph 128.

129.    Paragraph 129 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 129.

130.    Paragraph 130 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 130.

## RESPONDING TO COUNT FOUR

131.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

132.    Paragraph 132 contains allegations of law that do not require a response. To the extent a response is required,  Defendant denies the allegations of Paragraph 132.

133.    Defendant admits it received $3.25 million on February 4, 2022, $35 million on May 26, 2022 and $15 million on June 21, 2022 and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 133.

134.    Paragraph 134 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 134.

135.    Paragraph 135 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 135.

136.    Paragraph 136 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 136.

137.    Paragraph 137 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 137.

138.    Paragraph 138 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 138.

### RESPONDING TO COUNT FIVE

139.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

140.    Paragraph 140 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 140.

141.    Paragraph 141 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 141.

### RESPONDING TO COUNT SIX

142.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

143.    This count is not directed to Defendant but, in any event, Paragraph 143 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 143.

144.    This count is not directed to Defendant but, in any event, Paragraph 144 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 144.

145.    This count is not directed to Defendant but, in any event, Paragraph 145 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 145.

### RESPONDING TO COUNT SEVEN

146.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

147.    This count is not directed to Defendant but, in any event, Paragraph 147

contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 147.

148.    This count is not directed to Defendant but, in any event, Paragraph 148 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 148.

149.    This count is not directed to Defendant but, in any event, Paragraph 149 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 149.

150.    This count is not directed to Defendant but, in any event, Paragraph 150 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 150.

## RESPONDING TO COUNT EIGHT

151.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

152.    Paragraph 152 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 152.

153.    Paragraph 153 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 153.

## RESPONDING TO COUNT NINE

154.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

155.    This count is not directed to Defendant but, in any event, Paragraph 155 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 155.

156.     This count is not directed to Defendant but, in any event, Paragraph 156 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 156.

157.     This count is not directed to Defendant but, in any event, Paragraph 157 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 157.

158.     This count is not directed to Defendant but, in any event, Paragraph 158 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 158.

159.     This count is not directed to Defendant but, in any event, Paragraph 159 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph Paragraph 159.

### RESPONDING TO COUNT TEN

160.     Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

161.     This count is not directed to Defendant but, in any event, Paragraph 161 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 161.

162.     This count is not directed to Defendant but, in any event, Paragraph 162 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 162.

163.     This count is not directed to Defendant but, in any event, Paragraph 163 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 163.

164.    This count is not directed to Defendant but, in any event, Paragraph 164 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 164.

165.    This count is not directed to Defendant but, in any event, Paragraph 165 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 165.

## RESPONDING TO COUNT ELEVEN

166.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

167.    This count is not directed to Defendant but, in any event, Paragraph 167 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 167.

168.    This count is not directed to Defendant but, in any event, Paragraph 168 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 168.

169.    This count is not directed to Defendant but, in any event, Paragraph 169 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 169.

170.    This count is not directed to Defendant but, in any event, Paragraph 170 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 170.

## RESPONDING TO COUNT TWELVE

171.    Defendant repeats and realleges the foregoing responses to the allegations as if fully set forth herein.

172.     This count is not directed to Defendant but, in any event, Paragraph 172 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 172.

173.     This count is not directed to Defendant but, in any event, Paragraph 173 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 173.

174.     This count is not directed to Defendant but, in any event, Paragraph 174 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 174.

175.     This count is not directed to Defendant but, in any event, Paragraph 175 contains allegations of law that do not require a response. To the extent a response is required, Defendant denies the allegations of Paragraph 175.

## **GENERAL DENIAL**

176.     Defendant denies all allegations and inferences of the Complaint except those that are expressly admitted in this Answer.

## **AFFIRMATIVE DEFENSES**

177.     The following Affirmative Defenses are raised without waiver of any defenses which may become available to Defendant, and Defendant expressly reserves the right to raise and rely on any and all defenses available, including any defenses which may be revealed through discovery, pretrial or trial proceedings. In addition, Defendant incorporates all defenses raised by other defendants in this adversary proceeding, to the extent they are applicable to Defendant. By setting forth the following allegations and defenses, Defendant does not assume the burden of proof on matters and issues other than those on which Defendant has the burden of proof as a matter of law.

## **AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

178.    The Court lacks personal jurisdiction over Defendant.

## **AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

179.    Under § 548(c) of the Bankruptcy Code, value was given to Plaintiffs in exchange

for the alleged transfers and the Defendant received the alleged transfers in good faith.

## **AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

180.    Under § 550(b)(l) of the Bankruptcy Code, Defendant took the alleged transfers

for value, in good faith, and without knowledge of the voidability of the transfers sought to be

avoided.

Dated:    January 4, 2024                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

James E. O'Neill (DE Bar No. 4042)
Alan J. Kornfeld (CA Bar No. 130063*) (admitted pro hac)*
Tavi C. Flanagan (CA Bar No. 169156) *(admitted pro hac)*
Gillian N. Brown (CA Bar No. 205132) *(admitted pro hac)*
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   joneill@pszjlaw.com
         akornfeld@pszjlaw.com
         tflanagan@pszjlaw.com
         gbrown@pszjlaw.com

*Counsel to Defendant Platform Life Sciences, Inc., a*
*Canadian corporation, now known as Purpose Life*
*Sciences, Inc., a Canadian corporation*