# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PLATFORM LIFE SCIENCES, INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>                Defendants. | Adv. Proc. Case No. 23-50444 (JTD)<br><br><br><br>**Re: Docket No. 76** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of January, 2024, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Order Denying Motion of Platform Life Sciences, Inc., a Canadian Corporation, to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) [Docket No. 76]**

                                                            */s/ James E. O'Neill*
                                                            James E. O'Neill (Bar No. 4042)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

FTX – Service List re Alameda Research Ltd., *et al*. v. Platform Life Sciences Inc., *et al*.
Main Case No. 22-11068 (JTD)
Adv. Case No. 23-50444 (JTD)
Doc. No. 244867
25 – Email

**Email**
(Counsel to Defendant Platform Life Sciences, Inc., a Delaware corporation, now known as Purpose Life Sciences, Inc., a Delaware corporation)
James E. O'Neill, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Tavi C. Flanagan, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  joneill@pszjlaw.com;
akornfeld@pszjlaw.com;
dgrassgreen@pszjlaw.com;
tflanagan@pszjlaw.com

**Email**
(United States Trustee)
David Gerardi, Esq.
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ  07102
Email:  david.gerardi@usdoj.gov

**Email**
(United States Trustee)
Joseph James McMahon, Jr., Esq.
Juliet M. Sarkessian, Esq.
Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email:  joseph.mcmahon@usdoj.gov;
juliet.m.sarkessian@usdoj.gov;
benjamin.a.hackman@usdoj.gov

**Email**
(Counsel to Plaintiffs)
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
Email:  landis@lrclaw.com;
mcguire@lrclaw.com; brown@lrclaw.com;
pierce@lrclaw.com

**Email**
(Counsel to Plaintiffs)
Steven L. Holley, Esq.
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Stephanie G. Wheeler, Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
Email:  holleys@sullcrom.com;
dietdericha@sullcrom.com;
bromleyj@sullcrom.com;
wheelers@sullcrom.com;
gluecksteinb@sullcrom.com;
dunnec@sullcrom.com;
crokej@sullcrom.com

**Email**
(Counsel to Lumen Bioscience Inc.)
Stephanie Slater, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE  19899
Email:  sslater@foxrothschild.com

**Email**
(Counsel to Lumen Bioscience Inc.)
Maria A. Milano, Esq.
1001 Fourth Avenue, Suite 4400
Seattle, WA  98154
Email:  mamilano@foxrothschild.com

**Email**
(Counsel to Latona Biosciences Group and Ross Rheingans-Yoo)
Michael J. Joyce, Esq.
Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE  19801
Email:  mjoyce@mjlawoffices.com

**Email**
(Counsel to Latona Biosciences Group and Ross Rheingans-Yoo)
Scott D. Simon, Esq.
Goetz Fitzpatrick LLP
One Penn Plaza, Suite 3100
New York, NY  10119
Email:  ssimon@goetzfitz.com

**Email**
(Counsel to Rioscience LLC and 4J Therapeutics Inc.)
Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899-1150
Email:  mdebaecke@ashbygeddes.com

**Email**
(Counsel to Rioscience LLC and 4J Therapeutics Inc.)
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
Email:  tscobb@vorys.com

DOCS_DE:244867.1 70948/001                    2