# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br>                      Plaintiffs,<br><br>                  -against-<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br>                      Defendants. | Adv. Pro. No. 23-50444 (JTD) |

## **AFFIDAVIT OF SERVICE**

      I, Jonathan Ruvinov, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On December 22, 2023 at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Defendants Counsel Service List attached hereto as **Exhibit A**:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Amended Complaint for Avoidance and Recovery of Transfers and/or Obligations Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. tit. 6, §§ 1304 and 1305, for Breach of Fiduciary Duties, for Aiding and Abetting Breach of Fiduciary Duties, for Knowing Assistance in Breach of Fiduciary Duties, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502 [Docket No. 73]

Dated: January 4, 2024

*/s/ Jonathan Ruvinov*
Jonathan Ruvinov

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 4, 2024, by Jonathan Ruvinov, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Defendants Counsel Service List
Served as set forth below

| KRAID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| _0001 | S RIBOSCIENCE LLC AND 4JTHERAPEUTICS INC | ASHBY & GEDDES, P.A. | ATTN: Michael D. DeBaecke | 500 Delaware Avenue 8th Floor | Wilmington | DE | 19801 | mdebaecke@ashbygeddes.com | First Class Mail and Email |
| _0002 | COUNSELT TO DEFENDANT GREENLIGHT BIOSCIENCES HOLDINGS, PBC | CONN KAVANAUGH ROSENTHAL PEISCH & FORD | Attn: Kenneth N Thayer | One Federal Street, 15th Floor | Boston | MA | 02110- | kthayer@connkavanaugh.com | First Class Mail and Email |
| _0003 | LUMEN BIOSCIENCE, INC. | FOX ROTHSCHILD LLP | Maria A. Milano | 1001 4th Ave. Suite 4500 | SEATTLE | WA | 98154 | mamilano@foxrothschild.com | First Class Mail and Email |
| _0004 | LUMEN BIOSCIENCE, INC. | FOX ROTHSCHILD LLP | Stephanie Joanne Slater | 919 North Market Street Suite 300 | Wilmington | DE | 19899-2323 | | First Class Mail and Email |
| _0005 | ROSS RHEINGANS-YOO AND LATONA BIOSCIENCES GROUP | GOETZ FITZPATRICK LLP | Attn: Scott D. Simon | One Penn Plaza, Suite 3100 | New York | NY | 10119 | ssimon@goetzfitz.com | First Class Mail and Email |
| _0006 | PACHULSKI STANG ZIEHL & JONES LLP | James E O'Neill | 919 North Market Street, 17th Floor | | | | | | First Class Mail |
| _0007 | S NICHOLAS BECKSTEAD | KELLER BENVENUTTI KIM LLP | Attn: Jane Kim, Dara Levinson Silveira | 650 California Street, Suite 1900 | San Francisco | CA | 94108 | jkim@kbkllp.com; dsilveira@kbkllp.com | First Class Mail and Email |
| _0008 | COUNSEL TO THE DEFENDANT SAMUEL BANKMANFRIED | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | Attn: Jeremy D. Mishkin, Gregory T. Do | 1735 Market Street | Philadelphia | PA | 19103 | mphillips@mmwr.com; gdonilon@mmwr.com; jmishkin@mmwr.com | First Class Mail and Email |
| _0009 | GENETIC NETWORKS, LLC | MORRIS JAMES LLP | Attn: Tara C. Pakrouh, Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801-1494 | Tpakrouh@morrisjames.com; Emonzo@morrisjames.com | First Class Mail and Email |
| _0010 | PLATFORM LIFE SCIENCES INC. | PACHULSKI STANG ZIEHL & JONES LLP | Attn: Gillian N. Brown, Tavi C. Flanagan, Alan J. Kornfeld | 10100 Santa Monica Boulevard | Los Angeles | CA | 205132 | gbrown@pszjlaw.com; tflanagan@pszjlaw.com; akornfeld@pszjlaw.com | First Class Mail and Email |
| _0011 | PLATFORM LIFE SCIENCES INC. | PACHULSKI STANG ZIEHL & JONES LLP | Debra I Grassgreen | 150 California Street | San Francisco | CA | 94111 | dgrassgreen@pszjlaw.com | First Class Mail and Email |
| _0012 | PLATFORM LIFE SCIENCES INC. | PACHULSKI STANG ZIEHL & JONES LLP | James E O'Neill | 919 North Market Street, 17th Floor | Wilmington | DE | 19801 | joneill@pszjlaw.com | First Class Mail and Email |
| _0013 | COUNSELT TO DEFENDANT GREENLIGHT BIOSCIENCES HOLDINGS, PBC | POTTER ANDERSON & CORROON LLP | Attn: Aaron H. Stulman | 1313 N. Market Street, 6th Floor | Wilmington | DE | 19801 | astulman@potteranderson.com | First Class Mail and Email |
| _0014 | S RIBOSCIENCE LLC AND 4JTHERAPEUTICS INC | VORYS, SATER, SEYMOUR AND PEASE LLP | Tiffany Strelow Cobb | 52 East Gay Street | Columbus | OH | 43215 | tscobb@vorys.com | First Class Mail and Email |