## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50444-JTD |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.      On July 19, 2023, Alameda Research Ltd. and FTX Trading Ltd (together, the "Plaintiffs") initiated the above-captioned adversary proceeding (the "Adversary Proceeding") in

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

the United States Bankruptcy Court for the District of Delaware (the "Court") by filing a complaint [Adv. D.I. 1] (the "Complaint") against Platform Life Sciences Inc., Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Riboscience LLC, Genetic Networks LLC, 4J Therapeutics Inc., Latona Biosciences Group, FTX Foundation, Samuel Bankman-Fried, Ross Rheingans-Yoo, and Nicholas Beckstead.

2.      On September 7, 2023, the Clerk of the Court entered default against Defendants Genetic Networks LLC and FTX Foundation [Adv. D.I. 24 & 25].  The entry of default against Defendant Genetic Networks LLC was set aside on October 3, 2023 [Adv. D.I. 44].

3.      On November 11, 2023, the Court entered the *Order Approving Stipulation Staying the Adversary Proceeding as to Certain Defendants* [Adv. D.I. 64], staying the Adversary Proceeding as to Defendants Lumen Bioscience, Inc., Greenlight Biosciences Holdings, PBC, Riboscience LLC, Genetic Networks LLC, 4J Therapeutics Inc. and Nicholas Beckstead. The Plaintiffs are still actively prosecuting the Adversary Proceeding against Defendants Latona Biosciences Group, Ross Rheingans-Yoo, and Samuel Bankman-Fried

4.      On January 10, 2024, Plaintiffs reached an agreement in principle, subject to definitive documentation and Court approval, to settle the claims against Defendant Platform Life Sciences, Inc. ("PLS").

5.      The Plaintiffs and remaining Defendants Samuel Bankman-Fried, Latona Biosciences Group, and Ross Rheingans-Yoo (collectively the "Parties") conferred and agreed to a proposed form of a case management plan and scheduling order (the "Case Management Plan and Scheduling Order") governing the Adversary Proceeding, a copy of which is attached hereto as **Exhibit A**.

6.     Accordingly, the Parties respectfully request that this Court enter the Case Management Plan and Scheduling Order at its earliest convenience.

Dated: January 16, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (admitted *pro hac vice*)
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
holleys@sullcrom.com
Wheelers@sullcrom.com
glueckstein@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*