# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## MOTION OF MORRIS JAMES LLP TO WITHDRAW AS COUNSEL TO GENETIC NETWORKS LLC

Morris James LLP ("Movant") hereby moves the Court pursuant to D. Del. LR 83.7 and Del. Bankr. L.R. 9010-2 for entry of the attached proposed order permitting the withdrawal of its appearance as counsel for defendant, Genetic Networks LLC ("Genetic"). In support of this Motion, Movant states as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1. Genetic contacted Movant to serve as defense counsel in connection with the above-captioned action.

2. Genetic's engagement of Movant was evidenced by written retainer letter. Pursuant to the engagement letter Genetic could terminate Movant's representation at any time, and Movant reserved the right to terminate its services under the circumstances permitted by the Delaware Lawyers' Rules of Professional Conduct.

3. Rule 61 of the Rules of the Supreme Court of the State of Delaware provide that the Delaware Lawyers' Rules of Professional Conduct govern the conduct of members of the Bar of this State. Rule 1.16(b) of the Delaware Lawyers' Rules of Professional Conduct govern the withdrawal of representation of clients. Rule 1.16 (b)(5) of the Delaware Lawyers' Rules of Professional Conduct in pertinent part provides that "a lawyer may withdraw from representing a client if . . . the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled . . . ." R. Prof. Cond. 1.16(b)(5). Movant represents that Genetic has failed to fulfill certain obligations to Movant and has been provided ample warning of Movant's intention to withdraw.

4. Pursuant to D. Del. LR 83.7 and Del. Bankr. L.R. 9010-2 governing motions to withdraw, Movant has filed this Motion, served it upon Genetic by email and registered mail, return receipt requested, to Genetic's last known address, and, further, served a copy of the Motion by email, hand-delivery, or first class mail upon all counsel who have entered an appearance in this action.

[*Remainder of page intentionally left blank*]

WHEREFORE, Movant respectfully requests that the Court enter the proposed order (the "Proposed Order"), attached hereto as **Exhibit A**, allowing its withdrawal as counsel for Genetic.

Dated: August 21, 2024                                  **MORRIS JAMES LLP**

                                                                */s/ Tara C. Pakrouh*
                                                                 Eric J. Monzo (DE Bar No. 5214)
                                                                 Tara C. Pakrouh (DE Bar No. 6192)
                                                                 Christopher M. Donnelly (DE Bar No. 7149)
                                                                 500 Delaware Avenue, Suite 1500
                                                                 Wilmington, DE 19801
                                                                 Telephone: (302) 888-6800
                                                                 Facsimile: (302) 571-1750
                                                                 E-mail: emonzo@morrisjames.com
                                                                 E-mail: tpakrouh@morrisjames.com
                                                                 E-mail: cdonnelly@morrisjames.com

                                                                 *Counsel for Genetic Networks LLC*