# EXHIBIT A

Proposed Order

6562657
16896677/1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | Re: Adv. D.I. ___ |
| Defendants. | |

## ORDER APPROVING MOTION OF MORRIS JAMES LLP TO WITHDRAW AS COUNSEL TO GENETIC NETWORKS LLC

This matter came before the Court upon the motion ("Motion") of Morris James LLP ("Movant") to withdraw as counsel to Genetic Networks LLC ("Genetic") requesting an Order approving Movant's withdrawal as counsel for Genetic in the above-captioned case; and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

It appearing to the Court that good cause exists for such withdrawal on the grounds set forth in the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Court finds that notice of the Motion has been sufficient under D. Del. LR 83.7 and Del. Bankr. L.R. 9010-2; and it is further

ORDERED that Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 and its attorneys are hereby permitted to withdraw as counsel for Genetic, and are deemed by entry of this Order to have done so; and it is further

ORDERED that all other interested parties are hereby advised to direct any correspondence or filings with the Court to Genetic directly to Genetic at the following address:

Genetic Networks LLC
Attention: Gennaro D'Urso
3250 NE 1st Ave, Suite 305
Miami, FL 33137

and it is further

ORDERED that Genetic shall obtain replacement counsel and have counsel enter his/her appearance in the case within thirty (30) days of entry of this Order;

ORDERED that, within two (2) days of date that this Order is entered on the docket, Movant shall email and mail a copy of this Order to Genetic, and shall mail or email a copy of this Order to all counsel who have entered an appearance this adversary proceeding.

6562657
16896677/1