**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50444 (JTD) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC., GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCE LLC, GENETIC NETWORKS LLC, 4J THERAPEUTICS INC., LATONA BIOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2024, I caused to be filed with the Court electronically, and I caused to be served, a true and correct copy of the *Motion of Morris James LLP to Withdraw as Counsel to Genetic Networks LLC* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed via the method indicated upon the parties indicated on the attached service list.

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

## SERVICE LIST

**VIA E-MAIL & REGISTERED MAIL**
Genetic Networks LLC
Attention: Gennaro D'Urso
3250 NE 1st Ave, Suite 305
Miami, FL 33137
dwiley@geneticnetworks.com
gdurso@geneticnetworks.com

**VIA E-MAIL**
LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Steven L. Holley, Esq.
Stephanie G. Wheeler, Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
125 Broad Street
New York, NY 10004
holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

*Counsel to the Plaintiffs*

**VIA E-MAIL**
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Attn: Gregory T. Donilon, Esq.
Marc J. Phillips, Esq.
1105 North Market Street, 15th Floor
Wilmington, DE 19801
gdonilon@mmwr.com
mphillips@mmwr.com

MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Attn: Jeremy D. Mishkin, Esq.
1735 Market St., 21st Floor
Philadelphia, PA 19103
jmishkin@mmwr.com

*Counsel to Samuel Bankman-Fried*